## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE: <br><br> **TERI G. GALARDI,** <br><br> Debtors. | **CHAPTER 11** <br> **(Subchapter V)** <br><br> CASE NO. 22-50035-JPS |

### NOTICE OF WITHDRAWAL OF DOCUMENT

COMES NOW Maria Bush ("Creditor") and hereby files this "Notice of Withdrawal of Document" to withdraw the *Notice of Mortgage Payment Changes of Claim No. 6* (Doc. No. 22) filed on January 31, 2022.

Respectfully submitted this 23rd day of March, 2022.

                          **JONES & WALDEN LLC**

                          */s/ Thomas T. McClendon*
                          Thomas T. McClendon
                          Georgia Bar No. 431452
                          699 Piedmont Avenue, NE
                          Atlanta, Georgia 30308
                          Attorneys for Creditor
                          (404) 564-9300 Telephone
                          tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtors. | CHAPTER 11<br>(Subchapter V)<br><br>CASE NO. 22-50035-JPS |

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing Withdrawal via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan Owens Durkovic**   ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**   robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Elizabeth A. Hardy**   elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Leon Strickland Jones**   ljones@joneswalden.com, arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com
- **Roy E. Manoll**   kdd@fbglaw.com
- **Robert M. Matson - Ch 11 Sub V**   GA69@ecfcbis.com;rmtrusteenotices@akin-webster.com
- **Louis G. McBryan**   lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Thomas McClendon**   tmcclendon@joneswalden.com
- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

Respectfully submitted this 23rd day of March 23, 2022.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
Attorneys for Creditor
(404) 564-9300 Telephone
tmcclendon@joneswalden.com