## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                                CHAPTER 11
                                                                                      (Subchapter V)
TERI G. GALARDI,

Debtor.                                                                               CASE NO. 22-50035-JPS
_____/

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(B)
AND REQUEST FOR SERVICE OF PAPERS**

JAMES D. SILVER, Esquire of Kelley Kronenberg, hereby gives Notice of Appearance as counsel on behalf of Power Financial Credit Union, in the above-captioned proceeding pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices filed in the above-captioned case be given to the following:

> James D. Silver
> KELLEY KRONENBERG
> 10360 West State Road 84
> Ft. Lauderdale, FL 33324
> Telephone: 954-370-9970
> jsilver@kelleykronenberg.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request encompasses all notices and copies referred to in sections 342 and Case 3:20-bk-30290 Doc 176 Filed 05/17/21 Entered 05/17/21 16:07:38 Desc Main Document Page 1 of 31109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, petitions, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) or reorganization, or requests, presentments, applications, and other documents brought before this

Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the mailing matrix in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Papers shall not constitute (neither expressly nor impliedly) the undersigned as being Power Financial Credit Union's agent authorized to receive service of process.

Dated: April 6, 2022

                                          Respectfully submitted,

                                          */s/ Ward Stone*
                                          Ward Stone
                                          Stone & Baxter, LLP
                                          577 Mulberry Street, Suite 800
                                          Macon, Georgia 31201
                                          (478) 750-9898
                                          (478) 750-9899 (fax)
                                          wstone@stoneandbaxter.com

                                          */s/ James D. Silver*
                                          James D. Silver
                                          Kelley Kronenberg
                                          *Counsel for Power Financial Credit Union*
                                          10360 West State Road 84
                                          Ft. Lauderdale, FL 33324
                                          Telephone: 954-370-9970
                                          *jsilver@kelleykronenberg.com*
                                          Florida Bar No.: 373702

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 6, 2022, a true and correct copy of the foregoing Notice of Appearance has been furnished via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record and pro se parties authorized to receive electronically Notices of Electronic Filing in this case.

*/s/ James D. Silver*
James D. Silver