**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO. 22-50035-JPS** |
| Debtor, | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Teri G. Galardi, Debtor, filed a Motion Requesting Entry of Order Extending Debtor's Exclusivity Period to File A Plan [Docket No. 74].

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on:

**May 11, 2022 at 11:00 am at the United States Bankruptcy Court, Courtroom A, 433 Cherry Street, Macon, Georgia**

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" on the Court's website (www.gamb.uscourt.gov) and refer to Administrative Orders 137 and 139 prior to the hearing for instructions on whether to appear in person or by phone.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| TERI G. GALARDI, ) | |
| ) | CASE NO. 22-50035-JPS |
| Debtor, ) | |
| ) | |

## MOTION REQUESTING ENTRY OF ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE A PLAN AND TO SOLICIT ACCEPTANCES FOR A PLAN

COMES NOW, Teri G. Galardi, Debtor and Debtor-in-Possession (the "**Debtor**") through undersigned counsel, and hereby files this Motion Requesting Entry of Order Extending Debtor's Exclusivity Period to File a Plan (the "**Motion**"). Pursuant to Section 1121 of the Bankruptcy Code, Debtor seeks an extension of time during which the Debtor has the exclusive right to propose and solicit acceptance of a plan. In support of the Motion, Debtor shows the Court as follows:

1.

On January 12, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11, Subchapter V of the United States Bankruptcy Code. On March 31, 2022, a Consent Order was entered by the Court allowing the Debtor to Proceed under other applicable provisions of Chapter 11, other than Subchapter V. The Debtor is continuing to manage her affairs as a Debtor-in-Possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2.

The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.

The case now proceeds under all applicable provisions of Chapter 11, other than Subchapter V, per the Consent Order entered March 31, 2022 [Docket No. 64].

4.

Bankruptcy Code § 1121(b) grants a debtor the exclusive right to file a plan within the first 120 days after the Petition Date. The Court may extend the exclusivity period for cause pursuant to 11 U.S.C. § 1121(d)(1).

5.

Debtor's exclusive time within which to propose a plan expires on April 12, 2022. Debtor seeks an Order extending the period in which she has the exclusive right to propose and file her plan of reorganization and to solicit acceptances of such plan (the "Exclusivity Period").

6.

Debtor requests that her Exclusivity Period in which she may propose and file a plan be extended through and including August 10, 2022, and that the period in which she exclusively may solicit acceptances of a plan is extended through and including October 10, 2022. Debtor shows that extending the exclusivity deadline is appropriate. This request is made prior to the expiration of the current deadline. The additional time will allow the Debtor to formulate a more definitive plan.

WHEREFORE, for all of the foregoing reasons, Debtor moves this Court to enter an Order:

(a) Granting the Motion;

(b) Extending the Debtor's exclusive Period and exclusive rights under § 1121 of the Bankruptcy Code to file a plan through and including August 10, 2022, and extend her exclusive right to solicit acceptance of a plan through and including October 10, 2022; and

(c) Granting Debtor such other and further relief as may be just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
***Attorney for Debtor***

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Motion Requesting Entry of Order Extending Debtor's Exclusivity Period to File A Plan And Solicit Acceptances For a Plan** and **Notice of Hearing** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the following parties in this case under the Bankruptcy Court's Electronic Case Filing Program:

The following parties were served by electronic notice:

| | |
|---|---|
| Evan Owens Durkovic | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Robert G. Fenimore | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| Elizabeth A. Hardy | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| Leon Strickland Jones | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| Roy E. Manoll, III | kdd@fbglaw.com |
| Robert M. Matson | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| Thomas McClendon | tmcclendon@joneswalden.com |
| U.S. Trustee – MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Ward Stone, Jr. | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |

The following parties were served by standard first-class mail:

Abrey Leahong
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Africa Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355

Aida Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ainsworth Dudley, Esq.
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327

Aisha Taliaferro
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Alexis King
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ameera Brewer
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

American Express
PO Box 981537
El Paso, TX 79998

Angela Coates
c/o Mutepe (Michael) Akemon
P.O. Box 360295
Decatur, GA 30036

Angela Milner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170

Belinda Harris
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Brandi Robertson
c/o Mutepe (Michael) Akemon
P.O. Box 360295
Decatur, GA 30036

Brittany Walker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Business First Bank
1675 N. Hwy 190
Covington, LA 70433

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789

Cassandra St. Fleur
c/o Mutepe (Michael) Akemon
P.O. Box 360295
Decatur, GA 30036

Citibank Card
P.O. Box 20483
Kansas City, MO 64195

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328

ConServe
200 CrossKeys Office Park
Fairport, NY 14450

Crystyona Hartzog
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233

Desiree Jones
c/o Mutepe (Michael) Akemon
P.O. Box 360295
Decatur, GA 30034

Diana Smith
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130

Disney Vacation Club
215 Celebration Place
Kissimmee, FL 34747

Ebony Mayfield
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Elliandria Griffin
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316

Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Georgia Department of Revenue
PO Box 105499
Atlanta, GA 30348

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jack E. Galardi, LLC
2555 Chantilly Drive NE
Atlanta, GA 303224

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324

Jammie Parker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

JEG Family Trust - Jack Galardi Jr Sub-Trust
2121 Highland Avenue
Las Vegas, NV 89102

Jenisee Long
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jennifer Ridley
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jessica Chatman
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jocelyn Johnson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Keesha Weems
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Kitrea Jackson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lakeisha Fenner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lygia Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marai Kahey
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marleka Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marquesha Holmes
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marsha Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216

Montoya Minnis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Netonia Bell
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

James D. Silver
KELLEY KRONENBERG
10360 West State Road 84
Ft. Lauderdale, FL 33324

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Royce G. Vandever Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Southern States Bank
4045 Orchard Road SE, Suite B
Smyrna, GA 30080

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yashica Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

| | | |
|---|---|---|
| Tiffany Thompson<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Tramaine Moore<br>c/o Mutepe (Michael) Akemon<br>P.O. Box 360295<br>Decatur, GA 30036 | U.S. Attorney General<br>U.S. Dept of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| U.S. Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | Yamilee Bennett<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | U.S. Attorney's Office<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |

This 11th day of April 2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
***Attorney for Debtor***