**SO ORDERED.**

**SIGNED this 17 day of April, 2022.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**CONSENT ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 OR TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523**

On April 14, 2022, Shanice Bain, Yashica Bain, Netonia Bell, Yamilee Bennett, Maria Bush, Princess Callahan, Jessica Chatman, Quina Dopoe, Shadana Deleston, Shanrika Duhart, Belinda Harris, Crystyona Hartzog, Sasha Hollins, Kitrea Jackson, Ronika Jones, Abri Leahong, Queen Lewis, Montoyo Minnis, Tania Ramessar, Jennifer Ridley, Aida Simmons, Seleta Stanton, Aisha Taliaferro, Marsha Taylor, Brittany Walker, Keesah Weems and Africa Williams ("Creditors") filed their *Motion to Extend Time to File Complaint Objecting to Discharge Pursuant*

1

to 11 U.S.C. § 727 or to File Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523 (the "Motion"). Debtor has consented to the Motion. Upon consideration, it is hereby

**ORDERED AND ADJUDGED** that the time within which Creditors may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 or file a complaint objecting to dischargeability of a debt pursuant to 11 U.S.C. § 523 is hereby extended through and including July 17, 2022, as provided by Federal Rules of Bankruptcy Procedure 4004(b), and 4007(c).

**END OF DOCUMENT**

| Prepared by: | Consented to: |
|---|---|
| **JONES & WALDEN, LLC** | **MCBRYAN, LLC** |
| /s/ *Thomas T. McClendon* | s/ *Louis G. McBryan* |
| Thomas T. McClendon | Louis G. McBryan (by TTM with permission) |
| Georgia Bar No. 431452 | Georgia Bar Number 480993 |
| Attorney for Creditors | Attorney for Debtor |
| 699 Piedmont Ave NE | 6849 Peachtree Dunwoody Rd |
| Atlanta, Georgia 30308 | Building B-3, Suite 100 |
| (404) 564-9300 | Atlanta, GA 30328 |
| tmcclendon@joneswalden.com | Telephone (678) 733-9322 |
| Attorney for Creditors | Fax (678) 498-2709 |
| | lmcbryan@mcbryanlaw.com |
| | Attorney for Debtor |