**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | |
| Debtor. | CASE NO. 22-50035-JPS |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF**
**APPLICATION TO EMPLOY ATTORNEY**

COMES NOW Thomas T. McClendon, who states and declares under penalty of perjury as follows:

1. I am an attorney in the law firm of Jones & Walden LLC (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Supplemental Declaration is offered as a supplement to the *Rule 2014 Verification With Regard To Employment Of Jones & Walden LLC* (Doc. No. 100) (the "Declaration"). The matters set out herein are true and correct to the best of my knowledge, information and belief.

2. I make the following corrections to the disclosures in paragraph 3(a): First, Pony Tail, Inc., Case No. 18-68426-jwc resulted in a confirmed plan of reorganization (Doc. No. 246). Second, Trop, Inc. Case No. 18-65726-jwc was closed on March 2, 2022, and thus J&W is not and will not be representing any creditors in connection with these cases.

3. To the best of the undersigned's knowledge, information and belief, approval of the Application in the above-styled case is and continues to be appropriate under the standards set forth in 11 U.S.C. §§ 328 and 1103(a) and Bankruptcy Rule 2014.

[signature on following page]

Declared on May 3, 2022.

>*/s/ Thomas T. McClendon*
>Thomas T. McClendon
>Jones & Walden LLC
>Georgia Bar No. 431452
>699 Piedmont Ave. NE
>Atlanta, Georgia 30308
>(404) 564-9300 Telephone
>(404) 564-9301 Facsimile
>tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Application using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**     wgeer@geerlawgroup.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Roy E. Manoll**     kdd@fbglaw.com
- **Robert M. Matson**     GA69@ecfcbis.com;rmtrusteenotices@akin-webster.com
- **Robert M. Matson - Ch 11 Sub V**     GA69@ecfcbis.com;rmtrusteenotices@akin-webster.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **James D. Silver**     jsilver@kklaw.com
- **Ward Stone**     wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com;lford-faherty@stoneandbaxter.com;mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

This 3rd day of May, 2022.

**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com