**SO ORDERED.**

**SIGNED this 12 day of May, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| TERI G. GALARDI, ) | |
| ) | CASE NO. 22-50035-JPS |
| Debtor, ) | |
| ) | |

**ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD**

This matter came before the Court pursuant to the *Debtor's Motion Requesting Entry of Order Extending Debtor's Exclusivity Period to File a Plan and to Solicit Acceptances for a Plan* filed on April 11, 2022 (the "Motion")[1] [Docket No. 74]. The Motion came on for hearing on May 11, 2022, at 11:00 a.m.

Debtor and Counsel for the Unsecured Creditors Committee have conferred regarding the Motion and have requested that the Court extend the Exclusivity Period through and including July 18, 2022.

---

[1] Capitalized terms not defined herein shall have meaning ascribed to the same in the Motion.

Based on the review of the Motion and having heard from Debtor's Counsel and Counsel for the Unsecured Creditors Committee; it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 1121 the Court finds that cause exists, and the Motion is **GRANTED**. The Debtor's exclusive period within in which to file a plan is extended to and through July 18, 2022; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 1121(d) Debtors' exclusive period within which to solicit acceptances of a plan is extended through and including September 18, 2022; and it is further

**ORDERED** that nothing herein shall prejudice (a) the Debtor's right to seek further extensions of their exclusive periods as may be necessary or appropriate or (b) the right of any party in interest to object to any requests for further extensions or to seek to reduce any exclusive periods for cause in accordance with 11 U.S.C. § 1121(d); and it is further

**END OF DOCUMENT**

| Consented to by: | Consented to by: |
|---|---|
| **McBRYAN, LLC** | **JONES & WALDEN, LLC** |
| /s/Louis G. McBryan | /s/Thomas T. McClendon* |
| Louis G. McBryan, Georgia Bar No. 480993 | Thomas T. McClendon, Georgia Bar No. 431452 |
| 6849 Peachtree Dunwoody Road | 699 Piedmont Avenue, NE |
| Building B-3, Suite 100 | Atlanta, GA 30308 |
| Atlanta, GA 30328 | Telephone (404) 564-9300 |
| Telephone (678) 733-9322 | tmcclendon@joneswalden.com |
| lmcbryan@mcbryanlaw.com | **Attorney for Creditors Committee** |
| **Attorney for Debtor** | *signed with express permission given on 05/10/22 |