# United States Bankruptcy Court

Middle District of Georgia

Date: 5/23/22

In re:
  Teri G. Galardi
  2146 Highway 42 South
  Flovilla, GA 30216
Debtor(s)

Case No. 22–50035 JPS

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow–up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Michelle Owens

(478) 752–3506
Deputy Clerk
United States Bankruptcy Court