**Fill in this information to identify the case:**

Debtor Name  Teri Galardi

United States Bankruptcy Court for the: Northern District of Georgia

Case number:  22-50035

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  April 2022

Date report filed:  MM / DD / YYYY

Line of business: _____

NAISC code:  none

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Teri G. Galardi

Original signature of responsible party  *(signature)*

Printed name of responsible party  Teri G. Galardi

### █ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Teri Galardi                                                      Case number  22-50035

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                           $ 133,434.53

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                              $  90,612.07

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                          – $  22,830.96

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.           + $  67,781.11

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 201,215.64

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                               $

(Exhibit E)

Debtor Name  Teri Galardi

Case number  22-50035

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____

30. How much have you paid this month in other professional fees?                                     $ _____

31. How much have you paid in total other professional fees since filing the case?                     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 138,143.00 | − | $ 90,612.07 | = | $ 47,530.93 |
| 33. Cash disbursements | $ 59,856.00 | − | $ 22,830.96 | = | $ 37,025.04 |
| 34. Net cash flow | $ 78,287.00 | − | $ 67,781.11 | = | $ 10,505.89 |

35. Total projected cash receipts for the next month:                                          $ 138,143.00

36. Total projected cash disbursements for the next month:                                  − $ 59,856.00

37. Total projected net cash flow for the next month:                                       = $ 78,287.00

Debtor Name  Teri Galardi

Case number  22-50035

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**EXHIBIT**

**C**

Teri Galardi
Schedule of Deposits

| Date | Name | Source | Amount |
|------|------|--------|--------|
| 4/1/2022 | Trop | Salary | 4,450.89 |
| 4/4/2022 | Trop | RENTAL INCOME | 5,769.23 |
| 4/5/2022 | Airbnb | RENTAL INCOME | 1,489.92 |
| 4/5/2022 | Masters | RENTAL INCOME | 24,000.00 |
| 4/11/2022 | Trop | RENTAL INCOME | 5,769.23 |
| 4/12/2022 | Airbnb | RENTAL INCOME | 1,455.00 |
| 4/15/2022 | Trop | Salary | 4,450.89 |
| 4/15/2022 | Masters | Distributions | 16,000.00 |
| 4/18/2022 | Trop | RENTAL INCOME | 5,769.23 |
| 4/19/2022 | Airbnb | RENTAL INCOME | 892.4 |
| 4/20/2022 | Note | Note Repayment | 855.24 |
| 4/22/2022 | Masters | RENTAL INCOME | 8,000.00 |
| 4/25/2022 | Airbnb | RENTAL INCOME | 1,489.92 |
| 4/25/2022 | Trop | RENTAL INCOME | 5,769.23 |
| 4/29/2022 | Trop | Salary | 4,450.89 |
| | | TOTAL | 90,612.07 |

Firefox                                                                                              about:blank



## Deposit Ticket

DEPOSIT TICKET

TERI G GALARDI
DIP CASE #22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

DATE  4.4.22

| CURRENCY | | |
| CHECKS LIST SEPARATELY | 4265 | 5,769.23 |
| SUB-TOTAL | | 5,769.23 |
| LESS CASH RECEIVED | | |
| TOTAL DEPOSIT $ | | 5,769.23 |

PRCC ATL #4265          $        5,769.23

9520⁰    13

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES · SEE BACK FOR DETAILS

TROP INC                                    TRUIST BANK                    4265
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324                           64-1341/611

                                                                            4/4/2022

PAY TO THE
ORDER OF ___ TERI G GALARDI ___                    $ **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100************************************** DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

                                                         VOID AFTER 90 DAYS

MEMO                                                    AUTHORIZED SIGNATURE
EVERY TUESDAY

5755⁰

---

>053101121< 04/04/2022 009610795

009610795

ENDORSE HERE:

X

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

FOR DEPOSIT ONLY
TERI G GALARDI
ACT# 1100194425952

1 of 1                                                                       5/3/2022, 4:26 PM

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...





5/3/2022, 4:28 PM

Firefox                                                      https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



**DEPOSIT TICKET**

TERI G GALARDI
DIP CASE 22-50035
21461 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

DATE 4-11-22

CURRENCY
COIN
CHECKS
    473

SUB-TOTAL    5769 23
LESS CASH RECEIVED $
TOTAL DEPOSIT $    5769 23

PPATLCC # 4273    $    5769.23

⑆5952⑈    13

---

**THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS**

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK                                        4273

64-1341/611

4/11/2022

PAY TO THE
ORDER OF    TERI G GALARDI                        $    **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100************************************** DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

MEMO
    EVERY TUESDAY                              AUTHORIZED SIGNATURE

5755⑈

---

053101121 04/11/2022 010212907

8480200    00264

010212907

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:  for deposit only
Teri G Galardi,

11001425952

1 of 1                                                              5/3/2022, 4:33 PM

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



MCMB Spec. Acc. $     16000.00
#12091



Firefox                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



PinL Pony ATLcc                    $        5769.23
M 4284

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324                          TRUIST BANK                    4284

                                           64-1341/611

                                                                 4/18/2022

PAY TO THE
ORDER OF     TERI G GALARDI                          $   **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100************************************ DOLLARS

        TERI G GALARDI
        2555 CHANTILLY DR
        ATLANTA GA 30324                            VOID AFTER 90 DAYS

MEMO                                                AUTHORIZED SIGNATURE
       EVERY TUESDAY

⑈004284⑈  ⑈061113415⑈0005244165755⑈

ENDORSE HERE:

FOR DEPOSIT ONLY
TERI G GALARDI

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

1 of 1                                                        5/3/2022, 4:36 PM

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



APRIL 2022 MORT. PAYMENT  30 HARRIETTE DR            $                    855.24



JOSEPH A GALARDI
30 HARRIETTE DR
STOCKBRIDGE, GA 302813867

377
3-5/310
511

4-14-22
Date

Pay to the order of:   Teri Galardi                    $ 855. 24/.

Eight hundred fifty five dollars 24/00                        Dollars

PNCBANK

PNC Bank, N.A    020

For   Mortgage



DEPOSIT TICKET

TEFI G GALARDI
DDP - EASB #254-0035
2108 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

DATE 4/22/22

CHECKS 1st numerically  12563

SUB-TOTAL  8000 00
LESS CASH RECEIVED
TOTAL DEPOSIT $  8000 00

MCMB .   $   8000.00

59521  13

COUNTRY CLUB INC
SPECIAL ACCOUNT
1901 MR JOE WHITE AVENUE
MYRTLE BEACH, SC 29577

12093

DATE 4-20-22   67-863/640

PAY
TO THE
ORDER OF  Teri G Galardi   $ 8000 00

Eight Thousand & no/100   DOLLARS

Pinnacle

FOR

Michael A. Hess

>053101121< 04/22/2022 008686086
8461262 0009 00105

>053101121< 04/22/2022 008686086
8461262 0009 00105

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



PPATLCC  4290
5769.23

$ 5,769.23

5952⑃'  13

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK

4290

64-1341/611

4/25/2022

PAY TO THE
ORDER OF    TERI G GALARDI                                    $  ***5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100*********************************** DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 60 DAYS

MEMO                                                         AUTHORIZED SIGNATURE
—EVERY TUESDAY—

5755⑃'

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

ENDORSE HERE:

5/3/2022, 4:39 PM

EXHIBIT

D

exhibitsticker.com

Teri Galardi
Schedule of Disbursements

| Date | Ck Number | Name | Purpose | Amount |
|------|-----------|------|---------|--------|
| 4/4/2022 | 1054 | GA POWER | Power Ranch | 1,496.34 |
| 4/4/2022 | 1055 | GA POWER | Power Ranch | 47.68 |
| 4/4/2022 | 1056 | City of Flovilla | Trash Disposal Ranch | 46.15 |
| 4/4/2022 | 1057 | Central Georgia EMC | Power Ranch | 65.00 |
| 4/4/2022 | 1058 | Central Georgia EMC | Power Ranch | 40.00 |
| 4/4/2022 | 1059 | Central Georgia EMC | Power Ranch | 160.00 |
| 4/4/2022 | 1060 | Central Georgia EMC | Power Ranch | 101.00 |
| 4/4/2022 | 1061 | Central Georgia EMC | Power Ranch | 186.00 |
| 4/4/2022 | 1062 | AT&T | Telephone Internet Ranch | 72.48 |
| 4/4/2022 | 1063 | AT&T | Telephone Internet Ranch | 244.69 |
| 4/4/2022 | 1064 | AT&T | Telephone Internet Ranch | 99.25 |
| 4/4/2022 | eft | apple | Computer and Internet Expenses | 14.99 |
| 4/4/2022 | eft | Whitaker builders | Maintenance & Repairs Ranch | 285.42 |
| 4/4/2022 | eft | apple | Computer and Internet Expenses | 6.99 |
| 4/4/2022 | eft | apple | Computer and Internet Expenses | 2.99 |
| 4/4/2022 | eft | Ingles | Groceries | 140.81 |
| 4/5/2022 | eft | apple | Computer and Internet Expenses | 9.99 |
| 4/6/2022 | eft | apple | Computer and Internet Expenses | 14.99 |
| 4/7/2022 | eft | Ulta | Personal Supplies | 156.22 |
| 4/7/2022 | eft | Whitaker builders | Maintenance & Repairs Ranch | 19.15 |
| 4/8/2022 | eft | CVS | Medical Exp | 88.04 |
| 4/8/2022 | eft | CVS | Medical Exp | 10.48 |
| 4/8/2022 | eft | Ingles | Groceries | 42.73 |
| 4/11/2022 | 1065 | Lunas Lillies Inc | Lawn Maintenance Ranch | 1,797.65 |
| 4/11/2022 | 1066 | Appliance Plus | Maintenance & Repairs Ranch | 235.00 |
| 4/11/2022 | 1067 | AGSOUTH FARM CREDIT | Mortgage Ranch | 2,072.47 |
| 4/11/2022 | eft | apple | Computer and Internet Expenses | 9.99 |
| 4/11/2022 | eft | Venture Medical | Medical Exp | 40.00 |
| 4/11/2022 | eft | ATM FEE | Bank Service Charges | 3.00 |
| 4/11/2022 | eft | ATM FEE | Bank Service Charges | 3.00 |
| 4/11/2022 | eft | Cash withdrawal | Cash withdrawals | 103.95 |
| 4/11/2022 | eft | apple | Computer and Internet Expenses | 9.99 |
| 4/12/2022 | eft | Jones Petroleum | Utilities | 1,543.58 |
| 4/12/2022 | eft | Whitaker builders | Maintenance & Repairs Ranch | 12.69 |
| 4/12/2022 | eft | Incharge | Computer and Internet Expenses | 15.00 |
| 4/12/2022 | eft | Ingles | Groceries | 44.37 |
| 4/13/2022 | 1068 | Business First Bank | Note payment | 11,574.60 |
| 4/13/2022 | 1069 | BROOKWOOD ANIMAL | Veterinary Expense Dogs | 196.40 |
| 4/13/2022 | 1070 | ULTIMATE SECURITY | -SPLIT- | 120.00 |
| 4/13/2022 | eft | Walmart | Groceries | 64.88 |
| 4/14/2022 | eft | apple | Computer and Internet Expenses | 29.95 |
| 4/15/2022 | eft | apple | Computer and Internet Expenses | 5.99 |
| 4/15/2022 | eft | Katie Morgan | Medical Exp | 130.00 |
| 4/15/2022 | eft | Lucy Lu's | Meals and Entertainment | 27.47 |
| 4/15/2022 | eft | kroger | Groceries | 46.60 |

Teri Galardi

Schedule of Disburements

| Date | Ck Number | Name | Purpose | Amount |
|------|-----------|------|---------|--------|
| 4/18/2022 | eft | apple | Computer and Internet Expenses | 6.99 |
| 4/18/2022 | eft | Griffin Imaging | Medical Exp | 110.00 |
| 4/18/2022 | eft | apple | Computer and Internet Expenses | 69.99 |
| 4/18/2022 | eft | Sam's Club | Groceries | 222.13 |
| 4/18/2022 | eft | Ingles | Groceries | 60.30 |
| 4/19/2022 | eft | apple | Computer and Internet Expenses | 15.99 |
| 4/19/2022 | eft | Ingles | Groceries | 55.25 |
| 4/20/2022 | eft | Whitaker builders | Maintenance & Repairs Ranch | 211.84 |
| 4/21/2022 | eft | Whitaker builders | Maintenance & Repairs Ranch | 147.59 |
| 4/29/2022 | eft | kroger | Groceries | 237.92 |
| 4/29/2022 | eft | Texture Salon | Personal Supplies | 179.00 |
| 4/29/2022 | eft | apple | Computer and Internet Expenses | 6.99 |
| 4/29/2022 | eft | CVS | Medical Exp | 69.00 |

TOTAL    22,830.96

Firefox                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

**TERI G GALARDI**
2145 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1048

64-1341/611

3/30/2022

PAY TO THE
ORDER OF    Smith Farm Supply                                    $ **2,339.72

Two Thousand Three Hundred Thirty-Nine and 72/100************************************************ DOLLARS

Smith Farm Supply
135 Depot Street
Warrenton GA 30828

VOID AFTER 90 DAYS

_Teri H Galardi_
AUTHORIZED SIGNATURE

MEMO
106973  2/1/22-2/2822

595 2

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1049

64-1341/611

3/30/2022

PAY TO THE
ORDER OF __BARROW VETERINARY SERVICES__

$ **360.75

Three Hundred Sixty and 75/100************************************************************************ DOLLARS

BARROW VETERINARY SERVICES
PO BOX 126
SOCIAL CIRCLE GA 30025

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
83·Big·Red

695 2⑈

UCBI >061112843<
2022-04-07    0431327032

FOR DEPOSIT ONLY
United Community Bank
Barrow Veterinary Services, P.C.

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

I of 1

5/3/2022, 4:29 PM

Firefox                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

DO NOT Y AUTHORIZE SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES.

**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK                          1051

64-1341/611

3/30/2022

PAY TO THE
ORDER OF    BROOKWOOD ANIMAL                    $ **265.57

Two Hundred Sixty-Five and 57/100************************************ DOLLARS

BROOKWOOD ANIMAL
118 BROOKWOOD AVE
JACKSON GA 30233

VOID AFTER 90 DAYS

MEMO
2016

AUTHORIZED SIGNATURE

5952⑈

ENDORSE CHECK HERE
X
PAY TO THE ORDER OF
BANK OF AMERICA
JACKSON, GA 30233-2036
FOR DEPOSIT ONLY
BROOKWOOD ANIMAL CLINIC
0447253440685 1385

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

1 of 1

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1052

64-1341/611

3/30/2022

PAY TO THE
ORDER OF ___WELLS FARGO___

$ **1,374.11

One Thousand Three Hundred Seventy-Four and 11/100********************************************************** DOLLARS

WELLS FARGO
PO BOX 77021
MINNEAPOLIS MN 55480-7721

VOID AFTER 90 DAYS

_Teri G Galardi_

MEMO ___08154523681998___

AUTHORIZED SIGNATURE

Firefox                                                https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**TERI G GALARDI**                                     TRUIST BANK                    1053
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035                                     64-1341/611

                                                                         3/30/2022

PAY TO THE
ORDER OF    AIRGAS                                              $  **163.11

One Hundred Sixty-Three and 11/100************************************************************ DOLLARS

        AIRGAS
        PO BOX 734672                                          VOID AFTER 90 DAYS
        DALLAS TX 75373-4672

                                                               Teri G Galardi
                                                               AUTHORIZED SIGNATURE

MEMO     2/28/22-1206145-inv-9986752089

                                        5952⑆        ⑈000000163117

JPMORGANCHASE BK NA
040422      >074909962<             CR TO NMD
43400419        0734672             PAYEE ALL
00853127        097                 RTS RSVD
                          00080005549372244

1 of 1                                                                  5/3/2022, 4:27 PM

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



TERI G GALARDI
2146 HWY 42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1054

64-1341/611

4/4/2022

PAY TO THE
ORDER OF   GA POWER

$ ***1,496.34

One Thousand Four Hundred Ninety-Six and 34/100*********************************************** DOLLARS

GA POWER
96 ANNEX
ATLANTA GA 30398-0001

VOID AFTER 90 DAYS

MEMO   21919-74019 HWY 42

AUTHORIZED SIGNATURE

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1056

64-1341/511

4/4/2022

PAY TO THE
ORDER OF __City of Flovilla__

$ **46.15

__Forty-Six and 15/100*************************************************************__ DOLLARS

City of Flovilla
308 Heard Street
Flovilla GA 30216

VOID AFTER 90 DAYS

_Teri G Galardi_

MEMO ____0270-00-MT-VERNON-STREET-245-WATER-GARB____

AUTHORIZED SIGNATURE

5/3/2022, 4:31 PM

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4..



Firefox                                      https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



TERI G GALARDI
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1059

64-1341/611

4/4/2022

PAY TO THE
ORDER OF   Central Georgia EMC

$ **160.00

One Hundred Sixty and 00/100*************************************** DOLLARS

Central Georgia EMC
SEDC
PO BOX 530812
ATLANTA GA 30353-0812

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
139229-003 HWY 42 S 2236

5952

Firefox                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox                                                                https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...





Firefox                                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1064

64-1341/611

4/4/2022

PAY TO THE
ORDER OF    AT&T

$  **99.25

Ninety-Nine and 25/100************************************************************ DOLLARS

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
770775-2346 329 0629 2146 HWY 42 BARN 2ND #

ENDORSE CHECK HERE

X

PAY TO THE ORDER OF WELLS FARGO
All Prior Endorsements Guaranteed
AT&T

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
Account -4567 CM34

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Firefox                                          https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...

**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

64-1341/611

1065

4/11/2022

PAY TO THE
ORDER OF   Lunas Lillies Inc                                     $ **1 797.65

One Thousand Seven Hundred Ninety-Seven and 65/100************************************************** DOLLARS

Lunas Lillies Inc
6974 Cedar Drive
Riverdale GA 30296-2205

VOID AFTER 90 DAYS

_Teri G Galardi_

MEMO
3792 INVOICE DATE 4/8/2022

AUTHORIZED SIGNATURE

5952

Firefox                                         https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



**TERI G GALARDI**
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK                                    1066

84-1341/611

4/11/2022

PAY TO THE
ORDER OF    Appliance Plus                     $ ***235.00

Two Hundred Thirty-Five and 00/100                                    DOLLARS

Appliance Plus
1504 Old Atlanta Rd
Griffin GA 30223                               VOID AFTER 90 DAYS

MEMO                                           AUTHORIZED SIGNATURE

⑆001066⑆ ⑆061113415⑆          6952⑈



Firefox
https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...





Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



TERI G GALARDI
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1068

64-1341/611

4/13/2022

PAY TO THE
ORDER OF    Business First Bank

$  **11,574.60

Eleven Thousand Five Hundred Seventy-Four and 60/100************************************************  DOLLARS

Business First Bank
Covington Banking Center
1675 N Hwy 190
Covington LA 70433

VOID AFTER 90 DAYS

MEMO
CL-000037001752

AUTHORIZED SIGNATURE

Firefox

https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



TERI G GALARDI
2146 HWY42 S
FLOVILLA, GA 30216
DIP CASE # 22-50035

TRUIST BANK

1069

64-1341/611

4/13/2022

PAY TO THE
ORDER OF   BROOKWOOD ANIMAL

$ **196.40

One Hundred Ninety-Six and 40/100********************************************************** DOLLARS

BROOKWOOD ANIMAL
118 BROOKWOOD AVE
JACKSON GA 30233

VOID AFTER 90 DAYS

MEMO
—  -2016-

AUTHORIZED SIGNATURE

5952



Firefox                                    https://bank.truist.com/web/accounts/i/895f9a3a-a768-3a70-9d57-ead4...



10:11 AM

05/13/22

## Teri G. Galardi DIP 22-50035
## Reconciliation Detail
Truist Checking 5952, Period Ending 04/22/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 142,643.52 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 73 Items** | | | | | | |
| Check | 03/17/2022 | 1046 | AT&T | X | -264.68 | -264.68 |
| Check | 03/21/2022 | 1047 | AT&T | X | -1,309.50 | -1,574.18 |
| Check | 03/24/2022 | eft | Eagles Landing Onl | X | -1,084.57 | -2,658.75 |
| Check | 03/25/2022 | eft | MM&B Dentistry | X | -229.00 | -2,887.75 |
| Check | 03/28/2022 | eft | Gundry MD | X | -118.61 | -3,006.36 |
| Check | 03/28/2022 | eft | Ingles | X | -99.15 | -3,105.51 |
| Check | 03/28/2022 | eft | Gundry MD | X | -53.45 | -3,158.96 |
| Check | 03/28/2022 | eft | So Beach Grill | X | -18.32 | -3,177.28 |
| Check | 03/30/2022 | 1048 | Smith Farm Supply | X | -2,339.72 | -5,517.00 |
| Check | 03/30/2022 | 1052 | WELLS FARGO | X | -1,374.11 | -6,891.11 |
| Check | 03/30/2022 | 1049 | BARROW VETERIN... | X | -360.75 | -7,251.86 |
| Check | 03/30/2022 | 1051 | BROOKWOOD ANI... | X | -265.57 | -7,517.43 |
| Check | 03/30/2022 | 1053 | AIRGAS | X | -163.11 | -7,680.54 |
| Check | 03/30/2022 | 1050 | RYLAND ENVIRON... | X | -141.60 | -7,822.14 |
| Check | 03/30/2022 | eft | Pilot | X | -64.55 | -7,886.69 |
| Check | 03/30/2022 | eft | apple | X | -6.99 | -7,893.68 |
| Check | 03/31/2022 | eft | JJPF | X | -5,933.94 | -13,827.62 |
| Check | 03/31/2022 | eft | Whitaker builders | X | -547.99 | -14,375.61 |
| Check | 03/31/2022 | eft | Morgan well Drilling | X | -500.00 | -14,875.61 |
| Check | 03/31/2022 | eft | kroger | X | -102.61 | -14,978.22 |
| Check | 04/04/2022 | 1054 | GA POWER | X | -1,496.34 | -16,474.56 |
| Check | 04/04/2022 | eft | Whitaker builders | X | -285.42 | -16,759.98 |
| Check | 04/04/2022 | 1063 | AT&T | X | -244.69 | -17,004.67 |
| Check | 04/04/2022 | 1061 | Central Georgia EMC | X | -186.00 | -17,190.67 |
| Check | 04/04/2022 | 1059 | Central Georgia EMC | X | -160.00 | -17,350.67 |
| Check | 04/04/2022 | eft | Ingles | X | -140.81 | -17,491.48 |
| Check | 04/04/2022 | 1060 | Central Georgia EMC | X | -101.00 | -17,592.48 |
| Check | 04/04/2022 | 1064 | AT&T | X | -99.25 | -17,691.73 |
| Check | 04/04/2022 | 1062 | AT&T | X | -72.48 | -17,764.21 |
| Check | 04/04/2022 | 1057 | Central Georgia EMC | X | -65.00 | -17,829.21 |
| Check | 04/04/2022 | 1055 | GA POWER | X | -47.68 | -17,876.89 |
| Check | 04/04/2022 | 1056 | City of Flovilla | X | -46.15 | -17,923.04 |
| Check | 04/04/2022 | 1058 | Central Georgia EMC | X | -40.00 | -17,963.04 |
| Check | 04/04/2022 | eft | apple | X | -14.99 | -17,978.03 |
| Check | 04/04/2022 | eft | apple | X | -6.99 | -17,985.02 |
| Check | 04/04/2022 | eft | apple | X | -2.99 | -17,988.01 |
| Check | 04/05/2022 | eft | apple | X | -9.99 | -17,998.00 |
| Check | 04/06/2022 | eft | apple | X | -14.99 | -18,012.99 |
| Check | 04/07/2022 | eft | Ulta | X | -156.22 | -18,169.21 |
| Check | 04/07/2022 | eft | Whitaker builders | X | -19.15 | -18,188.36 |
| Check | 04/08/2022 | eft | CVS | X | -88.04 | -18,276.40 |
| Check | 04/08/2022 | eft | Ingles | X | -42.73 | -18,319.13 |
| Check | 04/08/2022 | eft | CVS | X | -10.48 | -18,329.61 |
| Check | 04/11/2022 | 1067 | AGSOUTH FARM C... | X | -2,072.47 | -20,402.08 |
| Check | 04/11/2022 | 1065 | Lunas Lillies Inc | X | -1,797.65 | -22,199.73 |
| Check | 04/11/2022 | 1066 | Appliance Plus | X | -235.00 | -22,434.73 |
| Check | 04/11/2022 | eft | Cash withdrawal | X | -103.95 | -22,538.68 |
| Check | 04/11/2022 | eft | Venture Medical | X | -40.00 | -22,578.68 |
| Check | 04/11/2022 | eft | apple | X | -9.99 | -22,588.67 |
| Check | 04/11/2022 | eft | apple | X | -9.99 | -22,598.66 |
| Check | 04/11/2022 | eft | ATM FEE | X | -3.00 | -22,601.66 |
| Check | 04/11/2022 | eft | ATM FEE | X | -3.00 | -22,604.66 |
| Check | 04/12/2022 | eft | Jones Petroleum | X | -1,543.58 | -24,148.24 |
| Check | 04/12/2022 | eft | Ingles | X | -44.37 | -24,192.61 |
| Check | 04/12/2022 | eft | Incharge | X | -15.00 | -24,207.61 |
| Check | 04/12/2022 | eft | Whitaker builders | X | -12.69 | -24,220.30 |
| Check | 04/13/2022 | 1068 | Business First Bank | X | -11,574.60 | -35,794.90 |
| Check | 04/13/2022 | 1069 | BROOKWOOD ANI... | X | -196.40 | -35,991.30 |
| Check | 04/13/2022 | 1070 | ULTIMATE SECURI... | X | -120.00 | -36,111.30 |
| Check | 04/13/2022 | eft | Walmart | X | -64.88 | -36,176.18 |
| Check | 04/14/2022 | eft | apple | X | -29.95 | -36,206.13 |
| Check | 04/15/2022 | eft | Katie Morgan | X | -130.00 | -36,336.13 |
| Check | 04/15/2022 | eft | kroger | X | -46.60 | -36,382.73 |
| Check | 04/15/2022 | eft | Lucy Lu's | X | -27.47 | -36,410.20 |
| Check | 04/15/2022 | eft | apple | X | -5.99 | -36,416.19 |

10:11 AM

05/13/22

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
Truist Checking 5952, Period Ending 04/22/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 04/18/2022 | eft | Sam's Club | X | -222.13 | -36,638.32 |
| Check | 04/18/2022 | eft | Griffin Imaging | X | -110.00 | -36,748.32 |
| Check | 04/18/2022 | eft | apple | X | -69.99 | -36,818.31 |
| Check | 04/18/2022 | eft | Ingles | X | -60.30 | -36,878.61 |
| Check | 04/18/2022 | eft | apple | X | -6.99 | -36,885.60 |
| Check | 04/19/2022 | eft | Ingles | X | -55.25 | -36,940.85 |
| Check | 04/19/2022 | eft | apple | X | -15.99 | -36,956.84 |
| Check | 04/20/2022 | eft | Whitaker builders | X | -211.84 | -37,168.68 |
| | | | Total Checks and Payments | | -37,168.68 | -37,168.68 |
| | | | **Deposits and Credits - 13 items** | | | |
| Deposit | 03/28/2022 | | | X | 5,769.23 | 5,769.23 |
| Deposit | 04/01/2022 | | | X | 4,450.89 | 10,220.12 |
| Deposit | 04/04/2022 | | | X | 5,769.23 | 15,989.35 |
| Deposit | 04/05/2022 | | | X | 1,489.92 | 17,479.27 |
| Deposit | 04/05/2022 | | | X | 24,000.00 | 41,479.27 |
| Deposit | 04/11/2022 | | | X | 5,769.23 | 47,248.50 |
| Deposit | 04/12/2022 | | | X | 1,455.00 | 48,703.50 |
| Deposit | 04/15/2022 | | | X | 4,450.89 | 53,154.39 |
| Deposit | 04/15/2022 | | | X | 16,000.00 | 69,154.39 |
| Deposit | 04/18/2022 | | | X | 5,769.23 | 74,923.62 |
| Deposit | 04/19/2022 | | | X | 892.40 | 75,816.02 |
| Deposit | 04/20/2022 | | | X | 855.24 | 76,671.26 |
| Check | 05/06/2022 | 1072 | apple | X | 0.00 | 76,671.26 |
| | | | Total Deposits and Credits | | 76,671.26 | 76,671.26 |
| | | | Total Cleared Transactions | | 39,502.58 | 39,502.58 |
| Cleared Balance | | | | | 39,502.58 | 182,146.10 |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 1 item** | | | |
| Check | 04/21/2022 | eft | Whitaker builders | | -147.59 | -147.59 |
| | | | Total Checks and Payments | | -147.59 | -147.59 |
| | | | **Deposits and Credits - 1 item** | | | |
| Deposit | 04/22/2022 | | | | 8,000.00 | 8,000.00 |
| | | | Total Deposits and Credits | | 8,000.00 | 8,000.00 |
| | | | Total Uncleared Transactions | | 7,852.41 | 7,852.41 |
| Register Balance as of 04/22/2022 | | | | | 47,354.99 | 189,998.51 |
| | | | **New Transactions** | | | |
| | | | **Checks and Payments - 24 items** | | | |
| Check | 04/29/2022 | eft | kroger | | -237.92 | -237.92 |
| Check | 04/29/2022 | eft | Texture Salon | | -179.00 | -416.92 |
| Check | 04/29/2022 | eft | CVS | | -69.00 | -485.92 |
| Check | 04/29/2022 | eft | apple | | -6.99 | -492.91 |
| Check | 05/02/2022 | 1071 | U.S.Trustee Payme... | | -250.00 | -742.91 |
| Check | 05/06/2022 | 1080 | AGSOUTH FARM C... | | -3,040.39 | -3,783.30 |
| Check | 05/06/2022 | 1077 | AT&T | | -2,643.88 | -6,427.18 |
| Check | 05/06/2022 | 1079 | WELLS FARGO | | -1,488.62 | -7,915.80 |
| Check | 05/06/2022 | 1076 | GA POWER | | -1,191.21 | -9,107.01 |
| Check | 05/06/2022 | 1074 | BJ&J | | -675.00 | -9,782.01 |
| Check | 05/06/2022 | 1083 | AT&T | | -243.94 | -10,025.95 |
| Check | 05/06/2022 | 1088 | Central Georgia EMC | | -180.00 | -10,205.95 |
| Check | 05/06/2022 | 1086 | Central Georgia EMC | | -158.00 | -10,363.95 |
| Check | 05/06/2022 | 1078 | RYLAND ENVIRON... | | -153.40 | -10,517.35 |
| Check | 05/06/2022 | 1081 | AT&T | | -98.86 | -10,616.21 |
| Check | 05/06/2022 | 1087 | Central Georgia EMC | | -79.00 | -10,695.21 |
| Check | 05/06/2022 | 1082 | AT&T | | -72.09 | -10,767.30 |
| Check | 05/06/2022 | 1084 | Central Georgia EMC | | -65.00 | -10,832.30 |
| Check | 05/06/2022 | 1073 | City of Flovilla | | -48.05 | -10,880.35 |
| Check | 05/06/2022 | 1085 | Central Georgia EMC | | -40.00 | -10,920.35 |
| Check | 05/06/2022 | 1075 | GA POWER | | -19.84 | -10,940.19 |

10:11 AM

05/13/22

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### Truist Checking 5952, Period Ending 04/22/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 05/09/2022 | 1089 | Robert M. Matson | | -13,691.52 | -24,631.71 |
| Check | 05/09/2022 | 1090 | Business First Bank | | -11,574.60 | -36,206.31 |
| Check | 05/11/2022 | EFT | JJPF | | -2,887.29 | -39,093.60 |
| Total Checks and Payments | | | | | -39,093.60 | -39,093.60 |
| Deposits and Credits - 3 items | | | | | | |
| Deposit | 04/25/2022 | | | | 1,489.92 | 1,489.92 |
| Deposit | 04/25/2022 | | | | 5,769.23 | 7,259.15 |
| Deposit | 04/29/2022 | | | | 4,450.89 | 11,710.04 |
| Total Deposits and Credits | | | | | 11,710.04 | 11,710.04 |
| Total New Transactions | | | | | -27,383.56 | -27,383.56 |
| **Ending Balance** | | | | | 19,971.43 | 162,614.95 |

8:53 AM

05/16/22

Accrual Basis

## Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of April 30, 2022

|  | Apr 30, 22 | Mar 31, 22 | $ Change |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Truist Checking 5952 | 201,215.64 | 133,434.53 | 67,781.11 |
| **Total Checking/Savings** | 201,215.64 | 133,434.53 | 67,781.11 |
| **Total Current Assets** | 201,215.64 | 133,434.53 | 67,781.11 |
| **TOTAL ASSETS** | 201,215.64 | 133,434.53 | 67,781.11 |
| **LIABILITIES & EQUITY** | | | |
| **Equity** | | | |
| Owners Equity | 36,572.85 | 36,572.85 | 0.00 |
| Net Income | 164,642.79 | 96,861.68 | 67,781.11 |
| **Total Equity** | 201,215.64 | 133,434.53 | 67,781.11 |
| **TOTAL LIABILITIES & EQUITY** | 201,215.64 | 133,434.53 | 67,781.11 |



Page 1 of 3 04/20/22
GA


TRUIST

824-03-01-00 19003 25 C 001 13 S 66 002
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA 30216-2318

# Your account statement
For 04/20/2022

## Contact us

 Truist.com

(844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

- **TRUIST BRIGHT CHECKING** 6952

### Account summary

| | |
|---|---|
| Your previous balance as of 03/22/2022 | $142,643.52 |
| Checks | - 24,773.75 |
| Other withdrawals, debits and service charges | - 12,394.93 |
| Deposits, credits and interest | + 76,671.26 |
| Your new balance as of 04/20/2022 | = $182,146.10 |

Average Posted Balance in Statement Cycle     $161,088.00

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/24 | 1046 | 264.68 | 04/07 | 1055 | 47.68 | 04/11 | 1063 | 244.69 |
| 03/25 | 1047 | 1,309.50 | 04/08 | 1056 | 46.15 | 04/11 | 1064 | 99.25 |
| 04/04 | 1048 | 2,339.72 | 04/08 | 1057 | 65.00 | 04/19 | 1065 | 1,797.65 |
| 04/07 | 1049 | 360.75 | 04/08 | 1058 | 40.00 | 04/14 | 1066 | 235.00 |
| 04/04 | 1050 | 141.60 | 04/08 | 1059 | 160.00 | 04/14 | 1067 | 2,072.47 |
| 04/06 | 1051 | 265.57 | 04/08 | 1060 | 101.00 | 04/20 | 1068 | 11,574.60 |
| 04/04 | 1052 | 1,374.11 | 04/08 | 1061 | 186.00 | 04/19 | 1069 | 198.40 |
| 04/04 | 1053 | 163.11 | 04/11 | 1062 | 72.48 | 04/18 | 1070 | 120.00 |
| 04/07 | 1054 | 1,496.34 | | | | | | |

Total checks     = $24,773.75

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/24 | DEBIT CARD PURCHASE Eagles Landing ONL 03-23 770-9140116   GA 4483 | 1,084.57 |
| 03/25 | DEBIT CARD PURCHASE MM&B Dentistry 03-24 770-2279693   GA 4483 | 229.00 |
| 03/28 | DEBIT CARD PURCHASE-PIN 03-25-22 JACKSON      GA 4483 INGLES MARKETS #499 | 99.15 |
| 03/28 | DEBIT CARD PURCHASE SQ *SOUTH BEACH GR 03-26 KILL DEVIL HI  NC 4483 | 18.32 |
| 03/28 | INTERNET PAYMENT INST XFER PAYPAL GUNDRYMD | 53.45 |
| 03/28 | INTERNET PAYMENT INST XFER PAYPAL GUNDRYMD | 118.61 |
| 03/30 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-29 408-974-1010   CA 4483 | 6.99 |
| 03/30 | DEBIT CARD PURCHASE 03-29-22 JACKSON      GA 4483 PILOT_04560 | 64.55 |
| 03/31 | DEBIT CARD PURCHASE MORGAN WELL DRILLI 03-30 MILNER      GA 4483 | 500.00 |
| 03/31 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-30 JACKSON      GA 4483 | 547.99 |
| 03/31 | DEBIT CARD PURCHASE-PIN 03-30-22 GRIFFIN      GA 4483 KROGER #619 1524 HIGHWAY | 102.61 |
| 03/31 | 329 echeck JJPF Payments 0741 JEG FL QUALIFIED PERSO | 5,933.94 |

*continued*

- **TRUIST BRIGHT CHECKING** ▓▓▓▓▓ 5952 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-01 866-712-7753  CA 4483 | 14.99 |
| 04/04 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-01 JACKSON      GA 4483 | 285.42 |
| 04/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-02 866-712-7753  CA 4483 | 6.99 |
| 04/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-03 866-712-7753  CA 4483 | 2.99 |
| 04/04 | DEBIT CARD PURCHASE-PIN 04-03-22 JACKSON      GA 4483 INGLES MARKETS #499 | 140.81 |
| 04/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-04 866-712-7753  CA 4483 | 9.99 |
| 04/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-05 866-712-7753  CA 4483 | 14.99 |
| 04/07 | DEBIT CARD PURCHASE ULTA.COM 04-06 866-983-8582  IL 4483 | 156.22 |
| 04/07 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-06 JACKSON      GA 4483 | 19.15 |
| 04/08 | DEBIT CARD PURCHASE-PIN 04-07-22 JACKSON      GA 4483 CVS/PHARMACY #04 | 88.04 |
| 04/08 | DEBIT CARD PURCHASE-PIN 04-07-22 JACKSON      GA 4483 CVS/PHARMACY #04 04531–5 | 10.48 |
| 04/08 | DEBIT CARD PURCHASE-PIN 04-07-22 JACKSON      GA 4483 INGLES MARKETS #499 | 42.73 |
| 04/11 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-08 866-712-7753  CA 4483 | 9.99 |
| 04/11 | DEBIT CARD PURCHASE VENTURE MEDICAL AS 04-08 MONTICELLO      GA 4483 | 40.00 |
| 04/11 | NON-TRUIST ATM INQ FEE 04-08-22 ATLANTA      GA 4483 NAW ATLANTA EXPO S1 | 3.00 |
| 04/11 | NON-TRUIST ATM FEE 04-08-22 ATLANTA      GA 4483 NAW ATLANTA EXPO S1 | 3.00 |
| 04/11 | ATM NETWORK CASH WITHDRAWAL 04-08-22 ATLANTA      GA 4483 NAW ATLANTA EXPO S1 | 103.95 |
| 04/11 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-10 866-712-7753  CA 4483 | 9.99 |
| 04/12 | DEBIT CARD PURCHASE JONES PETROLEUM TR 04-11 678-7520212  GA 4483 | 1,543.58 |
| 04/12 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-11 JACKSON      GA 4483 | 12.69 |
| 04/12 | DEBIT CARD PURCHASE INCHARGE 04-11 866-729-0040  FL 4483 | 15.00 |
| 04/12 | DEBIT CARD PURCHASE-PIN 04-11-22 JACKSON      GA 4483 INGLES MARKETS #499 | 44.37 |
| 04/13 | DEBIT CARD PURCHASE-PIN 04-12-22 LOCUST GROVE GA 4483 WM SUPERCENTER # | 64.88 |
| 04/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-13 866-712-7753  CA 4483 | 29.95 |
| 04/15 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-14 866-712-7753  CA 4483 | 5.99 |
| 04/15 | DEBIT CARD PURCHASE KATIE MORGAN TEXTU 04-14 JACKSON      GA 4483 | 130.00 |
| 04/15 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 04-14 JACKSON      GA 4483 | 27.47 |
| 04/15 | DEBIT CARD PURCHASE-PIN 04-14-22 MACON      GA 4483 KROGER #425 5925 ZEBULON | 46.60 |
| 04/18 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-15 866-712-7753  CA 4483 | 6.99 |
| 04/18 | DEBIT CARD PURCHASE GRIFFIN IMAGING LL 04-15 GRIFFIN      GA 4483 | 110.00 |
| 04/18 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-16 866-712-7753  CA 4483 | 69.99 |
| 04/18 | DEBIT CARD PURCHASE-PIN 04-16-22 MACON      GA 4483 SAMSCLUB #8225 | 222.13 |
| 04/18 | DEBIT CARD PURCHASE-PIN 04-17-22 JACKSON      GA 4483 INGLES MARKETS #499 | 60.30 |
| 04/19 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-18 408-974-1010  CA 4483 | 15.99 |
| 04/19 | DEBIT CARD PURCHASE-PIN 04-18-22 STOCKBRIDGE  GA 4483 INGLES GAS EXP #467 | 55.25 |
| 04/20 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-19 770-7752086  GA 4483 | 211.84 |

Total other withdrawals, debits and service charges                                 = $12,394.93

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/28 | DEPOSIT | ✓ 5,769.23 |
| 04/01 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | ✓ 4,450.89 |
| 04/04 | DEPOSIT | 5,769.23 |
| 04/05 | SWDGCSTSLD AIRBNB PAYMENTS MRII TERI  GALARDI | 1,489.92 |
| 04/05 | DEPOSIT | 24,000.00 |
| 04/11 | DEPOSIT | 5,769.23 |
| 04/12 | 6KTPLXEGDK AIRBNB PAYMENTS EWT7 TERI  GALARDI | 1,455.00 |
| 04/15 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 04/15 | DEPOSIT | 16,000.00 |
| 04/18 | DEPOSIT | 5,769.23 |
| 04/19 | 7UAVGBITGX AIRBNB PAYMENTS BFG4 TERI  GALARDI | 892.40 |
| 04/20 | DEPOSIT | 855.24 |

Total deposits, credits and interest                                 = $76,671.26

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing **Monthly Operating Report for Small Business Under Chapter 11** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all users who have consented to such service.

This 23rd day of May 2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**