IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, the law firm of Jones & Walden LLC (the "Firm") hereby provides notice that it is representing more than one creditor in the above-captioned chapter 11 case (the "Case"), and states as follows:

1. On or about May 10, 2022, the Firm was retained to represent the Committee of Unsecured Creditors in connection with the Case subject to objection by any party in interest within 21 days. The time for such objection has now run.

2. On or about February 28, 2022, the Firm was retained to represent Shanice Bain, Yashica Bain, Netonia Bell, Yamilee Bennett, Maria Bush, Princess Callahan, Jessica Chatman, Quina Dopoe, Shadana Deleston, Shanrika Duhart, Belinda Harris, Crystyona Hartzog, Sasha Hollins, Kitrea Jackson, Ronika Jones, Abrey Leahong, Queen Lewis, Montoyo Minnis, Tania Ramessar, Jennifer Ridley, Aida Simmons, Seleta Stanton, Aisha Taliaferro, Marsha Taylor, Brittany Walker, Keesha Weems, and Africa Williams (the "Bain Creditors") in connection with this Case.

3. On or about April 5, 2022, the Firm was retained to represent Krystall Wright in connection with the Case.

4. On or about April 8, 2022, the Firm was retained to represent Addie Brooks and Latoya Hughes in connection with the Case.

5. On or about April 13, 2022, the Firm was retained to represent Angela Milner in connection with the Case.

6. As of the date of this Verified Statement, the Firm represents the Committee of Unsecured Creditors on behalf of all unsecured creditors in the Case.

7. Aside from the claims they hold against the Debtor, the Committee of Unsecured Creditors does not appear to have any other "disclosable economic interests" as defined in Fed. R. Bankr. P. 2019.

8. The Firm reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Fed. R. Bankr. P. 2019.

Respectfully submitted this 1st day of June, 2022.

> **JONES & WALDEN LLC**
> /s/ *Thomas T. McClendon*
> Leon S. Jones
> Georgia Bar No. 003980
> Thomas T. McClendon
> Georgia Bar No. 431452
> 699 Piedmont Ave. NE
> Atlanta, Georgia 30308
> (404) 564-9300
> tmcclendon@joneswalden.com
> Attorneys for Creditors

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:

TERI G. GALARDI,

    Debtor.

CHAPTER 11

CASE NO.  22-50035-JPS

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Verified Statement using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Verified Statement to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan Owens Durkovic**   ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**   robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Elizabeth A. Hardy**   elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Roy E. Manoll**   kdd@fbglaw.com
- **Robert M. Matson**   GA69@ecfcbis.com;rmtrusteenotices@akin-webster.com
- **Robert M. Matson - Ch 11 Sub V**   GA69@ecfcbis.com;rmtrusteenotices@akin-webster.com
- **Louis G. McBryan**   lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Ward Stone**   wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com;lford-faherty@stoneandbaxter.com;mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com
- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

This 1st day of June, 2022.

JONES & WALDEN LLC

/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Attorney for Creditors