# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| In re: | Case No. 22-50035-JPS |
| Teri G. Galardi | |
| Debtor | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Robert M. Matson*, having been appointed Chapter 11 Subchapter V trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted to a traditional Chapter 11 on March 30, 2022 (Doc. No. 64) with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as the Subchapter V trustee.

Date: 6/30/22                    By: /s/ Robert M. Matson
                                           Trustee