**SO ORDERED.**

**SIGNED this 23 day of August, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |

<u>ORDER GRANTING MOTION FOR AUTHORIZATION TO SELL</u>
<u>REAL PROPERTY LOCATED AT 4730 FRONTAGE ROAD, FOREST PARK, GEORGIA</u>
<u>AND STOCK INTEREST IN RED EYED, INC.</u>

On July 8, 2022, Debtor filed her motion to sell property free and clear of liens (Docket No. 132). After notice and hearing, the Court, on August 3, 2022, entered an order granting the motion. Thereafter, counsel for Debtor discovered that certain parties in interest had not been served with the motion and notice of hearing thereof. Accordingly, counsel for Debtor filed a second motion to sell, requesting an expedited hearing to reconsider the motion after proper service on all parties in interest (Docket No. 160). The Court authorized an expedited hearing on the renewed motion (Docket No. 163) and the renewed motion was served on all parties in interest (Docket No. 164). The renewed motion came on for hearing on August 22, 2022, and there being no objection, the Court again grants the motion to sell property located at 4730 Frontage Road, Forest Park, Georgia and the stock interest in Red Eyed, Inc., free and clear of all liens pursuant to the terms of the prior order entered on August 3, 2022 (Docket No. 158).

*END OF DOCUMENT*