**SO ORDERED.**

**SIGNED this 8 day of September, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |

ORDER REQUIRING RESPONSE TO MOTION TO COMPEL

On September 6, 2022, the Official Committee of Unsecured Creditors filed and served upon Debtor's counsel a motion to compel discovery and proposed order and notice of hearing thereon. It is hereby

ORDERED that Debtor shall file and serve upon the appropriate parties in interest her written response to said motion and proposed order no later than September 23, 2022. It is further

ORDERED that the Court shall hold an in-person hearing on the motion and any response thereto on **October 5, 2022** at **11:00 a.m.** in the United States Bankruptcy Court, Courtroom A, 433 Cherry Street, Macon, Georgia.

*END OF DOCUMENT*