**SO ORDERED.**

**SIGNED this 28 day of September, 2022.**



*James P. Smith*
**James P. Smith**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Teri Galardi | |
| Debtor(s) | Case No. 22-50035 |

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**To the debtor, its creditors, and other parties in interest:**

A disclosure statement and a plan under chapter 11 of the Bankruptcy Code having been filed by Teri Galardi on September 28, 2022,

**IT IS ORDERED** and notice is hereby given, that:

1. The hearing to consider the approval of the disclosure statement shall be held at:
   433 Cherry Street Court A, Macon GA 31201 on November 16, 2022 at 11:00 A.M..

2. November 8, 2022 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

3. Within 7 days after entry of this order, the disclosure statement and plan shall be distributed by the plan proponent in accordance with Fed. R. Bankr. P. 3017(a).

4. Requests for copies of the disclosure statement and plan shall be mailed to the plan proponent, at the following address:

   Thomas McClendon, 699 Piedmont Ave. NE, Atlanta, GA 30308.

END OF DOCUMENT