## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO.  22-50035-JPS** |
| **Debtor,** | ) | |

---

### NOTICE OF HEARING

---

**PLEASE TAKE NOTICE** that Teri G. Galardi, Debtor, filed a *Motion For Authorization To Sell Real Property Located at Royal Hammock, Naples, Florida* on October 13, 2022 [Docket No. 211].

**YOUR RIGHTS MAY BE AFFECTED**. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on:

**November 16, 2022, at 11:00 am at the United States Bankruptcy Court,
Courtroom A, 433 Cherry Street, Macon, Georgia**

Parties should consult the Court's website (www.gamb.uscourt.gov) concerning whether the hearing will be in-person, telephonic or virtual.  Please refer to Administrative Order #145 for more guidance.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO. 22-50035-JPS** |
| **Debtor,** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the **MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY LOCATED AT ROYAL HAMMOCK, NAPLES, FLORIDA** and **NOTICE OF HEARING** using the Bankruptcy Court's Electronic Case Filing program, and served the following parties via electronic notice and/or U.S. Mail as indicated below:

The following parties were served by electronic notice:

| | |
|---|---|
| **Evan Owens Durkovic** | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| **Robert G. Fenimore** | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| **Elizabeth A. Hardy** | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| **Leon Strickland Jones** | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| **Roy E. Manoll, III** | kdd@fbglaw.com |
| **Robert M. Matson** | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| **Thomas McClendon** | tmcclendon@joneswalden.com |
| **U.S. Trustee – MAC** | Ustp.region21.mc.ecf@usdoj.gov |
| **Ward Stone, Jr.** | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| **James D. Silver** | jsilver@kklaw.com |
| **Ainsworth G. Dudley** | adudleylaw@gmail.com |
| **Mutepe Akemon** | mutepe.akemon@richardslegal.com |
| **William Bussell Geer** | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| **Garrett A. Nail** | gnail@pgnlaw.com |
| **Christopher W. Terry** | chris@boyerterry.com, terryer40028@notify.bestcase.com |
| **Whitney Groff** | wgroff@law.ga.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com

The following parties were served with a copy of the **NOTICE OF HEARING** by placing a copy
of same in a properly addressed envelope with adequate postage affixed thereon via U.S. Mail:

Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, Fl. 33083

American Express
PO Box 981537
El Paso, TX 79998

Ag South Farm Credit
26 S. Main Street
Statesboro, GA 30458

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170

Business First Bank
1675 N. Hwy 190
Covington, LA 70433

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789

Citibank Card
P. O. Box 20483
Kansas City, MO 64195

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328

ConServe
200 CrossKeys Office Park
Fairport, NY 14450

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130

Disney Vacation Club
215 Celebration Place, Suite 300
Kissimmee, FL 34747

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316

Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Georgia Department of Revenue
PO Box 105499
Atlanta, GA 30348

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324

JEG Family Trust - Jack Galardi Jr
Sub-Trust
2121 Highland Avenue
Las Vegas, NV 89102

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216

Power Financial Credit Union
2020 NW 150th Ave, Suite 100
Pembroke Pines, FL 33028

Southern States Bank
4045 Orchard Road SE, Suite 510
Smyrna, GA 30080

The Estate of Jack Galardi
c/o Teri Galardi, Executor
2146 Highway 42 South
Flovilla, GA 30216

Trinidad Creations, LLC
2121 Highland Ave
Las Vegas, NV 89102

Trop, Inc.
2555 Chantilly Drive NE
Atlanta, GA 30324

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306

Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355

Abrey Leahong
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Africa Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Aida Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Aisha Taliaferro
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Alexis King
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ameera Brewer
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Angela Milner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Belinda Harris
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Brittany Walker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Crystyona Hartzog
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Diana Smith
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ebony Mayfield
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Elliandria Griffin
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jammie Parker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jenisee Long
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jennifer Ridley
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jessica Chatman
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jocelyn Johnson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Keesha Weems
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Kitrea Jackson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lakeisha Fenner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lygia Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marai Kahey
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marleka Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marquesha Holmes
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marsha Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Montoya Minnis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Netonia Bell
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Tiffany Thompson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yamilee Bennett
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yashica Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

U.S. Attorney's Office
Gateway Plaza
300 Mulberry Street, Suite 101
Macon, Georgia 31201

Internal Revenue Service
435 2nd Street
Macon, GA 31201

Georgia Department of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

Dieter Huebl
Neal Meade
2826 SW 39th Ter
Cape Coral, FL 33914

Citizens Title Agency, LLC
12276 Tamiami Trail East
Suite 501
Naples, FL 34113

This 13th day of October 2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
**Attorneys for Debtor**