# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO.  22-50035-JPS |
| Debtor, | ) | |
| | ) | |

## NOTICE OF APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE** that the Debtor has filed a Second Application for Compensation for Accountant Whaley Hammonds Tomasello, P.C., in the amount of $12,093.75 on November 1, 2022 [Docket No. 223].

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the Court to grant the application for compensation or if you want the court to consider your views on the application, then you or your attorney shall file with the court a written objection or response on or before **November 22, 2022**, pursuant to Fed.R.Bankr.P.9006(f).  If you are receiving this notice by mail, you may add (3) days to the response date stated above.  The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA 31202, (478) 752-3506.

If an objection or response is filed a hearing on the application shall be held on:

**December 7, 2022, at 11:00 a.m.**
**Courtroom A, United States Bankruptcy Court**
**433 Cherry Street, Macon, GA  31201**

Parties should consult the Court's website (www.gamb.uscourt.gov) concerning whether the hearing will be in-person, telephonic or virtual.  Please refer to Administrative Order #145 for more guidance.

If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the date stated above.
Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 2016-(c)(2).

          Respectfully submitted,

          **McBRYAN, LLC**

          /s/Louis G. McBryan
          Louis G. McBryan, Georgia Bar No. 480993
          6849 Peachtree Dunwoody Rd
          Building B-3, Suite 100
          Atlanta, GA 30328
          Telephone (678) 733-9322
          lmcbryan@mcbryanlaw.com
          **Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| TERI G. GALARDI, ) | |
| ) | CASE NO.  22-50035-JPS |
| Debtor, ) | |
| _____) | |

**SECOND INTERIM APPLICATION OF ACCOUNTANT**
**WHALEY HAMMONDS TOMASELLO, P.C., FOR COMPENSATION**

COMES NOW, Whaley Hammonds Tomasello, P.C., ("Whaley Hammonds"), and files this, its *Second Interim Application for Compensation of Accountant Whaley Hammonds Tomasello, P.C.,*" (the "Application") and in support thereof respectfully shows as follows:

1.

On January 12, 2022 (the "Petition Date"), Debtor commenced this Subchapter V under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). Debtor has continued in possession of her property and is operating and managing her business as Debtor-in-Possession in accordance with Sections 1107(a) and 1108 of the Bankruptcy Code.

2.

Whaley Hammonds previously applied for interim compensation on June 23, 2022, for services rendered for the time period of January 12, 2022 through May 31, 2022 [Docket No. 118] (the "First Application"). The Order Granting the First Application was entered on July 29, 2022 [Docket No. 150] and awarded interim compensation in the amount of $16, 575.00.

3.

Whaley Hammonds makes this Second Interim Application for allowance for compensation for professional services for the time period from June 1, 2022 through September 30, 2022 (the "Second Application"), which were performed as contemplated in the Application to Employ.  The invoices are attached as Exhibit 1.   Whaley Hammonds shows that it has a total of 32.25 hours for the Second Application, in the total amount of $12,093.75. All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.  Debtor has reviewed the Second Application prior to filing and has approved it.

4.

A detailed description of the services rendered by Whaley Hammonds on behalf of the Debtor is attached – showing the billing statements for the Second Application.  The attached statements show the specific work done by the CPA, the date of the work, and the number of hours expended.

Whaley Hammonds has expended time on behalf of the Debtor as set out in the attached invoices, which services are billed at the rates set out as follows:

| Accountant | Hourly Rate |
|---|---|
| Toni Schwahn, CPA | $375.00 |

5.

Whaley Hammonds asserts that the services rendered were necessary and beneficial to the bankruptcy estate.

6.

Whaley Hammonds has received no promise of compensation for services rendered or to be rendered on behalf of the Debtor in this case, except as set forth in the Application to Employ filed in this Court.

7.

All services for which compensation is requested herein by Whaley Hammonds was performed for and on behalf of Debtor.

WHEREFORE, Whaley Hammonds Tomasello, P.C., prays:

(1) That Whaley Hammonds Tomasello, P.C., be allowed an award of $12,093.75 as reasonable compensation for services rendered as contemplated by the Order on Application to Employ entered by this Court;

(2) That the Debtor be authorized to pay Whaley Hammonds Tomasello, P.C.; and

(3) That the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**



**EXHIBIT 1**

# whtcpa

115 Westridge Industrial Blvd, Suite 200
McDonough, GA 30253

Phone: 770-914-1040
Fax: 770-957-1914
www.wht.cpa
info@whtcpa.com

| Invoice: | 91218 | Date: | 7/27/2022 |
|---|---|---|---|
| Amount: | $8,718.75 | | |

**Terms: Due Upon Receipt**

ID:  G1045
Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

**This invoice is for the following services rendered:**

Toni Schwahn, TMS, Partner

Preparation of May MOR
06/14/22        .45 hrs
06/20/22        .45 hrs
06/21/22        1.25 hrs
Total:          2.15 hrs @ $375 = $806.25

Evaluation of sales contract for Frontage Road.
06/13/22        .80 hrs
Total:          .80 hrs @ $375 = $300.00

Conference regarding liquidation plan.
06/01/22        .45 hrs
06/15/22        1.95 hrs
Total:          2.40 hrs @ $375 = $900.00

Liquidation Analysis.
06/16/22        1.85 hrs
06/21/22        1.90 hrs
06/22/22        .70 hrs
06/29/22        1.80 hrs
07/05/22        3.75 hrs
07/06/22        1.00 hrs
07/08/22        2.15 hrs
07/12/22        0.70 hrs
Total:          13.85 hrs @ $375 = $5,193.75

Document Request.
07/12/22        2.00 hrs
07/14/22        2.05 hrs
Total:          4.05 hrs @ $375 = $1,518.75

| Billed Amount | $8,718.75 |
|---|---|
| **Invoice Total** | **$8,718.75** |



115 Westridge Industrial Blvd, Suite 200
McDonough, GA 30253

Phone: 770-914-1040   www.wht.cpa
Fax: 770-957-1914   info@whtcpa.com

| Invoice: | 92178 | Date: | 9/21/2022 |
|---|---|---|---|
| Amount: | $3,375.00 | | |

**Terms: Due Upon Receipt**

**ID:** G1045
Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

_This invoice is for the following services rendered:_

Toni Schwahn, TMS, Partner

| Date | Type | Hours | Description | Amount |
|---|---|---|---|---|
| 07/15/22 | TMS | 1.30 hrs | June MOR. | $487.50 |
| 07/28/22 | TMS | 1.05 hrs | Liquidation Analysis | $393.75 |
| 08/04/22 | TMS | 2.10 hrs | Conference with C. Terry | $787.50 |
| 08/16/22 | TMS | 1.30 hrs | July MOR | $487.50 |
| 08/17/22 | TMS | 2.00 hrs | Sale of Red Eye | $750.00 |
| 09/06/22 | TMS | 1.25 hrs | Conference with L. McBryan | $468.75 |

| Billed Amount | $3,375.00 |
|---|---|
| **Invoice Total** | **$3,375.00** |

---

Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa

Print/sign to authorize payment by credit/debit card. Effective 3/1/22 there will be a 3% convenience fee for all card payments.

| Invoice: | 92178 | | | ID: G1045 |
|---|---|---|---|---|
| Date: | 09/21/2022 | Payment Amount: | $_____ | Teri Galardi & Michael Porter |
| | $3,375.00 | Payment Type: | ☐ Check  ☐ Credit Card | |

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____
Name on card: _____   Sec. Code: _____
Card #: _____   Exp Date: _____
Signature: _____

VISA

_Make checks payable to Whaley Hammonds Tomasello, P.C._

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **SECOND INTERIM APPLICATION FOR ACCOUNTANT WHALEY HAMMONDS TOMASELLO, P.C.** and **NOTICE** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the following parties in this case under the Bankruptcy Court's Electronic Case Filing Program:

The following parties were served by electronic notice:

| | |
|---|---|
| Evan Owens Durkovic | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Robert G. Fenimore | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| Elizabeth A. Hardy | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| Leon Strickland Jones | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| Roy E. Manoll, III | kdd@fbglaw.com |
| Robert M. Matson | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| Thomas McClendon | tmcclendon@joneswalden.com |
| U.S. Trustee – MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Ward Stone, Jr. | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| James D. Silver | jsilver@kklaw.com |
| Ainsworth G. Dudley | adudleylaw@gmail.com |
| Mutepe Akemon | mutepe.akemon@richardslegal.com |
| William Bussell Geer | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| Garrett A. Nail | gnail@pgnlaw.com |
| Christopher W. Terry | chris@boyerterry.com, terrycr40028@notify.bestcase.com |
| Whitney Groff | wgroff@law.ga.gov |
| Jonathan D. Loegel | jloegel@law.ga.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com

This 1st day of November 2022.

Respectfully submitted,
**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**