UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**DEBTOR'S LIMITED OBJECTION AND RESERVATION OF RIGHTS AS TO SECOND INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE COMMITTEE OF UNSECURED CREDITORS**

COMES NOW, Teri G. Galardi, Debtor and Debtor-in-Possession, in the above styled case proceeding under Chapter 11 of the Bankruptcy Code and files her Debtor's Objection and Reservation of Rights as to the Second Interim Application for Chapter 11 Compensation of The Attorneys Representing The Committee of Unsecured Creditors (the "Second Application") [Docket No. 209] filed on October 12, 2022.  In support, Debtor respectfully shows the Court the following:

1.

On October 12, 2022, Counsel for the Committee of Unsecured Creditors filed its Second Application. A substantial part of the compensation sought relates to the Plan of Liquidation filed by the Committee of Unsecured Creditors on September 28, 2022 (the "Committee's Plan") [Docket No. 198]. The Committee's Plan is unconfirmable on its face as it fails to treat the IRS claim for the Estate Tax liability of the Debtor as a secured claim as required by IRC 26 U.S. § 6324.

2.

Debtor objects to the payment of the fees requested by counsel for the Committee for preparation of the Plan and its accompanying Disclosure Statement, as filed, and requests this

Court refrain from awarding such fees related to the preparation of the Committee's Plan, at this time, but to wait for further developments in this Chapter 11 Case. While Debtor is prepared to fully brief its objections to the Second Application, Debtor believes the better course of action would be for the parties to discuss the issues and if needed mediate the dispute prior to any final ruling by this Court. Also, Debtor notes this Second Application is interim and no award would be final until such "final" application is presented. Accordingly, Debtor reserves all rights to more fully object to the Second Application at any hearing on a final application.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Debtor's Limited Objection And Reservation Of Rights As To Second Interim Application For Chapter 11 Compensation Of The Attorneys Representing The Committee Of Unsecured Creditors,** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the following parties in this case under the Bankruptcy Court's Electronic Case Filing Program:

The following parties were served by electronic notice:

| | |
|---|---|
| **Evan Owens Durkovic** | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| **Robert G. Fenimore** | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| **Elizabeth A. Hardy** | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| **Leon Strickland Jones** | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| **Roy E. Manoll, III** | kdd@fbglaw.com |
| **Robert M. Matson** | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| **Thomas McClendon** | tmcclendon@joneswalden.com |
| **U.S. Trustee – MAC** | Ustp.region21.mc.ecf@usdoj.gov |
| **Ward Stone, Jr.** | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| **James D. Silver** | jsilver@kklaw.com |
| **Ainsworth G. Dudley** | adudleylaw@gmail.com |
| **Mutepe Akemon** | mutepe.akemon@richardslegal.com |
| **William Bussell Geer** | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| **Garrett A. Nail** | gnail@pgnlaw.com |
| **Christopher W. Terry** | chris@boyerterry.com, terrycr40028@notify.bestcase.com |
| **Whitney Groff** | wgroff@law.ga.gov |
| **Jonathan D. Loegel** | jloegel@law.ga.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com

The following parties were served by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon via U.S. Mail:

| | | |
|---|---|---|
| Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | American Express<br>PO Box 981537<br>El Paso, TX 79998 | Ag South Farm Credit<br>26 S. Main Street<br>Statesboro, GA 30458 |
| Apple Card / Mastercard<br>P.O. Box 7247<br>Philadelphia, PA 19170 | Business First Bank<br>1675 N. Hwy 190<br>Covington, LA 70433 | Carlos V. Leach, Esq.<br>631 S. Orlando Avenue<br>Suite 300<br>Winter Park, FL 32789 |
| Citibank Card<br>P. O. Box 20483<br>Kansas City, MO 64195 | Cohen & Caproni<br>750 Hammond Drive<br>Building 7, Suite 200<br>Atlanta, GA 30328 | ConServe<br>200 CrossKeys Office Park<br>Fairport, NY 14450 |
| Darrell Galardi<br>263 N. Mulberry Street<br>Jackson, GA 30233 | Discover Card<br>P.O. Box 30938<br>Salt Lake City, UT 84130 | Disney Vacation Club<br>215 Celebration Place, Suite 300<br>Kissimmee, FL 34747 |
| Fly Low, Inc.<br>506 SE 11th Street<br>Fort Lauderdale, FL 33316 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Georgia Department of Revenue<br>PO Box 105499<br>Atlanta, GA 30348 |
| Grace Gigi Galardi Trust<br>c/o Kelly Galardi, Trustee<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 | Jackson Galardi Trust<br>c/o Kelly Galardi, Trustee<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 | JEG Family Trust - Jack Galardi Jr<br>Sub-Trust<br>2121 Highland Avenue<br>Las Vegas, NV 89102 |
| Michael Porter<br>2146 Highway 42 South<br>Flovilla, GA 30216 | Power Financial Credit Union<br>2020 NW 150th Ave, Suite 100<br>Pembroke Pines, FL 33028 | Southern States Bank<br>4045 Orchard Road SE, Suite 510<br>Smyrna, GA 30080 |
| The Estate of Jack Galardi<br>c/o Teri Galardi, Executor<br>2146 Highway 42 South<br>Flovilla, GA 30216 | Trinidad Creations, LLC<br>2121 Highland Ave<br>Las Vegas, NV 89102 | Trop, Inc.<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 |

Yamilee Bennett
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yashica Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

U.S. Attorney's Office
Gateway Plaza
300 Mulberry Street, Suite 101
Macon, Georgia 31201

Internal Revenue Service
435 2nd Street
Macon, GA 31201

Georgia Department of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

Tiffany Thompson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306

Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355

Abrey Leahong
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Africa Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Aida Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Aisha Taliaferro
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Alexis King
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ameera Brewer
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Angela Milner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Belinda Harris
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Brittany Walker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Crystyona Hartzog
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Diana Smith
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ebony Mayfield
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Elliandria Griffin
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jammie Parker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jenisee Long
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jennifer Ridley
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jessica Chatman
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Jocelyn Johnson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Keesha Weems
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Kitrea Jackson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lakeisha Fenner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Lygia Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marai Kahey
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marleka Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marquesha Holmes
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Marsha Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Montoya Minnis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Netonia Bell
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

This 2nd day of November 2022.

Respectfully submitted,
**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**