**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO.  22-50035-JPS** |
| Debtor, | ) | |
| | ) | |

**AMENDED CERTIFICATE OF SERVICE**

This is to certify that on October 20, 2022, I electronically filed the foregoing **MOTION FOR AUTHORIZATION TO SELL MEMBERSHIP INTEREST OF JGP&P, LLC AND STOCK INTEREST IN RED EYED, INC.** [Docket No. 219] and **NOTICE OF HEARING** [Docket No. 220] using the Bankruptcy Court's Electronic Case Filing program, which served the following parties via electronic notice and/or U.S. Mail as indicated below:

The following parties were served by electronic notice:

| | |
|---|---|
| **Evan Owens Durkovic** | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| **Robert G. Fenimore** | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| **Elizabeth A. Hardy** | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| **Leon Strickland Jones** | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| **Roy E. Manoll, III** | kdd@fbglaw.com |
| **Robert M. Matson** | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| **Thomas McClendon** | tmcclendon@joneswalden.com |
| **U.S. Trustee – MAC** | Ustp.region21.mc.ecf@usdoj.gov |
| **Ward Stone, Jr.** | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| **James D. Silver** | jsilver@kklaw.com |
| **Ainsworth G. Dudley** | adudleylaw@gmail.com |
| **Mutepe Akemon** | mutepe.akemon@richardslegal.com |
| **William Bussell Geer** | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| **Garrett A. Nail** | gnail@pgnlaw.com |
| **Christopher W. Terry** | chris@boyerterry.com, terrycr40028@notify.bestcase.com |
| **Whitney Groff** | wgroff@law.ga.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com

On October 20, 2022, the following parties were served with a copy of the **NOTICE OF HEARING** by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon via U.S. Mail:

| | | |
|---|---|---|
| Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | American Express<br>PO Box 981537<br>El Paso, TX 79998 | Ag South Farm Credit<br>26 S. Main Street<br>Statesboro, GA 30458 |
| Apple Card / Mastercard<br>P.O. Box 7247<br>Philadelphia, PA 19170 | Business First Bank<br>1675 N. Hwy 190<br>Covington, LA 70433 | Carlos V. Leach, Esq.<br>631 S. Orlando Avenue<br>Suite 300<br>Winter Park, FL 32789 |
| Citibank Card<br>P. O. Box 20483<br>Kansas City, MO 64195 | Cohen & Caproni<br>750 Hammond Drive<br>Building 7, Suite 200<br>Atlanta, GA 30328 | ConServe<br>200 CrossKeys Office Park<br>Fairport, NY 14450 |
| Darrell Galardi<br>263 N. Mulberry Street<br>Jackson, GA 30233 | Discover Card<br>P.O. Box 30938<br>Salt Lake City, UT 84130 | Disney Vacation Club<br>215 Celebration Place, Suite 300<br>Kissimmee, FL 34747 |
| Fly Low, Inc.<br>506 SE 11th Street<br>Fort Lauderdale, FL 33316 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Georgia Department of Revenue<br>PO Box 105499<br>Atlanta, GA 30348 |
| Grace Gigi Galardi Trust<br>c/o Kelly Galardi, Trustee<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 | Jackson Galardi Trust<br>c/o Kelly Galardi, Trustee<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 | JEG Family Trust - Jack Galardi Jr Sub-Trust<br>2121 Highland Avenue<br>Las Vegas, NV 89102 |
| Michael Porter<br>2146 Highway 42 South<br>Flovilla, GA 30216 | Power Financial Credit Union<br>2020 NW 150th Ave, Suite 100<br>Pembroke Pines, FL 33028 | Southern States Bank<br>4045 Orchard Road SE, Suite 510<br>Smyrna, GA 30080 |
| The Estate of Jack Galardi<br>c/o Teri Galardi, Executor<br>2146 Highway 42 South<br>Flovilla, GA 30216 | Trinidad Creations, LLC<br>2121 Highland Ave<br>Las Vegas, NV 89102 | Trop, Inc.<br>2555 Chantilly Drive NE<br>Atlanta, GA 30324 |

| | | |
|---|---|---|
| U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>75 Ted Turner Drive, SW<br>Suite 600<br>Atlanta, GA 30303 | U.S. Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |
| Wells Fargo Bank<br>P.O. Box 10335<br>Des Moines, IA 50306 | Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355 | Abrey Leahong<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Africa Williams<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Aida Simmons<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Aisha Taliaferro<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Alexis King<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Ameera Brewer<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Angela Milner<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Belinda Harris<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Brittany Walker<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Crystyona Hartzog<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Diana Smith<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Ebony Mayfield<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Elliandria Griffin<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Jammie Parker<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Jenisee Long<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Jennifer Ridley<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Jessica Chatman<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Jocelyn Johnson<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Keesha Weems<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Kitrea Jackson<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Lakeisha Fenner<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Lygia Simmons<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Marai Kahey<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Marleka Williams<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Marquesha Holmes<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |
| Marsha Taylor<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Montoya Minnis<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 | Netonia Bell<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083 |

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Tiffany Thompson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yamilee Bennett
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

Yashica Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083

U.S. Attorney's Office
Gateway Plaza
300 Mulberry Street, Suite 101
Macon, Georgia 31201

Internal Revenue Service
435 2nd Street
Macon, GA 31201

Georgia Department of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

Roi Zalach
376 W. Sahara Avenue
Las Vegas, NV 89102

Fidelity National Title of Nevada
Attn: Jennifer Hubbard
500 N. Rainbow Blvd, Suite 100
Las Vegas, NV 89107

Nevada Land Commercial Real Estate
Attn: Alberto Jauregui
3505 E. Harmon Avenue, Suite B
Las Vegas, NV 89121

On November 2, 2022, the following additional parties were served with a copy of the **MOTION FOR AUTHORIZATION TO SELL MEMBERSHIP INTEREST OF JGP&P, LLC AND STOCK INTEREST IN RED EYED, INC.** [Docket No. 219] **and NOTICE OF HEARING** [Docket No. 220] by placing a copy of same in a properly addressed envelope with adequate postage affixed thereon via U.S. Mail:

James D. Fulford
c/o Alan Perlman Esq.
350 E Las Olas Blvd Ste 1750
Ft Lauderdale, Fl 33301-6769

This 3rd day of November 2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**