**Fill in this information to identify the case:**

Debtor Name **Teri Galardi**

United States Bankruptcy Court for the: **Northern District of Georgia** ▼

Case number: **22-50035**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: **October 2022**

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: **none**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Teri G. Galardi**

Original signature of responsible party _[signature]_

Printed name of responsible party **Teri G. Galardi**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Teri Galardi

Case number  22-50035

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 270,366.59

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.   $ 795,059.52

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.   − $ 672,307.40

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.   + $ 122,752.10

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 393,118.70

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

   *(Exhibit E)*

Debtor Name Teri Galardi

Case number 22-50035

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                     _____

27. What is the number of employees as of the date of this monthly report?                        _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 200,838.85

30. How much have you paid this month in other professional fees?                                  $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | **–** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | – | $ 795,059.52 | = | $ -695,059.52 |
| 33. **Cash disbursements** | $ 59,856.00 | – | $ 672,307.40 | = | $ -612,451.40 |
| 34. **Net cash flow** | $ 40,144.00 | – | $ 122,752.12 | = | $ -82,608.12 |

35. Total projected cash receipts for the next month:                                              $ 100,000.00

36. Total projected cash disbursements for the next month:                                      - $ 59,856.00

37. Total projected net cash flow for the next month:                                             = $ 40,144.00

Debtor Name  Teri Galardi                                      Case number  22-50035

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Teri G. Galardi
Schedule of Deposits
10/31/22

**EXHIBIT**

**C**

| Date | Name | Purpose | Amount |
|------|------|---------|--------|
| 10/3/2022 | Masters Club | Rent | 8,000.00 |
| 10/3/2022 | Trop | Rent | 5,769.23 |
| 10/6/2022 | Trop | Salary | 4,450.89 |
| 10/7/2022 | Masters Club | Rent | 8,000.00 |
| 10/11/2022 | Trop | Rent | 5,769.23 |
| 10/14/2022 | Trop | Salary | 4,450.89 |
| 10/17/2022 | Trop | Rent | 5,769.23 |
| 10/18/2022 | Masters Club | Rent | 8,000.00 |
| 10/20/2022 | Trop | Distributions | 250,000.00 |
| 10/20/2022 | Goldrush | Distributions | 100,000.00 |
| 10/24/2022 | Trop | Rent | 5,769.23 |
| 10/24/2022 | 2555 Chantilly | Distributions | 12,000.00 |
| 10/25/2022 | Trop | Distributions | 350,000.00 |
| 10/25/2022 | ATT | Telephone Expense | 5.46 |
| 10/26/2022 | Backdoor | Note Income Received | 855.24 |
| 10/28/2022 | Trop | Salary | 4,450.89 |
| 10/31/2022 | Trop | Rent | 5,769.23 |
| 10/31/2022 | Masters Club | Rent | 16,000.00 |
| | | TOTAL DEPOSITS | 795,059.52 |

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



DEPOSIT TICKET
TRUIST BANK

DATE  10.3.22

CURRENCY
COIN
LIST EACH CHECK

44.89  5769.23

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PPATL CC #4489

TOTAL FROM ATTACHED LIST $

5769 23

$  5,769.23

04-1341/611

TOTAL ITEMS  1

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

⑈815⑈    13

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES · SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR.NE
ATLANTA, GA 30324

TRUIST BANK          4489

64-1341/611

10/3/2022

PAY TO THE
ORDER OF  TERI G GALARDI                                $  **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100****************************************************DOLLARS

TERI G GALARDI
2555 CHANTILLY DR.
ATLANTA GA 30324

VOID AFTER 90 DAYS

HEAT SENSITIVE
AREA TO TOUCH

AUTHORIZED SIGNATURE

MEMO
EVERY TUESDAY

⑈004489⑈

---

:053101121: <10/03/2022 016955551B
8460203 0012 00022

SECURITY FEATURES
LISTED BELOW

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE:

For deposit only
Teri G Galardi

8315

1 of 1

11/14/2022, 2:21 PM







**DEPOSIT TICKET** — TRUST BANK

DATE 10-6-2022

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PAY DATE: 9/30/2022
PAY PERIOD: 9/12/2022 - 9/25/2022

4,450.89

04-1341/611

TOTAL ITEMS    1

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

$4,450.89    DEPOSIT

---

THE FACE OF THIS DOCUMENT INCLUDES A HIDDEN WORD, MICROPRINTING AND HEAT SENSITIVE INK – DO NOT CASH IF THE WORD VOID IS VISIBLE, RED IMAGE DISAPPEARS WITH HEAT

**Service Provided For**

DecisionHR
5801 Postal Road
PO Box 818020
Cleveland, OH 44181

Trop, Inc
2555 Chantilly Drive NE
Atlanta, GA 30324

PNC Bank, N.A. 001
201 N. Franklin St.
Tampa, FL 33602

83-8419/2670

| CHECK #: | 2845946 |
|---|---|
| PAY DATE: | 9/30/2022 |

PAY TO:    Teri G Galardi

THIS AMOUNT:    Four Thousand Four Hundred and Fifty and 89/100 Dollars ————    $*****4,450.89

Teri G Galardi
2146 Hwy 42 S
Flovilla, GA 30216

*Peter B W...*

Not Valid After 90 Days

⑈2845946⑈ ⑆267084199⑆ ⑈206549394⑈

FOR DEPOSIT ONLY
TERI G GALARDI
15

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT    DATE

○ ENDORSE HERE

Firefox

https://truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



DEPOSIT TICKET
TRUIST BANK

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

04-1341/611

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

$ 8,000.00

12138

COUNTRY CLUB INC
SPECIAL ACCOUNT
1901 MR JOE WHITE AVENUE
MYRTLE BEACH, SC 29577

DATE  10-7-22                    87-863/640

PAY TO THE ORDER OF  Teri G. Galardi                    $ 8000⁰⁰

Eight Thousand & no/100                              DOLLARS

**Pinnacle**

FOR

Michael a. Kop

⑈000 12138⑈ ⑆064008637⑆

>053101121< 10/07/2022 001686252

8461262 0008 00242

>053101121< 10/07/2022 001686252
8461262 0008 00242

Credit to the Account of
the within named payee only
Absence of Endorsement Guaranteed
Truist Bank

1 of 1                                                                11/14/2022, 2:27 PM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



DEPOSIT TICKET
TRUIST BANK

DATE    10.17.22

CURRENCY    4517
COIN
LIST EACH CHECK    5769 23

TERI G GALARDI    PPATLCC # 4517
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

CENTS    23
DOLLARS    5769

TOTAL FROM
ATTACHED LIST    5769 23

04-1341/611

TOTAL
ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL

$    5,769.23

5,769.23

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**TROP INC**
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK    4517

64-1341/611

10/17/2022

PAY TO THE
ORDER OF    TERI G GALARDI    $    **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100************************************************DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

MEMO    EVERY TUESDAY    AUTHORIZED SIGNATURE

⑈004517⑈    ⑆5⑆

---

ENDORSE HERE

X

Teri G Galardi
For deposit only
4517

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
☐ CHECK HERE IF MOBILE DEPOSIT







Firefox



TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

30 HARRIETTE DR.
SEPT 2022 MORT.

855.24

---

JOSEPH A GALARDI                                          385
30 HARRIETTE DR                                          3-5/310
STOCKBRIDGE, GA 302813867                                 511

10-25-22
Date

Pay to the order of   Teri Galardi          $ 855.24/100

Eight hundred fifty five dollars + 24/00          Dollars

PNCBANK

PNC Bank, N.A.   020

For  Sept Mortgage          Joseph Galardi

⑆031000053⑆      ⑈0385

Harland Clarke

1 of 2                                              11/14/2022, 2:39 PM



DEPOSIT TICKET
TRUIST BANK

DATE 10.31.22

04-1341/611

TOTAL ITEMS   1

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

$ , 5,769.23

CENTS 23
DOLLARS 5,769

CURRENCY
COIN
LIST EACH CHECK 4541

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PPATLCC
#4541

815‖  13

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK

64-1341/611

4541

10/31/2022

PAY TO THE
ORDER OF    TERI G GALARDI                                      $ **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100************************************************ DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

HEAT SENSITIVE
SO AREA TO VERIFY

AUTHORIZED SIGNATURE

MEMO
EVERY TUESDAY

‖004541‖      755‖

---

>053101121<10/31/2022-018682600

8460208 0003 00093

ENDORSE HERE:

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

FOR DEPOSIT ONLY
TRUIST GALARDI
15



DEPOSIT TICKET
TRUST BANK

DATE 10/31/22

CURRENCY
COIN
LIST EACH CHECK

12144   16000.00

MCMB

0000

TOTAL FROM ATTACHED LIST   $   .   16,000.00

04-1341/611

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TERI G GALARDI
DIP CASE # 22-50035
2148 HWY 42 S
FLOVILLA, GA 30216

9815⁰⁰   43

---

COUNTRY CLUB INC
SPECIAL ACCOUNT
1901 MR JOE WHITE AVENUE
MYRTLE BEACH, SC 29577

12144

DATE 10-28-22   87-863/640

PAY TO THE ORDER OF   Teri G. Galardi   $ 16,000ºº

Sixteen thousand & no/100   DOLLARS

Pinnacle

FOR

Michael A. Nap

⑈000121440 ⑈064008637⑈

>053101121< 10/31/2022 018682603

8460206 0003 00095

Michael A. Nap

**EXHIBIT**

**D**

Teri G. Galardi
Schedule of Checks
10/31/22

| Date | Ck # | Name | Purpose | Amount |
|------|------|------|---------|--------|
| 10/3/2022 | Debit | Truett's Grill | Meals | 23.72 |
| 10/3/2022 | Debit | Truett's Grill | Meals | 1.77 |
| 10/3/2022 | Debit | Lucy Lu's | Meals | 12.84 |
| 10/3/2022 | Debit | Schlotzskys | Meals | 27.57 |
| 10/3/2022 | Debit | Shell Service Station' | Meals | 2.77 |
| 10/3/2022 | Debit | Ingles | Groceries | 80.53 |
| 10/3/2022 | Debit | Apple.com | Computer and Internet | 14.99 |
| 10/3/2022 | Debit | Mcdonald's | Meals | 13.34 |
| 10/3/2022 | Debit | Apple.com | Computer and Internet | 6.99 |
| 10/3/2022 | Debit | CVS Pharmacy | Medical Expenses | 2.19 |
| 10/3/2022 | Debit | Ingles | Groceries | 40.96 |
| 10/3/2022 | Debit | Pilot | Travel Expense | 49.79 |
| 10/3/2022 | Debit | Chick-Fil-A | Meals | 13.61 |
| 10/3/2022 | Debit | Apple.com | Computer and Internet | 2.99 |
| 10/5/2022 | Debit | Apple.com | Computer and Internet | 14.99 |
| 10/6/2022 | Debit | Texture Salon | Personal Expenses | 197.19 |
| 10/6/2022 | Debit | Apple.com | Computer and Internet | 9.99 |
| 10/7/2022 | 3012 | AGSOUTH FARM CREDIT | Mortgage Ranch | 3,073.67 |
| 10/7/2022 | Debit | Lucy Lu's | Meals | 15.43 |
| 10/10/2022 | 3013 | City of Flovilla | Trash Disposal Ranch | 51.81 |
| 10/10/2022 | Debit | Pilot | Travel Expense | 49.49 |
| 10/11/2022 | Debit | Ingles | Groceries | 155.24 |
| 10/12/2022 | 3014 | AGSOUTH FARM CREDIT | Mortgage Ranch | 2,954.67 |
| 10/12/2022 | 3015 | Business First Bank | Note Payments | 11,574.60 |
| 10/12/2022 | 3016 | WELLS FARGO | Mortgage Ranch | 2,404.70 |
| 10/12/2022 | 3017 | Central Georgia EMC | Utilities | 67 |
| 10/12/2022 | 3018 | Central Georgia EMC | Utilities | 42 |
| 10/12/2022 | 3019 | Central Georgia EMC | Utilities | 454 |
| 10/12/2022 | 3020 | Central Georgia EMC | Utilities | 62 |
| 10/12/2022 | 3021 | Central Georgia EMC | Utilities | 269 |
| 10/12/2022 | 3022 | AT&T | Telephone Internet Ranch | 552.65 |
| 10/12/2022 | 3023 | AT&T | Telephone Internet Ranch | 247.64 |
| 10/12/2022 | 3024 | AT&T | Telephone Internet Ranch | 192.96 |
| 10/12/2022 | 3025 | GA POWER | Power Ranch | 1,826.56 |
| 10/12/2022 | 3026 | GA POWER | Power Ranch | 129.91 |
| 10/12/2022 | 3027 | GA POWER | Power Ranch | 11.56 |
| 10/12/2022 | 3028 | GA POWER | Power Ranch | 242.65 |
| 10/12/2022 | 3029 | ULTIMATE SECURITY | Security | 120 |
| 10/13/2022 | Debit | Apple.com | Computer and Internet | 29.95 |
| 10/15/2022 | Debit | Apple.com | Computer and Internet | 9.99 |
| 10/15/2022 | Debit | Apple.com | Computer and Internet | 5.99 |
| 10/16/2022 | Debit | Kroger | Groceries | 364.97 |
| 10/17/2022 | 3030 | UNITED STATES TREASURY | Federal Taxes | 525,000.00 |

Teri G. Galardi
Schedule of Checks
10/31/22

| Date | Ck # | Name | Purpose | | Amount |
|------|------|------|---------|---|--------|
| 10/17/2022 | 3031 | GA DEPT OF REVENUE | State of GA taxes | | 112,500.00 |
| 10/17/2022 | Debit | Shell Service Station' | Travel Expense | | 60.91 |
| 10/17/2022 | Debit | Apple.com | Computer and Internet | | 9.99 |
| 10/18/2022 | 3032 | JOHNSON & JOHNSON PREFERRED FII | Insurance Expen: | 0 | |
| 10/18/2022 | 3033 | Lunas Lillies Inc | Lawn Maintenance Ranch | | 1,125.00 |
| 10/19/2022 | Debit | Johnson & Johnson Preferred Fin. | Insurance Expense | | 2,907.29 |
| 10/19/2022 | Debit | | Personal Expenses | | 87.22 |
| 10/20/2022 | Debit | Chick-Fil-A | Meals | | 4.9 |
| 10/20/2022 | Debit | Apple.com | Computer and Internet | | 69.99 |
| 10/20/2022 | Debit | Lucy Lu's | Meals | | 7.68 |
| 10/21/2022 | Debit | Chick-Fil-A | Meals | | 20.88 |
| 10/21/2022 | Debit | Costco | Groceries | | 118.51 |
| 10/21/2022 | Debit | Ingles | Travel Expense | | 48.33 |
| 10/21/2022 | Debit | Lucy Lu's | Meals | | 25.39 |
| 10/24/2022 | 3034 | U.S.Trustee Payment Center | Professional Fees | | 1,471.00 |
| 10/24/2022 | Debit | Ulta | Personal Expenses | | 37.4 |
| 10/24/2022 | Debit | NWS Buddy Blu | Meals | | 5.6 |
| 10/25/2022 | Debit | Griffin Imaging | Medical Expenses | | 15.79 |
| 10/26/2022 | Debit | Pilot | Travel Expense | | 47.36 |
| 10/28/2022 | 3035 | Jones Petroleum | Gas Ranch | | 53.5 |
| 10/28/2022 | 3036 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | | 156 |
| 10/28/2022 | 3037 | WELLS FARGO | Mortgage Ranch | | 2,748.23 |
| 10/28/2022 | 3038 | AT&T | Telephone Internet Ranch | | 132.34 |
| 10/28/2022 | Debit | Chick-Fil-A | Meals | | 30.15 |
| 10/28/2022 | Debit | Texture Salon | Personal Expenses | | 36.38 |
| 10/28/2022 | Debit | Ingles | Groceries | | 58.29 |
| 10/31/2022 | Debit | Apple.com | Computer and Internet | | 6.99 |
| 10/31/2022 | Debit | Dollar General | Personal Expenses | | 20.33 |
| 10/31/2022 | Debit | BP | Travel Expense | | 77.28 |
| | | | **TOTAL CHECKS** | | 672,307.40 |

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...







TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

04-1341/611

3002

9/29/2022

PAY TO THE ORDER OF ___ Butts County Tax Commissioner

$ **629.55

Six Hundred Twenty-Nine and 55/100******************************************************************** DOLLARS

Butts County Tax Commissioner
PO BOX 1400
Jackson GA 30233-0028

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO ___ 2022-004705 Mt-Vernon-Church-Rd-245

⑈003002⑈          ⑆8⑈5⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
**DIP CASE # 22-50035**
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3003

04-1341/611

9/29/2022

PAY TO THE
ORDER OF _____ Butts County Tax Commissioner

$ **360.15

Three Hundred Sixty and 15/100************************************************************************ DOLLARS

Butts County Tax Commissioner
PO BOX 1400
Jackson GA 30233-0028

VOID AFTER 90 DAYS

_Teri Galardi_

AUTHORIZED SIGNATURE

MEMO ___2022-004700 hwy 42 south behind house___

⑈003003⑈                    815⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

1 of 1

11/14/2022, 2:25 PM



**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3004

04-1341/611

9/29/2022

PAY TO THE ORDER OF  Butts County Tax Commissioner                    $  **129.39

One Hundred Twenty-Nine and 39/100************************************************************ DOLLARS

Butts County Tax Commissioner
PO BOX 1400
Jackson GA 30233-0028

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO  2022-004701 s-highway-42

⑈003004⑈                    7845⑈

11/14/2022, 2:26 PM

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3005

04-1341/611

9/29/2022

PAY TO THE ORDER OF ___ Butts County Tax Commissioner

$ **180.94

One Hundred Eighty and 94/100************************************************************************** DOLLARS

Butts County Tax Commissioner
PO BOX 1400
Jackson GA 30233-0028

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO 2022-004702/s-highway 42

⑈003005⑈                    ⑈815⑈

Firefox

...trust.com/web/accounts/i/7b597f8a-36fa-36b6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 12 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3008

04-1341/611

9/29/2022

PAY TO THE ORDER OF    AT&T                                    $ **76.46

Seventy-Six and 46/100****************************************************** DOLLARS

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    770-775-7990 047

⑈003008⑈                    ⑈8815⑈



Firefox



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



11/14/2022, 2:23 PM

Check cleared bank    10/11/22

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 10 SECURITY FEATURES

**TERI G GALAHD**
DIP CASE #22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUST BANK

3012

04-1341/611

10/7/2022

$ **3,073.67

PAY TO THE
ORDER OF    AGSOUTH FARM CREDIT

Three Thousand Seventy-Three and 67/100***********************************************************    DOLLARS

AGSOUTH FARM CREDIT
PO BOX 2607
BATESBURG-LEESVILLE SC 29070

*VOID AFTER 90 DAYS*

AUTHORIZED SIGNATURE

MEMO
03-052-094-932608

⑈003012⑈              ⑆8 15⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

ENDORSE HERE
FOR DEPOSIT ONLY
AGSOUTH FARM CREDIT
WELLS FARGO BANK

11/14/2022, 2:27 PM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

04-1341/611

**3014**

10/12/2022

PAY TO THE ORDER OF ___AGSOUTH FARM CREDIT___    $ **2,954.67

Two Thousand Nine Hundred Fifty-Four and 67/100************************************************* **DOLLARS**

AGSOUTH FARM CREDIT
PO BOX 2607
BATESBURG-LEESVILLE SC 29070

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    03-052-094-932608

⑈003014⑈                    815⑈



Credit the account of the within name
without prejudice · TRANSCENTRA DAL

11/14/2022, 2:28 PM

Firefox

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

**TRUIST BANK**

**3015**

04-1341/611

10/12/2022

PAY TO THE
ORDER OF ___Business First Bank___

$ _**11,574.60_

Eleven Thousand Five Hundred Seventy-Four and 60/100************************************************************DOLLARS

Business First Bank
Covington Banking Center
1675 N Hwy 190
Covington LA 70433

VOID AFTER 90 DAYS

_Teri G Galardi_

AUTHORIZED SIGNATURE

MEMO
000037001752

⑈003015⑈                        1815⑈

20  -  101  -  22  -  065405420.

ENDORSE CHECK HERE

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ABSENT OF ENDORSEMENT GUARANTEED
☐ CHECK HERE IF PAID TO BANK
DATE _____ 06/06/2021



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

**TRUIST BANK**

3016

04-1341/611

10/12/2022

PAY TO THE
ORDER OF    WELLS FARGO

$ **2,404.70

Two Thousand Four Hundred Four and 70/100************************************************************ DOLLARS

WELLS FARGO
PO BOX 77021
MINNEAPOLIS MN 55480-7721

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
68154523681998

⑆003016⑆          815⑆

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3017

04-1341/611

10/12/2022

PAY TO THE
ORDER OF   Central Georgia EMC                                           $ **67.00

Sixty-Seven and 00/100************************************************************************ DOLLARS

Central Georgia EMC
SEDC
PO BOX 530812
ATLANTA GA 30353-0812

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO   139229-001 M VERNON CHURCH RD 267

⑆003017⑆                                        8150⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

**TRUIST BANK**

3018

04-1341/611

10/12/2022

PAY TO THE
ORDER OF    Central Georgia EMC

$ **42.00

Forty-Two and 00/100******************************************************************* DOLLARS

Central Georgia EMC
SEDC
PO BOX 530812
ATLANTA GA 30353-0812

VOID AFTER 90 DAYS

MEMO
139229-002 HWY 42 S 2236

⑈003018⑈          815⑈

Firefox    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



11/14/2022, 2:29 PM

Firefox





Firefox



11/14/2022, 2:30 PM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 33 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3022

04-1341/611

10/12/2022

PAY TO THE
ORDER OF ___ AT&T

$ **552.65

Five Hundred Fifty-Two and 65/100************************************************************ DOLLARS

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
770-775-5927 114 0628 2 mo august ,sept 22

⑈003022⑈                                    ⑈8⑈5⑈



Firefox



Firefox



**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3024

04-1341/611

10/12/2022

PAY TO THE
ORDER OF   AT&T                                    $  **192.96

One Hundred Ninety-Two and 96/100************************************************** **DOLLARS**

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
770-775-7990 barn apt 2 mo aug ,sept 2022

⑈0030 24⑈            8 1 5⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



00003 10/18/2022 152914   037 101 NON OF THE 12 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

**TRUIST BANK**

3025

04-1341/611

10/12/2022

PAY TO THE ORDER OF: GA POWER

$ **1,826.56

One Thousand Eight Hundred Twenty-Six and 56/100************************************************************** DOLLARS

GA POWER
96 ANNEX
ATLANTA GA 30396-0001

VOID AFTER 90 DAYS

MEMO   21019 74010 HWY 42

AUTHORIZED SIGNATURE

⑈003025⑈  ⑆                              ⑆ ⑈ 5⑈



11/14/2022, 2:35 PM

Firefox



11/14/2022, 2:36 PM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 12 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3029

04-1341/611

10/12/2022

PAY TO THE
ORDER OF ___ULTIMATE SECURITY

$ **120.00

One Hundred Twenty and 00/100************************************************************DOLLARS

ULTIMATE SECURITY
178 NORTH 85 PKWY
PO BOX 1330
FAYETTEVILLE GA 30214-1330

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
266694 2146 hwy 42

⑈003029⑈         8 ⑴5⑈

>053101121<·10/17/2022·018376679

10/17/2022  018376679

DO NOT WRITE, ⨯⨯⨯⨯ BELOW THIS LINE

ULTIMATE SECURITY OF AMERICA INC
FOR DEPOSIT ONLY CITE DEPOSIT
06111341S

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)

1 of 1

11/14/2022, 2:30 PM



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2148 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

04-1341/611

3030

10/17/2022

PAY TO THE
ORDER OF   UNITED STATES TREASURY

$ **525,000.00

Five Hundred Twenty-Five Thousand and 00/100************************************************************ DOLLARS

UNITED STATES TREASURY
PO BOX 1300
CHARLOTTE, NC 28201-1300

VOID AFTER 90 DAYS

MEMO   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 2022 Form 1040 ES                    Authorized Signature

⑈003030⑈ ⑆          ⑆8⑈5⑈          ⑈0052500000⑈

75 220 293 03630 2 560171911
GALA 30 202212   101922

Firefox                                                                                          about:blank



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK                                          3031

04-1341/611                          10/17/2022

PAY TO THE
ORDER OF    GA DEPT OF REVENUE                                    $  **112,500.00

One Hundred Twelve Thousand Five Hundred and 00/100******************************************************************
                                                                        **DOLLARS**

PROCESSING CENTER
GA DEPT OF REVENUE
PO BOX 740319
ATLANTA, GA 30374-0319

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    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 2022 Form 500 ES

⑈003031⑈                    ⑆8865⑈



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

**3033**

04-1341/811

10/18/2022

PAY TO THE ORDER OF    Lunas Lillies Inc

$ **1,125.00

One Thousand One Hundred Twenty-Five and 00/100************************************************** DOLLARS

Lunas Lillies Inc
6974 Cedar Drive
Riverdale GA 30296-2205

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
3833-10/14/2022

⑈003033⑈    815⑈

053101121 10/26/2022-012130311

/2022  012130311

PAY TO THE ORDER OF
BB&T (BRANCH BANKING & TRUST)
FOR DEPOSIT ONLY
LUNA S LILLIES INC
0000444634
CHECK CASHING OR REMOTE DEPOSIT

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

11:59 AM

11/15/22

**Teri G. Galardi DIP 22-50035**

# Reconciliation Detail

**BB&T-9815  (9/20/2022), Period Ending 10/31/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 284,221.73 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 78 items** | | | | | | |
| Check | 09/29/2022 | 3001 | Butts County Tax Co... | X | -6,913.87 | -6,913.87 |
| Check | 09/29/2022 | 3010 | AT&T | X | -1,323.49 | -8,237.36 |
| Check | 09/29/2022 | 3002 | Butts County Tax Co... | X | -629.55 | -8,866.91 |
| Check | 09/29/2022 | 3003 | Butts County Tax Co... | X | -360.15 | -9,227.06 |
| Check | 09/29/2022 | 3007 | AT&T | X | -254.29 | -9,481.35 |
| Check | 09/29/2022 | 3005 | Butts County Tax Co... | X | -180.94 | -9,662.29 |
| Check | 09/29/2022 | 3011 | RYLAND ENVIRON... | X | -156.00 | -9,818.29 |
| Check | 09/29/2022 | 3009 | AT&T | X | -132.34 | -9,950.63 |
| Check | 09/29/2022 | 3004 | Butts County Tax Co... | X | -129.39 | -10,080.02 |
| Check | 09/29/2022 | 3006 | AT&T | X | -103.20 | -10,183.22 |
| Check | 09/29/2022 | 3000 | Butts County Tax Co... | X | -87.74 | -10,270.96 |
| Check | 09/29/2022 | 3008 | AT&T | X | -76.46 | -10,347.42 |
| Check | 10/03/2022 | Debit | Ingles | X | -80.53 | -10,427.95 |
| Check | 10/03/2022 | Debit | Pilot | X | -49.79 | -10,477.74 |
| Check | 10/03/2022 | Debit | Ingles | X | -40.96 | -10,518.70 |
| Check | 10/03/2022 | Debit | Schlotzskys | X | -27.57 | -10,546.27 |
| Check | 10/03/2022 | Debit | Truett's Grill | X | -23.72 | -10,569.99 |
| Check | 10/03/2022 | Debit | Apple.com | X | -14.99 | -10,584.98 |
| Check | 10/03/2022 | Debit | Chick-Fil-A | X | -13.61 | -10,598.59 |
| Check | 10/03/2022 | Debit | Mcdonald's | X | -13.34 | -10,611.93 |
| Check | 10/03/2022 | Debit | Lucy Lu's | X | -12.84 | -10,624.77 |
| Check | 10/03/2022 | Debit | Apple.com | X | -6.99 | -10,631.76 |
| Check | 10/03/2022 | Debit | Apple.com | X | -2.99 | -10,634.75 |
| Check | 10/03/2022 | Debit | Shell Service Station' | X | -2.77 | -10,637.52 |
| Check | 10/03/2022 | Debit | CVS Pharmacy | X | -2.19 | -10,639.71 |
| Check | 10/03/2022 | Debit | Truett's Grill | X | -1.77 | -10,641.48 |
| Check | 10/05/2022 | Debit | Apple.com | X | -14.99 | -10,656.47 |
| Check | 10/06/2022 | Debit | Texture Salon | X | -197.19 | -10,853.66 |
| Check | 10/06/2022 | Debit | Apple.com | X | -9.99 | -10,863.65 |
| Check | 10/07/2022 | 3012 | AGSOUTH FARM C... | X | -3,073.67 | -13,937.32 |
| Check | 10/07/2022 | Debit | Lucy Lu's | X | -15.43 | -13,952.75 |
| Check | 10/10/2022 | 3013 | City of Flovilla | X | -51.81 | -14,004.56 |
| Check | 10/10/2022 | Debit | Pilot | X | -49.49 | -14,054.05 |
| Check | 10/11/2022 | Debit | Ingles | X | -155.24 | -14,209.29 |
| Check | 10/12/2022 | 3015 | Business First Bank | X | -11,574.60 | -25,783.89 |
| Check | 10/12/2022 | 3014 | AGSOUTH FARM C... | X | -2,954.67 | -28,738.56 |
| Check | 10/12/2022 | 3016 | WELLS FARGO | X | -2,404.70 | -31,143.26 |
| Check | 10/12/2022 | 3025 | GA  POWER | X | -1,826.56 | -32,969.82 |
| Check | 10/12/2022 | 3022 | AT&T | X | -552.65 | -33,522.47 |
| Check | 10/12/2022 | 3019 | Central Georgia EMC | X | -454.00 | -33,976.47 |
| Check | 10/12/2022 | 3021 | Central Georgia EMC | X | -269.00 | -34,245.47 |
| Check | 10/12/2022 | 3023 | AT&T | X | -247.64 | -34,493.11 |
| Check | 10/12/2022 | 3028 | GA  POWER | X | -242.65 | -34,735.76 |
| Check | 10/12/2022 | 3024 | AT&T | X | -192.96 | -34,928.72 |
| Check | 10/12/2022 | 3026 | GA  POWER | X | -129.91 | -35,058.63 |
| Check | 10/12/2022 | 3029 | ULTIMATE SECURI... | X | -120.00 | -35,178.63 |
| Check | 10/12/2022 | 3017 | Central Georgia EMC | X | -67.00 | -35,245.63 |
| Check | 10/12/2022 | 3020 | Central Georgia EMC | X | -62.00 | -35,307.63 |
| Check | 10/12/2022 | 3018 | Central Georgia EMC | X | -42.00 | -35,349.63 |
| Check | 10/12/2022 | 3027 | GA  POWER | X | -11.56 | -35,361.19 |
| Check | 10/13/2022 | Debit | Apple.com | X | -29.95 | -35,391.14 |
| Check | 10/15/2022 | Debit | Apple.com | X | -9.99 | -35,401.13 |
| Check | 10/15/2022 | Debit | Apple.com | X | -5.99 | -35,407.12 |
| Check | 10/16/2022 | Debit | Kroger | X | -364.97 | -35,772.09 |
| Check | 10/17/2022 | 3030 | UNITED STATES T... | X | -525,000.00 | -560,772.09 |
| Check | 10/17/2022 | 3031 | GA DEPT OF REVE... | X | -112,500.00 | -673,272.09 |
| Check | 10/17/2022 | Debit | Shell Service Station' | X | -60.91 | -673,333.00 |
| Check | 10/17/2022 | Debit | Apple.com | X | -9.99 | -673,342.99 |
| Check | 10/18/2022 | 3033 | Lunas Lillies Inc | X | -1,125.00 | -674,467.99 |
| Check | 10/19/2022 | Debit | Johnson & Johnson ... | X | -2,907.29 | -677,375.28 |
| Check | 10/19/2022 | Debit | | X | -87.22 | -677,462.50 |
| Check | 10/20/2022 | Debit | Apple.com | X | -69.99 | -677,532.49 |
| Check | 10/20/2022 | Debit | Lucy Lu's | X | -7.68 | -677,540.17 |
| Check | 10/20/2022 | Debit | Chick-Fil-A | X | -4.90 | -677,545.07 |
| Check | 10/21/2022 | Debit | Costco | X | -118.51 | -677,663.58 |
| Check | 10/21/2022 | Debit | Ingles | X | -48.33 | -677,711.91 |

11:59 AM

11/15/22

## Teri G. Galardi DIP 22-50035
## Reconciliation Detail
**BB&T-9815 (9/20/2022), Period Ending 10/31/2022**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/21/2022 | Debit | Lucy Lu's | X | -25.39 | -677,737.30 |
| Check | 10/21/2022 | Debit | Chick-Fil-A | X | -20.88 | -677,758.18 |
| Check | 10/24/2022 | Debit | Ulta | X | -37.40 | -677,795.58 |
| Check | 10/24/2022 | Debit | NWS Buddy Blu | X | -5.60 | -677,801.18 |
| Check | 10/25/2022 | Debit | Griffin Imaging | X | -15.79 | -677,816.97 |
| Check | 10/26/2022 | Debit | Pilot | X | -47.36 | -677,864.33 |
| Check | 10/28/2022 | Debit | Ingles | X | -58.29 | -677,922.62 |
| Check | 10/28/2022 | Debit | Texture Salon | X | -36.38 | -677,959.00 |
| Check | 10/28/2022 | Debit | Chick-Fil-A | X | -30.15 | -677,989.15 |
| Check | 10/31/2022 | Debit | BP | X | -77.28 | -678,066.43 |
| Check | 10/31/2022 | Debit | Dollar General | X | -20.33 | -678,086.76 |
| Check | 10/31/2022 | Debit | Apple.com | X | -6.99 | -678,093.75 |
| | | | **Total Checks and Payments** | | **-678,093.75** | **-678,093.75** |
| | **Deposits and Credits - 19 items** | | | | | |
| Deposit | 10/03/2022 | | | X | 5,769.23 | 5,769.23 |
| Deposit | 10/03/2022 | | | X | 8,000.00 | 13,769.23 |
| Deposit | 10/06/2022 | | | X | 4,450.89 | 18,220.12 |
| Deposit | 10/07/2022 | | | X | 8,000.00 | 26,220.12 |
| Deposit | 10/11/2022 | | | X | 5,769.23 | 31,989.35 |
| Deposit | 10/14/2022 | | | X | 4,450.89 | 36,440.24 |
| Deposit | 10/17/2022 | | | X | 5,769.23 | 42,209.47 |
| Check | 10/18/2022 | 3032 | JOHNSON & JOHN... | X | 0.00 | 42,209.47 |
| Deposit | 10/18/2022 | | | X | 8,000.00 | 50,209.47 |
| Deposit | 10/20/2022 | | | X | 100,000.00 | 150,209.47 |
| Deposit | 10/20/2022 | | | X | 250,000.00 | 400,209.47 |
| Deposit | 10/24/2022 | | | X | 5,769.23 | 405,978.70 |
| Deposit | 10/24/2022 | | | X | 12,000.00 | 417,978.70 |
| Deposit | 10/25/2022 | | | X | 5.46 | 417,984.16 |
| Deposit | 10/25/2022 | | | X | 350,000.00 | 767,984.16 |
| Deposit | 10/26/2022 | | | X | 855.24 | 768,839.40 |
| Deposit | 10/28/2022 | | | X | 4,450.89 | 773,290.29 |
| Deposit | 10/31/2022 | | | X | 5,769.23 | 779,059.52 |
| Deposit | 10/31/2022 | | | X | 16,000.00 | 795,059.52 |
| | | | **Total Deposits and Credits** | | **795,059.52** | **795,059.52** |
| | | | **Total Cleared Transactions** | | **116,965.77** | **116,965.77** |
| **Cleared Balance** | | | | | **116,965.77** | **401,187.50** |
| | **Uncleared Transactions** | | | | | |
| | **Checks and Payments - 5 items** | | | | | |
| Check | 10/24/2022 | 3034 | U.S.Trustee Payme... | | -1,471.00 | -1,471.00 |
| Check | 10/28/2022 | 3037 | WELLS FARGO | | -2,748.23 | -4,219.23 |
| Check | 10/28/2022 | 3036 | RYLAND ENVIRON... | | -156.00 | -4,375.23 |
| Check | 10/28/2022 | 3038 | AT&T | | -132.34 | -4,507.57 |
| Check | 10/28/2022 | 3035 | Jones Petroleum | | -53.50 | -4,561.07 |
| | | | **Total Checks and Payments** | | **-4,561.07** | **-4,561.07** |
| | | | **Total Uncleared Transactions** | | **-4,561.07** | **-4,561.07** |
| **Register Balance as of 10/31/2022** | | | | | **112,404.70** | **396,626.43** |
| | **New Transactions** | | | | | |
| | **Checks and Payments - 24 items** | | | | | |
| Check | 11/01/2022 | Debit | Apple.com | | -69.99 | -69.99 |
| Check | 11/02/2022 | Debit | BP | | -52.56 | -122.55 |
| Check | 11/02/2022 | Debit | Apple.com | | -14.99 | -137.54 |
| Check | 11/03/2022 | Debit | Apple.com | | -6.99 | -144.53 |
| Check | 11/03/2022 | Debit | Apple.com | | -2.99 | -147.52 |
| Check | 11/04/2022 | Debit | Select Intervention | | -60.00 | -207.52 |
| Check | 11/07/2022 | Debit | AT&T | | -1,323.49 | -1,531.01 |
| Check | 11/07/2022 | Debit | Kroger | | -82.74 | -1,613.75 |
| Check | 11/07/2022 | Debit | Apple.com | | -14.99 | -1,628.74 |
| Check | 11/07/2022 | Debit | Apple.com | | -9.99 | -1,638.73 |
| Check | 11/07/2022 | Debit | Chick-Fil-A | | -4.64 | -1,643.37 |
| Check | 11/08/2022 | Debit | AT&T | | -1,323.49 | -2,966.86 |
| Check | 11/08/2022 | Debit | Apple.com | | -16.99 | -2,983.85 |



Page 1 of 3    10/18/22
GA              9815



824-03-01-00 19003 0 C 001 09   50 004
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA  30216-2318

# Your account statement

For 10/18/2022

## Contact us

 Truist.com

(844) 4TRUIST or
(844) 487-8478

Changing your Truist Online Banking password   we recommend every six months   helps us keep you safe against fraud. When was the last time you changed yours? It's easy to sign in and choose a new, unique password.

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

- TRUIST ONE CHECKING         9815

### Account summary

| | |
|---|---|
| Your previous balance as of 09/19/2022 | $0.00 |
| Checks | - 33,579.74 |
| Other withdrawals, debits and service charges | - 1,991.47 |
| Deposits, credits and interest | + 335,204.48 |
| Your new balance as of 10/18/2022 | = $299,633.27 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/06 | 3000 | 87.74 | 10/04 | 3009 | 132.34 | 10/17 | 3019 | 454.00 |
| 10/06 | 3001 | 6,913.87 | 10/05 | 3010 | 1,323.49 | 10/17 | 3020 | 62.00 |
| 10/06 | 3002 | 629.55 | 10/03 | 3011 | 156.00 | 10/17 | 3021 | 269.00 |
| 10/06 | 3003 | 360.15 | 10/11 | 3012 | 3,073.67 | 10/18 | *3025 | 1,826.56 |
| 10/06 | 3004 | 129.39 | 10/17 | *3014 | 2,954.67 | 10/18 | 3026 | 129.91 |
| 10/06 | 3005 | 180.94 | 10/17 | 3015 | 11,574.60 | 10/18 | 3027 | 11.56 |
| 10/03 | 3006 | 103.20 | 10/17 | 3016 | 2,404.70 | 10/18 | 3028 | 242.65 |
| 10/03 | 3007 | 254.29 | 10/17 | 3017 | 67.00 | 10/17 | 3029 | 120.00 |
| 10/03 | 3008 | 76.46 | 10/17 | 3018 | 42.00 | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $33,579.74

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/22 | DEBIT CARD PURCHASE CHICK-FIL-A #03772 09-20 GRIFFIN    GA 7233 | 5.76 |
| 09/22 | DEBIT CARD PURCHASE CHICK-FIL-A #00485 09-20 DECATUR    GA 7233 | 13.68 |
| 09/22 | TELEPHONE TRANSFER TRANSFER TO CHECKING 1110019425952 09-22-22 | 318.13 |
| 09/26 | TRUIST ONLINE TRANSFER ONLINE TO ****5952 - | 349.30 |
| 09/29 | DEBIT CARD PURCHASE CHICK-FIL-A #00801 09-27 ATLANTA    GA 6526 | 28.74 |
| 09/29 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 09-29 866-712-7753  CA 6526 | 6.99 |
| 09/29 | DEBIT CARD PURCHASE-PIN 09-29-22 JACKSON    GA 6526 PILOT # 4560 | 50.68 |

*continued*

■ TRUIST ONE CHECKING          9815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/03 | DEBIT CARD PURCHASE TRUETT'S LUAU #070 09-29 FAYETTEVILLE   GA 6526 | 23.72 |
| 10/03 | DEBIT CARD PURCHASE TRUETT'S LUAU #070 09-29 FAYETTEVILLE   GA 6526 | 1.77 |
| 10/03 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 09-30 JACKSON   GA 6526 | 12.84 |
| 10/03 | DEBIT CARD PURCHASE SCHLOTZSKYS #10362 10-01 JACKSON   GA 6526 | 27.57 |
| 10/03 | DEBIT CARD PURCHASE-PIN 09-30-22 JACKSON   GA 6526 SHELL SERVICE STATION | 2.77 |
| 10/03 | DEBIT CARD PURCHASE-PIN 09-30-22 JACKSON   GA 6526 INGLES MARKETS #499 | 80.53 |
| 10/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-01 866-712-7753   CA 6526 | 14.99 |
| 10/03 | DEBIT CARD PURCHASE MCDONALD'S F13194 10-01 JACKSON   GA 6526 | 13.34 |
| 10/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-02 866-712-7753   CA 6526 | 6.99 |
| 10/03 | DEBIT CARD PURCHASE CVS/PHARMACY #0453 10-02 JACKSON   GA 6526 | 2.19 |
| 10/03 | DEBIT CARD PURCHASE-PIN 10-02-22 JACKSON   GA 6526 INGLES MARKETS #499 | 40.96 |
| 10/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-03 408-974-1010   CA 6526 | 2.99 |
| 10/04 | DEBIT CARD PURCHASE-PIN 10-03-22 JACKSON   GA 6526 PILOT # 4560 | 49.79 |
| 10/05 | DEBIT CARD PURCHASE CHICK-FIL-A #04658 10-03 LOCUST GROVE   GA 6526 | 13.61 |
| 10/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-05 866-712-7753   CA 6526 | 9.99 |
| 10/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-05 866-712-7753   CA 6526 | 14.99 |
| 10/07 | DEBIT CARD PURCHASE TEXTURE SALON & BO 10-06 JACKSON   GA 6526 | 197.19 |
| 10/07 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 10-06 JACKSON   GA 6526 | 15.43 |
| 10/11 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-08 408-974-1010   CA 6526 | 9.99 |
| 10/11 | DEBIT CARD PURCHASE-PIN 10-09-22 JACKSON   GA 6526 INGLES MARKETS #499 | 155.24 |
| 10/11 | DEBIT CARD PURCHASE-PIN 10-10-22 JACKSON   GA 6526 PILOT # 4560 | 49.49 |
| 10/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-14 408-974-1010   CA 6526 | 29.95 |
| 10/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-14 866-712-7753   CA 6526 | 5.99 |
| 10/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-15 408-974-1010   CA 6526 | 9.99 |
| 10/17 | DEBIT CARD PURCHASE-PIN 10-16-22 GRIFFIN   GA 6526 KROGER #619 1524 HIGHWAY | 364.97 |
| 10/18 | DEBIT CARD PURCHASE-PIN 10-17-22 ATLANTA   GA 6526 SHELL SERVICE STATION | 60.91 |

Total other withdrawals, debits and service charges                                = $1,991.47

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/20 | IN-BRANCH TRANSFER TRANSFER FROM CHECKING          5952 09-20-22 | 255,623.74 |
| 09/21 | 5WM6F5LP6F AIRBNB PAYMENTS GYZ2 TERI GALARDI | 0.01 |
| 09/23 | DEPOSIT | 855.24 |
| 09/23 | DEPOSIT | 5,769.23 |
| 09/23 | DEPOSIT | 16,000.00 |
| 09/26 | DEPOSIT | 5,769.23 |
| 09/28 | PAYROLL   DECISIONHR XXI 6-82 Galardi, Teri | 0.00 |
| 09/28 | DEPOSIT | 977.56 |
| 10/03 | DEPOSIT | 5,769.23 |
| 10/03 | DEPOSIT | 8,000.00 |
| 10/06 | DEPOSIT | 4,450.89 |
| 10/07 | DEPOSIT | 8,000.00 |
| 10/11 | DEPOSIT | 5,769.23 |
| 10/14 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 10/17 | DEPOSIT | 5,769.23 |
| 10/18 | DEPOSIT | 8,000.00 |

Total deposits, credits and interest                                = $335,204.48

12:18 PM

11/15/22
Accrual Basis

# Teri G. Galardi DIP 22-50035
# Balance Sheet
### As of October 31, 2022

|  | Oct 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BB&T-9815 (9/20/2022) | 396,626.43 |
| **Total Checking/Savings** | 396,626.43 |
| **Total Current Assets** | 396,626.43 |
| **TOTAL ASSETS** | **396,626.43** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Owners Equity | 36,572.85 |
| Net Income | 360,053.58 |
| **Total Equity** | 396,626.43 |
| **TOTAL LIABILITIES & EQUITY** | **396,626.43** |

12:19 PM

11/15/22

Accrual Basis

## Teri G. Galardi DIP 22-50035
## Profit & Loss
### October 2022

| | 2555 Chantilly | Admin | Master Club | Ranch | Trop (Pink Pony) | Un... | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Distributions | 12,000.00 | 100,000.00 | 0.00 | 0.00 | 600,000.00 | 0.00 | 712,000.00 |
| Note Income Received | 0.00 | 855.24 | 0.00 | 0.00 | 0.00 | 0.00 | 855.24 |
| Rental Income | 0.00 | 0.00 | 40,000.00 | 0.00 | 28,846.15 | 0.00 | 68,846.15 |
| Salary | 0.00 | 13,352.67 | 0.00 | 0.00 | 0.00 | 0.00 | 13,352.67 |
| **Total Income** | 12,000.00 | 114,207.91 | 40,000.00 | 0.00 | 628,846.15 | 0.00 | 795,054.06 |
| **Expense** | | | | | | | |
| Groceries | 0.00 | 818.50 | 0.00 | 0.00 | 0.00 | 0.00 | 818.50 |
| Insurance Expense | 0.00 | 0.00 | 0.00 | 2,907.29 | 0.00 | 0.00 | 2,907.29 |
| Meals and Entertainment | 0.00 | 205.65 | 0.00 | 0.00 | 0.00 | 0.00 | 205.65 |
| Medical Expenses | 0.00 | 17.98 | 0.00 | 0.00 | 0.00 | 0.00 | 17.98 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 11,574.60 | 0.00 | 11,574.60 |
| Office Supplies | 0.00 | 182.85 | 0.00 | 0.00 | 0.00 | 0.00 | 182.85 |
| Personal Expenses | 0.00 | 378.52 | 0.00 | 0.00 | 0.00 | 0.00 | 378.52 |
| Professional Fees | 0.00 | 1,471.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,471.00 |
| **PROPERTIES** | | | | | | | |
| **RANCH** | | | | | | | |
| Insurance Expense Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance & Repairs Ranch | 0.00 | 0.00 | 0.00 | 1,125.00 | 0.00 | 0.00 | 1,125.00 |
| Mortgage Ranch | 0.00 | 0.00 | 0.00 | 11,181.27 | 0.00 | 0.00 | 11,181.27 |
| Security Monitoring Ranch | 0.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 120.00 |
| Utilities - Ranch | 0.00 | 0.00 | 0.00 | 3,597.58 | 0.00 | 0.00 | 3,597.58 |
| **Total RANCH** | 0.00 | 0.00 | 0.00 | 16,023.85 | 0.00 | 0.00 | 16,023.85 |
| **Total PROPERTIES** | 0.00 | 0.00 | 0.00 | 16,023.85 | 0.00 | 0.00 | 16,023.85 |
| **TAXES** | 0.00 | 637,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 637,500.00 |
| **Travel Expense** | 0.00 | 333.16 | 0.00 | 0.00 | 0.00 | 0.00 | 333.16 |
| **Utilities** | 0.00 | -5.46 | 0.00 | 894.00 | 0.00 | 0.00 | 888.54 |
| **Total Expense** | 0.00 | 640,902.20 | 0.00 | 19,825.14 | 11,574.60 | 0.00 | 672,301.94 |
| **Net Ordinary Income** | 12,000.00 | -526,694.29 | 40,000.00 | -19,825.14 | 617,271.55 | 0.00 | 122,752.12 |
| **Net Income** | 12,000.00 | -526,694.29 | 40,000.00 | -19,825.14 | 617,271.55 | 0.00 | 122,752.12 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO. 22-50035-JPS** |
| **Debtor,** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing **Monthly Operating Report for Small Business Under Chapter 11** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all users who have consented to such service.

This 15th day of   November   2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**