**Fill in this information to identify the case:**

Debtor Name Teri Galardi

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 22-50035

☐ Check if this is an
amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: November 2022

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: none

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Teri G. Galardi

Original signature of responsible party _[signature]_

Printed name of responsible party Teri G. Galardi

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Teri Galardi

Case number  22-50035

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 393,118.70

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $   61,412.07

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $   37,608.83

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $  23,803.24

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 416,921.94

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____

Debtor Name  Teri Galardi                                          Case number 22-50035

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                           $ _____

   *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                      _____

27.  What is the number of employees as of the date of this monthly report?          _____

---

### 6. Professional Fees

| | |
|---|---:|
| 28.  How much have you paid this month in professional fees related to this bankruptcy case? | $ 0.00 |
| 29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 200,838.85 |
| 30.  How much have you paid this month in other professional fees? | $ 0.00 |
| 31.  How much have you paid in total other professional fees since filing the case? | $ 0.00 |

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | — | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 100,000.00 | — | $ 61,412.07 | = | $ 38,587.93 |
| 33.  **Cash disbursements** | $ 59,856.00 | — | $ 37,608.83 | = | $ 22,247.17 |
| 34.  **Net cash flow** | $ 40,144.00 | — | $ 23,803.24 | = | $ 16,340.76 |

35.  Total projected cash receipts for the next month:                        $ 100,000.00

36.  Total projected cash disbursements for the next month:                  - $ 59,856.00

37.  Total projected net cash flow for the next month:                       = $ 40,144.00

---

Debtor Name  Teri Galardi                                        Case number 22-50035

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

EXHIBIT

C

Teri Galardi
Schedule of November Deposits

| Date | Name | Purpose | Amount |
|------|------|---------|--------|
| 11/1/2022 | | Note Income Received | 763.47 |
| 11/7/2022 | Trop | Rental Income | 5,769.23 |
| 11/7/2022 | Masters | Rental Income | 8,000.00 |
| 11/10/2022 | Trop | Salary | 4,450.89 |
| 11/14/2022 | Trop | Rental Income | 5,769.23 |
| 11/14/2022 | Masters | Rental Income | 8,000.00 |
| 11/15/2022 | Airbnb | Rental Income | 2,531.41 |
| 11/18/2022 | Masters | Rental Income | 8,000.00 |
| 11/21/2022 | Trop | Rental Income | 5,769.23 |
| 11/22/2022 | | Note Income Received | 763.49 |
| 11/25/2022 | Trop | Salary | 4,450.89 |
| 11/28/2022 | AT&T | Telephone refund | 1,375.00 |
| 11/28/2022 | Trop | Rental Income | 5,769.23 |
| | | **TOTAL DEPOSITS** | 61,412.07 |

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3cb6-acac-dbb...





**U.S. LOAN SERVICING**
**Trust Account**

9670 W. TROPICANA STE. 100
LAS VEGAS, NV 89147
(702) 362-1234

MEADOWS BANK
LAS VEGAS, NV 89148

84-238
1224

162235

NO.

CHECK NO.

162235

DATE          AMOUNT

10/20/2022     $763.47.

----Seven Hundred Sixty Three and 47/100----

PAY TO THE ORDER OF

TERI GALE GALARDI
2121 HIGHLAND AVE.
LAS VEGAS NV 89102

⑆162235⑆ ⑈122402382⑈ ⑉020005474⑉



>053101121< 11/01/2022 005328412

8461262 0008 00118

FOR DEPOSIT ONLY

21< 11/01/2022 005328412
0008 00118

12/19/2022, 11:25 AM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-acac-dbb...



DEPOSIT TICKET
TRUIST BANK

DATE 11.07.22

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PPATL CC # 4552
5,769.23

TOTAL ITEMS
PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

5,769.23

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK          4552

64-1241/611          11/7/2022

PAY TO THE ORDER OF    TERI G GALARDI                    $  **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100********************************DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    EVERY TUESDAY

⑈004552⑈



1 of 1

12/19/2022, 11:26 AM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



**DEPOSIT TICKET** — TRUIST BANK

DATE 11.14.22

CURRENCY / COIN / LIST EACH CHECK
4564  5769 23

5769 23

54-1341/611

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

TOTAL FROM ATTACHED LIST    $   , 5,769.23

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PPATLCC   # 4563
5769.23

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK          4563

64-1341/611          11/14/2022

PAY TO THE ORDER OF   TERI G GALARDI          $  **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100******************************************  DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO   EVERY TUESDAY

⑈004563⑈

---

>053101121<11/14/2022 007018395
8460206 0011 00274

CHECK HERE IF MOBILE DEPOSIT

ENDORSE HERE

1 of 1

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



1 of 1

Firefox                                    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



DEPOSIT TICKET
TRUIST BANK

DATE 11.21.22

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

$  5,769.23

TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

PPATL CC #4578

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK

4578

64-1341/611

11/21/2022

PAY TO THE ORDER OF ___ TERI G GALARDI

$  **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100*********************************************DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

MEMO

AUTHORIZED SIGNATURE

EVERY TUESDAY

053101121  11/21/2022  015103074
8460201 0003 00288

CHECK HERE IF MOBILE DEPOSIT

053101121  11/21/2022  015103074
8460201 0003 00288

1 of 1

12/19/2022, 11:33 AM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



**DEPOSIT TICKET** TRUST BANK

DATE  11.22.22

| CURRENCY | | 1626 | 29 |
| COIN | | | |
| LIST EACH CHECK | | 763 | 49 |

TOTAL FROM ATTACHED LIST

$        , 763.49

TERI G GALARDI    US Loan Servicing
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

04-1341/611

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

$        , 763.49

845"    13

---

**U.S. LOAN SERVICING**
**Trust Account**
9670 W. TROPICANA STE. 100
LAS VEGAS, NV 89147
(702) 362-1234

MEADOWS BANK
LAS VEGAS, NV 89148    94-236 / 1224    162629

NO.

| CHECK NO. | | DATE | AMOUNT |
| 162629 | | 11/14/2022 | $763.49 |

—Seven Hundred Sixty Three and 49/100—

PAY TO THE ORDER OF    TERI GALE GALARDI
2121 HIGHLAND AVE.
LAS VEGAS NV 89102

MP
MP

"162629"  :122402382:

---

>053101121< 11/22/2022 002096873

8460201 0003 00201



For deposit only
Teri G. Galardi

>053101121< 11/22/2022 002096873
8460201 0003 00201

Firefox                                  https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...







1 of 1                                                                    12/19/2022, 11:36 AM

Firefox                                           https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-acac-dbb...



DEPOSIT TICKET
TRUIST BANK

DATE  11.28.22

DOLLARS  CENTS
5762.23

CURRENCY
COIN
LIST EACH CHECK

TOTAL FROM ATTACHED LIST  $

5,769.23

TERI G GALARDI
DIP CASE # 22-50035
2145 HWY 42 S
FLOVILLA, GA 30216

PPATL CC  £ 4586

64-1341/611

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS
ARE PROPERLY ENDORSED.

$  5,769.23

13

---

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

TROP INC
MERCHANT ACCOUNT
2555 CHANTILLY DR NE
ATLANTA, GA 30324

TRUIST BANK                    4586

64-1341/611

11/28/2022

PAY TO THE
ORDER OF    TERI G GALARDI                          $  **5,769.23

Five Thousand Seven Hundred Sixty-Nine and 23/100*********************************************DOLLARS

TERI G GALARDI
2555 CHANTILLY DR
ATLANTA GA 30324

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO      —EVERY-TUESDAY—

⑈004586⑈  ⑆064111341

---

>053101121< 11/28/2022 012283727
0460201 0006 00098

ENDORSE HERE

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ONLY

FOR DEPOSIT ONLY
TERI G GALARDI

012283727

---

1 of 1                                             12/19/2022, 11:36 AM



Teri Galardi
Schedule of November Checks

| Date | Num | Name | Split | Amount |
|------|-----|------|-------|--------|
| 11/1/2022 | Debit | Apple.com | Computer and Internet Expenses | 69.99 |
| 11/2/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.99 |
| 11/2/2022 | Debit | BP | Travel Expense | 52.56 |
| 11/3/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |
| 11/3/2022 | Debit | Apple.com | Computer and Internet Expenses | 2.99 |
| 11/4/2022 | Debit | Select Intervention | Medical Expenses | 60.00 |
| 11/7/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 11/7/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.99 |
| 11/7/2022 | Debit | Chick-Fil-A | Meals | 4.64 |
| 11/7/2022 | Debit | Kroger | Groceries | 82.74 |
| 11/8/2022 | Debit | Chick-Fil-A | Meals | 9.81 |
| 11/8/2022 | Debit | Apple.com | Computer and Internet Expenses | 16.99 |
| 11/8/2022 | Debit | Apple.com | Computer and Internet Expenses | 2.50 |
| 11/8/2022 | Debit | AT&T | Telephone Internet Ranch | 1,323.49 |
| 11/9/2022 | Debit | J & J Preferred Fin. | Insurance Expense Ranch | 2,887.29 |
| 11/10/2022 | 3039 | Business First Bank | Note Payments | 11,574.60 |
| 11/10/2022 | 3040 | Whitaker Builders | Maintenance & Repairs Ranch | 667.90 |
| 11/10/2022 | 3041 | AGSOUTH FARM CREDIT | Mortgage Ranch | 3,214.82 |
| 11/10/2022 | 3042 | Central Georgia EMC | Utilities | 159.00 |
| 11/10/2022 | 3043 | Central Georgia EMC | Utilities | 68.00 |
| 11/10/2022 | 3044 | Central Georgia EMC | Utilities | 43.00 |
| 11/10/2022 | 3045 | Central Georgia EMC | Utilities | 92.00 |
| 11/10/2022 | 3046 | Central Georgia EMC | Utilities | 261.00 |
| 11/10/2022 | 3047 | City of Flovilla | Trash Disposal Ranch | 52.08 |
| 11/14/2022 | Debit | Sephora | Personal Expenses | 40.00 |
| 11/14/2022 | Debit | H&M | Personal Expenses | 66.12 |
| 11/14/2022 | Debit | Walmart | Groceries | 23.17 |
| 11/14/2022 | Debit | Apple.com | Computer and Internet Expenses | 39.83 |
| 11/14/2022 | Debit | Desert Botanical | Personal Expenses | 63.00 |
| 11/14/2022 | Debit | MB Stadium | Entertainment | 52.27 |
| 11/14/2022 | Debit | Apple.com | Computer and Internet Expenses | 29.95 |
| 11/15/2022 | Debit | Apple.com | Computer and Internet Expenses | 5.99 |
| 11/15/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 11/17/2022 | 3048 | BROOKWOOD ANIMAL | Veterinary Expense Dogs | 246.63 |
| 11/17/2022 | 3049 | GA POWER | Power Ranch | 1,506.10 |
| 11/17/2022 | 3050 | GA POWER | Power Ranch | 110.37 |
| 11/17/2022 | 3051 | GA POWER | Power Ranch | 18.69 |
| 11/17/2022 | 3052 | GA POWER | Power Ranch | 1.67 |
| 11/17/2022 | 3053 | AT&T | Telephone Internet Ranch | 42.62 |
| 11/17/2022 | 3054 | AT&T | Telephone Internet Ranch | 38.63 |
| 11/17/2022 | 3055 | AT&T | Telephone Internet Ranch | 37.44 |
| 11/17/2022 | 3056 | ULTIMATE SECURITY | -SPLIT- | 105.00 |

| Date | Num | Name | Split | Amount |
|------|-----|------|-------|-------:|
| 11/18/2022 | Debit | Venture Medical | Medical Expenses | 20.00 |
| 11/18/2022 | Debit | Texture Salon | Personal Expenses | 135.00 |
| 11/18/2022 | Debit | Truett's Grill | Meals | 8.32 |
| 11/18/2022 | Debit | Truett's Grill | Meals | 15.45 |
| 11/18/2022 | Debit | Five Star Food Service | Meals | 1.90 |
| 11/18/2022 | Debit | Five Star Food Service | Meals | 1.40 |
| 11/18/2022 | Debit | World of Coca Cola | Meals | 2.10 |
| 11/22/2022 | Debit | Ingles | Meals | 28.06 |
| 11/23/2022 | 3057 | BARROW VETERINARY SERVICES | Animal Vet Expense | 770.50 |
| 11/23/2022 | 3058 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | 156.00 |
| 11/23/2022 | 3059 | AT&T | Telephone Internet Ranch | 1,323.49 |
| 11/25/2022 | Debit | Apple.com | Computer and Internet Expenses | 79.99 |
| 11/25/2022 | Debit | World of Coca Cola | Meals | 3.60 |
| 11/25/2022 | Debit | World of Coca Cola | Meals | 3.60 |
| 11/25/2022 | Debit | World of Coca Cola | Meals | 3.60 |
| 11/29/2022 | 3060 | Butts County Tax Commissioner | Property Taxes Ranch | 87.74 |
| 11/29/2022 | 3061 | Butts County Tax Commissioner | Property Taxes Ranch | 6,913.86 |
| 11/29/2022 | 3062 | Butts County Tax Commissioner | Property Taxes Ranch | 629.54 |
| 11/29/2022 | 3063 | Butts County Tax Commissioner | Property Taxes Ranch | 360.15 |
| 11/29/2022 | 3064 | Butts County Tax Commissioner | Property Taxes Ranch | 129.39 |
| 11/29/2022 | 3065 | Butts County Tax Commissioner | Property Taxes Ranch | 180.93 |
| 11/29/2022 | 3066 | Butts County Tax Commissioner | Property Taxes Ranch | 43.06 |
| 11/29/2022 | 3067 | Butts County Tax Commissioner | Property Taxes Ranch | 171.03 |
| 11/29/2022 | 3068 | Butts County Tax Commissioner | Property Taxes Ranch | 103.08 |
| 11/29/2022 | 3069 | Butts County Tax Commissioner | Property Taxes Ranch | 529.98 |
| 11/29/2022 | 3070 | Butts County Tax Commissioner | Property Taxes Ranch | 858.14 |
| 11/29/2022 | 3071 | Butts County Tax Commissioner | Property Taxes Ranch | 42.30 |
| 11/29/2022 | 3072 | Butts County Tax Commissioner | Property Taxes Ranch | 663.26 |
| 11/29/2022 | 3073 | Butts County Tax Commissioner | Property Taxes Ranch | 98.17 |
| 11/29/2022 | 3074 | Butts County Tax Commissioner | Property Taxes Ranch | 93.77 |
| 11/29/2022 | 3075 | Butts County Tax Commissioner | Property Taxes Ranch | 208.39 |
| 11/29/2022 | 3076 | Butts County Tax Commissioner | Property Taxes Ranch | 457.40 |
| 11/29/2022 | Debit | AT&T | Telephone Internet Ranch | 136.47 |
| 11/29/2022 | Debit | Select Intervention | Medical Expenses | 80.00 |
| 11/30/2022 | 3077 | AT&T | Telephone Internet Ranch | 132.34 |
| 11/30/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |

**TOTAL CHECKS**                                      37,608.83

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3cb6-acac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 12 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3034

04-1341/611

10/24/2022

PAY TO THE
ORDER OF    U.S.Trustee Payment Center

$ ··1,471.00

One Thousand Four Hundred Seventy-One and 00/100 ··········································· DOLLARS

U S.Trustee Payment Center
P.O.Box 6200-19
Portland OR 97228-6200

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO
account #

⑈003034⑈            815⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY SEE REVERSE SIDE FOR DESCRIPTION OF THE SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

**3035**

04-1041/611

10/28/2022

PAY TO THE
ORDER OF   Jones Petroleum

$  **53.50

Fifty-Three and 50/100********************************************************************************** DOLLARS

Jones Petroleum
PO BOX 1367  26
JACKSON GA 30233

VOID AFTER 90 DAYS

MEMO
# 13  10/19/2022 tank-rent

AUTHORIZED SIGNATURE

⑈003035⑈                                    5845⑈

>061107515< 20221109
United Bank
Drawer#/Trans#: 03002/0052
HID: 834811430000128

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Firefox                                                           https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK                                    3036

04-1341/611

10/28/2022

PAY TO THE
ORDER OF    RYLAND ENVIRONMENTAL                        $  **156.00

One Hundred Fifty-Six and 00/100**************************************************** DOLLARS

RYLAND ENVIRONMENTAL
PO BOX 250
DUBLIN GA 31040

VOID AFTER 90 DAYS

*Teri G Galardi*

MEMO                        11/1/2022                    AUTHORIZED SIGNATURE

⑈003036⑈                                          815⑈

For Deposit Only
Ryland Env.
Ryland
71173

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

1 of 1                                                            12/19/2022, 11:26 AM

Firefox                                                                    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK                    3037

04-1341/611

10/28/2022

PAY TO THE
ORDER OF    WELLS FARGO                                    $ **2,748.23

Two Thousand Seven Hundred Forty-Eight and 23/100************************************************ DOLLARS

WELLS FARGO
PO BOX 77021
MINNEAPOLIS MN 55480-7721

VOID AFTER 90 DAYS

*Teri G Galardi*

MEMO                                                   AUTHORIZED SIGNATURE

⑈003037⑈        9815⑈

Firefox                                    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3039

04-1341/611

11/10/2022

PAY TO THE
ORDER OF    Business First Bank

$ **11,574.60

Eleven Thousand Five Hundred Seventy-Four and 60/100************************************************************************DOLLARS

Business First Bank
Covington Banking Center
1875 N Hwy 190
Covington LA 70433

VOID AFTER 90 DAYS

MEMO

AUTHORIZED SIGNATURE

⑆003039⑆                                              8⦂5⑈

Firefox                                          https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                                    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3042

04-1341/611

11/10/2022

PAY TO THE
ORDER OF    Central Georgia EMC

$  **159.00

One Hundred Fifty-Nine and 00/100********************************************************************* DOLLARS

Central Georgia EMC
SEDC
PO BOX 530812
ATLANTA GA 30353-0812

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO                    HWY 42-S-2236

⑈003042⑈                                9815⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

11/18/2022

>062000019<

12/19/2022, 11:31 AM

Firefox                                              https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3043

04-1341/611

11/10/2022

PAY TO THE
ORDER OF    Central Georgia EMC                                    $  **68.00

Sixty-Eight and 00/100******************************************************************* DOLLARS

Central Georgia EMC
SEDC
PO BOX 530812
ATLANTA GA 30353-0812

VOID AFTER 90 DAYS

MEMO ▇▇▇▇ M VERNON CHURCH RD 267

⑈003043⑈                                    ⑈815⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Firefox                                    https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                           https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                                      https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3047

04-1241/611

11/10/2022

PAY TO THE
ORDER OF    City of Flovilla

$    **52.08

Fifty-Two and 08/100**************************************************************DOLLARS

City of Flovilla
308 Heard Street
Flovilla GA 30216

VOID AFTER 90 DAYS

*[signature]*

MEMO                                45-mt-vernon-church-rd

AUTHORIZED SIGNATURE

⑈00304 7⑈                                          ⑈B15⑈

7334000033913

FOR DEPOSIT ONLY
HMER'S BANK-101452
061101150
0270-05-52-08
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

12/19/2022, 11:38 AM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

04-1341/611

3048

11/17/2022

PAY TO THE
ORDER OF    BROOKWOOD ANIMAL                              $   ··246.63

Two Hundred Forty-Six and 63/100•••••••••••••••••••••••••••••••••••••••••• DOLLARS

BROOKWOOD ANIMAL
118 BROOKWOOD AVE
JACKSON GA 30233

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    2016

⑈003048⑈                                        ⑆815⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                                                        https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                                      https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



Firefox                                              https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3052

04-1341/611

11/17/2022

PAY TO THE
ORDER OF    GA POWER                                              $   ••1.67

One and 67/100****************************************************************    DOLLARS

GA POWER
96 ANNEX
ATLANTA GA 30396-0001                                   VOID AFTER 00 DAYS

MEMO            2146 hwy 42 storage

⑈003052⑈                                          ⑉615⑈

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

04-1341/611

3053

11/17/2022

PAY TO THE
ORDER OF    AT&T

$ **42.62

Forty-Two and 62/100******************************************************************* DOLLARS

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO          114 0628 ranch ph

⑈003053⑈                                   ⑈8⑈5⑈⑈

1 of 1

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



12/19/2022, 11:37 AM

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...



TERI G GALARDI
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3055

04-1341/611

11/17/2022

PAY TO THE
ORDER OF   AT&T                                                $  **37.44

Thirty-Seven and 44/100 ************************************************************ DOLLARS

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

MEMO                              barn-apt

AUTHORIZED SIGNATURE

⑈003055⑈                                    8 ⅃ 5 ⑈

Firefox                                           https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**                                 TRUIST BANK                              3056
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216                                 04-1341/611
                                                                                         11/17/2022

PAY TO THE
ORDER OF ___ ULTIMATE SECURITY                                        $  **105 00

One Hundred Five and 00/100*************************************************************** DOLLARS

        ULTIMATE SECURITY
        178 NORTH 85 PKWY
        PO BOX 1330                                            VOID AFTER 90 DAYS
        FAYETTEVILLE GA 30214-1330
MEMO                                                              AUTHORIZED SIGNATURE
        -267348- -2146-hwy-42-

        ⑈003056⑈                 ▉▉▉▉▉▉▉▉▉▉▉       ⑆ ▮ 5 ⑈

>053101121<·11/28/2022·00118·1363

8461 201 0005 00064.

2022: 001181363

PAY TO THE ORDER OF
BB&T/BRANCH BANKING & TRUST
FOR DEPOSIT ONLY
ULTIMATE SECURITY OF GA/TERUM INC

Firefox

https://bank.truist.com/web/accounts/i/7b597f8a-36fa-3eb6-aeac-dbb...

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**TERI G GALARDI**
DIP CASE # 22-50035
2146 HWY 42 S
FLOVILLA, GA 30216

TRUIST BANK

3058

04-1341/611

11/23/2022

PAY TO THE
ORDER OF ___RYLAND ENVIRONMENTAL___                                    $ **156.00

__One Hundred Fifty-Six and 00/100*******************************************************__ **DOLLARS**

RYLAND ENVIRONMENTAL
PO BOX 250
DUBLIN GA 31040

VOID AFTER 90 DAYS

Teri G Galardi

MEMO
___00816  inv 0000224634___

AUTHORIZED SIGNATURE

⑴003058⑴                                    615⑴

For Deposit Only
Ryland Env
Ryland
71171
CHECK HERE TO TRUNCATE CA REMOTE DEPOSIT
DATE
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
ENDORSE CHECK HERE

12/19/2022, 11:38 AM

1:20 PM

12/19/22

# Teri G. Galardi DIP 22-50035
# Reconciliation Detail
## BB&T-9815 (9/20/2022), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 401,187.50 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 63 items | | | | | | |
| Check | 10/24/2022 | 3034 | U.S.Trustee Payme... | X | -1,471.00 | -1,471.00 |
| Check | 10/28/2022 | 3037 | WELLS FARGO | X | -2,748.23 | -4,219.23 |
| Check | 10/28/2022 | 3036 | RYLAND ENVIRON... | X | -156.00 | -4,375.23 |
| Check | 10/28/2022 | 3038 | AT&T | X | -132.34 | -4,507.57 |
| Check | 10/28/2022 | 3035 | Jones Petroleum | X | -53.50 | -4,561.07 |
| Check | 11/01/2022 | Debit | Apple.com | X | -69.99 | -4,631.06 |
| Check | 11/02/2022 | Debit | BP | X | -52.56 | -4,683.62 |
| Check | 11/02/2022 | Debit | Apple.com | X | -14.99 | -4,698.61 |
| Check | 11/03/2022 | Debit | Apple.com | X | -6.99 | -4,705.60 |
| Check | 11/03/2022 | Debit | Apple.com | X | -2.99 | -4,708.59 |
| Check | 11/04/2022 | Debit | Select Intervention | X | -60.00 | -4,768.59 |
| Check | 11/07/2022 | Debit | Kroger | X | -82.74 | -4,851.33 |
| Check | 11/07/2022 | Debit | Apple.com | X | -14.99 | -4,866.32 |
| Check | 11/07/2022 | Debit | Apple.com | X | -9.99 | -4,876.31 |
| Check | 11/07/2022 | Debit | Chick-Fil-A | X | -4.64 | -4,880.95 |
| Check | 11/08/2022 | Debit | AT&T | X | -1,323.49 | -6,204.44 |
| Check | 11/08/2022 | Debit | Apple.com | X | -16.99 | -6,221.43 |
| Check | 11/08/2022 | Debit | Chick-Fil-A | X | -9.81 | -6,231.24 |
| Check | 11/08/2022 | Debit | Apple.com | X | -2.50 | -6,233.74 |
| Check | 11/09/2022 | Debit | Johnson & Johnson ... | X | -2,887.29 | -9,121.03 |
| Check | 11/10/2022 | 3039 | Business First Bank | X | -11,574.60 | -20,695.63 |
| Check | 11/10/2022 | 3041 | AGSOUTH FARM C... | X | -3,214.82 | -23,910.45 |
| Check | 11/10/2022 | 3040 | Whitaker Builders | X | -667.90 | -24,578.35 |
| Check | 11/10/2022 | 3046 | Central Georgia EMC | X | -261.00 | -24,839.35 |
| Check | 11/10/2022 | 3042 | Central Georgia EMC | X | -159.00 | -24,998.35 |
| Check | 11/10/2022 | 3045 | Central Georgia EMC | X | -92.00 | -25,090.35 |
| Check | 11/10/2022 | 3043 | Central Georgia EMC | X | -68.00 | -25,158.35 |
| Check | 11/10/2022 | 3047 | City of Flovilla | X | -52.08 | -25,210.43 |
| Check | 11/10/2022 | 3044 | Central Georgia EMC | X | -43.00 | -25,253.43 |
| Check | 11/14/2022 | Debit | H&M | X | -66.12 | -25,319.55 |
| Check | 11/14/2022 | Debit | Desert Botanical | X | -63.00 | -25,382.55 |
| Check | 11/14/2022 | Debit | MB Stadium | X | -52.27 | -25,434.82 |
| Check | 11/14/2022 | Debit | Sephora | X | -40.00 | -25,474.82 |
| Check | 11/14/2022 | Debit | Apple.com | X | -39.83 | -25,514.65 |
| Check | 11/14/2022 | Debit | Apple.com | X | -29.95 | -25,544.60 |
| Check | 11/14/2022 | Debit | Walmart | X | -23.17 | -25,567.77 |
| Check | 11/15/2022 | Debit | Apple.com | X | -9.99 | -25,577.76 |
| Check | 11/15/2022 | Debit | Apple.com | X | -5.99 | -25,583.75 |
| Check | 11/17/2022 | 3049 | GA POWER | X | -1,506.10 | -27,089.85 |
| Check | 11/17/2022 | 3048 | BROOKWOOD ANI... | X | -246.63 | -27,336.48 |
| Check | 11/17/2022 | 3050 | GA POWER | X | -110.37 | -27,446.85 |
| Check | 11/17/2022 | 3056 | ULTIMATE SECURI... | X | -105.00 | -27,551.85 |
| Check | 11/17/2022 | 3053 | AT&T | X | -42.62 | -27,594.47 |
| Check | 11/17/2022 | 3054 | AT&T | X | -38.63 | -27,633.10 |
| Check | 11/17/2022 | 3055 | AT&T | X | -37.44 | -27,670.54 |
| Check | 11/17/2022 | 3051 | GA POWER | X | -18.69 | -27,689.23 |
| Check | 11/17/2022 | 3052 | GA POWER | X | -1.67 | -27,690.90 |
| Check | 11/18/2022 | Debit | Texture Salon | X | -135.00 | -27,825.90 |
| Check | 11/18/2022 | Debit | Venture Medical | X | -20.00 | -27,845.90 |
| Check | 11/18/2022 | Debit | Truett's Grill | X | -15.45 | -27,861.35 |
| Check | 11/18/2022 | Debit | Truett's Grill | X | -8.32 | -27,869.67 |
| Check | 11/18/2022 | Debit | World of Coca Cola | X | -2.10 | -27,871.77 |
| Check | 11/18/2022 | Debit | Five Star Food Servi... | X | -1.90 | -27,873.67 |
| Check | 11/18/2022 | Debit | Five Star Food Servi... | X | -1.40 | -27,875.07 |
| Check | 11/22/2022 | Debit | Ingles | X | -28.06 | -27,903.13 |
| Check | 11/23/2022 | 3058 | RYLAND ENVIRON... | X | -156.00 | -28,059.13 |
| Check | 11/25/2022 | Debit | Apple.com | X | -79.99 | -28,139.12 |
| Check | 11/25/2022 | Debit | World of Coca Cola | X | -3.60 | -28,142.72 |
| Check | 11/25/2022 | Debit | World of Coca Cola | X | -3.60 | -28,146.32 |
| Check | 11/25/2022 | Debit | World of Coca Cola | X | -3.60 | -28,149.92 |
| Check | 11/29/2022 | Debit | AT&T | X | -136.47 | -28,286.39 |
| Check | 11/29/2022 | Debit | Select Intervention | X | -80.00 | -28,366.39 |
| Check | 11/30/2022 | Debit | Apple.com | X | -6.99 | -28,373.38 |
| Total Checks and Payments | | | | | -28,373.38 | -28,373.38 |

1:20 PM

12/19/22

## Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 13 items** | | | | | | |
| Deposit | 11/01/2022 | | | X | 763.47 | 763.47 |
| Deposit | 11/07/2022 | | | X | 5,769.23 | 6,532.70 |
| Deposit | 11/07/2022 | | | X | 8,000.00 | 14,532.70 |
| Deposit | 11/10/2022 | | | X | 4,450.89 | 18,983.59 |
| Deposit | 11/14/2022 | | | X | 5,769.23 | 24,752.82 |
| Deposit | 11/14/2022 | | | X | 8,000.00 | 32,752.82 |
| Deposit | 11/15/2022 | | | X | 2,531.41 | 35,284.23 |
| Deposit | 11/18/2022 | | | X | 8,000.00 | 43,284.23 |
| Deposit | 11/21/2022 | | | X | 5,769.23 | 49,053.46 |
| Deposit | 11/22/2022 | | | X | 763.49 | 49,816.95 |
| Deposit | 11/25/2022 | | | X | 4,450.89 | 54,267.84 |
| Deposit | 11/28/2022 | | | X | 1,375.00 | 55,642.84 |
| Deposit | 11/28/2022 | | | X | 5,769.23 | 61,412.07 |
| | Total Deposits and Credits | | | | 61,412.07 | 61,412.07 |
| | Total Cleared Transactions | | | | 33,038.69 | 33,038.69 |
| Cleared Balance | | | | | 33,038.69 | 434,226.19 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 11/23/2022 | 3059 | AT&T | | -1,323.49 | -1,323.49 |
| Check | 11/23/2022 | 3057 | BARROW VETERIN... | | -770.50 | -2,093.99 |
| Check | 11/29/2022 | 3061 | Butts County Tax Co... | | -6,913.86 | -9,007.85 |
| Check | 11/29/2022 | 3070 | Butts County Tax Co... | | -858.14 | -9,865.99 |
| Check | 11/29/2022 | 3072 | Butts County Tax Co... | | -663.26 | -10,529.25 |
| Check | 11/29/2022 | 3062 | Butts County Tax Co... | | -629.54 | -11,158.79 |
| Check | 11/29/2022 | 3069 | Butts County Tax Co... | | -529.98 | -11,688.77 |
| Check | 11/29/2022 | 3076 | Butts County Tax Co... | | -457.40 | -12,146.17 |
| Check | 11/29/2022 | 3063 | Butts County Tax Co... | | -360.15 | -12,506.32 |
| Check | 11/29/2022 | 3075 | Butts County Tax Co... | | -208.39 | -12,714.71 |
| Check | 11/29/2022 | 3065 | Butts County Tax Co... | | -180.93 | -12,895.64 |
| Check | 11/29/2022 | 3067 | Butts County Tax Co... | | -171.03 | -13,066.67 |
| Check | 11/29/2022 | 3064 | Butts County Tax Co... | | -129.39 | -13,196.06 |
| Check | 11/29/2022 | 3068 | Butts County Tax Co... | | -103.08 | -13,299.14 |
| Check | 11/29/2022 | 3073 | Butts County Tax Co... | | -98.17 | -13,397.31 |
| Check | 11/29/2022 | 3074 | Butts County Tax Co... | | -93.77 | -13,491.08 |
| Check | 11/29/2022 | 3060 | Butts County Tax Co... | | -87.74 | -13,578.82 |
| Check | 11/29/2022 | 3066 | Butts County Tax Co... | | -43.06 | -13,621.88 |
| Check | 11/29/2022 | 3071 | Butts County Tax Co... | | -42.30 | -13,664.18 |
| Check | 11/30/2022 | 3077 | AT&T | | -132.34 | -13,796.52 |
| | Total Checks and Payments | | | | -13,796.52 | -13,796.52 |
| | Total Uncleared Transactions | | | | -13,796.52 | -13,796.52 |
| Register Balance as of 11/30/2022 | | | | | 19,242.17 | 420,429.67 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 41 items** | | | | | | |
| Check | 12/01/2022 | Debit | Ingles | | -201.43 | -201.43 |
| Check | 12/02/2022 | Debit | SQ Gold Lion Farm | | -94.70 | -296.13 |
| Check | 12/02/2022 | Debit | SQ Vintage Vineyard | | -72.36 | -368.49 |
| Check | 12/02/2022 | Debit | Lucy Lu's | | -21.13 | -389.62 |
| Check | 12/02/2022 | Debit | Apple.com | | -14.83 | -404.45 |
| Check | 12/05/2022 | 3082 | McBRYAN LLC | | -91,814.14 | -92,218.59 |
| Check | 12/05/2022 | 3084 | McNair McLemore ... | | -24,676.00 | -116,894.59 |
| Check | 12/05/2022 | 3083 | WHALEY HAMMON... | | -12,093.75 | -128,988.34 |
| Check | 12/05/2022 | 3080 | AGSOUTH FARM C... | | -2,982.77 | -131,971.11 |
| Check | 12/05/2022 | 3079 | WELLS FARGO | | -2,748.23 | -134,719.34 |
| Check | 12/05/2022 | 3081 | Whitaker Builders | | -752.19 | -135,471.53 |
| Check | 12/05/2022 | 3078 | U.S.Trustee Payme... | | -700.12 | -136,171.65 |
| Check | 12/05/2022 | Debit | CVS Pharmacy | | -12.59 | -136,184.24 |
| Check | 12/05/2022 | Debit | Apple.com | | -9.99 | -136,194.23 |
| Check | 12/05/2022 | Debit | Apple.com | | -6.99 | -136,201.22 |
| Check | 12/05/2022 | Debit | Apple.com | | -2.99 | -136,204.21 |
| Check | 12/07/2022 | Debit | Target | | -125.00 | -136,329.21 |
| Check | 12/09/2022 | Debit | Johnson & Johnson ... | | -2,887.29 | -139,216.50 |

1:20 PM

12/19/22

## Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 11/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 12/09/2022 | Debit | Apple.com | | -14.99 | -139,231.49 |
| Check | 12/12/2022 | 3086 | Business First Bank | | -11,574.60 | -150,806.09 |
| Check | 12/12/2022 | 3085 | City of Flovilla | | -52.93 | -150,859.02 |
| Check | 12/13/2022 | 3090 | Central Georgia EMC | | -260.00 | -151,119.02 |
| Check | 12/13/2022 | 3087 | Central Georgia EMC | | -252.00 | -151,371.02 |
| Check | 12/13/2022 | 3089 | Central Georgia EMC | | -100.00 | -151,471.02 |
| Check | 12/13/2022 | Debit | Apple.com | | -99.99 | -151,571.01 |
| Check | 12/13/2022 | 3088 | Central Georgia EMC | | -45.00 | -151,616.01 |
| Check | 12/13/2022 | Debit | Apple.com | | -32.95 | -151,648.96 |
| Check | 12/13/2022 | Debit | Apple.com | | -3.99 | -151,652.95 |
| Check | 12/14/2022 | 3091 | Jones & Walden, LLC | | -89,437.18 | -241,090.13 |
| Check | 12/14/2022 | 3092 | GA POWER | | -1,922.30 | -243,012.43 |
| Check | 12/14/2022 | 3098 | AT&T | | -261.38 | -243,273.81 |
| Check | 12/14/2022 | 3099 | AT&T | | -105.79 | -243,379.60 |
| Check | 12/14/2022 | 3100 | AT&T | | -77.86 | -243,457.46 |
| Check | 12/14/2022 | 3093 | GA POWER | | -73.79 | -243,531.25 |
| Check | 12/14/2022 | 3097 | GA POWER | | -42.99 | -243,574.24 |
| Check | 12/14/2022 | 3095 | GA POWER | | -19.08 | -243,593.32 |
| Check | 12/14/2022 | 3094 | GA POWER | | -18.38 | -243,611.70 |
| Check | 12/14/2022 | Debit | Apple.com | | -5.99 | -243,617.69 |
| Check | 12/14/2022 | 3096 | GA POWER | | -5.76 | -243,623.45 |
| Check | 12/15/2022 | 3102 | BOYER TERRY LLC | | -91,269.00 | -334,892.45 |
| Check | 12/15/2022 | 3101 | SCHULTEN WARD ... | | -2,404.40 | -337,296.85 |
| | | **Total Checks and Payments** | | | **-337,296.85** | **-337,296.85** |
| | | **Deposits and Credits - 8 items** | | | | |
| Deposit | 12/05/2022 | | | | 69.02 | 69.02 |
| Deposit | 12/05/2022 | | | | 5,769.23 | 5,838.25 |
| Deposit | 12/05/2022 | | | | 14,118.63 | 19,956.88 |
| Deposit | 12/06/2022 | | | | 855.24 | 20,812.12 |
| Deposit | 12/08/2022 | | | | 16,000.00 | 36,812.12 |
| Deposit | 12/09/2022 | | | | 4,636.89 | 41,449.01 |
| Deposit | 12/09/2022 | | | | 8,000.00 | 49,449.01 |
| Deposit | 12/12/2022 | | | | 5,769.23 | 55,218.24 |
| | | **Total Deposits and Credits** | | | **55,218.24** | **55,218.24** |
| | | **Total New Transactions** | | | **-282,078.61** | **-282,078.61** |
| **Ending Balance** | | | | | **-262,836.44** | **138,351.06** |

 

Page 1 of 4    11/15/22
CA    9815



824-03-01-00 19003 0 0 001 09  50 004
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA  30216-2318

# Your account statement

For 11/15/2022

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

**■ TRUIST ONE CHECKING        815**

### Account summary

| | |
|---|---|
| Your previous balance as of 10/18/2022 | $299,633.27 |
| Checks | - 644,231.13 |
| Other withdrawals, debits and service charges | - 8,506.05 |
| Deposits, credits and interest | + 780,134.28 |
| Your new balance as of 11/15/2022 | = $427,030.37 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/20 | 3013 | 51.81 | 10/20 | *3030 | 525,000.00 | 11/09 | 3035 | 53.50 |
| 10/19 | *3022 | 552.65 | 10/20 | 3031 | 112,500.00 | 11/04 | 3036 | 156.00 |
| 10/19 | 3023 | 247.64 | 10/26 | *3033 | 1,125.00 | 11/07 | 3037 | 2,748.23 |
| 10/19 | 3024 | 192.96 | 11/01 | 3034 | 1,471.00 | 11/07 | 3038 | 132.34 |

* indicates a skip in sequential check numbers above this item

Total checks        = $644,231.13

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/19 | DEBIT CARD PURCHASE SIMPLY EASIER PAYM 10-18 394-8908884    NC 6526 | 87.22 |
| 10/19 | DEBIT CARD PURCHASE JOHNSON & JOHNSON 10-18 800-8685573     SC 6526 | 2,907.29 |
| 10/20 | DEBIT CARD PURCHASE CHICK-FIL-A #00485 10-18 DECATUR      GA 6526 | 4.90 |
| 10/20 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-19 866-712-7753  CA 6526 | 69.99 |
| 10/20 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 10-19 JACKSON      GA 6526 | 7.68 |
| 10/21 | DEBIT CARD PURCHASE CHICK-FIL-A #01082 10-19 STOCKBRIDGE   GA 6526 | 20.88 |
| 10/21 | DEBIT CARD PURCHASE-PIN 10-20-22 MORROW      GA 6526 COSTCO WHSE #0579 | 118.51 |
| 10/21 | DEBIT CARD PURCHASE-PIN 10-20-22 LOCUST GROVE  GA 6526 INGLES GAS EXP #495 | 48.33 |
| 10/21 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 10-20 JACKSON      GA 6526 | 25.39 |
| 10/24 | DEBIT CARD PURCHASE-PIN 10-21-22 MCDONOUGH    GA 6526 ULTA #587 | 37.40 |
| 10/24 | DEBIT CARD PURCHASE-PIN 10-22-22 JACKSON     GA 6526 NWS BUDDY BLU'S COO002522 | 5.60 |
| 10/25 | INTERNET PAYMENT WEBPAYMENT GRIFFINIMAGINGLL | 15.79 |
| 10/27 | DEBIT CARD PURCHASE-PIN 10-26-22 JACKSON     GA 6526 PILOT # 4560 | 47.36 |
| 10/28 | DEBIT CARD PURCHASE CHICK-FIL-A #04658 10-26 LOCUST GROVE   GA 6526 | 30.15 |
| 10/28 | DEBIT CARD PURCHASE TEXTURE SALON & BO 10-27 JACKSON      GA 6526 | 36.38 |
| 10/28 | DEBIT CARD PURCHASE-PIN 10-27-22 JACKSON     GA 6526 INGLES MARKETS #499 | 58.29 |

*continued*

■ TRUIST ONE CHECKING ▓▓▓▓ 315 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/31 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-28 866-712-7753   CA 6526 | 6.99 |
| 10/31 | DEBIT CARD PURCHASE-PIN 10-28-22 FLOVILLA     GA 6526 DOLLAR GENERAL # DG 16957 | 20.33 |
| 10/31 | DEBIT CARD PURCHASE-PIN 10-29-22 JACKSON     GA 6526 BP#2798845PARK AVE | 77.28 |
| 11/01 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 10-31 866-712-7753   CA 6526 | 69.99 |
| 11/02 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-01 866-712-7753   CA 6526 | 14.99 |
| 11/02 | DEBIT CARD PURCHASE-PIN 11-01-22 MORROW     GA 6526 BP#9704412MT ZION ROAD B | 52.56 |
| 11/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-02 866-712-7753   CA 6526 | 6.99 |
| 11/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-03 866-712-7753   CA 6526 | 2.99 |
| 11/07 | DEBIT CARD PURCHASE SELECT INTERVENTIO 11-04 470-2515300   GA 6526 | 60.00 |
| 11/07 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-05 866-712-7753   CA 6526 | 9.99 |
| 11/07 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-05 866-712-7753   CA 6526 | 14.99 |
| 11/07 | DEBIT CARD PURCHASE CHICK-FIL-A #03772 11-05 GRIFFIN     GA 6526 | 4.64 |
| 11/07 | DEBIT CARD PURCHASE-PIN 11-05-22 GRIFFIN     GA 6526 KROGER #619 1524 HIGHWAY | 82.74 |
| 11/08 | TELEPHONE PAYMENT Payment  ATT 454761005CSR1T | 1,323.49 |
| 11/09 | 11TECHECK JJPF Payments 3486 JEG FL QUALIFIED PERSO | 2,887.29 |
| 11/10 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-10 866-712-7753   CA 6526 | 2.50 |
| 11/10 | DEBIT CARD PURCHASE CHICK-FIL-A #00485 11-08 DECATUR     GA 6526 | 9.81 |
| 11/14 | DEBIT CARD PURCHASE APPLE.COM/BILL 11-10 866-712-7753   CA 6526 | 16.99 |
| 11/14 | DEBIT CARD PURCHASE-PIN 11-10-22 TEMPE     AZ 6526 1276 - SEPHORA | 40.00 |
| 11/14 | DEBIT CARD PURCHASE-PIN 11-10-22 TEMPE     AZ 6526 H&M 443 | 66.12 |
| 11/14 | DEBIT CARD PURCHASE-PIN 11-10-22 QUEEN CREEK  AZ 6526 WAL-MART #4451 | 23.17 |
| 11/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-12 866-712-7753   CA 6526 | 39.83 |
| 11/14 | DEBIT CARD PURCHASE-PIN 11-11-22 PHOENIX     AZ 6526 DESERT BOTANICAL 1201 N G | 63.00 |
| 11/14 | DEBIT CARD PURCHASE MB STADIUM CONCESS 11-12 ATLANTA     GA 6526 | 52.27 |
| 11/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-13 866-712-7753   CA 6526 | 29.95 |
| 11/15 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-15 866-712-7753   CA 6526 | 5.99 |

Total other withdrawals, debits and service charges = $8,506.05

Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/20 | FUNDS TRANSFER WIRE REF# 20221020-00014807 DBT ACCT: XXXXXXXXX5763 | 100,000.00 |
| 10/20 | FUNDS TRANSFER WIRE REF# 20221020-00014669 DBT ACCT: XXXXXXXXX5755 | 250,000.00 |
| 10/24 | DEPOSIT | 5,769.23 |
| 10/24 | FUNDS TRANSFER WIRE REF# 20221024-00020419 DBT ACCT: XXXXXXXXX5682 | 12,000.00 |
| 10/25 | DEPOSIT | 5.46 |
| 10/25 | FUNDS TRANSFER WIRE REF# 20221025-00020001 DBT ACCT: XXXXXXXXX5755 | 350,000.00 |
| 10/26 | DEPOSIT | 855.24 |
| 10/28 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 10/31 | DEPOSIT | 5,769.23 |
| 10/31 | DEPOSIT | 16,000.00 |
| 11/01 | DEPOSIT | 763.47 |
| 11/07 | DEPOSIT | 5,769.23 |
| 11/07 | DEPOSIT | 8,000.00 |
| 11/10 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 11/14 | DEPOSIT | 5,769.23 |
| 11/14 | DEPOSIT | 8,000.00 |
| 11/15 | ZWNM5547EG AIRBNB PAYMENTS DH2Q TERI GALARDI | 2,531.41 |

Total deposits, credits and interest = $780,134.28

---

Changes are being made effective December 5, 2022 to the Electronic Funds Transfer Agreement as shown below. Continued use of your account after the effective date constitutes your acceptance of the changes. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

6A: PARTIAL AUTHORIZATION FOR CARD TRANSACTIONS: If a Card purchase amount exceeds the current Available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your Available balance to pay for a portion of the total purchase. The transaction will be subject to your card's daily spending limit. We will first try to approve the full amount of the purchase with the Available balance in your primary account, accounts linked for Overdraft Protection, and, $100 Negative Balance Buffer. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your linked account. This is called "partial authorization." The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form

 

Page 3 of 4    11/15/22
CA

of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

0010870

 

Page 1 of 4    12/14/22
GA ███████ ███5



TRUIST

824-03-01-00 19003 0 C 001 09    50 004
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA  30216-2318

# Your account statement
For 12/14/2022

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call
844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your
Branch Banker or call us at 844-4TRUIST.

■ TRUIST ONE CHECKING ████████ 815

### Account summary

| | |
|---|---|
| Your previous balance as of 11/15/2022 | $427,030.37 |
| Checks | - 52,481.19 |
| Other withdrawals, debits and service charges | - 4,147.68 |
| Deposits, credits and interest | + 81,358.09 |
| Your new balance as of 12/14/2022 | = $451,759.59 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 3039 | 11,574.60 | 11/22 | 3048 | 246.63 | 12/02 | 3057 | 770.50 |
| 11/21 | 3040 | 667.90 | 11/21 | 3049 | 1,506.10 | 11/30 | 3058 | 156.00 |
| 11/21 | 3041 | 3,214.82 | 11/21 | 3050 | 110.37 | 12/01 | 3059 | 1,323.49 |
| 11/18 | 3042 | 159.00 | 11/21 | 3051 | 18.69 | 12/06 | *3077 | 132.34 |
| 11/18 | 3043 | 68.00 | 11/21 | 3052 | 1.67 | 12/13 | 3078 | 700.12 |
| 11/18 | 3044 | 43.00 | 11/28 | 3053 | 42.62 | 12/09 | 3079 | 2,748.23 |
| 11/18 | 3045 | 92.00 | 11/28 | 3054 | 38.63 | 12/12 | 3080 | 2,982.77 |
| 11/18 | 3046 | 261.00 | 11/23 | 3055 | 37.44 | 12/12 | 3081 | 752.19 |
| 11/29 | 3047 | 52.08 | 11/28 | 3056 | 105.00 | 12/09 | *3084 | 24,676.00 |

* indicates a skip in sequential check numbers above this item          Total checks          = $52,481.19

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-16 408-974-1010    CA 6526 | 9.99 |
| 11/18 | DEBIT CARD PURCHASE VENTURE 11-17 713-4612915    GA 6526 | 20.00 |
| 11/18 | DEBIT CARD PURCHASE TEXTURE SALON & BO 11-17 JACKSON        GA 6526 | 135.00 |
| 11/21 | DEBIT CARD PURCHASE COCA COLA SOUTH ME 11-18 ATLANTA        GA 6526 | 2.10 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY    MD 6526 | 1.40 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY    MD 6526 | 1.90 |
| 11/21 | DEBIT CARD PURCHASE SQ *TRUETT'S CHICK 11-18 Fayetteville    GA 6526 | 15.45 |
| 11/21 | DEBIT CARD PURCHASE TRUETT'S LUAU #070 11-18 FAYETTEVILLE    GA 6526 | 8.32 |
| 11/23 | DEBIT CARD PURCHASE-PIN 11-22-22 LOCUST GROVE  GA 6526 INGLES GAS EXP #495 | 28.06 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS        GA 6526 | 3.60 |

continued

0015177

■ TRUIST ONE CHECKING ▮▮▮▮ 9815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS      GA 6526 | 3.60 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS      GA 6526 | 3.60 |
| 11/25 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-24 866-712-7753   CA 6526 | 79.99 |
| 11/29 | DEBIT CARD PURCHASE ATT* BILL PAYMENT 11-28 800-331-0500   TX 6526 | 136.47 |
| 11/29 | DEBIT CARD PURCHASE SELECT INTERVENTIO 11-28 470-2515300   GA 6526 | 80.00 |
| 11/30 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-29 866-712-7753   CA 6526 | 6.99 |
| 12/01 | DEBIT CARD PURCHASE-PIN 11-30-22 JACKSON      GA 6526 INGLES MARKETS #499 | 201.43 |
| 12/02 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-01 866-712-7753   CA 6526 | 14.83 |
| 12/02 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 12-01 JACKSON      GA 6526 | 21.13 |
| 12/02 | DEBIT CARD PURCHASE SQ *GOLD LION FARM 12-01 Jackson      GA 6526 | 94.70 |
| 12/02 | DEBIT CARD PURCHASE SQ *VINTAGE VINEYA 12-01 Jackson      GA 6526 | 72.36 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-02 866-712-7753   CA 6526 | 6.99 |
| 12/05 | DEBIT CARD PURCHASE-PIN 12-02-22 JACKSON      GA 6526 CVS/PHARMACY #04531 | 12.59 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-03 866-712-7753   CA 6526 | 2.99 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-05 866-712-7753   CA 6526 | 9.99 |
| 12/07 | DEBIT CARD PURCHASE-PIN 12-06-22 ATLANTA      GA 6526 TARGET T-1486 | 125.00 |
| 12/09 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-08 866-712-7753   CA 6526 | 9.99 |
| 12/09 | 12?ECHECK JJPF Payments 5519 JEG FL QUALIFIED PERSO | 2,887.29 |
| 12/12 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-09 866-712-7753   CA 6526 | 14.99 |
| 12/13 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-12 866-712-7753   CA 6526 | 3.99 |
| 12/13 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-12 408-974-1010   CA 6526 | 99.99 |
| 12/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-13 866-712-7753   CA 6526 | 32.95 |

Total other withdrawals, debits and service charges                         = $4,147.68

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 11/18 | DEPOSIT | 8,000.00 |
| 11/21 | DEPOSIT | 5,769.23 |
| 11/22 | DEPOSIT | 763.49 |
| 11/25 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 11/28 | DEPOSIT | 1,375.00 |
| 11/28 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 69.02 |
| 12/05 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 14,118.63 |
| 12/06 | DEPOSIT | 855.24 |
| 12/08 | DEPOSIT | 16,000.00 |
| 12/09 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,636.89 |
| 12/09 | DEPOSIT | 8,000.00 |
| 12/12 | DEPOSIT | 5,769.23 |
| 12/13 | DEPOSIT | 12.01 |

Total deposits, credits and interest                         = $81,358.09

**All Truist Consumer Deposit Accounts**

**Changes are being made effective December 5, 2022** to the Bank Services Agreement ("BSA") that governs your account, including changes to the Electronic Funds Transfer Agreement as shown below. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the BSA can be obtained at any Truist branch or online at www.truist.com. All future transactions on your account will be governed by the amended BSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

6A: PARTIAL AUTHORIZATION FOR CARD TRANSACTIONS: If a Card purchase amount exceeds the current Available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your Available balance to pay for a portion of the total purchase. The transaction will be subject to your card s daily spending limit. We will first try to approve the full amount of the purchase with the Available balance in your primary account, accounts linked for Overdraft Protection, and, $100 Negative Balance Buffer for those eligible accounts. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your linked account. This is called "partial authorization." The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

1:46 PM

12/19/22

Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of November 30, 2022

|  | Nov 30, 22 |
|---|---|
| **ASSETS** |  |
| Current Assets |  |
| Checking/Savings |  |
| BB&T-9815  (9/20/2022) | 420,429.67 |
| Total Checking/Savings | 420,429.67 |
| Total Current Assets | 420,429.67 |
| **TOTAL ASSETS** | **420,429.67** |
| **LIABILITIES & EQUITY** |  |
| Equity |  |
| Owners Equity | 36,572.85 |
| Net Income | 383,856.82 |
| Total Equity | 420,429.67 |
| **TOTAL LIABILITIES & EQUITY** | **420,429.67** |

1:22 PM
12/19/22
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Profit & Loss
### November 2022

| | Admin | Costa Rica | Master Club | Ranch | Trop (Pink Pony) | TOTAL |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Note Income Received | 1,526.96 | 0.00 | 0.00 | 0.00 | 0.00 | 1,526.96 |
| Rental Income | 0.00 | 2,531.41 | 24,000.00 | 0.00 | 23,076.92 | 49,608.33 |
| Salary | 0.00 | | | 0.00 | 8,901.78 | 8,901.78 |
| **Total Income** | 1,526.96 | 2,531.41 | 24,000.00 | 0.00 | 31,978.70 | 60,037.07 |
| **Expense** | | | | | | |
| Groceries | 105.91 | 0.00 | 0.00 | 0.00 | 0.00 | 105.91 |
| Meals and Entertainment | 134.75 | 0.00 | 0.00 | 0.00 | 0.00 | 134.75 |
| Medical Expenses | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 11,574.60 | 11,574.60 |
| Office Supplies | 312.17 | 0.00 | 0.00 | 0.00 | 0.00 | 312.17 |
| Personal Expenses | 304.12 | 0.00 | | 0.00 | 0.00 | 304.12 |
| **PROPERTIES** | | | | | | |
| **RANCH** | | | | | | |
| Animal Vet Expense | 0.00 | 0.00 | 0.00 | 770.50 | 0.00 | 770.50 |
| Insurance Expense Ranch | 0.00 | 0.00 | 0.00 | 2,887.29 | 0.00 | 2,887.29 |
| Maintenance & Repairs Ranch | 0.00 | 0.00 | 0.00 | 667.90 | 0.00 | 667.90 |
| Mortgage Ranch | 0.00 | 0.00 | 0.00 | 3,214.82 | 0.00 | 3,214.82 |
| Property Taxes Ranch | 0.00 | 0.00 | 0.00 | 11,570.19 | 0.00 | 11,570.19 |
| Security Monitoring Ranch | 0.00 | 0.00 | 0.00 | 105.00 | 0.00 | 105.00 |
| Utilities - Ranch | 0.00 | 0.00 | 0.00 | 4,879.39 | 0.00 | 4,879.39 |
| **Total RANCH** | 0.00 | 0.00 | 0.00 | 24,095.09 | 0.00 | 24,095.09 |
| **Total PROPERTIES** | 0.00 | 0.00 | 0.00 | 24,095.09 | 0.00 | 24,095.09 |
| Travel Expense | 52.56 | 0.00 | 0.00 | 0.00 | 0.00 | 52.56 |
| Utilities | 0.00 | 0.00 | 0.00 | -752.00 | 0.00 | -752.00 |
| Veterinary Expense Dogs | 0.00 | 0.00 | 0.00 | 246.63 | 0.00 | 246.63 |
| **Total Expense** | 1,069.51 | 0.00 | 0.00 | 23,589.72 | 11,574.60 | 36,233.83 |
| **Net Ordinary Income** | 457.45 | 2,531.41 | 24,000.00 | -23,589.72 | 20,404.10 | 23,803.24 |
| **Net Income** | 457.45 | 2,531.41 | 24,000.00 | -23,589.72 | 20,404.10 | 23,803.24 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO.  22-50035-JPS** |
| Debtor, | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing **Monthly Operating Report for Small Business Under Chapter 11** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all users who have consented to such service.

This 21st day of _____December_____ 2022.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**