# UNITED STATES BANKRUPTCY COURT

Middle DISTRICT OF Georgia

Macon Division

In Re.  Teri G. Galardi § Case No.  22-50035
§
§
Debtor(s) §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2022      Petition Date: 01/12/2022

Months Pending: 12      Industry Classification: 0

Reporting Method:      Accrual Basis ○      Cash Basis ⦿

Debtor's Full-Time Employees (current):      0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/Teri G. Galardi                                Teri G. Galardi
Signature of Responsible Party                    Printed Name of Responsible Party
01/23/2023
Date
                                                  2146 Hwy 42 South, Flovilla, GA  30324
                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name: Teri G. Galardi    Case No. 22-50035

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $416,922 | |
| b. | Total receipts (net of transfers between accounts) | $105,056 | $1,619,954 |
| c. | Total disbursements (net of transfers between accounts) | $325,706 | $1,460,253 |
| d. | Cash balance end of month (a+b-c) | $196,273 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $325,706 | $1,460,253 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name: Teri G. Galardi    Case No. 22-50035

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $299,600 | $500,439 | $299,600 | $500,439 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | McNair, McLemore | Financial Professional | $24,676 | $24,676 | $24,676 | $24,676 |
| | ii | McBryan Law | Co-Counsel | $91,814 | $221,006 | $91,814 | $221,006 |
| | iii | Boyer/Terry | Co-Counsel | $91,269 | $91,269 | $91,269 | $91,269 |
| | iv | Jones and Walden | Other | $89,437 | $130,817 | $89,437 | $130,817 |
| | v | Shulten Ward | Special Counsel | $2,404 | $2,404 | $2,404 | $2,404 |
| | vi | Robert Matson | Other | | $13,692 | | $13,692 |
| | vii | WHT, PC | Financial Professional | | $16,575 | | $16,575 |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name  Teri G. Galardi                                        Case No. 22-50035

|     |                                                  |          |          |          |          |
|-----|--------------------------------------------------|----------|----------|----------|----------|
|     | xcix                                             |          |          |          |          |
|     | c                                                |          |          |          |          |
| c.  | All professional fees and expenses (debtor & committees) | $299,600 | $500,439 | $299,600 | $500,439 |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $637,500 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◯  No ◉ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ◉ |
| i. | Do you have:  Worker's compensation insurance? | Yes ◯  No ◉ |
|    | If yes, are your premiums current? | Yes ◯  No ◯  N/A ◉ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ◉  No ◯ |
|    | If yes, are your premiums current? | Yes ◉  No ◯  N/A ◯ (if no, see Instructions) |
|    | General liability insurance? | Yes ◉  No ◯ |
|    | If yes, are your premiums current? | Yes ◉  No ◯  N/A ◯ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ◯ |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ◯ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ◯ |

Debtor's Name  Teri G. Galardi                                    Case No. 22-50035

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $12,000 |
| b. | Gross income (receipts) from self-employment | $40,000 |
| c. | Gross income from all other sources | $55,527 |
| d. | Total income in the reporting period (a+b+c) | $107,527 |
| e. | Payroll deductions | $2,540 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $8,730 |
| h. | All other expenses | $316,906 |
| i. | Total expenses in the reporting period (e+f+g+h) | $328,176 |
| j. | Difference between total income and total expenses (d-i) | $-220,649 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Teri G. Galardi                                            Teri G. Galardi
Signature of Responsible Party                    Printed Name of Responsible Party

Debtor                                                            01/23/2023
Title                                                               Date

UST Form 11-MOR (12/01/2021)

Teri Galardi Bankruptcy
Schedule of Receipts
December 31, 2022

| Date | Name | Source | Amount |
|---|---|---|---|
| 12/5/2022 | Trop | Rental Income | 5,769.23 |
| 12/5/2022 | Backdoor Lounge | Note Income Received | 14,118.63 |
| 12/5/2022 | First American | General Liability Insurance | 69.02 |
| 12/6/2022 | Joe Galardi | Note Income Received | 855.24 |
| 12/8/2022 | Masters | Income | 16,000.00 |
| 12/9/2022 | Trop | Salary | 4,636.89 |
| 12/9/2022 | Masters | Income | 8,000.00 |
| 12/12/2022 | Trop | Rental Income | 5,769.23 |
| 12/13/2022 | Central GA EMC | Patronage Dividend | 12.01 |
| 12/19/2022 | Trop | Rental Income | 5,769.23 |
| 12/20/2022 | Costa Rica | Rental Income | 1,205.32 |
| 12/22/2022 | Wells Fargo | Other Income | 83.08 |
| 12/23/2022 | Trop | Salary | 4,822.89 |
| 12/23/2022 | Trop | Rental Income | 5,769.23 |
| 12/27/2022 | Masters | Income | 16,000.00 |
| 12/28/2022 | Costa Rica | Rental Income | 2,557.60 |
| 12/29/2022 | Backdoor Lounge | Note Income Received | 763.49 |
| 12/29/2022 | Joe Galardi | Note Income Received | 855.24 |
| 12/29/2022 | Chantilly | Distributions | 12,000.00 |
| | | Total Receipts | 105,056.33 |

Teri Galardi Bankruptcy
Schedule of Disbursements
December 31, 2022

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 12/1/2022 | Debit | Ingles | Groceries | 201.43 |
| 12/2/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.83 |
| 12/2/2022 | Debit | Lucy Lu's | Meals | 21.13 |
| 12/2/2022 | Debit | SQ Gold Lion Farm | Supplies Ranch | 94.70 |
| 12/2/2022 | Debit | SQ Vintage Vineyard | Supplies Ranch | 72.36 |
| 12/5/2022 | 3078 | U.S.Trustee Payment Center | Professional Fees | 700.12 |
| 12/5/2022 | 3079 | WELLS FARGO | Note Payments | 2,748.23 |
| 12/5/2022 | 3080 | AGSOUTH FARM CREDIT | Note Payments | 2,982.77 |
| 12/5/2022 | 3081 | Whitaker Builders | Maintenance & Repairs Ranch | 752.19 |
| 12/5/2022 | 3082 | McBRYAN LLC | Legal Fees | 91,814.14 |
| 12/5/2022 | 3083 | WHT | Accountant Fees | 0.00 |
| 12/5/2022 | 3084 | McNair McLemore | Accountant Fees | 24,676.00 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |
| 12/5/2022 | Debit | CVS Pharmacy | Medical Expenses | 12.59 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 2.99 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/7/2022 | Debit | Target | Clothing | 125.00 |
| 12/9/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/9/2022 | Debit | Johnson & Johnson | Insurance Expense Ranch | 2,887.29 |
| 12/12/2022 | 3085 | City of Flovilla | Trash Disposal Ranch | 52.93 |
| 12/12/2022 | 3086 | Business First Bank | Note Payments | 11,574.60 |
| 12/12/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.99 |
| 12/13/2022 | 3087 | Central Georgia EMC | Utilities | 252.00 |
| 12/13/2022 | 3088 | Central Georgia EMC | Utilities | 45.00 |
| 12/13/2022 | 3089 | Central Georgia EMC | Utilities | 100.00 |
| 12/13/2022 | 3090 | Central Georgia EMC | Utilities | 260.00 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 3.99 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 99.99 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 32.95 |
| 12/14/2022 | 3091 | Jones & Walden, LLC | Legal Fees | 89,437.18 |
| 12/14/2022 | Debit | Apple.com | Computer and Internet Expenses | 5.99 |
| 12/14/2022 | 3092 | GA POWER | Power Ranch | 1,922.30 |
| 12/14/2022 | 3093 | GA POWER | Power Ranch | 73.79 |
| 12/14/2022 | 3094 | GA POWER | Power Ranch | 18.38 |
| 12/14/2022 | 3095 | GA POWER | Power Ranch | 19.08 |
| 12/14/2022 | 3096 | GA POWER | Power Ranch | 5.76 |
| 12/14/2022 | 3097 | GA POWER | Power Ranch | 42.99 |
| 12/14/2022 | 3098 | AT&T | Telephone Internet Ranch | 261.38 |
| 12/14/2022 | 3099 | AT&T | Telephone Internet Ranch | 105.79 |
| 12/14/2022 | 3100 | AT&T | Telephone Internet Ranch | 77.86 |
| 12/15/2022 | 3101 | SCHULTEN WARD TURNER | Legal Fees | 2,404.40 |

Teri Galardi Bankruptcy
Schedule of Disbursements
December 31, 2022

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---:|
| 12/15/2022 | 3102 | BOYER TERRY LLC | Legal Fees | 91,269.00 |
| 12/16/2022 | Debit | Salmon Taste.Com | Meals | 3.00 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 39.99 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.98 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 4.99 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/28/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |
| 12/28/2022 | Debit | Chick-Fil-A | Meals | 1.78 |
| 12/28/2022 | 3103 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | 156.00 |
| 12/28/2022 | 3104 | BROOKWOOD ANIMAL | Veterinary Expense Dogs | 62.97 |
| 12/28/2022 | 3105 | AT&T | Telephone Internet Ranch | 132.34 |
| 12/29/2022 | Debit | Kroger | Groceries | 57.48 |
| 12/30/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| | | | Total Disbursements | 325,705.59 |

4:46 PM
01/20/23

# Teri G. Galardi DIP 22-50035
# Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 12/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 434,226.19 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 69 items** | | | | | | |
| Check | 11/23/2022 | 3059 | AT&T | X | -1,323.49 | -1,323.49 |
| Check | 11/23/2022 | 3057 | BARROW VETERIN... | X | -770.50 | -2,093.99 |
| Check | 11/29/2022 | 3061 | Butts County Tax Co... | X | -6,913.86 | -9,007.85 |
| Check | 11/29/2022 | 3070 | Butts County Tax Co... | X | -858.14 | -9,865.99 |
| Check | 11/29/2022 | 3072 | Butts County Tax Co... | X | -663.26 | -10,529.25 |
| Check | 11/29/2022 | 3062 | Butts County Tax Co... | X | -629.54 | -11,158.79 |
| Check | 11/29/2022 | 3069 | Butts County Tax Co... | X | -529.98 | -11,688.77 |
| Check | 11/29/2022 | 3076 | Butts County Tax Co... | X | -457.40 | -12,146.17 |
| Check | 11/29/2022 | 3063 | Butts County Tax Co... | X | -360.15 | -12,506.32 |
| Check | 11/29/2022 | 3075 | Butts County Tax Co... | X | -208.39 | -12,714.71 |
| Check | 11/29/2022 | 3065 | Butts County Tax Co... | X | -180.93 | -12,895.64 |
| Check | 11/29/2022 | 3067 | Butts County Tax Co... | X | -171.03 | -13,066.67 |
| Check | 11/29/2022 | 3064 | Butts County Tax Co... | X | -129.39 | -13,196.06 |
| Check | 11/29/2022 | 3068 | Butts County Tax Co... | X | -103.08 | -13,299.14 |
| Check | 11/29/2022 | 3073 | Butts County Tax Co... | X | -98.17 | -13,397.31 |
| Check | 11/29/2022 | 3074 | Butts County Tax Co... | X | -93.77 | -13,491.08 |
| Check | 11/29/2022 | 3060 | Butts County Tax Co... | X | -87.74 | -13,578.82 |
| Check | 11/29/2022 | 3066 | Butts County Tax Co... | X | -43.06 | -13,621.88 |
| Check | 11/29/2022 | 3071 | Butts County Tax Co... | X | -42.30 | -13,664.18 |
| Check | 11/30/2022 | 3077 | AT&T | X | -132.34 | -13,796.52 |
| Check | 12/01/2022 | Debit | Ingles | X | -201.43 | -13,997.95 |
| Check | 12/02/2022 | Debit | SQ Gold Lion Farm | X | -94.70 | -14,092.65 |
| Check | 12/02/2022 | Debit | SQ Vintage Vineyard | X | -72.36 | -14,165.01 |
| Check | 12/02/2022 | Debit | Lucy Lu's | X | -21.13 | -14,186.14 |
| Check | 12/02/2022 | Debit | Apple.com | X | -14.83 | -14,200.97 |
| Check | 12/05/2022 | 3084 | McNair McLemore ... | X | -24,676.00 | -38,876.97 |
| Check | 12/05/2022 | 3080 | AGSOUTH FARM C... | X | -2,982.77 | -41,859.74 |
| Check | 12/05/2022 | 3079 | WELLS FARGO | X | -2,748.23 | -44,607.97 |
| Check | 12/05/2022 | 3081 | Whitaker Builders | X | -752.19 | -45,360.16 |
| Check | 12/05/2022 | 3078 | U.S.Trustee Payme... | X | -700.12 | -46,060.28 |
| Check | 12/05/2022 | Debit | CVS Pharmacy | X | -12.59 | -46,072.87 |
| Check | 12/05/2022 | Debit | Apple.com | X | -9.99 | -46,082.86 |
| Check | 12/05/2022 | Debit | Apple.com | X | -6.99 | -46,089.85 |
| Check | 12/05/2022 | Debit | Apple.com | X | -2.99 | -46,092.84 |
| Check | 12/07/2022 | Debit | Target | X | -125.00 | -46,217.84 |
| Check | 12/09/2022 | Debit | Johnson & Johnson ... | X | -2,887.29 | -49,105.13 |
| Check | 12/09/2022 | Debit | Apple.com | X | -9.99 | -49,115.12 |
| Check | 12/12/2022 | 3086 | Business First Bank | X | -11,574.60 | -60,689.72 |
| Check | 12/12/2022 | 3085 | City of Flovilla | X | -52.93 | -60,742.65 |
| Check | 12/12/2022 | Debit | Apple.com | X | -14.99 | -60,757.64 |
| Check | 12/13/2022 | 3090 | Central Georgia EMC | X | -260.00 | -61,017.64 |
| Check | 12/13/2022 | 3087 | Central Georgia EMC | X | -252.00 | -61,269.64 |
| Check | 12/13/2022 | 3089 | Central Georgia EMC | X | -100.00 | -61,369.64 |
| Check | 12/13/2022 | Debit | Apple.com | X | -99.99 | -61,469.63 |
| Check | 12/13/2022 | 3088 | Central Georgia EMC | X | -45.00 | -61,514.63 |
| Check | 12/13/2022 | Debit | Apple.com | X | -32.95 | -61,547.58 |
| Check | 12/13/2022 | Debit | Apple.com | X | -3.99 | -61,551.57 |
| Check | 12/14/2022 | 3091 | Jones & Walden, LLC | X | -89,437.18 | -150,988.75 |
| Check | 12/14/2022 | 3092 | GA POWER | X | -1,922.30 | -152,911.05 |
| Check | 12/14/2022 | 3098 | AT&T | X | -261.38 | -153,172.43 |
| Check | 12/14/2022 | 3099 | AT&T | X | -105.79 | -153,278.22 |
| Check | 12/14/2022 | 3100 | AT&T | X | -77.86 | -153,356.08 |
| Check | 12/14/2022 | 3093 | GA POWER | X | -73.79 | -153,429.87 |
| Check | 12/14/2022 | 3097 | GA POWER | X | -42.99 | -153,472.86 |
| Check | 12/14/2022 | 3095 | GA POWER | X | -19.08 | -153,491.94 |
| Check | 12/14/2022 | 3094 | GA POWER | X | -18.38 | -153,510.32 |
| Check | 12/14/2022 | Debit | Apple.com | X | -5.99 | -153,516.31 |
| Check | 12/14/2022 | 3096 | GA POWER | X | -5.76 | -153,522.07 |
| Check | 12/15/2022 | 3102 | BOYER TERRY LLC | X | -91,269.00 | -244,791.07 |
| Check | 12/15/2022 | 3101 | SCHULTEN WARD ... | X | -2,404.40 | -247,195.47 |
| Check | 12/16/2022 | Debit | Salmon Taste.Com | X | -3.00 | -247,198.47 |
| Check | 12/27/2022 | Debit | Apple.com | X | -39.99 | -247,238.46 |
| Check | 12/27/2022 | Debit | Apple.com | X | -9.99 | -247,248.45 |
| Check | 12/27/2022 | Debit | Apple.com | X | -6.98 | -247,255.43 |
| Check | 12/27/2022 | Debit | Apple.com | X | -4.99 | -247,260.42 |

Page 1

4:46 PM
01/20/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 12/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Check | 12/28/2022 | Debit | Apple.com | X | -6.99 | -247,267.41 |
| Check | 12/28/2022 | Debit | Chick-Fil-A | X | -1.78 | -247,269.19 |
| Check | 12/29/2022 | Debit | Kroger | X | -57.48 | -247,326.67 |
| Check | 12/30/2022 | Debit | Apple.com | X | -9.99 | -247,336.66 |
| **Total Checks and Payments** | | | | | **-247,336.66** | **-247,336.66** |
| **Deposits and Credits - 19 items** | | | | | | |
| Deposit | 12/05/2022 | | | X | 69.02 | 69.02 |
| Deposit | 12/05/2022 | | | X | 5,769.23 | 5,838.25 |
| Deposit | 12/05/2022 | | | X | 14,118.63 | 19,956.88 |
| Deposit | 12/06/2022 | | | X | 855.24 | 20,812.12 |
| Deposit | 12/08/2022 | | | X | 16,000.00 | 36,812.12 |
| Deposit | 12/09/2022 | | | X | 4,636.89 | 41,449.01 |
| Deposit | 12/09/2022 | | | X | 8,000.00 | 49,449.01 |
| Deposit | 12/12/2022 | | | X | 5,769.23 | 55,218.24 |
| Deposit | 12/13/2022 | | | X | 12.01 | 55,230.25 |
| Deposit | 12/19/2022 | | | X | 5,769.23 | 60,999.48 |
| Deposit | 12/20/2022 | | | X | 1,205.32 | 62,204.80 |
| Deposit | 12/22/2022 | | | X | 83.08 | 62,287.88 |
| Deposit | 12/23/2022 | | | X | 4,822.89 | 67,110.77 |
| Deposit | 12/23/2022 | | | X | 5,769.23 | 72,880.00 |
| Deposit | 12/27/2022 | | | X | 16,000.00 | 88,880.00 |
| Deposit | 12/28/2022 | | | X | 2,557.60 | 91,437.60 |
| Deposit | 12/29/2022 | | | X | 763.49 | 92,201.09 |
| Deposit | 12/29/2022 | | | X | 855.24 | 93,056.33 |
| Deposit | 12/29/2022 | | | X | 12,000.00 | 105,056.33 |
| **Total Deposits and Credits** | | | | | **105,056.33** | **105,056.33** |
| **Total Cleared Transactions** | | | | | **-142,280.33** | **-142,280.33** |
| **Cleared Balance** | | | | | **-142,280.33** | **291,945.86** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 12/05/2022 | 3082 | McBRYAN LLC | | -91,814.14 | -91,814.14 |
| Check | 12/28/2022 | 3103 | RYLAND ENVIRON... | | -156.00 | -91,970.14 |
| Check | 12/28/2022 | 3105 | AT&T | | -132.34 | -92,102.48 |
| Check | 12/28/2022 | 3104 | BROOKWOOD ANI... | | -62.97 | -92,165.45 |
| **Total Checks and Payments** | | | | | **-92,165.45** | **-92,165.45** |
| **Total Uncleared Transactions** | | | | | **-92,165.45** | **-92,165.45** |
| **Register Balance as of 12/30/2022** | | | | | **-234,445.78** | **199,780.41** |
| **New Transactions** | | | | | | |
| **Checks and Payments - 53 items** | | | | | | |
| Check | 01/03/2023 | Debit | Ingles | | -123.60 | -123.60 |
| Check | 01/03/2023 | Debit | Ingles | | -54.97 | -178.57 |
| Check | 01/03/2023 | Debit | Ingles | | -44.78 | -223.35 |
| Check | 01/03/2023 | Debit | Apple.com | | -14.99 | -238.34 |
| Check | 01/03/2023 | Debit | Apple.com | | -9.99 | -248.33 |
| Check | 01/03/2023 | Debit | Apple.com | | -6.99 | -255.32 |
| Check | 01/03/2023 | Debit | Apple.com | | -4.99 | -260.31 |
| Check | 01/04/2023 | 3110 | DVSM association ... | | -7,736.40 | -7,996.71 |
| Check | 01/04/2023 | Debit | Whitaker Builders | | -2,468.61 | -10,465.32 |
| Check | 01/04/2023 | 3106 | Central Georgia EMC | | -345.00 | -10,810.32 |
| Check | 01/04/2023 | 3109 | Central Georgia EMC | | -303.00 | -11,113.32 |
| Check | 01/04/2023 | Debit | Sam's Club | | -235.63 | -11,348.95 |
| Check | 01/04/2023 | 3108 | Central Georgia EMC | | -142.00 | -11,490.95 |
| Check | 01/04/2023 | Debit | Kroger | | -111.70 | -11,602.65 |
| Check | 01/04/2023 | 3107 | Central Georgia EMC | | -45.00 | -11,647.65 |
| Check | 01/05/2023 | Debit | Whitaker Builders | | -190.28 | -11,837.93 |
| Check | 01/05/2023 | 3111 | City of Flovilla | | -56.47 | -11,894.40 |
| Check | 01/05/2023 | Debit | Fedex Memphis | | -41.20 | -11,935.60 |
| Check | 01/05/2023 | Debit | Apple.com | | -14.99 | -11,950.59 |
| Check | 01/05/2023 | Debit | Apple.com | | -9.99 | -11,960.58 |
| Check | 01/05/2023 | Debit | Chick-Fil-A | | -4.90 | -11,965.48 |



Page 1 of 4   12/14/22
GA          9815



824-03-01-00 19003 0 C 001 09   50 004
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA 30216-2318

# Your account statement
For 12/14/2022

**Contact us**
Truist.com
(844) 4TRUIST or
(844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

## ▪ TRUIST ONE CHECKING         9815

### Account summary

| | |
|---|---|
| Your previous balance as of 11/15/2022 | $427,030.37 |
| Checks | - 52,481.19 |
| Other withdrawals, debits and service charges | - 4,147.68 |
| Deposits, credits and interest | + 81,358.09 |
| Your new balance as of 12/14/2022 | = $451,759.59 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 3039 | 11,574.60 | 11/22 | 3048 | 246.63 | 12/02 | 3057 | 770.50 |
| 11/21 | 3040 | 667.90 | 11/21 | 3049 | 1,506.10 | 11/30 | 3058 | 156.00 |
| 11/21 | 3041 | 3,214.82 | 11/21 | 3050 | 110.37 | 12/01 | 3059 | 1,323.49 |
| 11/18 | 3042 | 159.00 | 11/21 | 3051 | 18.69 | 12/06 | *3077 | 132.34 |
| 11/18 | 3043 | 68.00 | 11/21 | 3052 | 1.67 | 12/13 | 3078 | 700.12 |
| 11/18 | 3044 | 43.00 | 11/28 | 3053 | 42.62 | 12/09 | 3079 | 2,748.23 |
| 11/18 | 3045 | 92.00 | 11/28 | 3054 | 38.63 | 12/12 | 3080 | 2,982.77 |
| 11/18 | 3046 | 261.00 | 11/23 | 3055 | 37.44 | 12/12 | 3081 | 752.19 |
| 11/29 | 3047 | 52.08 | 11/28 | 3056 | 105.00 | 12/09 | *3084 | 24,676.00 |

* indicates a skip in sequential check numbers above this item

Total checks = $52,481.19

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-16 408-974-1010  CA 6526 | 9.99 |
| 11/18 | DEBIT CARD PURCHASE VENTURE 11-17 713-4612915   GA 6526 | 20.00 |
| 11/18 | DEBIT CARD PURCHASE TEXTURE SALON & BO 11-17 JACKSON        GA 6526 | 135.00 |
| 11/21 | DEBIT CARD PURCHASE COCA COLA SOUTH ME 11-18 ATLANTA       GA 6526 | 2.10 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY    MD 6526 | 1.40 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY    MD 6526 | 1.90 |
| 11/21 | DEBIT CARD PURCHASE SQ *TRUETT'S CHICK 11-18 Fayetteville   GA 6526 | 15.45 |
| 11/21 | DEBIT CARD PURCHASE TRUETT'S LUAU #070 11-18 FAYETTEVILLE   GA 6526 | 8.32 |
| 11/23 | DEBIT CARD PURCHASE-PIN 11-22-22 LOCUST GROVE GA 6526 INGLES GAS EXP #495 | 28.06 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS        GA 6526 | 3.60 |

*continued*

0015177

▪ PAGE 1 OF 4

■ TRUIST ONE CHECKING ▓▓▓▓▓▓▓815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS    GA 6526 | 3.60 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS    GA 6526 | 3.60 |
| 11/25 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-24 866-712-7753   CA 6526 | 79.99 |
| 11/29 | DEBIT CARD PURCHASE ATT* BILL PAYMENT 11-28 800-331-0500   TX 6526 | 136.47 |
| 11/29 | DEBIT CARD PURCHASE SELECT INTERVENTIO 11-28 470-2515300   GA 6526 | 80.00 |
| 11/30 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-29 866-712-7753   CA 6526 | 6.99 |
| 12/01 | DEBIT CARD PURCHASE-PIN 11-30-22 JACKSON    GA 6526 INGLES MARKETS #499 | 201.43 |
| 12/02 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-01 866-712-7753   CA 6526 | 14.83 |
| 12/02 | DEBIT CARD PURCHASE LUCY LU`S COFFEE C 12-01 JACKSON    GA 6526 | 21.13 |
| 12/02 | DEBIT CARD PURCHASE SQ *GOLD LION FARM 12-01 Jackson    GA 6526 | 94.70 |
| 12/02 | DEBIT CARD PURCHASE SQ *VINTAGE VINEYA 12-01 Jackson    GA 6526 | 72.36 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-02 866-712-7753   CA 6526 | 6.99 |
| 12/05 | DEBIT CARD PURCHASE-PIN 12-02-22 JACKSON    GA 6526 CVS/PHARMACY #04531 | 12.59 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-03 866-712-7753   CA 6526 | 2.99 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-05 866-712-7753   CA 6526 | 9.99 |
| 12/07 | DEBIT CARD PURCHASE-PIN 12-06-22 ATLANTA    GA 6526 TARGET T-1486 | 125.00 |
| 12/09 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-08 866-712-7753   CA 6526 | 9.99 |
| 12/09 | 127ECHECK  JJPF Payments 5519 JEG FL QUALIFIED PERSO | 2,887.29 |
| 12/12 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-09 866-712-7753   CA 6526 | 14.99 |
| 12/13 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-12 866-712-7753   CA 6526 | 3.99 |
| 12/13 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-12 408-974-1010   CA 6526 | 99.99 |
| 12/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-13 866-712-7753   CA 6526 | 32.95 |
| Total other withdrawals, debits and service charges | | = $4,147.68 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 11/18 | DEPOSIT | 8,000.00 |
| 11/21 | DEPOSIT | 5,769.23 |
| 11/22 | DEPOSIT | 763.49 |
| 11/25 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 11/28 | DEPOSIT | 1,375.00 |
| 11/28 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 69.02 |
| 12/05 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 14,118.63 |
| 12/06 | DEPOSIT | 855.24 |
| 12/08 | DEPOSIT | 16,000.00 |
| 12/09 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,636.89 |
| 12/09 | DEPOSIT | 8,000.00 |
| 12/12 | DEPOSIT | 5,769.23 |
| 12/13 | DEPOSIT | 12.01 |
| Total deposits, credits and interest | | = $81,358.09 |

## All Truist Consumer Deposit Accounts

**Changes are being made effective December 5, 2022** to the Bank Services Agreement ("BSA") that governs your account, including changes to the Electronic Funds Transfer Agreement as shown below. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the BSA can be obtained at any Truist branch or online at www.truist.com. All future transactions on your account will be governed by the amended BSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

6A: PARTIAL AUTHORIZATION FOR CARD TRANSACTIONS: If a Card purchase amount exceeds the current Available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your Available balance to pay for a portion of the total purchase. The transaction will be subject to your card s daily spending limit. We will first try to approve the full amount of the purchase with the Available balance in your primary account, accounts linked for Overdraft Protection, and, $100 Negative Balance Buffer for those eligible accounts. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your linked account. This is called "partial authorization." The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

4:46 PM  
01/20/23  
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       BB&T-9815  (9/20/2022) | 199,780.41 |
|     Total Checking/Savings | 199,780.41 |
|   Total Current Assets | 199,780.41 |
| **TOTAL ASSETS** | **199,780.41** |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     Owners Equity | 36,572.85 |
|     Net Income | 163,207.56 |
|   Total Equity | 199,780.41 |
| **TOTAL LIABILITIES & EQUITY** | **199,780.41** |

4:50 PM
01/20/23
Accrual Basis

**Teri G. Galardi DIP 22-50035**
**Profit & Loss**
**December 2022**

| | 2555 Chantilly | Admin | Costa Rica | Master Club | Ranch | Trop (Pink Pony) | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Distributions | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| Note Income Received | 0.00 | 16,592.60 | 0.00 | 0.00 | 0.00 | 0.00 | 16,592.60 |
| Other Income | 0.00 | 83.08 | 0.00 | 0.00 | 0.00 | 0.00 | 83.08 |
| Patronage Dividend | 0.00 | 0.00 | 0.00 | 0.00 | 12.01 | 0.00 | 12.01 |
| Rental Income | 0.00 | 0.00 | 3,782.92 | 40,000.00 | 0.00 | 23,076.92 | 66,839.84 |
| Salary | 0.00 | 9,459.78 | 0.00 | 0.00 | 0.00 | 0.00 | 9,459.78 |
| **Total Income** | 12,000.00 | 26,135.46 | 3,782.92 | 40,000.00 | 12.01 | 23,076.92 | 104,987.31 |
| **Expense** | | | | | | | |
| Clothing | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Groceries | 0.00 | 258.91 | 0.00 | 0.00 | 0.00 | 0.00 | 258.91 |
| Insurance Expense | 0.00 | -69.02 | 0.00 | 0.00 | 0.00 | 0.00 | -69.02 |
| Legal Fees | 0.00 | 274,924.72 | 0.00 | 0.00 | 0.00 | 0.00 | 274,924.72 |
| Meals and Entertainment | 0.00 | 25.91 | 0.00 | 0.00 | 0.00 | 0.00 | 25.91 |
| Medical Expenses | 0.00 | 12.59 | 0.00 | 0.00 | 0.00 | 0.00 | 12.59 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 5,731.00 | 11,574.60 | 17,305.60 |
| Office Supplies | 0.00 | 281.83 | 0.00 | 0.00 | 0.00 | 0.00 | 281.83 |
| **Professional Fees** | | | | | | | |
| Accountant Fees | 0.00 | 24,676.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,676.00 |
| Professional Fees - Other | 0.00 | 700.12 | 0.00 | 0.00 | 0.00 | 0.00 | 700.12 |
| **Total Professional Fees** | 0.00 | 25,376.12 | 0.00 | 0.00 | 0.00 | 0.00 | 25,376.12 |
| **PROPERTIES** | | | | | | | |
| **RANCH** | | | | | | | |
| Insurance Expense Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 2,887.29 | 0.00 | 2,887.29 |
| Maintenance & Repairs Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 752.19 | 0.00 | 752.19 |
| Supplies Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 167.06 | 0.00 | 167.06 |
| Utilities - Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 2,868.60 | 0.00 | 2,868.60 |
| **Total RANCH** | 0.00 | 0.00 | 0.00 | 0.00 | 6,675.14 | 0.00 | 6,675.14 |
| **Total PROPERTIES** | 0.00 | 0.00 | 0.00 | 0.00 | 6,675.14 | 0.00 | 6,675.14 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 657.00 | 0.00 | 657.00 |
| Veterinary Expense Dogs | 0.00 | 0.00 | 0.00 | 0.00 | 62.97 | 0.00 | 62.97 |
| **Total Expense** | 0.00 | 300,935.86 | 0.00 | 0.00 | 13,126.11 | 11,574.60 | 325,636.57 |
| **Net Ordinary Income** | 12,000.00 | -274,800.40 | 3,782.92 | 40,000.00 | -13,114.10 | 11,502.32 | -220,649.26 |
| **Net Income** | 12,000.00 | -274,800.40 | 3,782.92 | 40,000.00 | -13,114.10 | 11,502.32 | -220,649.26 |

Page 1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have electronically filed the foregoing **Monthly Operating Report Under Chapter 11** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all users who have consented to such service.

This 23rd day of January 2023.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**