Teri Galardi Bankruptcy
Schedule of Receipts
December 31, 2022

| Date | Name | Source | Amount |
|---|---|---|---|
| 12/5/2022 | Trop | Rental Income | 5,769.23 |
| 12/5/2022 | Backdoor Lounge | Note Income Received | 14,118.63 |
| 12/5/2022 | First American | General Liability Insurance | 69.02 |
| 12/6/2022 | Joe Galardi | Note Income Received | 855.24 |
| 12/8/2022 | Masters | Income | 16,000.00 |
| 12/9/2022 | Trop | Salary | 4,636.89 |
| 12/9/2022 | Masters | Income | 8,000.00 |
| 12/12/2022 | Trop | Rental Income | 5,769.23 |
| 12/13/2022 | Central GA EMC | Patronage Dividend | 12.01 |
| 12/19/2022 | Trop | Rental Income | 5,769.23 |
| 12/20/2022 | Costa Rica | Rental Income | 1,205.32 |
| 12/22/2022 | Wells Fargo | Other Income | 83.08 |
| 12/23/2022 | Trop | Salary | 4,822.89 |
| 12/23/2022 | Trop | Rental Income | 5,769.23 |
| 12/27/2022 | Masters | Income | 16,000.00 |
| 12/28/2022 | Costa Rica | Rental Income | 2,557.60 |
| 12/29/2022 | Backdoor Lounge | Note Income Received | 763.49 |
| 12/29/2022 | Joe Galardi | Note Income Received | 855.24 |
| 12/29/2022 | Chantilly | Distributions | 12,000.00 |
| | | Total Receipts | 105,056.33 |

Teri Galardi Bankruptcy
Schedule of Disbursements
December 31, 2022

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 12/1/2022 | Debit | Ingles | Groceries | 201.43 |
| 12/2/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.83 |
| 12/2/2022 | Debit | Lucy Lu's | Meals | 21.13 |
| 12/2/2022 | Debit | SQ Gold Lion Farm | Supplies Ranch | 94.70 |
| 12/2/2022 | Debit | SQ Vintage Vineyard | Supplies Ranch | 72.36 |
| 12/5/2022 | 3078 | U.S.Trustee Payment Center | Professional Fees | 700.12 |
| 12/5/2022 | 3079 | WELLS FARGO | Note Payments | 2,748.23 |
| 12/5/2022 | 3080 | AGSOUTH FARM CREDIT | Note Payments | 2,982.77 |
| 12/5/2022 | 3081 | Whitaker Builders | Maintenance & Repairs Ranch | 752.19 |
| 12/5/2022 | 3082 | McBRYAN LLC | Legal Fees | 91,814.14 |
| 12/5/2022 | 3083 | WHT | Accountant Fees | 0.00 |
| 12/5/2022 | 3084 | McNair McLemore | Accountant Fees | 24,676.00 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |
| 12/5/2022 | Debit | CVS Pharmacy | Medical Expenses | 12.59 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 2.99 |
| 12/5/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/7/2022 | Debit | Target | Clothing | 125.00 |
| 12/9/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/9/2022 | Debit | Johnson & Johnson | Insurance Expense Ranch | 2,887.29 |
| 12/12/2022 | 3085 | City of Flovilla | Trash Disposal Ranch | 52.93 |
| 12/12/2022 | 3086 | Business First Bank | Note Payments | 11,574.60 |
| 12/12/2022 | Debit | Apple.com | Computer and Internet Expenses | 14.99 |
| 12/13/2022 | 3087 | Central Georgia EMC | Utilities | 252.00 |
| 12/13/2022 | 3088 | Central Georgia EMC | Utilities | 45.00 |
| 12/13/2022 | 3089 | Central Georgia EMC | Utilities | 100.00 |
| 12/13/2022 | 3090 | Central Georgia EMC | Utilities | 260.00 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 3.99 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 99.99 |
| 12/13/2022 | Debit | Apple.com | Computer and Internet Expenses | 32.95 |
| 12/14/2022 | 3091 | Jones & Walden, LLC | Legal Fees | 89,437.18 |
| 12/14/2022 | Debit | Apple.com | Computer and Internet Expenses | 5.99 |
| 12/14/2022 | 3092 | GA POWER | Power Ranch | 1,922.30 |
| 12/14/2022 | 3093 | GA POWER | Power Ranch | 73.79 |
| 12/14/2022 | 3094 | GA POWER | Power Ranch | 18.38 |
| 12/14/2022 | 3095 | GA POWER | Power Ranch | 19.08 |
| 12/14/2022 | 3096 | GA POWER | Power Ranch | 5.76 |
| 12/14/2022 | 3097 | GA POWER | Power Ranch | 42.99 |
| 12/14/2022 | 3098 | AT&T | Telephone Internet Ranch | 261.38 |
| 12/14/2022 | 3099 | AT&T | Telephone Internet Ranch | 105.79 |
| 12/14/2022 | 3100 | AT&T | Telephone Internet Ranch | 77.86 |
| 12/15/2022 | 3101 | SCHULTEN WARD TURNER | Legal Fees | 2,404.40 |

Teri Galardi Bankruptcy
Schedule of Disbursements
December 31, 2022

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 12/15/2022 | 3102 | BOYER TERRY LLC | Legal Fees | 91,269.00 |
| 12/16/2022 | Debit | Salmon Taste.Com | Meals | 3.00 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 39.99 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.98 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 4.99 |
| 12/27/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| 12/28/2022 | Debit | Apple.com | Computer and Internet Expenses | 6.99 |
| 12/28/2022 | Debit | Chick-Fil-A | Meals | 1.78 |
| 12/28/2022 | 3103 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | 156.00 |
| 12/28/2022 | 3104 | BROOKWOOD ANIMAL | Veterinary Expense Dogs | 62.97 |
| 12/28/2022 | 3105 | AT&T | Telephone Internet Ranch | 132.34 |
| 12/29/2022 | Debit | Kroger | Groceries | 57.48 |
| 12/30/2022 | Debit | Apple.com | Computer and Internet Expenses | 9.99 |
| | | | Total Disbursements | 325,705.59 |

4:46 PM
01/20/23

# Teri G. Galardi DIP 22-50035
# Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 12/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 434,226.19 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 69 items** | | | | | | |
| Check | 11/23/2022 | 3059 | AT&T | X | -1,323.49 | -1,323.49 |
| Check | 11/23/2022 | 3057 | BARROW VETERIN... | X | -770.50 | -2,093.99 |
| Check | 11/29/2022 | 3061 | Butts County Tax Co... | X | -6,913.86 | -9,007.85 |
| Check | 11/29/2022 | 3070 | Butts County Tax Co... | X | -858.14 | -9,865.99 |
| Check | 11/29/2022 | 3072 | Butts County Tax Co... | X | -663.26 | -10,529.25 |
| Check | 11/29/2022 | 3062 | Butts County Tax Co... | X | -629.54 | -11,158.79 |
| Check | 11/29/2022 | 3069 | Butts County Tax Co... | X | -529.98 | -11,688.77 |
| Check | 11/29/2022 | 3076 | Butts County Tax Co... | X | -457.40 | -12,146.17 |
| Check | 11/29/2022 | 3063 | Butts County Tax Co... | X | -360.15 | -12,506.32 |
| Check | 11/29/2022 | 3075 | Butts County Tax Co... | X | -208.39 | -12,714.71 |
| Check | 11/29/2022 | 3065 | Butts County Tax Co... | X | -180.93 | -12,895.64 |
| Check | 11/29/2022 | 3067 | Butts County Tax Co... | X | -171.03 | -13,066.67 |
| Check | 11/29/2022 | 3064 | Butts County Tax Co... | X | -129.39 | -13,196.06 |
| Check | 11/29/2022 | 3068 | Butts County Tax Co... | X | -103.08 | -13,299.14 |
| Check | 11/29/2022 | 3073 | Butts County Tax Co... | X | -98.17 | -13,397.31 |
| Check | 11/29/2022 | 3074 | Butts County Tax Co... | X | -93.77 | -13,491.08 |
| Check | 11/29/2022 | 3060 | Butts County Tax Co... | X | -87.74 | -13,578.82 |
| Check | 11/29/2022 | 3066 | Butts County Tax Co... | X | -43.06 | -13,621.88 |
| Check | 11/29/2022 | 3071 | Butts County Tax Co... | X | -42.30 | -13,664.18 |
| Check | 11/30/2022 | 3077 | AT&T | X | -132.34 | -13,796.52 |
| Check | 12/01/2022 | Debit | Ingles | X | -201.43 | -13,997.95 |
| Check | 12/02/2022 | Debit | SQ Gold Lion Farm | X | -94.70 | -14,092.65 |
| Check | 12/02/2022 | Debit | SQ Vintage Vineyard | X | -72.36 | -14,165.01 |
| Check | 12/02/2022 | Debit | Lucy Lu's | X | -21.13 | -14,186.14 |
| Check | 12/02/2022 | Debit | Apple.com | X | -14.83 | -14,200.97 |
| Check | 12/05/2022 | 3084 | McNair McLemore ... | X | -24,676.00 | -38,876.97 |
| Check | 12/05/2022 | 3080 | AGSOUTH FARM C... | X | -2,982.77 | -41,859.74 |
| Check | 12/05/2022 | 3079 | WELLS FARGO | X | -2,748.23 | -44,607.97 |
| Check | 12/05/2022 | 3081 | Whitaker Builders | X | -752.19 | -45,360.16 |
| Check | 12/05/2022 | 3078 | U.S.Trustee Payme... | X | -700.12 | -46,060.28 |
| Check | 12/05/2022 | Debit | CVS Pharmacy | X | -12.59 | -46,072.87 |
| Check | 12/05/2022 | Debit | Apple.com | X | -9.99 | -46,082.86 |
| Check | 12/05/2022 | Debit | Apple.com | X | -6.99 | -46,089.85 |
| Check | 12/05/2022 | Debit | Apple.com | X | -2.99 | -46,092.84 |
| Check | 12/07/2022 | Debit | Target | X | -125.00 | -46,217.84 |
| Check | 12/09/2022 | Debit | Johnson & Johnson ... | X | -2,887.29 | -49,105.13 |
| Check | 12/09/2022 | Debit | Apple.com | X | -9.99 | -49,115.12 |
| Check | 12/12/2022 | 3086 | Business First Bank | X | -11,574.60 | -60,689.72 |
| Check | 12/12/2022 | 3085 | City of Flovilla | X | -52.93 | -60,742.65 |
| Check | 12/12/2022 | Debit | Apple.com | X | -14.99 | -60,757.64 |
| Check | 12/13/2022 | 3090 | Central Georgia EMC | X | -260.00 | -61,017.64 |
| Check | 12/13/2022 | 3087 | Central Georgia EMC | X | -252.00 | -61,269.64 |
| Check | 12/13/2022 | 3089 | Central Georgia EMC | X | -100.00 | -61,369.64 |
| Check | 12/13/2022 | Debit | Apple.com | X | -99.99 | -61,469.63 |
| Check | 12/13/2022 | 3088 | Central Georgia EMC | X | -45.00 | -61,514.63 |
| Check | 12/13/2022 | Debit | Apple.com | X | -32.95 | -61,547.58 |
| Check | 12/13/2022 | Debit | Apple.com | X | -3.99 | -61,551.57 |
| Check | 12/14/2022 | 3091 | Jones & Walden, LLC | X | -89,437.18 | -150,988.75 |
| Check | 12/14/2022 | 3092 | GA POWER | X | -1,922.30 | -152,911.05 |
| Check | 12/14/2022 | 3098 | AT&T | X | -261.38 | -153,172.43 |
| Check | 12/14/2022 | 3099 | AT&T | X | -105.79 | -153,278.22 |
| Check | 12/14/2022 | 3100 | AT&T | X | -77.86 | -153,356.08 |
| Check | 12/14/2022 | 3093 | GA POWER | X | -73.79 | -153,429.87 |
| Check | 12/14/2022 | 3097 | GA POWER | X | -42.99 | -153,472.86 |
| Check | 12/14/2022 | 3095 | GA POWER | X | -19.08 | -153,491.94 |
| Check | 12/14/2022 | 3094 | GA POWER | X | -18.38 | -153,510.32 |
| Check | 12/14/2022 | Debit | Apple.com | X | -5.99 | -153,516.31 |
| Check | 12/14/2022 | 3096 | GA POWER | X | -5.76 | -153,522.07 |
| Check | 12/15/2022 | 3102 | BOYER TERRY LLC | X | -91,269.00 | -244,791.07 |
| Check | 12/15/2022 | 3101 | SCHULTEN WARD ... | X | -2,404.40 | -247,195.47 |
| Check | 12/16/2022 | Debit | Salmon Taste.Com | X | -3.00 | -247,198.47 |
| Check | 12/27/2022 | Debit | Apple.com | X | -39.99 | -247,238.46 |
| Check | 12/27/2022 | Debit | Apple.com | X | -9.99 | -247,248.45 |
| Check | 12/27/2022 | Debit | Apple.com | X | -6.98 | -247,255.43 |
| Check | 12/27/2022 | Debit | Apple.com | X | -4.99 | -247,260.42 |

Page 1

4:46 PM
01/20/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815  (9/20/2022), Period Ending 12/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 12/28/2022 | Debit | Apple.com | X | -6.99 | -247,267.41 |
| Check | 12/28/2022 | Debit | Chick-Fil-A | X | -1.78 | -247,269.19 |
| Check | 12/29/2022 | Debit | Kroger | X | -57.48 | -247,326.67 |
| Check | 12/30/2022 | Debit | Apple.com | X | -9.99 | -247,336.66 |
| **Total Checks and Payments** | | | | | **-247,336.66** | **-247,336.66** |
| **Deposits and Credits - 19 items** | | | | | | |
| Deposit | 12/05/2022 | | | X | 69.02 | 69.02 |
| Deposit | 12/05/2022 | | | X | 5,769.23 | 5,838.25 |
| Deposit | 12/05/2022 | | | X | 14,118.63 | 19,956.88 |
| Deposit | 12/06/2022 | | | X | 855.24 | 20,812.12 |
| Deposit | 12/08/2022 | | | X | 16,000.00 | 36,812.12 |
| Deposit | 12/09/2022 | | | X | 4,636.89 | 41,449.01 |
| Deposit | 12/09/2022 | | | X | 8,000.00 | 49,449.01 |
| Deposit | 12/12/2022 | | | X | 5,769.23 | 55,218.24 |
| Deposit | 12/13/2022 | | | X | 12.01 | 55,230.25 |
| Deposit | 12/19/2022 | | | X | 5,769.23 | 60,999.48 |
| Deposit | 12/20/2022 | | | X | 1,205.32 | 62,204.80 |
| Deposit | 12/22/2022 | | | X | 83.08 | 62,287.88 |
| Deposit | 12/23/2022 | | | X | 4,822.89 | 67,110.77 |
| Deposit | 12/23/2022 | | | X | 5,769.23 | 72,880.00 |
| Deposit | 12/27/2022 | | | X | 16,000.00 | 88,880.00 |
| Deposit | 12/28/2022 | | | X | 2,557.60 | 91,437.60 |
| Deposit | 12/29/2022 | | | X | 763.49 | 92,201.09 |
| Deposit | 12/29/2022 | | | X | 855.24 | 93,056.33 |
| Deposit | 12/29/2022 | | | X | 12,000.00 | 105,056.33 |
| **Total Deposits and Credits** | | | | | **105,056.33** | **105,056.33** |
| **Total Cleared Transactions** | | | | | **-142,280.33** | **-142,280.33** |
| **Cleared Balance** | | | | | **-142,280.33** | **291,945.86** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 12/05/2022 | 3082 | McBRYAN LLC | | -91,814.14 | -91,814.14 |
| Check | 12/28/2022 | 3103 | RYLAND ENVIRON... | | -156.00 | -91,970.14 |
| Check | 12/28/2022 | 3105 | AT&T | | -132.34 | -92,102.48 |
| Check | 12/28/2022 | 3104 | BROOKWOOD ANI... | | -62.97 | -92,165.45 |
| **Total Checks and Payments** | | | | | **-92,165.45** | **-92,165.45** |
| **Total Uncleared Transactions** | | | | | **-92,165.45** | **-92,165.45** |
| **Register Balance as of 12/30/2022** | | | | | **-234,445.78** | **199,780.41** |
| **New Transactions** | | | | | | |
| **Checks and Payments - 53 items** | | | | | | |
| Check | 01/03/2023 | Debit | Ingles | | -123.60 | -123.60 |
| Check | 01/03/2023 | Debit | Ingles | | -54.97 | -178.57 |
| Check | 01/03/2023 | Debit | Ingles | | -44.78 | -223.35 |
| Check | 01/03/2023 | Debit | Apple.com | | -14.99 | -238.34 |
| Check | 01/03/2023 | Debit | Apple.com | | -9.99 | -248.33 |
| Check | 01/03/2023 | Debit | Apple.com | | -6.99 | -255.32 |
| Check | 01/03/2023 | Debit | Apple.com | | -4.99 | -260.31 |
| Check | 01/04/2023 | 3110 | DVSM association ... | | -7,736.40 | -7,996.71 |
| Check | 01/04/2023 | Debit | Whitaker Builders | | -2,468.61 | -10,465.32 |
| Check | 01/04/2023 | 3106 | Central Georgia EMC | | -345.00 | -10,810.32 |
| Check | 01/04/2023 | 3109 | Central Georgia EMC | | -303.00 | -11,113.32 |
| Check | 01/04/2023 | Debit | Sam's Club | | -235.63 | -11,348.95 |
| Check | 01/04/2023 | 3108 | Central Georgia EMC | | -142.00 | -11,490.95 |
| Check | 01/04/2023 | Debit | Kroger | | -111.70 | -11,602.65 |
| Check | 01/04/2023 | 3107 | Central Georgia EMC | | -45.00 | -11,647.65 |
| Check | 01/05/2023 | Debit | Whitaker Builders | | -190.28 | -11,837.93 |
| Check | 01/05/2023 | 3111 | City of Flovilla | | -56.47 | -11,894.40 |
| Check | 01/05/2023 | Debit | Fedex Memphis | | -41.20 | -11,935.60 |
| Check | 01/05/2023 | Debit | Apple.com | | -14.99 | -11,950.59 |
| Check | 01/05/2023 | Debit | Apple.com | | -9.99 | -11,960.58 |
| Check | 01/05/2023 | Debit | Chick-Fil-A | | -4.90 | -11,965.48 |

Page 1 of 4    12/14/22
GA    9815

**TRUIST**

824-03-01-00 19003 0 C 001 09   50 004
TERI  G  GALARDI
2146  HIGHWAY  42  S
FLOVILLA  GA   30216-2318

# Your account statement
For 12/14/2022

## Contact us
Truist.com     (844) 4TRUIST or (844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

## ■ TRUIST ONE CHECKING 9815

### Account summary

| | |
|---|---|
| Your previous balance as of 11/15/2022 | $427,030.37 |
| Checks | - 52,481.19 |
| Other withdrawals, debits and service charges | - 4,147.68 |
| Deposits, credits and interest | + 81,358.09 |
| Your new balance as of 12/14/2022 | = $451,759.59 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 3039 | 11,574.60 | 11/22 | 3048 | 246.63 | 12/02 | 3057 | 770.50 |
| 11/21 | 3040 | 667.90 | 11/21 | 3049 | 1,506.10 | 11/30 | 3058 | 156.00 |
| 11/21 | 3041 | 3,214.82 | 11/21 | 3050 | 110.37 | 12/01 | 3059 | 1,323.49 |
| 11/18 | 3042 | 159.00 | 11/21 | 3051 | 18.69 | 12/06 | *3077 | 132.34 |
| 11/18 | 3043 | 68.00 | 11/21 | 3052 | 1.67 | 12/13 | 3078 | 700.12 |
| 11/18 | 3044 | 43.00 | 11/28 | 3053 | 42.62 | 12/09 | 3079 | 2,748.23 |
| 11/18 | 3045 | 92.00 | 11/28 | 3054 | 38.63 | 12/12 | 3080 | 2,982.77 |
| 11/18 | 3046 | 261.00 | 11/23 | 3055 | 37.44 | 12/12 | 3081 | 752.19 |
| 11/29 | 3047 | 52.08 | 11/28 | 3056 | 105.00 | 12/09 | *3084 | 24,676.00 |

* indicates a skip in sequential check numbers above this item

Total checks    = $52,481.19

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-16 408-974-1010   CA 6526 | 9.99 |
| 11/18 | DEBIT CARD PURCHASE VENTURE 11-17 713-4612915   GA 6526 | 20.00 |
| 11/18 | DEBIT CARD PURCHASE TEXTURE SALON & BO 11-17 JACKSON   GA 6526 | 135.00 |
| 11/21 | DEBIT CARD PURCHASE COCA COLA SOUTH ME 11-18 ATLANTA   GA 6526 | 2.10 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY   MD 6526 | 1.40 |
| 11/21 | DEBIT CARD PURCHASE Five Star Food Ser 11-18 HUNT VALLEY   MD 6526 | 1.90 |
| 11/21 | DEBIT CARD PURCHASE SQ *TRUETT'S CHICK 11-18 Fayetteville   GA 6526 | 15.45 |
| 11/21 | DEBIT CARD PURCHASE TRUETT'S LUAU #070 11-18 FAYETTEVILLE   GA 6526 | 8.32 |
| 11/23 | DEBIT CARD PURCHASE-PIN 11-22-22 LOCUST GROVE  GA 6526 INGLES GAS EXP #495 | 28.06 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS   GA 6526 | 3.60 |

*continued*

■ TRUIST ONE CHECKING ███████815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS    GA 6526 | 3.60 |
| 11/25 | DEBIT CARD PURCHASE COCA COLA COLUMBUS 11-23 COLUMBUS    GA 6526 | 3.60 |
| 11/25 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-24 866-712-7753   CA 6526 | 79.99 |
| 11/29 | DEBIT CARD PURCHASE ATT* BILL PAYMENT 11-28 800-331-0500   TX 6526 | 136.47 |
| 11/29 | DEBIT CARD PURCHASE SELECT INTERVENTIO 11-28 470-2515300   GA 6526 | 80.00 |
| 11/30 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 11-29 866-712-7753   CA 6526 | 6.99 |
| 12/01 | DEBIT CARD PURCHASE-PIN 11-30-22 JACKSON    GA 6526 INGLES MARKETS #499 | 201.43 |
| 12/02 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-01 866-712-7753   CA 6526 | 14.83 |
| 12/02 | DEBIT CARD PURCHASE LUCY LU`S COFFEE C 12-01 JACKSON    GA 6526 | 21.13 |
| 12/02 | DEBIT CARD PURCHASE SQ *GOLD LION FARM 12-01 Jackson    GA 6526 | 94.70 |
| 12/02 | DEBIT CARD PURCHASE SQ *VINTAGE VINEYA 12-01 Jackson    GA 6526 | 72.36 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-02 866-712-7753   CA 6526 | 6.99 |
| 12/05 | DEBIT CARD PURCHASE-PIN 12-02-22 JACKSON    GA 6526 CVS/PHARMACY #04531 | 12.59 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-03 866-712-7753   CA 6526 | 2.99 |
| 12/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-05 866-712-7753   CA 6526 | 9.99 |
| 12/07 | DEBIT CARD PURCHASE-PIN 12-06-22 ATLANTA    GA 6526 TARGET T-1486 | 125.00 |
| 12/09 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-08 866-712-7753   CA 6526 | 9.99 |
| 12/09 | 127ECHECK  JJPF Payments 5519 JEG FL QUALIFIED PERSO | 2,887.29 |
| 12/12 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-09 866-712-7753   CA 6526 | 14.99 |
| 12/13 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-12 866-712-7753   CA 6526 | 3.99 |
| 12/13 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-12 408-974-1010   CA 6526 | 99.99 |
| 12/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-13 866-712-7753   CA 6526 | 32.95 |
| Total other withdrawals, debits and service charges | | = $4,147.68 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/18 | DEPOSIT | 8,000.00 |
| 11/21 | DEPOSIT | 5,769.23 |
| 11/22 | DEPOSIT | 763.49 |
| 11/25 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,450.89 |
| 11/28 | DEPOSIT | 1,375.00 |
| 11/28 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 69.02 |
| 12/05 | DEPOSIT | 5,769.23 |
| 12/05 | DEPOSIT | 14,118.63 |
| 12/06 | DEPOSIT | 855.24 |
| 12/08 | DEPOSIT | 16,000.00 |
| 12/09 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,636.89 |
| 12/09 | DEPOSIT | 8,000.00 |
| 12/12 | DEPOSIT | 5,769.23 |
| 12/13 | DEPOSIT | 12.01 |
| Total deposits, credits and interest | | = $81,358.09 |

## All Truist Consumer Deposit Accounts

**Changes are being made effective December 5, 2022** to the Bank Services Agreement ("BSA") that governs your account, including changes to the Electronic Funds Transfer Agreement as shown below. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the BSA can be obtained at any Truist branch or online at www.truist.com. All future transactions on your account will be governed by the amended BSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

6A: PARTIAL AUTHORIZATION FOR CARD TRANSACTIONS: If a Card purchase amount exceeds the current Available balance in the primary linked checking or savings account when you are making a purchase, you may be able to use your Available balance to pay for a portion of the total purchase. The transaction will be subject to your card s daily spending limit. We will first try to approve the full amount of the purchase with the Available balance in your primary account, accounts linked for Overdraft Protection, and, $100 Negative Balance Buffer for those eligible accounts. If we do not approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your linked account. This is called "partial authorization." The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

4:46 PM
01/20/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       BB&T-9815  (9/20/2022) | 199,780.41 |
|     **Total Checking/Savings** | 199,780.41 |
|   **Total Current Assets** | 199,780.41 |
| **TOTAL ASSETS** | **199,780.41** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Owners Equity | 36,572.85 |
|     Net Income | 163,207.56 |
|   **Total Equity** | 199,780.41 |
| **TOTAL LIABILITIES & EQUITY** | **199,780.41** |

4:50 PM  
01/20/23  
Accrual Basis

Teri G. Galardi DIP 22-50035
# Profit & Loss
December 2022

| | 2555 Chantilly | Admin | Costa Rica | Master Club | Ranch | Trop (Pink Pony) | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Distributions | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| Note Income Received | 0.00 | 16,592.60 | 0.00 | 0.00 | 0.00 | 0.00 | 16,592.60 |
| Other Income | 0.00 | 83.08 | 0.00 | 0.00 | 0.00 | 0.00 | 83.08 |
| Patronage Dividend | 0.00 | 0.00 | 0.00 | 0.00 | 12.01 | 0.00 | 12.01 |
| Rental Income | 0.00 | 0.00 | 3,782.92 | 40,000.00 | 0.00 | 23,076.92 | 66,839.84 |
| Salary | 0.00 | 9,459.78 | 0.00 | 0.00 | 0.00 | 0.00 | 9,459.78 |
| **Total Income** | 12,000.00 | 26,135.46 | 3,782.92 | 40,000.00 | 12.01 | 23,076.92 | 104,987.31 |
| **Expense** | | | | | | | |
| Clothing | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Groceries | 0.00 | 258.91 | 0.00 | 0.00 | 0.00 | 0.00 | 258.91 |
| Insurance Expense | 0.00 | -69.02 | 0.00 | 0.00 | 0.00 | 0.00 | -69.02 |
| Legal Fees | 0.00 | 274,924.72 | 0.00 | 0.00 | 0.00 | 0.00 | 274,924.72 |
| Meals and Entertainment | 0.00 | 25.91 | 0.00 | 0.00 | 0.00 | 0.00 | 25.91 |
| Medical Expenses | 0.00 | 12.59 | 0.00 | 0.00 | 0.00 | 0.00 | 12.59 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 5,731.00 | 11,574.60 | 17,305.60 |
| Office Supplies | 0.00 | 281.63 | 0.00 | 0.00 | 0.00 | 0.00 | 281.63 |
| **Professional Fees** | | | | | | | |
| Accountant Fees | 0.00 | 24,676.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,676.00 |
| Professional Fees - Other | 0.00 | 700.12 | 0.00 | 0.00 | 0.00 | 0.00 | 700.12 |
| **Total Professional Fees** | 0.00 | 25,376.12 | 0.00 | 0.00 | 0.00 | 0.00 | 25,376.12 |
| **PROPERTIES** | | | | | | | |
| **RANCH** | | | | | | | |
| Insurance Expense Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 2,887.29 | 0.00 | 2,887.29 |
| Maintenance & Repairs Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 752.19 | 0.00 | 752.19 |
| Supplies Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 167.06 | 0.00 | 167.06 |
| Utilities - Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 2,868.60 | 0.00 | 2,868.60 |
| **Total RANCH** | 0.00 | 0.00 | 0.00 | 0.00 | 6,675.14 | 0.00 | 6,675.14 |
| **Total PROPERTIES** | 0.00 | 0.00 | 0.00 | 0.00 | 6,675.14 | 0.00 | 6,675.14 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 657.00 | 0.00 | 657.00 |
| Veterinary Expense Dogs | 0.00 | 0.00 | 0.00 | 0.00 | 62.97 | 0.00 | 62.97 |
| **Total Expense** | 0.00 | 300,935.86 | 0.00 | 0.00 | 13,126.11 | 11,574.60 | 325,636.57 |
| Net Ordinary Income | 12,000.00 | -274,800.40 | 3,782.92 | 40,000.00 | -13,114.10 | 11,502.32 | -220,649.26 |
| **Net Income** | **12,000.00** | **-274,800.40** | **3,782.92** | **40,000.00** | **-13,114.10** | **11,502.32** | **-220,649.26** |