# United States Bankruptcy Court

## Middle District of Georgia

Date: 1/24/23

In re:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Debtor(s)

Case No. 22−50035−JPS

Chapter 11

Re: CONSENSUAL − Disclosure Statement and Chapter 11 Plan

Dear Mr. Terry,

Please let the Court know when the above−mentioned documents will be filed.

Thank you for your attention to this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court

478−749−6811