# United States Bankruptcy Court

Middle District of Georgia

Date: 2/6/23

In re:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Debtor(s)

Case No. 22–50035–JPS

Chapter 11

**Second Request**

Re: CONSENSUAL – Disclosure Statement and Chapter 11 Plan

Dear Mr. Terry,

I am following–up on the above–mentioned. Please advise the Court of the status of these documents.

Thank you for your attention to this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court

478–749–6811