Teri G. Galardi
Schedule of Deposits
January 31, 2023

| Date | Name | Purpose | Amount |
|---|---|---|---|
| 1/3/2023 | Trop | Rental Income | 5,769.23 |
| 1/3/2023 | Back Door | Note Income Received | 34,764.00 |
| 1/4/2023 | Masters Club | Distributions | 6,189.00 |
| 1/4/2023 | Piedmont | Rental Income | 1,314.35 |
| 1/6/2023 | Trop | Salary | 4,489.93 |
| 1/10/2023 | Costa Rica | Rental Income | 1,511.26 |
| 1/10/2023 | Trop | Rental Income | 5,769.23 |
| 1/18/2023 | Piedmont | Rental Income | 2,507.45 |
| 1/20/2023 | Trop | Salary | 4,489.93 |
| 1/23/2023 | Joe Galardi | Note Income Received | 1,710.48 |
| 1/25/2023 | Back Door | Note Income Received | 763.49 |
| 1/25/2023 | Piedmont | Rental Income | 2,521.81 |
| 1/25/2023 | Trop | Rental Income | 5,769.23 |
| 1/25/2023 | Trop | Rental Income | 5,769.23 |
| 1/27/2023 | Masters Club | Distributions | 28,637.69 |
| 1/27/2023 | Trop | Rental Income | 5,769.23 |
| | | **TOTAL DEPOSITS** | **117,745.54** |

Teri G. Galardi
Schedule of disbursements
January 31, 2023

| Date | | Name | Purpose | Amount |
|---|---|---|---|---|
| 1/3/2023 | Debit | Apple.com | Computer Expenses | 9.99 |
| 1/3/2023 | Debit | Ingles | Groceries | 123.60 |
| 1/3/2023 | Debit | Ingles | Groceries | 54.97 |
| 1/3/2023 | Debit | Apple.com | Computer Expenses | 14.99 |
| 1/3/2023 | Debit | Apple.com | Computer Expenses | 4.99 |
| 1/3/2023 | Debit | Apple.com | Computer Expenses | 6.99 |
| 1/3/2023 | Debit | Ingles | Groceries | 44.78 |
| 1/4/2023 | 3106 | Central Georgia EMC | Utilities | 345.00 |
| 1/4/2023 | 3107 | Central Georgia EMC | Utilities | 45.00 |
| 1/4/2023 | 3108 | Central Georgia EMC | Utilities | 142.00 |
| 1/4/2023 | 3109 | Central Georgia EMC | Utilities | 303.00 |
| 1/4/2023 | 3110 | DVSM association manager | void | - |
| 1/4/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 2,468.61 |
| 1/4/2023 | Debit | Kroger | Groceries | 111.70 |
| 1/4/2023 | Debit | Sam's Club | Groceries | 235.63 |
| 1/5/2023 | 3111 | City of Flovilla | Utilities - Ranch | 56.47 |
| 1/5/2023 | Debit | Apple.com | Computer Expenses | 2.99 |
| 1/5/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 190.28 |
| 1/5/2023 | Debit | Apple.com | Computer Expenses | 9.99 |
| 1/5/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 4.90 |
| 1/5/2023 | Debit | Fedex Memphis | Office Supplies | 41.20 |
| 1/5/2023 | Debit | Apple.com | Computer Expenses | 14.99 |
| 1/6/2023 | 3112 | AT&T | Utilities - Ranch | 1,323.49 |
| 1/6/2023 | 3113 | AGSOUTH FARM CREDIT | Note Payments | 3,250.77 |
| 1/6/2023 | 3114 | WELLS FARGO | Note Payments | 3,091.76 |
| 1/9/2023 | Debit | CVS Pharmacy | Medical Expenses | 13.26 |
| 1/9/2023 | Debit | Walmart | Groceries | 356.71 |
| 1/9/2023 | Debit | Marathon Petroleum | Automobile Expense | 37.20 |
| 1/9/2023 | Debit | Marathon Petroleum | Automobile Expense | 3.53 |
| 1/9/2023 | Debit | Fox Theatre | Meals and Entertainment | 54.00 |
| 1/9/2023 | Debit | Fox Theatre | Meals and Entertainment | 51.60 |
| 1/9/2023 | Debit | Apple.com | Computer Expenses | 9.99 |
| 1/9/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 6.69 |
| 1/9/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 74.73 |
| 1/10/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 65.94 |
| 1/10/2023 | 3115 | Business First Bank | Note Payments | 11,574.60 |
| 1/10/2023 | 3116 | ULTIMATE SECURITY | security | 120.00 |
| 1/10/2023 | 3117 | AT&T | Telephone Internet Ranch | 261.38 |
| 1/10/2023 | 3118 | AT&T | Telephone Internet Ranch | 105.79 |
| 1/10/2023 | 3119 | AT&T | Telephone Internet Ranch | 77.86 |
| 1/12/2023 | 3120 | WHT, PC | Professional Fees | 12,093.75 |
| 1/12/2023 | Debit | Pilot | Automobile Expense | 49.97 |
| 1/12/2023 | Debit | Apple.com | Computer Expenses | 4.99 |

Teri G. Galardi
Schedule of disbursements
January 31, 2023

| Date | | Name | Purpose | Amount |
|---|---|---|---|---|
| 1/13/2023 | Debit | Venture Locust | Meals and Entertainment | 20.00 |
| 1/13/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 110.49 |
| 1/13/2023 | Debit | Apple.com | Computer Expenses | 32.95 |
| 1/17/2023 | Debit | Apple.com | Computer Expenses | 5.99 |
| 1/17/2023 | Debit | Apple.com | Computer Expenses | 9.99 |
| 1/17/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 76.84 |
| 1/18/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 60.35 |
| 1/18/2023 | Debit | Apple.com | Computer Expenses | 4.99 |
| 1/23/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 100.08 |
| 1/23/2023 | Debit | Ocean Drive | Meals and Entertainment | 3.73 |
| 1/23/2023 | Debit | SP Cozy Earth | Supplies Ranch | 66.12 |
| 1/24/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 27.81 |
| 1/24/2023 | Debit | Photo Enforcement | Office Expense | 136.50 |
| 1/24/2023 | Debit | Photo Enforcement | Office Expense | 136.50 |
| 1/24/2023 | Debit | QT | Fuel Expense | 74.06 |
| 1/25/2023 | 3121 | GA POWER | Power Ranch | 2,101.46 |
| 1/25/2023 | 3122 | GA POWER | Power Ranch | 46.61 |
| 1/25/2023 | 3123 | GA POWER | Power Ranch | 20.55 |
| 1/25/2023 | 3124 | GA POWER | Power Ranch | 39.52 |
| 1/25/2023 | 3125 | GA POWER | Power Ranch | 20.35 |
| 1/25/2023 | 3126 | GA POWER | Power Ranch | 609.99 |
| 1/25/2023 | 3127 | Jackson Heating and Cooling | repairs | 1,145.00 |
| 1/25/2023 | 3128 | U.S.Trustee Payment Center | Professional Fees | 8,519.87 |
| 1/26/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 11.59 |
| 1/27/2023 | Debit | Apple.com | Computer Expenses | 4.99 |
| 1/27/2023 | Debit | Kroger | Fuel Expense | 83.24 |
| 1/30/2023 | Debit | MM&B Dentistry | Medical Expenses | 133.00 |
| 1/30/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 4.64 |
| 1/30/2023 | Debit | Apple.com | Computer Expenses | 6.99 |
| 1/30/2023 | Debit | Belk.Com | Clothing | 286.76 |
| 1/30/2023 | Debit | SP Cozy Earth | Supplies Ranch | 327.08 |
| 1/31/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 38.46 |
| | | | TOTAL CHECKS | 51,126.58 |

9:16 AM
02/17/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 01/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 291,945.86 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 70 items | | | | | | |
| Check | 12/05/2022 | 3082 | McBRYAN LLC | X | -91,814.14 | -91,814.14 |
| Check | 12/28/2022 | 3103 | RYLAND ENVIRON... | X | -156.00 | -91,970.14 |
| Check | 12/28/2022 | 3105 | AT&T | X | -132.34 | -92,102.48 |
| Check | 12/28/2022 | 3104 | BROOKWOOD ANI... | X | -62.97 | -92,165.45 |
| Check | 01/03/2023 | Debit | Ingles | X | -123.60 | -92,289.05 |
| Check | 01/03/2023 | Debit | Ingles | X | -54.97 | -92,344.02 |
| Check | 01/03/2023 | Debit | Ingles | X | -44.78 | -92,388.80 |
| Check | 01/03/2023 | Debit | Apple.com | X | -14.99 | -92,403.79 |
| Check | 01/03/2023 | Debit | Apple.com | X | -9.99 | -92,413.78 |
| Check | 01/03/2023 | Debit | Apple.com | X | -6.99 | -92,420.77 |
| Check | 01/03/2023 | Debit | Apple.com | X | -4.99 | -92,425.76 |
| Check | 01/04/2023 | Debit | Whitaker Builders | X | -2,468.61 | -94,894.37 |
| Check | 01/04/2023 | 3106 | Central Georgia EMC | X | -345.00 | -95,239.37 |
| Check | 01/04/2023 | 3109 | Central Georgia EMC | X | -303.00 | -95,542.37 |
| Check | 01/04/2023 | Debit | Sam's Club | X | -235.63 | -95,778.00 |
| Check | 01/04/2023 | 3108 | Central Georgia EMC | X | -142.00 | -95,920.00 |
| Check | 01/04/2023 | Debit | Kroger | X | -111.70 | -96,031.70 |
| Check | 01/04/2023 | 3107 | Central Georgia EMC | X | -45.00 | -96,076.70 |
| Check | 01/05/2023 | Debit | Whitaker Builders | X | -190.28 | -96,266.98 |
| Check | 01/05/2023 | 3111 | City of Flovilla | X | -56.47 | -96,323.45 |
| Check | 01/05/2023 | Debit | Fedex Memphis | X | -41.20 | -96,364.65 |
| Check | 01/05/2023 | Debit | Apple.com | X | -14.99 | -96,379.64 |
| Check | 01/05/2023 | Debit | Apple.com | X | -9.99 | -96,389.63 |
| Check | 01/05/2023 | Debit | Chick-Fil-A | X | -4.90 | -96,394.53 |
| Check | 01/05/2023 | Debit | Apple.com | X | -2.99 | -96,397.52 |
| Check | 01/06/2023 | 3113 | AGSOUTH FARM C... | X | -3,250.77 | -99,648.29 |
| Check | 01/06/2023 | 3114 | WELLS FARGO | X | -3,091.76 | -102,740.05 |
| Check | 01/06/2023 | 3112 | AT&T | X | -1,323.49 | -104,063.54 |
| Check | 01/09/2023 | Debit | Walmart | X | -356.71 | -104,420.25 |
| Check | 01/09/2023 | Debit | Whitaker Builders | X | -74.73 | -104,494.98 |
| Check | 01/09/2023 | Debit | Fox Theatre | X | -54.00 | -104,548.98 |
| Check | 01/09/2023 | Debit | Fox Theatre | X | -51.60 | -104,600.58 |
| Check | 01/09/2023 | Debit | Marathon Petroleum | X | -37.20 | -104,637.78 |
| Check | 01/09/2023 | Debit | CVS Pharmacy | X | -13.26 | -104,651.04 |
| Check | 01/09/2023 | Debit | Apple.com | X | -9.99 | -104,661.03 |
| Check | 01/09/2023 | Debit | Chick-Fil-A | X | -6.69 | -104,667.72 |
| Check | 01/09/2023 | Debit | Marathon Petroleum | X | -3.53 | -104,671.25 |
| Check | 01/10/2023 | 3115 | Business First Bank | X | -11,574.60 | -116,245.85 |
| Check | 01/10/2023 | 3117 | AT&T | X | -261.38 | -116,507.23 |
| Check | 01/10/2023 | 3116 | ULTIMATE SECURI... | X | -120.00 | -116,627.23 |
| Check | 01/10/2023 | 3118 | AT&T | X | -105.79 | -116,733.02 |
| Check | 01/10/2023 | 3119 | AT&T | X | -77.86 | -116,810.88 |
| Check | 01/10/2023 | Debit | Whitaker Builders | X | -65.94 | -116,876.82 |
| Check | 01/12/2023 | 3120 | WHALEY HAMMON... | X | -12,093.75 | -128,970.57 |
| Check | 01/12/2023 | Debit | Pilot | X | -49.97 | -129,020.54 |
| Check | 01/12/2023 | Debit | Apple.com | X | -4.99 | -129,025.53 |
| Check | 01/13/2023 | Debit | Whitaker Builders | X | -110.49 | -129,136.02 |
| Check | 01/13/2023 | Debit | Apple.com | X | -32.95 | -129,168.97 |
| Check | 01/13/2023 | Debit | Venture Locust | X | -20.00 | -129,188.97 |
| Check | 01/17/2023 | Debit | Whitaker Builders | X | -76.84 | -129,265.81 |
| Check | 01/17/2023 | Debit | Apple.com | X | -9.99 | -129,275.80 |
| Check | 01/17/2023 | Debit | Apple.com | X | -5.99 | -129,281.79 |
| Check | 01/18/2023 | Debit | Whitaker Builders | X | -60.35 | -129,342.14 |
| Check | 01/18/2023 | Debit | Apple.com | X | -4.99 | -129,347.13 |
| Check | 01/23/2023 | Debit | Whitaker Builders | X | -100.08 | -129,447.21 |
| Check | 01/23/2023 | Debit | SP Cozy Earth | X | -66.12 | -129,513.33 |
| Check | 01/23/2023 | Debit | Ocean Drive | X | -3.73 | -129,517.06 |
| Check | 01/24/2023 | Debit | Photo Enforcement | X | -136.50 | -129,653.56 |
| Check | 01/24/2023 | Debit | Photo Enforcement | X | -136.50 | -129,790.06 |
| Check | 01/24/2023 | Debit | QT | X | -74.06 | -129,864.12 |
| Check | 01/24/2023 | Debit | Whitaker Builders | X | -27.81 | -129,891.93 |
| Check | 01/26/2023 | Debit | Chick-Fil-A | X | -11.59 | -129,903.52 |
| Check | 01/27/2023 | Debit | Kroger | X | -83.24 | -129,986.76 |
| Check | 01/27/2023 | Debit | Apple.com | X | -4.99 | -129,991.75 |
| Check | 01/30/2023 | Debit | SP Cozy Earth | X | -327.08 | -130,318.83 |
| Check | 01/30/2023 | Debit | Belk.Com | X | -286.76 | -130,605.59 |

9:16 AM
02/17/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
BB&T-9815  (9/20/2022), Period Ending 01/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 01/30/2023 | Debit | MM&B Dentistry | X | -133.00 | -130,738.59 |
| Check | 01/30/2023 | Debit | Apple.com | X | -6.99 | -130,745.58 |
| Check | 01/30/2023 | Debit | Chick-Fil-A | X | -4.64 | -130,750.22 |
| Check | 01/31/2023 | Debit | Whitaker Builders | X | -38.46 | -130,788.68 |
| Total Checks and Payments | | | | | -130,788.68 | -130,788.68 |
| **Deposits and Credits - 18 items** | | | | | | |
| Check | 12/05/2022 | 3083 | WHALEY HAMMON... | X | 0.00 | 0.00 |
| Deposit | 01/03/2023 | | | X | 5,769.23 | 5,769.23 |
| Deposit | 01/03/2023 | | | X | 34,764.00 | 40,533.23 |
| Check | 01/04/2023 | 3110 | DVSM association ... | X | 0.00 | 40,533.23 |
| Deposit | 01/04/2023 | | | X | 1,314.35 | 41,847.58 |
| Deposit | 01/04/2023 | | | X | 6,189.00 | 48,036.58 |
| Deposit | 01/06/2023 | | | X | 4,489.93 | 52,526.51 |
| Deposit | 01/10/2023 | | | X | 1,511.26 | 54,037.77 |
| Deposit | 01/10/2023 | | | X | 5,769.23 | 59,807.00 |
| Deposit | 01/18/2023 | | | X | 2,507.45 | 62,314.45 |
| Deposit | 01/20/2023 | | | X | 4,489.93 | 66,804.38 |
| Deposit | 01/23/2023 | | | X | 1,710.48 | 68,514.86 |
| Deposit | 01/25/2023 | | | X | 763.49 | 69,278.35 |
| Deposit | 01/25/2023 | | | X | 2,521.81 | 71,800.16 |
| Deposit | 01/25/2023 | | | X | 5,769.23 | 77,569.39 |
| Deposit | 01/25/2023 | | | X | 5,769.23 | 83,338.62 |
| Deposit | 01/27/2023 | | | X | 5,769.23 | 89,107.85 |
| Deposit | 01/27/2023 | | | X | 28,637.69 | 117,745.54 |
| Total Deposits and Credits | | | | | 117,745.54 | 117,745.54 |
| Total Cleared Transactions | | | | | -13,043.14 | -13,043.14 |
| **Cleared Balance** | | | | | -13,043.14 | 278,902.72 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 01/25/2023 | 3128 | U.S.Trustee Payme... | | -8,519.87 | -8,519.87 |
| Check | 01/25/2023 | 3121 | GA POWER | | -2,101.46 | -10,621.33 |
| Check | 01/25/2023 | 3127 | Jackson Heating an... | | -1,145.00 | -11,766.33 |
| Check | 01/25/2023 | 3126 | GA POWER | | -609.99 | -12,376.32 |
| Check | 01/25/2023 | 3122 | GA POWER | | -46.61 | -12,422.93 |
| Check | 01/25/2023 | 3124 | GA POWER | | -39.52 | -12,462.45 |
| Check | 01/25/2023 | 3123 | GA POWER | | -20.55 | -12,483.00 |
| Check | 01/25/2023 | 3125 | GA POWER | | -20.35 | -12,503.35 |
| Total Checks and Payments | | | | | -12,503.35 | -12,503.35 |
| Total Uncleared Transactions | | | | | -12,503.35 | -12,503.35 |
| **Register Balance as of 01/30/2023** | | | | | -25,546.49 | 266,399.37 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 27 items** | | | | | | |
| Check | 02/02/2023 | Debit | Whitaker Builders | | -35.11 | -35.11 |
| Check | 02/02/2023 | Debit | Whitaker Builders | | -22.57 | -57.68 |
| Check | 02/02/2023 | Debit | Chick-Fil-A | | -8.29 | -65.97 |
| Check | 02/02/2023 | Debit | Apple.com | | -4.99 | -70.96 |
| Check | 02/03/2023 | 3131 | AT&T | | -1,323.49 | -1,394.45 |
| Check | 02/03/2023 | 3135 | Central Georgia EMC | | -267.00 | -1,661.45 |
| Check | 02/03/2023 | 3136 | Central Georgia EMC | | -264.00 | -1,925.45 |
| Check | 02/03/2023 | 3133 | RYLAND ENVIRON... | | -156.00 | -2,081.45 |
| Check | 02/03/2023 | 3137 | Central Georgia EMC | | -134.00 | -2,215.45 |
| Check | 02/03/2023 | 3132 | AT&T | | -132.34 | -2,347.79 |
| Check | 02/03/2023 | 3134 | AT&T | | -106.83 | -2,454.62 |
| Check | 02/03/2023 | 3129 | City of Flovilla | | -49.27 | -2,503.89 |
| Check | 02/03/2023 | 3138 | Central Georgia EMC | | -43.00 | -2,546.89 |
| Check | 02/03/2023 | 3130 | Walton County Farm... | | -35.00 | -2,581.89 |
| Check | 02/06/2023 | Debit | Whitaker Builders | | -62.93 | -2,644.82 |
| Check | 02/08/2023 | 3140 | Business First Bank | | -11,574.60 | -14,219.42 |
| Check | 02/08/2023 | 3141 | WELLS FARGO | | -3,320.78 | -17,540.20 |
| Check | 02/08/2023 | 3142 | AGSOUTH FARM C... | | -2,839.17 | -20,379.37 |
| Check | 02/08/2023 | 3143 | GA POWER | | -2,035.91 | -22,415.28 |

Page 2

 

Page 1 of 4    01/17/23
GA       9815



824-03-01-00 19003 0 C 001 09   50 004
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA 30216-2318

## Your account statement
For 01/17/2023

### Contact us
Truist.com
(844) 4TRUIST or (844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

### TRUIST ONE CHECKING  9815

**Account summary**

| | |
|---|---:|
| Your previous balance as of 12/14/2022 | $451,759.59 |
| Checks | − 322,355.20 |
| Other withdrawals, debits and service charges | − 4,472.65 |
| Deposits, credits and interest | + 109,633.08 |
| Your new balance as of 01/17/2023 | = $234,564.82 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 12/15 | 3060 | 87.74 | 12/29 | *3085 | 52.93 | 12/19 | 3102 | 91,269.00 |
| 12/15 | 3061 | 6,913.86 | 12/19 | 3086 | 11,574.60 | 01/03 | 3103 | 156.00 |
| 12/15 | 3062 | 629.54 | 12/19 | 3087 | 252.00 | 01/09 | 3104 | 62.97 |
| 12/15 | 3063 | 360.15 | 12/19 | 3088 | 45.00 | 01/04 | 3105 | 132.34 |
| 12/15 | 3064 | 129.39 | 12/19 | 3089 | 100.00 | 01/09 | 3106 | 345.00 |
| 12/15 | 3065 | 180.93 | 12/19 | 3090 | 260.00 | 01/09 | 3107 | 45.00 |
| 12/15 | 3066 | 43.06 | 12/15 | 3091 | 89,437.18 | 01/09 | 3108 | 142.00 |
| 12/15 | 3067 | 171.03 | 12/20 | 3092 | 1,922.30 | 01/09 | 3109 | 303.00 |
| 12/15 | 3068 | 103.08 | 12/20 | 3093 | 73.79 | 01/10 | *3111 | 56.47 |
| 12/15 | 3069 | 529.98 | 12/20 | 3094 | 18.38 | 01/13 | 3112 | 1,323.49 |
| 12/15 | 3070 | 858.14 | 12/20 | 3095 | 19.08 | 01/13 | 3113 | 3,250.77 |
| 12/15 | 3071 | 42.30 | 12/20 | 3096 | 5.76 | 01/13 | 3114 | 3,091.76 |
| 12/15 | 3072 | 663.26 | 12/20 | 3097 | 42.99 | 01/17 | 3115 | 11,574.60 |
| 12/15 | 3073 | 98.17 | 12/21 | 3098 | 261.38 | 01/17 | 3116 | 120.00 |
| 12/15 | 3074 | 93.77 | 12/21 | 3099 | 105.79 | 01/17 | 3117 | 261.38 |
| 12/15 | 3075 | 208.39 | 12/20 | 3100 | 77.86 | 01/17 | 3118 | 105.79 |
| 12/15 | 3076 | 457.40 | 12/19 | 3101 | 2,404.40 | 01/17 | 3119 | 77.86 |
| 01/03 | *3082 | 91,814.14 | | | | | | |
| | | | | | | Total checks | | = $322,355.20 |

* indicates a skip in sequential check numbers above this item

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/15 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-14 866-712-7753  CA 6526 | 5.99 |

continued

■ PAGE 1 OF 4

0004973

• TRUIST ONE CHECKING ████ 9815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/16 | DEBIT CARD PURCHASE SALMONTASTE.COM 12-14 830-5901093   NY 6526 | 3.00 |
| 12/27 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-25 866-712-7753   CA 8487 | 39.99 |
| 12/27 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-25 866-712-7753   CA 8487 | 6.98 |
| 12/27 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-26 866-712-7753   CA 8487 | 4.99 |
| 12/27 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-26 866-712-7753   CA 8487 | 9.99 |
| 12/28 | DEBIT CARD PURCHASE CHICK-FIL-A #04658 12-26 LOCUST GROVE   GA 8487 | 1.78 |
| 12/29 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 12-29 866-712-7753   CA 8487 | 8.99 |
| 12/29 | DEBIT CARD PURCHASE-PIN 12-28-22 STOCKBRIDGE   GA 8487 KROGER #493 1750 HUDSON B | 57.48 |
| 12/30 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-29 866-712-7753   CA 8487 | 9.99 |
| 01/03 | DEBIT CARD PURCHASE APPLE.COM/BILL 12-31 866-712-7753   CA 8487 | 9.99 |
| 01/03 | DEBIT CARD PURCHASE-PIN 12-31-22 JACKSON   GA 8487 INGLES MARKETS #499 | 123.60 |
| 01/03 | DEBIT CARD PURCHASE-PIN 12-31-22 JACKSON   GA 8487 INGLES MARKETS #499 | 54.97 |
| 01/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-01 866-712-7753   CA 8487 | 14.99 |
| 01/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-01 408-974-1010   CA 8487 | 4.99 |
| 01/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-02 866-712-7753   CA 8487 | 6.99 |
| 01/03 | DEBIT CARD PURCHASE-PIN 01-02-23 JACKSON   GA 8487 INGLES MARKETS #499 | 44.78 |
| 01/04 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-03 770-7752086   GA 8487 | 2,468.61 |
| 01/04 | DEBIT CARD PURCHASE-PIN 01-03-23 MCDONOUGH   GA 8487 KROGER #405 301 JONESBORO | 111.70 |
| 01/04 | DEBIT CARD PURCHASE-PIN 01-03-23 MCDONOUGH   GA 8487 SAMS CLUB #4804 | 235.63 |
| 01/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-04 866-712-7753   CA 8487 | 2.99 |
| 01/05 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-04 770-7752086   GA 8487 | 190.28 |
| 01/05 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-05 866-712-7753   CA 8487 | 9.99 |
| 01/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-05 866-712-7753   CA 8487 | 14.99 |
| 01/09 | DEBIT CARD PURCHASE FEDEX 393083807487 01-05 MEMPHIS   TN 8487 | 41.20 |
| 01/09 | DEBIT CARD PURCHASE CHICK-FIL-A #00813 01-05 MACON   GA 8487 | 4.90 |
| 01/09 | DEBIT CARD PURCHASE-PIN 01-06-23 JACKSON   GA 8487 CVS/PHARMACY #04531 | 13.26 |
| 01/09 | DEBIT CARD PURCHASE-PIN 01-07-23 FORSYTH   GA 8487 WAL-MART #0907 | 356.71 |
| 01/09 | DEBIT CARD PURCHASE-PIN 01-07-23 LOCUST GROVE  GA 8487 MARATHON PETRO18 | 37.20 |
| 01/09 | DEBIT CARD PURCHASE-PIN 01-07-23 LOCUST GROVE  GA 8487 MARATHON PETRO18 | 3.53 |
| 01/09 | DEBIT CARD PURCHASE FOX THEATRE CONSES 01-07 ATLANTA   GA 8487 | 54.00 |
| 01/09 | DEBIT CARD PURCHASE FOX THEATRE CONSES 01-07 ATLANTA   GA 8487 | 51.60 |
| 01/09 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-08 866-712-7753   CA 8487 | 9.99 |
| 01/10 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-09 JACKSON   GA 8487 | 74.73 |
| 01/11 | DEBIT CARD PURCHASE CHICK-FIL-A #00485 01-09 DECATUR   GA 8487 | 6.69 |
| 01/11 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-10 770-7752086   GA 8487 | 65.94 |
| 01/12 | DEBIT CARD PURCHASE-PIN 01-11-23 JACKSON   GA 8487 PILOT # 4560 | 49.97 |
| 01/13 | DEBIT CARD PURCHASE APPLE.COM/BILL 01-12 866-712-7753   CA 8487 | 4.99 |
| 01/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-13 866-712-7753   CA 8487 | 32.95 |
| 01/17 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-13 JACKSON   GA 8487 | 110.49 |
| 01/17 | DEBIT CARD PURCHASE VENTURE 01-13 713-4612915   GA 8487 | 20.00 |
| 01/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-14 866-712-7753   CA 8487 | 5.99 |
| 01/17 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 01-16 866-712-7753   CA 8487 | 9.99 |
| 01/17 | DEBIT CARD PURCHASE WHITAKER BUILDERS 01-16 JACKSON   GA 8487 | 76.84 |
| | Total other withdrawals, debits and service charges | = $4,472.65 |

Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/19 | DEPOSIT | 5,769.23 |
| 12/20 | KNST6XMLLU AIRBNB PAYMENTS 24SU TERI GALARDI | 1,205.32 |
| 12/21 | DEPOSIT | 83.08 |
| 12/23 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,822.89 |
| 12/23 | DEPOSIT | 5,769.23 |
| 12/27 | DEPOSIT | 16,000.00 |
| 12/28 | QNS3D4FNRB AIRBNB PAYMENTS CWTH TERI GALARDI | 2,557.60 |
| 12/29 | DEPOSIT | 763.49 |
| 12/29 | DEPOSIT | 855.24 |
| 12/29 | FUNDS TRANSFER WIRE REF# 20221229-00010527 DBT ACCT:  XXXXXXXXX5682 | 12,000.00 |
| 01/03 | DEPOSIT | 5,769.23 |
| 01/03 | DEPOSIT | 34,764.00 |
| 01/04 | PHETKTLR5W AIRBNB PAYMENTS 6SNE TERI GALARDI | 1,314.35 |
| 01/04 | DEPOSIT | 6,189.00 |
| 01/06 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |
| 01/10 | 7VGD3XH2DM AIRBNB PAYMENTS LTLX TERI GALARDI | 1,511.26 |

continued



Page 3 of 4    01/17/23
GA ███████ 815

### ■ TRUIST ONE CHECKING ███████ 815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/10 | DEPOSIT | 5,769.23 |
| | Total deposits, credits and interest | = $109,633.08 |

9:21 AM
02/17/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of January 31, 2023

|  | Jan 31, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       BB&T-9815 (8/20/2022) | 266,399.37 |
|     **Total Checking/Savings** | 266,399.37 |
|   **Total Current Assets** | 266,399.37 |
| **TOTAL ASSETS** | **266,399.37** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Owners Equity | 199,780.41 |
|     Net Income | 66,618.96 |
|   **Total Equity** | 266,399.37 |
| **TOTAL LIABILITIES & EQUITY** | **266,399.37** |

9:15 AM
02/17/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Profit & Loss
### January 2023

| | Admin | Costa Rica | Master Club | Piedmont | Ranch | Trop (Pink Pony) | Un... | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Distributions | 0.00 | 0.00 | 34,826.69 | 0.00 | 0.00 | 0.00 | 0.00 | 34,826.69 |
| Note Income Received | 37,237.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,237.97 |
| Rental Income | 0.00 | 1,511.26 | 0.00 | 6,343.61 | 0.00 | 28,846.15 | 0.00 | 36,701.02 |
| Salary | 8,979.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,979.86 |
| **Total Income** | 46,217.83 | 1,511.26 | 34,826.69 | 6,343.61 | 0.00 | 28,846.15 | 0.00 | 117,745.54 |
| **Expense** | | | | | | | | |
| Automobile Expense | 248.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248.00 |
| Clothing | 266.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 266.76 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Groceries | 927.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 927.39 |
| Meals and Entertainment | 157.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157.15 |
| Medical Expenses | 146.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.26 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 6,342.53 | 11,574.60 | 0.00 | 17,917.13 |
| Office Supplies | 480.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.01 |
| Professional Fees | 20,613.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,613.62 |
| **PROPERTIES** | | | | | | | | |
| RANCH | 0.00 | 0.00 | 0.00 | 0.00 | 9,535.26 | 0.00 | 0.00 | 9,535.26 |
| **Total PROPERTIES** | 0.00 | 0.00 | 0.00 | 0.00 | 9,535.26 | 0.00 | 0.00 | 9,535.26 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 835.00 | 0.00 | 0.00 | 835.00 |
| **Total Expense** | 22,839.19 | 0.00 | 0.00 | 0.00 | 16,712.79 | 11,574.60 | 0.00 | 51,126.58 |
| **Net Ordinary Income** | 23,378.64 | 1,511.26 | 34,826.69 | 6,343.61 | -16,712.79 | 17,271.55 | 0.00 | 66,618.96 |
| **Net Income** | 23,378.64 | 1,511.26 | 34,826.69 | 6,343.61 | -16,712.79 | 17,271.55 | 0.00 | 66,618.96 |

Page 1