**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TERI G. GALARDI,** | **CASE NO. 22-50035-JPS** |
| **Debtor.** | |

**NOTICE OF HEARING**

Teri G. Galardi ("Debtor") and The Official Committee of Unsecured Creditors (the "Committee") filed an *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines Regarding Joint Plan of Reorganization* (Doc. No. 301) (the "Application") with the Court on February 16, 2023.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. <u>If you do not have an attorney, you may wish to consult one</u>. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then you or your attorney shall attend the status conference on the Application on **February 27, 2023, at 11:00 am. The hearing will be conducted telephonically. Please Dial 1-877-336-1839 and enter Access Code 7930011 to attend the hearing.**

Parties should consult the Court's website ([www.gamb.uscourts.gov](http://www.gamb.uscourts.gov)) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order 145 for more guidance.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c).

This 21st day of February 2023.

**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Attorneys for Committee of Unsecured Creditors
