UNITED STATES BANKRUPTCY COURT
Middle District of Georgia
Macon Division

In re:                                )
                                      )
Teri G. Galardi,                      )          Case No. 22-50035-JPS
            Debtor.                   )

## NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 101 was filed on March 21, 2022 by Astrid Evelyn Gabbe, Esq. on behalf of creditor Alexis King.  Creditor hereby notifies the Court this claim is withdrawn and in support thereof states:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case;

3. The claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case; and

4. Astrid Gabbe was not authorized to file the claim or represent the creditor in any way, form or fashion in this proceeding.

Date: February 28, 2023

/s/ Alexis King
1361 Arlene Valley Lane
Lawrenceville, GA 30043
678−681−4397

-1-

## **CERTIFICATE OF SERVICE**

I certify that I have filed this Notice with the Court's e-filing system for creditors and will give notice to all parties of record.

    /s/ Alexis King_____
    1361 Arlene Valley Lane
    Lawrenceville, GA 30043