UNITED STATES BANKRUPTCY COURT
Middle District of Georgia
Macon Division

In re:                                          )
                                                )
Teri G. Galardi,                                )          Case No. 22-50035-JPS
                    Debtor.                     )

## NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 104 was filed on March 22, 2022 by Astrid Evelyn Gabbe, Esq. on behalf of Creditor Alexis King.  Creditor hereby notifies the Court this claim is withdrawn and in support thereof states:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case;

3. The claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case; and

4. Astrid Gabbe was not authorized to file the claim or represent the creditor in any way, form or fashion in this proceeding.


Date: February 28, 2023

                                                  /s/ Jenisee Long
                                                  2107 A Center Street
                                                  Covington, KY 41014
                                                  513-551-9825

**CERTIFICATE OF SERVICE**

I certify that I have filed this Notice with the Court's e-filing system for creditors and will give notice to all parties of record.

/s/ Jenisee Long
2107 A Center Street
Covington, KY 41014
513-551-9825