UNITED STATES BANKRUPTCY COURT
Middle District of Georgia
Macon Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-JPS |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF CLAIM**

Claim No. 100-1 was filed on March 21, 2022 by Astrid Evelyn Gabbe, Esq. on behalf of Creditor Tiffany Thompson. Creditor hereby notifies the Court this claim is withdrawn and in support thereof states:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case;

3. The claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case; and

4. Gabbe was not authorized to file the claim and/or represent the creditor in any way, form or fashion in this proceeding.

Date: February 28, 2023

/s/ Tiffany Thompson  
29 Wyoming Street  
Apt 14  
Dorchester, MA, 02121

-1-

## **CERTIFICATE OF SERVICE**

I certify that I have filed this Notice with the Court's e-filing system for creditors and will give notice to all parties of record.

Date:  February 28, 2023

                                            /s/ Tiffany Thompson