**SO ORDERED.**

**SIGNED this 28 day of February, 2023.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | JUDGE JAMES P. SMITH |
| | : | |

**ORDER ESTABLISHING (1) DEADLINE FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND PLAN, (2) DEADLINE FOR VOTING ON PLAN, AND (3) SCHEDULING COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN**

On February 16, 2023, Teri G. Galardi ("Debtor") and the Official Committee of Unsecured Creditors ("Committee" and collectively with Debtor, "Movants") filed the following: (a) *Joint Plan of Reorganization* (Doc. No. 299) ("Plan"); and (b) *Joint Disclosure Statement for Plan of Reorganization* (Doc. No. 300) ("Disclosure Statement"). On the same day, Movants filed an application requesting entry of an order conditionally approving the Disclosure Statement and

scheduling a consolidated hearing to consider final approval of the Disclosure Statement and confirmation of the Plan.

The Court held a status conference, on February 27, 2023, to consider the Movants' request and to further the expeditious and economical resolution of the case. The Court having found that a combined hearing on approval of the Disclosure Statement and approval of the Plan is appropriate under the facts and circumstances of the case, it is hereby,

**ORDERED and NOTICE IS HEREBY GIVEN that:**

1. Pursuant to Bankruptcy Rules 3017 and 3020, the last day for filing and serving written objections to the Disclosure Statement or to confirmation of the Plan is **MARCH 31, 2023**. Any such written objection to the Disclosure Statement or to confirmation of the Plan must be filed with the Office of the Clerk, U.S. Bankruptcy Court, P.O. Box 1957 Macon, GA 31202 and a copy mailed or emailed to Debtor's attorney, Christopher W. Terry, Boyer Terry LLC, 348 Cotton Avenue, Suite 200, Macon, Georgia 31201, email: chris@boyerterry.com and to Committee's counsel, Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308, email: tmcclendon@joneswalden.com.

2. The last day for filing written acceptances or rejections of the Plan is **MARCH 31, 2023.** All ballots must be *filed* with:

   Clerk, U.S. Bankruptcy Court
   P.O. Box 1957
   Macon, GA 31202

   and a copy *mailed or emailed* to Debtors' attorney:

   Christopher W. Terry
   Boyer Terry LLC
   348 Cotton Avenue, Suite 200
   Macon, Georgia 31201
   chris@boyerterry.com

and a copy *mailed* or emailed to Committee' attorney:

Thomas T. McClendon
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308
tmcclendon@joneswalden.com

3. A combined hearing to consider any objections to the Disclosure Statement, to consider confirmation of the Plan, and to determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. § 506(a) and Rule 3012 (the "Confirmation Hearing") shall be held on **April 11, 2023, at 11:00 A.M. at the U.S Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, Macon, Georgia 31201**.

4. **Committee's counsel** (as to all unsecured creditors) and **Debtor's counsel** (as to all other creditors) are directed to serve a copy of this Order and Notice, the Plan, the Disclosure Statement, and a ballot for voting on the Plan, upon the U.S. Trustee and all creditors and parties in interest in on or before March 3, 2023, and to file a certificate of such service in both cases within three days of service.

5. At least three (3) days prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan indicating all ballots cast have been tabulated by the Debtor and the resulting vote for each class designated in the Plan.

**[END OF ORDER]**

Prepared and presented by:

| | |
|---|---|
| */s/ Christopher W. Terry* | */s/ Thomas T. McClendon* |
| Christopher W. Terry | JONES & WALDEN, LLC |
| Georgia Bar No. 702484 | Thomas T. McClendon |
| BOYER TERRY LLC | Georgia Bar No. 431452 |
| 348 Cotton Avenue, Suite 200 | 699 Piedmont Avenue, NE |
| Macon, Georgia 31201 | Atlanta, Georgia 30308 |
| (478) 742-6481 | (404) 564-9300 |
| chris@boyerterry.com | tmcclendon@joneswalden.com |
| Counsel for Debtor | Counsel for Committee of Unsecured Creditor |