IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | Case No. 22-50035-jps |
| | ) | |
| Debtor. | ) | |

**GEORGIA DEPARTMENT OF REVENUE'S LIMITED OBJECTION
TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF TERI G. GALARDI AND THE COMMITTEE OF
UNSECURED CREDITORS**

The Georgia Department of Revenue (the "Department") files this limited objection to confirmation of the Joint Chapter 11 Plan of Reorganization of Teri G. Galardi and the Committee of Unsecured Creditors filed on February 16, 2023, and in support hereof respectfully shows the Court as follows:

1. On January 12, 2022, Teri G. Galardi filed a Chapter 11 bankruptcy petition, being assigned case no. 22-50035.

2. On November 8, 2022, the Debtor filed a Disclosure Statement [Doc. # 232, Exhibit A] and a Chapter 11 Plan of Liquidation [Doc. # 232].

3. On May 16, 2022, the Department filed a proof of claim, claim 121-1, for unpaid pre-petition Georgia individual income taxes, interest and penalties in the total amount of $264,519.33, for tax periods ending 2017 and 2018, of which $126,980.55 was listed as priority debt, $0.00 was listed as secured debt, and $137,538.78 was listed as general unsecured debt.  On August 23, 2022, the Department filed an amended proof of claim, claim 121-2, for unpaid pre-petition Georgia individual income taxes, interest and penalties in the total amount of $264,519.33,

for tax periods ending 2017 and 2018, of which $126,980.55 was listed as priority debt, $127,513.42 was listed as secured debt, and $10,025.36 was listed as general unsecured debt.

4. On February 16, 2023, the Debtor filed a Joint Plan of Reorganization in conjunction with the Committee of Unsecured Creditors. [DOC. 299]. This proposed Joint Plan misstates the amount owed to the Department as a Priority Tax Claim in Section 3.1.2. The Joint Plan identifies the amount owed to the Department as a priority claim in the amount of $308,671.44. The amount owed to the Department is identified Claim 121-2, amounting to $126,980.55 of priority debt and $127,513.42 in the secured debt. In addition, Debtor owes post-petition taxes in the amount of $66,217.00 for the 2021 tax year. Also, as identified in Claim 121-2, the Debtor owes $10,025.36 in unsecured debt. The total amount owed to the Department is $330,736.33.

5. Notwithstanding any other provision of the Plan or Confirmation Order, nothing in the Plan or the Confirmation Order thereon shall discharge any yearly tax liability of the Debtor.

6. The Department reserves the right to supplement this objection.

WHEREFORE, for reasons including, but not limited to those specified above, the Georgia Department of Revenue prays that the Court deny confirmation of the Debtor's Plan and prays for such other and further relief as the Court deems just and proper.

Dated: March 13, 2023

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LOGAN B. WINKLES<br>Deputy Attorney General | 136906 |
| */s/ Brooke Heinz Chaplain*<br>BROOKE HEINZ CHAPLAIN | 927752 |

        Senior Assistant Attorney General

        */s/ Jonathan Loegel*    755706
        JONATHAN D. LOEGEL
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Jonathan Loegel
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3436
Fax: (404) 657-3239
E-mail: jloegel@law.ga.gov

# **CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Limited Objection to Confirmation* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**The following parties and/or registered users have been served via CM/ECF:**

Roy E. Manoll, III
Fortson, Bentley and Griffin, PA
2500 Daniell's Bridge Road,
Building 200,
Suite 3A
Athens, GA 30606

Evan Owens Durkovic
Aldridge Pite, LLP
Fifteen Piedmont Center,
3575 Piedmont Road N.E.,
Ste 500
Atlanta, GA 30305

Leon Strickland Jones
Jones & Walden, LLC
699 Piedmont Avenue, N.E.
Atlanta, GA 30308

Thomas McClendon
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

James D. Silver
Kelley Kronenberg
10360 West State Road 84
Fort Lauderdale, FL 33324

Ward Stone, Jr.
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201

Garrett A. Nail
Portnoy, Garner & Nail
3350 Riverwood Pkwy
Suite 460
Atlanta, Georgia 30339

Ainsworth G Dudley
Ainsworth G. Dudley Attorney at Law
4200 Northside Parkway, Bldg 1,
Suite 200
Atlanta, GA 30327

Will Bussell Geer
Rountree, Leitman, Klein & Geer, LLC
Century I,
2987 Clairmont Road,
Suite 350
Atlanta, GA 30329

Michael Akemon
The Richards Law Group
3382 Harvester Woods Rd.
Decatur, GA 30034

Christina T. Lanier
DOJ-Tax
PO Box 14198,
Ben Franklin Station
Washington, DC 20044

Louis G. McBryan
McBRYAN, LLC
6849 Peachtree Dunwoody Road
Building B-3
Suite 100
ATLANTA, GA 30328

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue
Suite 200
Macon, GA 31201

Robert M. Matson
Chapter 7 Trustee
P.O. Box 309
Macon, GA 31202

Robert G. Fenimore
Office of U.S. Trustee
440 Martin Luther King Jr. Boulevard,
Suite 302
Macon, GA 31201

Elizabeth A. Hardy
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd,

Suite 302
Macon, GA 31201

**The following parties have been served via U.S. Mail:**

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Dated: March 13, 2023

                                                      */s/ Jonathan Loegel*
                                                      Assistant Attorney General