|  |  |  |
|---|---|---|
| In re | : | CHAPTER 11 |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| Debtor. | : | Judge James P. Smith |

FILED
U.S. Bankruptcy Court
MAR 13 2023
Middle District of Georgia

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $268,000.

Check one box only:

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3/6/2023

Signature: B. Walker

Print or type name: Brittany Walker

Title (if corporation or partnership): _____

Address: 3119 Crump Ave

Memphis, TN 38112

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Brittany Walker
3119 Crump Ave.
Memphis, TN 38112

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

