UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $488,000.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 03/08/2023

Signature: _____

Print or type name: Yashica Bain

Title (if corporation or partnership): _____

Address: FCI MARIANNA Federal Correction Institution

Satellite Camp

P.O. Box 7006

Marianna, FL 32447

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Yashica Bain 35403-509
Marianna Federal Camp
P.O. Box 7006
Marianna, Fl. 32447

PENSACOLA FL 325
9 MAR 2023 PM 1 L

31202-195757

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202