UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



FILED
U.S. Bankruptcy Court
MAR 1 3 2023
Middle District of Georgia

In re : CHAPTER 11
:
TERI G. GALARDI, : CASE NO. 22-50035-JPS
:
Debtor. : Judge James P. Smith
:

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $516,000.

*Check one box only:*

☒ Accepts the Plan.

☐ Rejects the Plan.

Dated: March 10, 2023
Signature: [signature]
Print or type name: ~~Aita~~ Simmons, Adia

*Please Correct My Name!*

Title (if corporation or partnership): _____

Address:  401 North Federal Highway

Apt. 307

Hallandale Beach, FL 33009

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

*Please Correct My Name!*

Dia Simmons
101 N. Federal Highway #307
Hollandale Beach, FL 33009

Kyle George
Clerks United States Bankruptcy Court
P.O Box 1957
Macon, GA 31202