UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 13 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

### BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $544,046.16.

Check one box only:

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3/9/23

Signature: _____

Print or type name: Marei Kahey

Title (if corporation or partnership): _____

Address: 7580 NW 5th Street

Unit 15645

Plantation, FL 33317

Return this ballot to:

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Marei Kahey
7580 nw 5th st
#15645
Plantation, FL
33317

MIAMI FL 330
9 MAR 2023 PM 5 L



31202-155757

Kyle George
clerk, United States bankruptcy court
P.O. Box 1957
Macon, GA 31202

