UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $432,864.

*Check one box only:*

☒ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3/7/2023

Signature: *Tramaine Moore*

Print or type name: Tramaine Moore

Title (if corporation or partnership): _____

Address: 308 Sunhill Rd NW

Centerpoint, AL 35215

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308



Georgia Dermatology & Skin Cancer Center
212 Hospital Drive, Suite H
Warner Robins, Georgia 31088

US POSTAGE PITNEY BOWES
$000.60
MAR 08 2023
ZIP 31088
02 7H
0001231838

MACON GA 310
8 MAR 2023 PM
FIRST-CLASS

Bankruptcy Clerk
433 Cherry St
PO Box 1957
Macon, GA 31202

31202-195958