**SO ORDERED.**

**SIGNED this 13 day of March, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

### ORDER AND NOTICE OF EXPEDITED HEARING ON MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY LOCATED AT 506 SE 11TH CT, FORT LAUDERDALE, FLORIDA

**PLEASE TAKE NOTICE** that Teri G. Galardi ("Debtor") filed her *Motion for Authorization to Sell Real Property located at 506 SE 11th Ct, Fort Lauderdale, FL* and *Request for Expedited Hearing* (Doc. No. 318, 319) (the "Motion").

The Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

Based upon a review of the pleadings and the representations contained therein, good and sufficient cause exists to shorten the applicable notice period and/or hold an expedited hearing. Accordingly, it is hereby

**ORDERED** that an expedited hearing (the "Expedited Hearing") shall be held on the Motion. It is further

**ORDERED** that the Expedited Hearing will be held telephonically on **March 14, 2023,** at **2:00 p.m. Telephonic Hearing Information: Dial 1-877-336-1839 and enter Access Code 7930011.**

All responses or objections to the relief sought in the Motion shall be filed with the Court no later than **March 13, 2023.**

If there are any written objections filed by March 13, 2023, then the hearing will be held in person in the United States Bankruptcy Court, 433 Cherry Street, Courtroom A, Macon, Georgia at **2:00 p.m.** on **March 14, 2023.**

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

It is, finally,

**ORDERED** that Debtor's Counsel, Louis G. McBryan, shall serve a copy of this Order and Notice via e-mail upon the U.S. Trustee, Counsel for the Official Committee of Unsecured Creditors, all parties in interest, and all Counsel who have requested notice in this case following its entry.

**[END OF ORDER]**

Prepared and Presented by:

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorneys for Debtor**