**SO ORDERED.**

**SIGNED this 16 day of March, 2023.**



_____
**James P. Smith
United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| IN RE: <br><br> TERI G. GALARDI, <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO.  22-50035-JPS |

**CONSENT ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY LOCATED AT 506 SE 11th CT, FORT LAUDERDALE, FL**

This matter is before the Court on Debtor's *Motion for Authorization to Sell* REAL PROPERTY LOCATED AT 506 SE 11th CT, FORT LAUDERDALE, FL filed on March 10, 2023, (the "Sale Motion") [Docket. No.  318] for entry of an order authorizing the Contract for the Purchase and Sale of the real property located at 506 SE 11th CT, FORT LAUDERDALE, FL and more specifically described as Lot 5 and the East one-half of Lot 6, Block 6, LAUDERDALE, according to the map or plat thereof as recorded in Plat Book 2, Page 9, Public Records of Miami-

1

Dade County, Florida, said lands lying, situated and being in Broward County, Florida (the "property") titled in the name of 506 Office, LLC ("Seller"), a single member limited liability company formed under the laws of Florida whose sole member is the Debtor, between Seller and VBPS, LLC ("Buyer"). The Contract for the sale of the real property located at 506 SE 11th Court is hereinafter the "Agreement". The Court has reviewed the Motion and has determined that it must be denied since the Court does not have jurisdiction to authorize the sale of property of a non-debtor since it does not have jurisdiction over the non-debtor or its property.

The Court, by this Order, is authorizing the Debtor to execute any documents in her individual capacity as sole member of 506 Office, LLC, as necessary, to effectuate the transaction as that will result in the Debtor's estate receiving the net proceeds  The Court has jurisdiction to provide such authorization since it may specifically relate to execution of documents by the Debtor in her individual capacity as sole member of 506 Office, LLC.

For all the foregoing reasons, and after due deliberation, the Court **ORDERS, ADJUDGES** and **DECREES THAT**

1. The Motion to Sell as proposed is **DENIED** in part and **GRANTED** in part.
2. The Court lacks jurisdiction to approve a sale by a non-Debtor.
3. The Motion is **GRANTED** for the limited purpose of allowing the Debtor to execute documents necessary to effectuate the transaction in her individual capacity as sole member of 506 Office, LLC.
4. The foregoing is without prejudice to 506 Office, LLC selling the Property subject to the terms and conditions set for the in an agreement with VBPS, LLC.

**[END OF ORDER]**

[SIGNATURES FOLLOW ON NEXT PAGE]

**ORDER PRESENTED BY:**

*/s/Louis G. McBryan*
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
***Attorney for Debtor***

**CONSENTED TO BY:**

*/s/Thomas T. McClendon*
Thomas T. McClendon, Georgia Bar No. 431452
Jones & Walden, LLC
699 Piedmont Ave NE
Atlanta, Georgia 30308
Telephone (404) 564-9300
tmcclendon@joneswalden.com
***Attorney for Unsecured Creditor Committee***

**CONSENTED TO BY:**

/s/ Slava Borshchukov
c/o Slava Borshchukov
514 SE 11th Court
Fort Lauderdale, FL 33316
Telephone (305) 503-5985
Slava@VB.Legal
***Attorney for VBPS, LLC***