UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 17 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $840,296.

*Check one box only:*

☑ **Accepts the Plan.**

☐ **Rejects the Plan.**

Dated: 3-13-2023
Signature: _[signature]_
Print or type name: Marissa Walker
Title (if corporation or partnership): _____
Address: 21 SW 4th Street
Hallandale, FL 33009

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

FROM:
Marisa Walker
21 SW 4th Street
Hallandale, FL 33009

RECEIVED
U.S. Bankruptcy Court
MAR 17 2023
Middle District of Georgia

TO:
Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

UNITED STATES POSTAL SERVICE | PRIORITY®

Retail

US POSTAGE PAID
$9.65
Origin: 33009
03/13/23
1137200009-01

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 04
B020

EXPECTED DELIVERY DAY: 03/15/23

SHIP TO:
PO BOX 1957
MACON GA 31202-1957

USPS TRACKING® #
9505 5144 0084 3072 4620 21