UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 17 2023
Middle District of Georgia

| In re | : | CHAPTER 11 |
|---|---|---|
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| Debtor. | : | Judge James P. Smith |

### BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $40,000.

*Check one box only:*

☑ **Accepts the Plan.**

☐ **Rejects the Plan.**

Dated: 3/13/2023
Signature: _____
Print or type name: Aisha Taliaferro
Title (if corporation or partnership): _____
Address: 21 SW 4th Street
Hallandale Beach, FL 33009

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

