UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 20 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $226,000.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3/10/11

Signature: nBell

Print or type name: ~~Netonia~~ Bell

Title (if corporation or partnership): Natonia Bell

Address: 2162 Twisted Pine Rd

Ocoee, FL 34761

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Natonia Bell
2161 Twisted Pine Rd
Ocoee Fl 34761

Kyle Geagge
Clerk United States bankruptcy Ct
PO box 1957
Macon GA 31202

31202-195757

ORLANDO FL 328
15 MAR 2023 PM 5 L

US POSTAGE
FIRST-CLASS
0625I2265383
34761
000053366
$0.60