UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 20 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| Debtor. | : | Judge James P. Smith |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $244,000.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3/14/23

Signature: *Queen Lewis*

Print or type name: Queen Lewis

Title (if corporation or partnership): _____

Address: 8015 Dressage Drive
Orlando, FL 32818

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Queen Lewis
8015 Dressage dr
Orlando Fl 32818

CERTIFIED MAIL

7021 1970 0000 6453 8388

3/17

Kyle George
Clerk United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

U.S. POSTAGE PAID
FCM LETTER
ORLANDO, FL
32818
MAR 14, 23
AMOUNT
$4.78
R2304M113134-5