UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



FILED
U.S. Bankruptcy Court
MAR 22 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $308,000.

*Check one box only:*

☑ **Accepts the Plan.**

☐ **Rejects the Plan.**

Dated: 3/13/23

Signature: _____

Print or type name: Kitrea Jackson

Title (if corporation or partnership): _____

Address: 941 Hickory View Court

Marietta, GA 30064

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308



RECEIVED
U.S. Bankruptcy Court
MAR 2 2 2023
Middle District of Georgia

MIAMI FL 330
18 MAR 2023 PM 1 L

Kitren Jackson
941 Hickory View Court
Marietta, GA 30064

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

31202-195757