UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 23 2023
Middle District of Georgia

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

**BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $338,000.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 03/10/2023

Signature: *[signature]*

Print or type name: Shanice Bain

Title (if corporation or partnership): _____

Address: 2512 NW 9th Place

Apt. 2

Ft. Lauderdale, FL 33311

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®

FROM: (PLEASE PRINT)    PHONE ( ) 954-515-8333

Shanice Bain
2512 NW 9th place #2
Fort Lauderdale, FL 33311

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)    PHONE ( )

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon GA, 31202

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 33311
Scheduled Delivery Date: 3-21-2023
Postage: $28.75
Date Accepted: 3-20-2023
Scheduled Delivery Time: 6:00 PM
Time Accepted: 11:14 AM
Weight: 20 lbs
Total Postage & Fees: 28.75

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

EI 595 806 005 US

FCM 1-Day
FORT LAUDERDALE, FL 33311
MAR 20, 23
AMOUNT
$28.75
R2304M115944-22

RDC 07
31202





