UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
MAR 28 2023
Middle District of Georgia

In re                                                :        CHAPTER 11
                                                     :
TERI G. GALARDI,                                     :        CASE NO. 22-50035-JPS
                                                     :
     Debtor.                                         :        Judge James P. Smith
_____  :

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $483,896.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3-15-23

Signature: Diana Smith

Print or type name: Diana Smith

Title (if corporation or partnership): _____

Address: 5917 East Maple Street,
Romulus, MI 48174

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Dana Smith
5417 e maple
Romulus MI, 48174

RECEIVED
U.S. Bankruptcy Court
MAR 28 2023
Middle District of Georgia

METROPLEX MI 480
24 MAR 2023 PM 2 L

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon GA 31202

31202-195757