**SO ORDERED.**

**SIGNED this 29 day of March, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: <br><br> TERI G. GALARDI, <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 22-50035-JPS |

**CONSENT ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 OR TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 AS TO ALL CREDITORS**

On March 27, 2023, the Official Committee of Unsecured Creditors (the "Committee") of Teri G. Galardi ("Debtor") filed their *Consent Motion to Extend Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or to File Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523 as to All Unsecured Creditors* (Doc. No. 373) (the "Motion"). Debtor has consented to the Motion. Upon consideration, it is hereby

**ORDERED AND ADJUDGED** that the time within which all unsecured creditors may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 or file a complaint objecting to dischargeability of a debt pursuant to 11 U.S.C. § 523 is hereby extended through and including **April 30, 2023**, as provided by Federal Rules of Bankruptcy Procedure 4004(b), and 4007(c).

**[END OF DOCUMENT]**

| | |
|---|---|
| Prepared and Presented by: | Consented to by: |
| **JONES & WALDEN LLC** | **BOYER TERRY LLC** |
| /s/ *Thomas T. McClendon* | /s/ *Christopher Terry* |
| Thomas T. McClendon | Christopher Terry (by TTM with permission) |
| Georgia Bar No. 431452 | Georgia Bar No. 702484 |
| 699 Piedmont Ave, NE | 348 Cotton Avenue, Suite 200 |
| Atlanta, Georgia 30308 | Macon, Georgia 31201 |
| (404) 564-9300 | (487) 742-6481 |
| tmcclendon@joneswalden.com | chris@boyerterry.com |
| Attorney for Unsecured Creditors Committee | Attorney for Debtor |

**DISTRIBUTION LIST**

Thomas T. McClendon
Jones & Walden LLC
699 Piedmont Ave, NE
Atlanta, GA 30308

Christopher Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201

Elizabeth A. Hardy
Assistant United States Trustee
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201