**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |

FILED
U.S. Bankruptcy Court
MAR 29 2023
Middle District of Georgia

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $228,000.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 3-20-23
Signature: *Sasha Hollins*

Print or type name: Sasha Hollins

Title (if corporation or partnership): _____

Address: 1804 Emerson Lake Circle
Snellville, GA 30078

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Sasha Hollins
1804 Emerson Lake Circle
Snellville Ga, 30078

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, Ga 31202





RDC 28

31202

U.S. POSTAGE PAID
FCM LETTER
GRAYSON, GA
30017
MAR 27, 23
AMOUNT
$0.63
R2304M115438-9