**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __2__ claim against the Debtor in the unpaid amount of Dollars: $ 215,573.86

*Check one box only:*

☒ Accepts the Plan.

☐ Rejects the Plan.

Dated: March 30, 2023

Signature: *[signed]*

Print or type name: Roy E. Manoll, III

Title (if corporation or partnership): Attorney for Creditor AgSouth Farm Credit

Address: 2500 Daniell's Bridge Rd., Bldg. 200 Ste. 3A

Athens, Georgia 30606

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308