**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**TERI G. GALARDI,**<br><br>　　　　**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |

**NOTICE OF FILING BALLOT FOR ACCEPTING OR REJECTING PLAN**

COMES NOW the Official Committee of Unsecured Creditors (the "Committee"), by and through the undersigned counsel, and hereby files this *Notice of Filing Ballot for Accepting or Rejecting Plan* (the "Notice") regarding the *Ballot for Accepting or Rejecting Plan* ("Ballot") of Gabrielle Bates ("Creditor").[1] The Ballot is attached hereto as Exhibit "A".

RESPECTFULLY SUBMITTED this 31 day of March, 2023.

　　　　　　　　　　　　　　　　　　**JONES & WALDEN LLC**

　　　　　　　　　　　　　　　　　　/s/ *Thomas T. McClendon*
　　　　　　　　　　　　　　　　　　Thomas T. McClendon
　　　　　　　　　　　　　　　　　　Georgia Bar No. 431452
　　　　　　　　　　　　　　　　　　699 Piedmont Ave. NE
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　　　　　　　　(404) 564-9300
　　　　　　　　　　　　　　　　　　tmcclendon@joneswalden.com
　　　　　　　　　　　　　　　　　　Attorney for Committee of Unsecured Creditors

---

[1] Committee's counsel received Creditor's Ballot via mail on March 30, 2023.

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## NOTICE AND BALLOT FOR ACCEPTING OR REJECTING
## THE CHAPTER 11 PLAN OF REORGANIZATION

Debtor Teri G. Galardi and the Official Committee of Unsecured Creditors filed a Joint Chapter 11 Plan of Reorganization, dated February 16, 2023 (the "Plan"), in this case and a Joint Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jones & Walden LLC, Attn: Thomas McClendon, Esq., 699 Piedmont Avenue NE, Atlanta, GA 30308, Phone: 404-564-9300, Fax: 404-564-9301.

The Court will consider whether to approve the Disclosure Statement together with the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice **concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 8 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by counsel for the Debtor,** via U.S. Mail addressed to Christopher W. Terry, BOYER TERRY LLC, Suite 200, Macon, Georgia 31201 or via electronic mail to chris@boyerterry.com; **by counsel for the Committee,** via U.S. Mail addressed to Thomas T. McClendon, JONES & WALDEN LLC, 699 Piedmont Avenue NE, Atlanta, Georgia 30308 or via electronic mail to tmcclendon@joneswalden.com; **and by the Office of the United States Trustee, Middle District of Georgia,** Attn: Elizabeth A. Hardy, 440 Martin Luther King, Jr., Blvd. Suite 302 Macon, Georgia, 31201 **on or before _MARCH 31, 2023_, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, the Plan will be binding on you whether you vote or not.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **In re** | : | **CHAPTER 11** |
| | : | |
| **TERI G. GALARDI,** | : | **CASE NO. 22-50035-JPS** |
| | : | |
| **Debtor.** | : | **Judge James P. Smith** |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $498,228.

*Check one box only:*

☑ Accepts the Plan.

☐ Rejects the Plan.

Dated: 8/29/2023

Signature: _[signature]_

Print or type name: Gabrielle Bates

Title (if corporation or partnership): _____

Address: 4211 NW 24th St.

Lauderhill, FL 33313

**Return this ballot to:**

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201

Thomas T. McClendon, Esq.
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | CASE NO. 22-50035-JPS |
| Debtor. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Filing Ballot for Accepting or Rejecting Plan* (the "Notice") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**   mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**   adudleylaw@gmail.com
- **Evan Owens Durkovic**   ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**   robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**   wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com
- **Whitney Warnke Groff**   wgroff@law.ga.gov
- **Elizabeth A. Hardy**   elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Roy E. Manoll**   kdd@fbglaw.com
- **Louis G. McBryan**   lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**   gnail@pgnlaw.com
- **James D. Silver**   jsilver@kklaw.com, raldama@kklaw.com
- **Ward Stone**   wstone@stoneandbaxter.com, lford-faherty@stoneandbaxter.com; mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com;lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Christopher W. Terry**   chris@boyerterry.com, terrycr40028@notify.bestcase.com

- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

Respectfully submitted this 31st day of March, 2023.

> **JONES & WALDEN LLC**
> /s/ *Thomas T. McClendon*
> Thomas T. McClendon, Georgia Bar No. 431452
> 699 Piedmont Ave. NE, Atlanta, Georgia 30308
> (404) 564-9300
> tmcclendon@joneswalden.com
> Attorney for Committee of Unsecured Creditors