UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | Judge James P. Smith |
| | : | |

## BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 8 claim against the Debtor in the unpaid amount of Dollars: $ 468,446.62

*Check one box only:*

☐ **Accepts the Plan.**

☒ **Rejects the Plan.**

Date: April 3, 2023
Signature: /s/ Joseph Guernsey
Print or type name: Joseph Guernsey (claim #110)
Title (if corporation or partnership): dba Red Shield Funding
Address: 1616 Ocean Drive
#101
Vero Beach, FL 32963

Return this ballot to:

Kyle George
Clerk, United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

*with a copy to:*

| | |
|---|---|
| Christopher W. Terry | Thomas T. McClendon, Esq. |
| Boyer Terry LLC | Jones & Walden LLC |
| 348 Cotton Avenue, Suite 200 | 699 Piedmont Avenue, NE |
| Macon, GA 31201 | Atlanta, GA 30308 |