# United States Bankruptcy Court

## Middle District of Georgia

Date: 4/10/23

In re:

   Teri G. Galardi
   2146 Highway 42 South
   Flovilla, GA 30216

Debtor(s)

Case No. 22–50035–JPS

Chapter 11

Re: 309; Order on Chapter 11 Joint Disclosure Statement and Joint Amended Chapter 11 Plan. Hearing on Disclosure Statement and Confirmation scheduled for 4/11/2023 at 11:00 AM at Macon Courtroom A. Last day to oppose Disclosure Statement and object to Confirmation of Chapter 11 Plan is 3/31/2023. Attorney Certificate of Service Due by 3/3/2023. Signed on 2/28/2023. (Bryan, M.) (Entered: 02/28/2023)

Dear Mr. Terry,

I am following up on Number 5 in the above–mentioned Order. It stated: At least three (3) day's prior to the scheduled hearing on confirmation of the Plan, Debtor's attorney shall file a Summary of Voting on the Plan indicating all ballots cast have been tabulated by the Debtor and the resulting vote for each class designated in the Plan.

The Clerk's office does not show this has been filed.

Thank you for your attention to this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court

478–749–6811