**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

IN RE:

TERI G. GALARDI,

        Debtor.

**CHAPTER 11**

**CASE NO. 22-50035-JPS**

**BALLOT CERTIFICATION AND SUMMARY OF THE VOTING ON**
**JOINT PLAN OF REORGANIZATION**

Teri G. Galardi, as debtor and debtor in possession in the above-captioned case

("Debtor"), and the Official Committee of Unsecured Creditors (the "Committee"), by and

through the undersigned counsel, and in accordance with BLR 3018-1 MDGA, hereby files this

"Ballot Certification and Summary of the Voting on the Joint Plan of Reorganization, as

Amended" (the "Summary").  In support of the Summary, Debtor and Committee show the

Court as follows:

        Tabulated as of:                         April 10, 2023

        Confirmation Hearing to be held:      April 11, 2023

A summary of the voting is set forth on the next page.  Counsel for the Debtor and

Committee certify that all ballots filed and maintained by the Bankruptcy Court and/or received

and maintained by Counsel for the Debtor or Committee were counted and tallied in the class for

which those ballots were cast. [1]

---

[1] All ballots were counted. The ballots of Red Shield Funding (rejecting) (Doc. No. 389) and the
Internal Revenue Service (accepting) (Doc. Nos. 395 and 396) were late-filed, but have been
counted regardless.

IN RE: TERI G. GALARDI

U.S BANKRUPTCY COURT FOR MIDDLE DISTRICT OF GEORGIA

CHAPTER 11 BANKRUPTCY CASE NO. 22-50035-JPS

**BALLOT SUMMARY**

| Class | Description | Type | Impaired | Total # Claims | Total $ Claims | Votes Accept | Votes Reject | Amount of Votes $ Accept | Amount of Votes $ Reject | Class Vote |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Non-Priority Tax Claims | N/A | No | 0 | $ - | 0 | 0 | $ - | $ - | Deemed Accepted |
| 2 | AgSouth Farm Credit | Secured | No | 1 | $ 235,854.59 | 1 | 0 | $ 235,854.59 | $ - | Accepted |
| 3 | Business First Bank | Secured | No | 1 | $ 717,075.47 | 0 | 0 | $ - | $ - | Deemed Accepted |
| 4A | Wells Fargo Bank | Secured | No | 1 | $ 502,384.28 | 0 | 0 | $ - | $ - | Deemed Accepted |
| 4B | Wells Fargo Bank | Secured | No | 1 | $ 539,657.41 | 0 | 0 | $ - | $ - | Deemed Accepted |
| 5 | Power Financial | Unsecured | No | 1 | $ 2,163,595.10 | 0 | 0 | $ - | $ - | Deemed Accepted |
| 6 | IRS | Secured | Yes | 1 | $ 12,422,093.66 | 1 | 0 | $ 12,422,093.66 | $ - | Accepted |
| 7 | Trop Inc. Claimants | Secured | No | 0 | $ - | 0 | 0 | $ - | $ - | Deemed Accepted |
| 8 | General Unsecured | Unsecured | Yes | 78 | $ 25,795,021.08 | 53 | 0 | $ 19,948,607.06 | $ - | Accepted |
| 9 | JEG Family Trust/ | Unsecured | Yes | 2 | $ 1,896,700.40 | 0 | 0 | $ - | $ - | Rejected |
| 10 | Red Shield Funding | Contested | Yes | 1 | $ 468,446.62 | 0 | 1 | $ - | $ 468,446.62 | Rejected |
|  |  |  |  | 87 |  | 55 | 1 | $ 32,606,555.31 | $ 468,446.62 |  |

*Class 10 - The Ballot of Red Shield Funding rejecting the plan was late-filed.*

Respectfully submitted this 10th day of April, 2023.

**BOYER TERRY LLC**

*/s/ Christopher W. Terry*
Christopher W. Terry
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com
Counsel for Debtor

**JONES & WALDEN, LLC**

*/s/ Thomas T. McClendon*
Leon S. Jones
Georgia Bar No. 003980
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
Attorneys for Committee of Unsecured
Creditors

**MCBRYAN, LLC**

*/s/ Louis G. McBryan*
Louis G. McBryan
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, Georgia 30328
(678) 733-9322
lmcbryan@mcbryanlaw.com
Counsel for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

IN RE:

TERI G. GALARDI,

       Debtor.

CHAPTER 11

CASE NO. 22-50035-JPS

### CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing *Ballot Certification and Summary of the Voting on Debtor's Plan of Reorganization as Modified or Amended* ("Summary") was electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Summary to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Michael Akemon**   mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**   adudleylaw@gmail.com
- **Evan Owens Durkovic**   ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**   robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**   wgeer@rlkglaw.com,
  notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.
  com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emille
  r@rlkglaw.com
- **Whitney Warnke Groff**   wgroff@law.ga.gov
- **Elizabeth A. Hardy**   elizabeth.a.hardy@usdoj.gov,
  Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Leon Strickland Jones**   ljones@joneswalden.com,
  arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@
  joneswalden.com,jwdistribution@joneswalden.com
- **Brian K. Jordan**   ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**   christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**   jonathan@loegel.com
- **Roy E. Manoll**   kdd@fbglaw.com
- **Louis G. McBryan**   lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Thomas McClendon**   tmcclendon@joneswalden.com,
  jwdistribution@joneswalden.com
- **Garrett A. Nail**   gnail@pgnlaw.com
- **James D. Silver**   jsilver@kklaw.com, raldama@kklaw.com
- **Ward Stone**   wstone@stoneandbaxter.com,
  lford@stoneandbaxter.com;mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com;l
  chapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Christopher W. Terry**   chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

This 10th day of April, 2023.

**BOYER TERRY LLC**

*/s/ Christopher W. Terry*
Christopher W. Terry
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com
Counsel for Debtor