**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **In re** | : | **CHAPTER 11** |
| | : | |
| **TERI G. GALARDI,** | : | **CASE NO. 22-50035-JPS** |
| | : | |
| **Debtor.** | : | **Judge James P. Smith** |
| | : | |

**STATUS REPORT FOR PLAN DEPOSITS**

      This Status Report is filed by Boyer Terry LLC in compliance with the proposed *JOINT CHAPTER 11 PLAN OF REORGANIZATION OF TERI G. GALARDI AND THE COMMITTEE OF UNSECURED CREDITORS* confirming the balance of funds held on deposit in the IOLTA account maintained by Boyer Terry LLC for the benefit of the Debtor Teri G. Galardi.

      Boyer Terry LLC is currently holding the following deposits in trust:

| | | |
|---|---|---|
| 1. | Net Proceeds from the sale of 4730 Frontage Road: | $1,382,120.50 |
| 2. | Net Proceeds from the sale of Red Eyed, Inc.: | $ 500,000.00 |
| 3. | Proceeds of Adams Promissory Note: | $ 250,000.00 |
| 4. | Net Proceeds from the sale of 2121 Highland Avenue: | $ 734,189.25 |
| 5. | Net Proceeds from the sale of Tract B (6.45 Acres): | $ 520,007.50 |
| 6. | Net proceeds from the sale of 504-506 SE 11th Court: | $ 749,960.10 |
| 7. | Proceeds from Resolution of Potential Avoidance Actions: | $2,500,000.00 |
| | **TOTAL BALANCE:** | **$6,636,277.35** |

      This 10th day of April 2023.

                            */s/ Christopher W. Terry*
                            Christopher W. Terry
                            Georgia Bar No. 702484

BOYER | TERRY LLC
348 Cotton Avenue
Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com                Counsel for Debtor.