# In re: TERI GALARDI
## US Bankruptcy Court for Middle District of Georgia
## Chapter 11 Bankruptcy, Case No. 22-50035-JPS

## CHAPTER 11 PLAN SUMMARY

**Administrative Claims:**

| | | Claim Amount | Payment Term | Plan Payment |
|---|---|---|---|---|
| Unclassified | Est. of Administrative Claims: | $ 15,000.00 | Effective Date | $ 15,000.00 |

**Priority Claims:**

| | | Claim Amount | Payment Term | Plan Payment |
|---|---|---|---|---|
| Unclassified | Priority Tax Claims: | $ 1,702,760.74 | Annually | $ 425,034.38 |
| Class 1: | Non-Priority Tax Claims | $ - | Effective Date | $ - |
| | **Total Priority Claims:** | **$ 1,702,760.74** | | |

**Secured Claims:**

| | | Claim Amount | Payment Term | Plan Payment |
|---|---|---|---|---|
| Class 2: | Ag South Farm Credit | $ 235,854.59 | Monthly | $ 6,504.84 |
| Class 3: | Business First Bank | $ 717,075.47 | Monthly | $ 11,574.60 |
| Class 4A: | Wells Fargo Bank | $ 502,384.28 | Monthly | $ 4,674.66 |
| Class 4B: | Wells Fargo Bank | $ 549,647.41 | Monthly | $ 2,061.17 |
| Class 6: | IRS Estate Tax Claim | $ 12,474,940.60 | Annually | $ 1,776,150.89 |
| Class 7: | Trop Inc. Claimants | $ 1,168,000.00 | JPG&G Closing | Paid |
| | **Total Secured Claims:** | **$ 15,647,902.35** | | |

**Unsecured Claims:**

| | | Claim Amount | Payment Term | Estimate of Payment |
|---|---|---|---|---|
| Class 5: | Power Financial Credit Union | $ 2,181,000.00 | Monthly | 3rd Party Payments |
| Class 8: | Unsecured Claims | $ 23,925,355.92 | Pro-Rata Trust | $ 10,000,000.00 |
| Class 9: | Jack Jr. Claims | $ 1,896,700.40 | Monthly | $ 9,160.37 |
| | **Total Unsecured Claims:** | **$ 28,003,056.32** | | |

**In re: TERI GALARDI**
**US Bankruptcy Court for Middle District of Georgia**
**Chapter 11 Bankruptcy, Case No. 22-50035-JPS**

## SUMMARY OF ADMINISTRATIVE, PRIORITY & SECURED CLAIMS

**Administrative Claims:**

Unclassified:

| Claim No. | Claim Holder Name | Claim Amount | | One-Time Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| | US Trustee Fees | $ | 15,000.00 | $ | 15,000.00 | Estimate of US Trustee Fee |
| | | **$** | **15,000.00** | **$** | **15,000.00** | |

**Priority Tax Claims:**

Unclassified:

| Claim No. | Claim Holder | Claim Amount | | Annual Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| 35 | IRS 1041 Tax Liability | $ | 1,382,049.77 | $ | 339,348.27 | 5 Annual Payments |
| 121 | GDOR - State Income Tax | $ | 320,710.97 | $ | 85,686.11 | 5 Annual Payments |
| | | **$** | **1,702,760.74** | **$** | **425,034.38** | |

**Classified Secured Claims:**

Class 2:

| Claim No. | Claim Holder | Claim Amount | | Monthly Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| 1 | Ag South Farm Credit | $ | 235,854.00 | $ | 6,504.84 | 201 Fawn Road, Butts County, GA<br>51.97 Acres, Landlocked, Butts County, GA<br>13.02 Acres, Butts County, GA |

Class 3:

| Claim No. | Claim Holder | Claim Amount | | Monthly Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| 122 | Business First Bank | $ | 717,075.41 | $ | 11,574.60 | 1837 Corporate Blvd. NE, Brookhaven, GA 30329 |

Class 4A:

| Claim No. | Claim Holder | Claim Amount | | Monthly Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| 111 | Wells Fargo Bank | $ | 502,384.28 | $ | 4,674.66 | 15820 SW 53 Court, Southwest Ranches, FL 33331 |

Class 4B:

| Claim No. | Claim Holder | Claim Amount | | Monthly Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank | $ | 549,647.41 | $ | 2,061.17 | 2146 Highway 42 South, Flovilla, GA 30216 |

Class 6:

| Claim No. | Claim Holder | Claim Amount | | Annual Payment | | Notes/Collateral |
|---|---|---|---|---|---|---|
| 35 | IRS - Estate Tax Liability | $ | 12,474,940.60 | $ | 1,776,150.89 | See Class 6 Estate Tax Claim Collateral (See Page 4) |

Class 7:

| Claim No. | Claim Holder | Claim Amount | | One Time Payment | Notes/Collateral |
|---|---|---|---|---|---|
| 58-94 | Trop Inc. Claimants | $ | 1,168,000.00 | Paid | 4766 Frontage Road, Forest Park, Georgia (JPG&G) |

Class 10:

| Claim No. | Claim Holder | Claim Amount | | Monthly Payment | Notes/Collateral |
|---|---|---|---|---|---|
| 101 & 110 | Red Shield Funding | $ | 468,000.00 | Disputed/Contested | Preference Action - Treated as Unsecured Class 8 Claim |

# In re: TERI GALARDI
## US Bankruptcy Court for Middle District of Georgia
## Chapter 11 Bankruptcy, Case No. 22-50035-JPS

## SUMMARY OF UNSECURED CLAIMS - CLASSES 5, 8 & 9

| Class 5: | Unsecured Power Financial Claim | $ | 2,181,000.00 |
|---|---|---|---|

| Claim No. | Claim Holder | Claim Amount | Monthly Payment |
|---|---|---|---|
| 96 | Power Financial - Guaranty | $ 2,181,000.00 | Paid by 3rd Party |

| Class 8: | General Unsecured Claims | $ | 23,925,355.92 |
|---|---|---|---|

| Claim No. | Creditor Name | Claim Amount | Est. Distribution |
|---|---|---|---|
| 35 | IRS | $ 1,214,972.62 | $ 507,817.99 |
| 121 | GDOR | $ 22,064.89 | $ 9,222.39 |
| 34 | Discover Bank | $ 6,868.88 | $ 2,870.96 |
| 36 | American Express | $ 18,265.84 | $ 7,634.51 |
| 37 | American Express | $ 2,196.97 | $ 918.26 |
| 42 | Verizon | $ 83.48 | $ 34.89 |
| 107 | Jackie Galardi Torres | $ 140,285.00 | $ 58,634.45 |
| 119 & 120 | American Arbitration Association | $ 18,780.00 | $ 7,849.41 |
| Numerous | FLSA Claimants | $ 22,501,838.24 | $ 9,405,017.14 |
| | | $ 23,925,355.92 | $10,000,000.00 |

| Class 9: | Unsecured Jack Jr. Sub-Trust Claims | $ | 1,896,700.40 |
|---|---|---|---|

| Claim No. | Creditor Name | Claim Amount | Est. Monthly Payment |
|---|---|---|---|
| 112 | Jack Jr. Sub-Trust (Mortgage) | $ 843,509.20 | $ 4,073.84 |
| 113 | Jack Jr. Sub-Trust (Prom. Note) | $ 1,053,191.20 | $ 5,086.53 |
| | | $ 1,896,700.40 | $ 9,160.37 |

**In re: TERI GALARDI**
**US Bankruptcy Court for Middle District of Georgia**
**Chapter 11 Bankruptcy, Case No. 22-50035-JPS**

### CLASS 6 ESTATE TAX CLAIM - "IRS Lien Property"

**Class 6 IRS Estate Tax Claim:**          **$12,474,940.60**

**Real Property:**

| Property Description | | Est. of Value | Ownership | Liens | | Equity |
|---|---|---|---|---|---|---|
| **Teri G. Galardi (100%) Property:** | | | | | | |
| S Highway 42, Flovilla, GA 30216 (30 acres) | $ | 187,500.00 | 100% | | $ | 187,500.00 |
| Highway 42 South Behind House, Flovilla, GA (101.79 acres) | $ | 305,370.00 | 100% | | $ | 305,370.00 |
| S Highway 42, Flovilla, GA 30216 (51.71 acres) | $ | 258,550.00 | 100% | | $ | 258,550.00 |
| S Highway 42, Flovilla, GA 30216 (55.6 acres) | $ | 278,000.00 | 100% | | $ | 278,000.00 |
| 245 Mt Vernon Church Road, Flovilla, GA (9.79 acres) | $ | 116,007.00 | 100% | | $ | 116,007.00 |
| **Teri G. Galardi & Michael Porter Property:** | | | | | | |
| 263 N. Mulberry, Jackson, GA 30233 (House) | $ | 300,000.00 | 50% (100% Pledged) | | $ | 300,000.00 |
| 414 Hwy 87 South, Flovilla, GA 30216 (House) | $ | 225,000.00 | 50% (100% Pledged) | | $ | 225,000.00 |
| 567 Fawn Road, Flovilla, GA 30216 (2.01 acres) | $ | 18,090.00 | 50% (100% Pledged) | | $ | 18,090.00 |
| Fawn Road, Flovilla, GA 30216 (13.02 acres) | $ | 78,120.00 | 50% (100% Pledged) | | $ | 78,120.00 |
| Fawn Road, Flovilla, GA 30216 (1.92 acres) | $ | 17,280.00 | 50% (100% Pledged) | | $ | 17,280.00 |
| Fawn Road, Flovilla, GA 30216 (4.8 acres) | $ | 38,400.00 | 50% (100% Pledged) | | $ | 38,400.00 |
| Fawn Road, Flovilla, GA 30216 (13.02 acres) | $ | 66,402.00 | 50% (100% Pledged) | | $ | 66,402.00 |
| 2470 HWY 42 South, Flovilla, Ga 30216 (2.01 acres) | $ | 18,090.00 | 50% (100% Pledged) | | $ | 18,090.00 |
| 2147 HWY 42 South, Flovilla, GA 30216 (5 acres) | $ | 84,285.00 | 50% (100% Pledged) | | $ | 84,285.00 |
| Mt. Vernon Church Road, Flovilla, GA 30216 (21.63 acres) | $ | 93,009.00 | 50% (100% Pledged) | | $ | 93,009.00 |
| 2460 HWY 42 South, Flovilla GA 30216 (5.75 acres) | $ | 122,220.00 | 50% (100% Pledged) | | $ | 122,220.00 |
| Land Locked Parcel, Flovilla, GA 30216 (51.97 acres) | $ | 155,910.00 | 50% (100% Pledged) | | $ | 155,910.00 |
| **Circle G. Ranch Holdings Property:** | | | | | | |
| 201 Fawn Road, Flovilla, GA (129.76 acres) | $ | 450,660.00 | 100% | $ 235,000.00 | $ | 215,660.00 |
| Mt Vernon Church Road (100 acres) | $ | 300,000.00 | 100% | | $ | 300,000.00 |
| 309 Fawn Road, Flovilla, GA (53.09 acres) | $ | 425,189.00 | 100% | | $ | 425,189.00 |
| Fawn Road, Flovilla, GA (43.91 acres) | $ | 153,685.00 | 100% | | $ | 153,685.00 |
| Mt Vernon Church Road, Flovilla, GA (40.33 acres) | $ | 181,485.00 | 100% | | $ | 181,485.00 |
| 2366 S Highway 42, Flovilla, GA (25 acres) | $ | 125,000.00 | 100% | | $ | 125,000.00 |
| 2366 S Highway 42, Flovilla, GA (30 acres) | $ | 253,333.00 | 100% | | $ | 253,333.00 |
| 2236 S Highway 42, Flovilla, GA (3.48 acres) | $ | 160,796.00 | 100% | | $ | 160,796.00 |
| S Highway 42, Flovilla, GA (32.08 acres) | $ | 160,400.00 | 100% | | $ | 160,400.00 |
| S Highway 42, Flovilla, GA (2.16 acres) | $ | 19,440.00 | 100% | | $ | 19,440.00 |
| Fawn Road (Land) (4.12 acres) | $ | 28,016.00 | 100% | | $ | 28,016.00 |
| **Business Owned Property:** | | | | | | |
| 18100 Royal Tree Pkwy, Naples, FL (GC - 97 Acres) | | | | | | |
| 18100 Royal Tree Pkwy, Naples, FL (GC - 54 Acres) | $ | 3,240,000.00 | Jack E. Galardi, LLC | $ 1,900,000.00 | $ | 1,340,000.00 |
| 18047 Royal Hammock Blvd, Naples, FL (Retaining Pond) | | | | | | |
| 2555 Chantilly Drive, Atlanta, GA (Office) | $ | 800,000.00 | 2555 Chantilly, LLC | $ 320,000.00 | $ | 480,000.00 |
| **Operating Entities:** | | | | | | |
| Galardi Eagle Lakes, LLC (Golf Course) | $ | 2,000,000.00 | 100% | | $ | 2,000,000.00 |
| 2555 Chantilly, LLC  (Mgt Company) | $ | 376,000.00 | 100% | | $ | 376,000.00 |
| Trop, Inc. (Pink Pony) | $ | 3,000,000.00 | 100% | | $ | 3,000,000.00 |
| Country Club, Inc. - Georgia (GoldRush) | $ | 2,000,000.00 | 100% | | $ | 2,000,000.00 |
| Candy, Inc. | $ | 150,000.00 | 100% | | $ | 150,000.00 |
| | | | **Total Value of IRS Collateral:** | | **$** | **13,731,237.00** |

**In re: Teri G. Galardi**
**U.S. Bankruptcy Court for the Middle District of Georgia**
**Chapter 11 Bankruptcy, Case No. 22-500035-JPS**

## FLSA CLAIMS

### Bain v. Fly Low (Miami Dade Co. 2018-029725)

| Claim No. | Creditor | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|
| 2 | Shanice Bain | $ 338,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 3 | Yashika Bain | $ 488,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 4 | Netonia Bell | $ 226,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 5 | Yamilee Bennett | $ 346,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 6 | Maria Bush | $ 236,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 7 | Princess Callahan | $ 480,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 8 | Jessica Chatman | $ 362,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 9 | Quina Dopoe | $ 516,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 10 | Shadana Deleston | $ 532,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 11 | Shanrika Duhart | $ 338,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 12 | Belinda Harris | $ 340,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 13 | Crystyona Hartzog | $ 52,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 14 | Sasha Hollins | $ 228,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 15 | Kitrea Jackson | $ 308,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 16 | Ronika Jones | $ 126,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 17 | Abri Leahong | $ 532,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 18 | Queen Lewis | $ 244,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 19 | Montoyo Minnis | $ 432,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 20 | Tania Ramessar | $ 440,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 21 | Jennifer Ridley | $ 160,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 22 | Aida Simmons | $ 516,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 23 | Seleta Stanton | $ 226,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 24 | Aisha Taliaferro | $ 40,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 25 | Marsha Taylor | $ 296,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 26 | Brittany Walker | $ 268,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 27 | Keesha Weems | $ 106,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 28 | Africa Williams | $ 480,000.00 | CC/Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 51 | Marqueta Ward | $ 538,828.00 | Mutepe Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 52 | Brittany Gregory | $ 24,652.32 | Mutepe Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 53 | Gabrielle Bates | $ 498,228.00 | Mutepe Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 54 | Ashley Armstrong | $ 200,739.84 | Mutepe Akemon | Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 97 | Astrid Gabbe | $ 346,240.00 | Astrid Gabbe | Contingency fees in Bain v. Fly Low / Miami Dade Co 2018-029725 |
| 55 | Estate of Harland Miller | $ 170,650.00 | Sarah Riedel | Attorneys fees in Bain v. Fly Low / Miami Dade Co 2018-029725 |
| | | $ 10,435,338.16 | | |

### Milner v. Fly Low (Distric Court, Florida 20-cv-23230

| Claim No. | Creditor | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|
| 38 | Angela Milner | $ 838,576.00 | Ainsworth Dudley | Milner v. Fly Low / USDC FL Case 20-cv-23230 |
| 39 | Marleeka Williams | $ 479,791.00 | Ainsworth Dudley | Milner v. Fly Low / USDC FL Case 20-cv-23230 |
| 40 | Ebony Mayfield | $ 727,542.00 | Ainsworth Dudley | Milner v. Fly Low / USDC FL Case 20-cv-23230 |
| 41 & 106 | Rasheedah Mays | $ 686,578.00 | Ainsworth Dudley | Milner v. Fly Low / USDC FL Case 20-cv-23230 |
| | | $ 2,732,487.00 | | |

### Moore v. Galardi (District Court, Florida 21-21025

| Claim No. | Creditor | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|
| 47 | Desiree Jones | $ 365,532.00 | Mutepe Akemon | Moore v. Galardi / USDC FL Case (KOD) 21-21025 |
| 48 | Cassandra St. Fleur | $ 188,586.00 | Mutepe Akemon | Moore v. Galardi / USDC FL Case (KOD) 21-21025 |
| 49 | Brandi Robertson | $ 310,720.00 | Mutepe Akemon | Moore v. Galardi / USDC FL Case (KOD) 21-21025 |
| 50 | Tramaine Moore | $ 432,864.00 | Mutepe Akemon | Moore v. Galardi / USDC FL Case (KOD) 21-21025 |
| | | $ 1,297,702.00 | | |

### Darden v. Fly Low (20-cv-20592)

| Claim No. | Creditor | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|
| 57 | Astrid Gabbe | $ 163,956.32 | Astrid Gabbe | Atty Fees - Contingency Fees |
| 105 | Astrid Gabbe | $ 67,170.77 | Astrid Gabbe | Contingency Fees |
| 101 & 110 | Alexis King | $ 304,490.30 | Astrid Gabbe | 65% Interest in Final Judgment? |
| | | $ 535,617.39 | | |

**Arbitration Awards**

| Claim No. | Creditor | | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|---|
| 29 | Marquesha Holmes | $ | 152,053.00 | Mutepe Akemon | Arbitration Award / Griffin and Holmes v. Galardi (KOD) |
| 30 & 109 | Elliandria Griffin | $ | 152,053.00 | Mutepe Akemon | Arbitration Award / Griffin and Holmes v. Galardi (KOD) |
| 31 | Lakeisha Fenner | $ | 458,739.84 | Mutepe Akemon | Arbitration Award / Fenner v. Galardi (KOD) |
| 32 | Lygia Simmons | $ | 68,622.72 | Mutepe Akemon | Arbitration Award / Simmons v. Galardi (KOD) |
| 44 | Diana Smith | $ | 483,896.00 | Mutepe Akemon | Arbitration Award / Smith v. Galardi (KOD) |
| 45 | Marei Kahey | $ | 544,046.16 | Mutepe Akemon | Arbitration Award / Kahey v. Galardi (KOD) |
| 102 | Apeatsiwa Shaw-Taylor | $ | 300,000.00 | Mutepe Akemon | Arbitration Award/ Shaw-Taylor v. Galardi (FMWA) |
| | | **$** | **2,159,410.72** | | |

**Miscellaneous Claims**

| Claim No. | Creditor | | Amount Claimed | Attorney/Filer | Notes |
|---|---|---|---|---|---|
| 33 | Mutepe Akemon | $ | 229,911.45 | Mutepe Akemon | Attorneys fees: (1) Bain v. Galardi, (2) Fenner v. Galardi, (3) Darden et al. v. Galardi, (4) Simmons v. Galardi |
| 56 | Ameera Brewer | $ | 838,575.20 | Pro Se | Pro Se; claims wages for KOD (attaches letter signed by Mutepe with calculations |
| 95 | Jammie Parker | $ | 366,475.20 | Pro Se | Pro Se; claims wages for KOD (attaches letter signed by Astrid with calculations |
| 116 | Krystall Wright | $ | 328,108.00 | Ainsworth Dudley | Violations of FMWA/Post-Petition Letter to LGM |
| 117 | Latoya Hughes | $ | 727,560.00 | Ainsworth Dudley | Violations of FMWA/Post-Petition Letter to LGM |
| 118 | Addie Brooks | $ | 727,560.00 | Ainsworth Dudley | Violations of FMWA/Post-Petition Letter to LGM |
| 100 & 114 | Tiffany Thompson | $ | 368,787.84 | Pro Se | claims wages at KOD (attaches letter signed by Astrid with calculations) |
| 104 & 115 | Jenisee Long | $ | 383,832.96 | Pro Se | claims wages at KOD (attaches letter signed by Astrid with calculations) |
| 98 | Shakir Williams | $ | 229,137.60 | Astrid Gabbe | FL minimum wage claim (attaches letter signed by Astrid with calculations) |
| 99 | Jocelyn Johnson | $ | 116,644.80 | Astrid Gabbe | FL minimum wage claim (attaches letter signed by Astrid with calculations) |
| 103 | Marissa Walker | $ | 840,296.00 | Mutepe Akemon | violations of FMWA (attaches letter signed by Mutepe with calculations) |
| 100 | Tiffany Thompson | $ | 184,393.92 | Astrid Gabbe | FL minimum wage claim (attaches letter signed by Astrid with calculations) |
| | | **$** | **5,341,282.97** | | |

| | | | | |
|---|---|---|---|---|
| | **Total Entertainer Claims:** | **$** | **22,501,838.24** | |

Represents duplicative claims.

## In re: TERI GALARDI
## US Bankruptcy Court for Middle District of Georgia
## Chapter 11 Bankruptcy, Case No. 22-50035-JPS

### SUMMARY OF GALARDI CREDITORS TRUST

| | |
|---|---|
| Estimate of Total Allowed Class 8 Unsecured Claims: | $23,925,355.92 |
| **VALUE OF TRUST ASSETS:** | **$10,000,000.00** |
| Estimate of % Recovery for Unsecured Claims: | 42% |

### VALUE OF TRUST ASSETS

| Description of Trust Assets - Property | Est. of Value | Liens | Est. Expenses | Est. Net Proceeds |
|---|---|---|---|---|
| 18511 Royal Hammock Blvd, Naples, FL | $ 640,000.00 | $ - | $ (44,800.00) | $ 595,200.00 |
| 4766 Frontage Road, Forest Park, Georgia | $ 400,000.00 | $ - | $ (40,000.00) | $ 360,000.00 |
| | | | **Value of Trust Property:** | **$ 955,200.00** |
| **Closed Sales of Property/Assets:** | | | | |
| 4730 Frontage Road, Forest Park, Georgia | $ 2,550,543.82 | $ (1,168,423.32) | $ - | $ 1,382,120.50 |
| Red Eyed, Inc. (Stock Sale) | $ 500,000.00 | $ - | $ - | $ 500,000.00 |
| Secured Promissory Note re: JGP&P/Red Eyed Closing | $ 250,000.00 | $ - | $ - | $ 250,000.00 |
| 2121 Highland Avenue (Vegas Office) | $ 830,000.00 | $ - | $ (95,810.75) | $ 734,189.25 |
| Tract B, Golf Course Frontage, Naples FL | $ 860,000.00 | $ (272,379.38) | $ (67,613.12) | $ 520,007.50 |
| 504-506 SE 11 Court, Fort Lauderdale, FL | $ 835,000.00 | $ - | $ (85,039.90) | $ 749,960.10 |
| | | | **Net Proceeds of Liquidated Property:** | **$ 4,136,277.35** |

| | | |
|---|---|---|
| **Value of Property and Sale Proceeds:** | **$** | **5,091,477.35** |
| **Deposit from Resolution of Potential Avoidance Actions:** | **$** | **2,500,000.00** |
| **Estimate of GCT Promissory Note Payment:** | **$** | **2,408,522.65** |
| | **$** | **10,000,000.00** |

**Properties Securing GCT Promissory Note to Fund Final Trust Payment:**

| Description of Property | Est. of Value | Liens |
|---|---|---|
| 2608 Metropolitan Pkwy, Atlanta, GA (Gold Rush) | $ 2,000,000.00 | $ (265,000.00) |
| 760 Piedmont Road, Atlanta, GA (Rental Property) | $ 976,700.00 | $ - |
| 1837 Corp. Blvd. NE, Brookhaven, GA 30329 (Pink Pony) | $ 1,538,800.00 | $ (717,075.00) |
| | $ 4,515,500.00 | $ (982,075.00) |