IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-50035-JPS |
| **TERI G. GALARDI.** | CHAPTER: 11 |
| Debtor. | JUDGE: Honorable James P. Smith |
| | CONTESTED MATTER |

### NOTICE OF WITHDRAWAL OF OBJECTION TO JOINT CHAPTER 11 PLAN OF REORGANIZATION OF TERI G. GALARDI AND THE COMMITTEE OF UNSECURED CREDITORS

COMES NOW Wells Fargo Bank, N.A. , hereinafter "Creditor," through counsel, Aldridge Pite, LLP, who hereby gives notice of its withdrawal of its *Objection to the Joint Chapter 11 Plan of Reorganization of Teri G. Galardi and the Committee of Unsecured Creditors* [Docket Entry No. 377], filed March 28, 2023.

Dated: April 10, 2023

*/s/ Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Wells Fargo Bank, N.A.
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Notice of Withdrawal of Objection to the Joint Chapter 11 Plan of Reorganization of Teri G. Galardi and the Committee of Unsecured Creditors* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following Parties have been served by the Court by virtue of their participation in the CM/ECF system:

| | |
|---|---|
| Christopher W. Terry | Louis G. McBryan |
| Elizabeth A. Hardy | Robert G. Fenimore |
| Leon Strickland Jones | Thomas McClendon |

The following parties have been served via U.S. Mail:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Dated: April 10, 2023

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Wells Fargo Bank, N.A.
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com