# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | Case No. 22-50035-jps |
| | ) | |
| Debtor. | ) | |

## WITHDRAWAL OF THE OBJECTION TO CONFIRMATION OF PLAN

COMES NOW the Georgia Department of Revenue ("GDOR"), by and through Counsel, Christopher M. Carr, Attorney General of the State of Georgia, and withdraws the Objection to Confirmation of the Amended Plan [Docs. 321, 341].

Dated: April 10, 2023

                                    Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LOGAN B. WINKLES<br>Deputy Attorney General | 136906 |
| */s/ Brooke Heinz Chaplain*<br>BROOKE HEINZ CHAPLAIN<br>Senior Assistant Attorney General | 927752 |
| */s/ Jonathan Loegel*<br>JONATHAN D. LOEGEL<br>Assistant Attorney General | 755706 |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Jonathan Loegel
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3436
Fax: (404) 657-3239
E-mail: jloegel@law.ga.gov

## CERTIFICATE OF SERVICE

   I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Limited Objection to Confirmation* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**The following parties and/or registered users have been served via CM/ECF:**

Roy E. Manoll, III
Fortson, Bentley and Griffin, PA
2500 Daniell's Bridge Road,
Building 200,
Suite 3A
Athens, GA 30606

Evan Owens Durkovic
Aldridge Pite, LLP
Fifteen Piedmont Center,
3575 Piedmont Road N.E.,
Ste 500
Atlanta, GA 30305

Leon Strickland Jones
Jones & Walden, LLC
699 Piedmont Avenue, N.E.
Atlanta, GA 30308

Thomas McClendon
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

James D. Silver
Kelley Kronenberg
10360 West State Road 84
Fort Lauderdale, FL 33324

Ward Stone, Jr.
Stone & Baxter, LLP
577 Third Street
Macon, GA 31201

Garrett A. Nail
Portnoy, Garner & Nail
3350 Riverwood Pkwy
Suite 460
Atlanta, Georgia 30339

Ainsworth G Dudley
Ainsworth G. Dudley Attorney at Law
4200 Northside Parkway, Bldg 1,
Suite 200
Atlanta, GA 30327

Will Bussell Geer
Rountree, Leitman, Klein & Geer, LLC
Century I,
2987 Clairmont Road,
Suite 350
Atlanta, GA 30329

Michael Akemon
The Richards Law Group
3382 Harvester Woods Rd.
Decatur, GA 30034

Christina T. Lanier
DOJ-Tax
PO Box 14198,
Ben Franklin Station
Washington, DC 20044

Louis G. McBryan
McBRYAN, LLC
6849 Peachtree Dunwoody Road
Building B-3
Suite 100
ATLANTA, GA 30328

Christopher W. Terry
Boyer Terry LLC
348 Cotton Avenue
Suite 200
Macon, GA 31201

Robert M. Matson
Chapter 7 Trustee
P.O. Box 309
Macon, GA 31202

Robert G. Fenimore
Office of U.S. Trustee
440 Martin Luther King Jr. Boulevard,
Suite 302
Macon, GA 31201

Elizabeth A. Hardy
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd,

Suite 302
Macon, GA 31201

**The following parties have been served via U.S. Mail:**

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Dated: March 13, 2023

                                              */s/ Jonathan Loegel*
                                              Assistant Attorney General