# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| TERI G. GALARDI, ) | Case No: 22-50035-JPS |
| ) | |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL

Please take notice that an Objection to Confirmation [Doc. 303] was filed on February 21, 2023 by AgSouth Farm Credit, ACA by and through its attorney, in the above referenced case.

The reasons for AgSouth Farm Credit, ACA having filed the Objection to Confirmation have been resolved, Movant hereby withdraws its Objection to Confirmation.

This 11th day of April, 2023.

                FORTSON, BENTLEY & GRIFFIN, P.A.

                By: /s/ Roy E. Manoll, III
                   Roy E. Manoll, III
2500 Daniell's Bridge Road       State Bar No: 469710
Building 200, Suite 3A         Attorney for Movant
Athens, Georgia 30606         AgSouth Farm Credit, ACA
(706) 548-1151
rem@fbglaw.com

01376445.1/020297-000013

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the Notice of Withdrawal Objection to Confirmation of the Joint Chapter 11 Plan of Reorganization of Teri G. Galardi and the Official Committee of Unsecured Creditors and Joint Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Teri G. Galardi and the Official Committee of Unsecured Creditors on the individuals listed below by CM/ECF and by placing a copy of same in the U.S. Mail in an envelope with adequate postage thereon and addressed to:

The following parties were served by electronic notice:

Debtor's Attorney; Mr. Louis G. McBryan at lmcbryan@mcbryanlaw.com
Debtor's Attorney; Mr. Christopher W. Terry at chris@boyerterry.com
Counsel for Committee for Unsecured Creditors; Leon S. Jones at ljones@joneswalden.com
Counsel for Committee for Unsecured Creditors; Mr. Thomas T. McClendon at tmcclendon@joneswalden.com
Robert G. Fenimore on behalf of the U.S. Trustee at robert.g.fenimore@usdoj.gov; ustp.region21.mc.ect@usdoj.gov
Elizabeth A. Hardy on behalf of the U.S. Trustee at Elizabeth.a.hardy@usdoj.gov; ustp.region21.mc.ecf@usdoj.gov

The following parties were served by standard first-class mail:

Teri G. Galardi
2146 Highway 42 South
Flovilla, Georgia 30216

01344110.1/020297-000013

This 11th day of April, 2023.

                    /s/ Roy E. Manoll, III
                    Roy E. Manoll, III
                    Attorney for AgSouth Farm Credit, ACA