Teri G. Galardi
Schedule of Deposits
March-23

| Date | Name | Purpose | Amount |
|---|---|---|---|
| 3/1/2023 | Back Door Lounge | Note Income Received | 855.24 |
| 3/3/2023 | Costa Rica | Rental Income | 3,570.28 |
| 3/3/2023 | Trop | Salary | 4,489.93 |
| 3/3/2023 | Masters Club | Distributions | 28,637.69 |
| 3/7/2023 | Trop | Rental Income | 5,769.23 |
| 3/7/2023 | US Loan | Note Income Received | 819.65 |
| 3/8/2023 | Central GA EMC | Power Ranch | 215.37 |
| 3/13/2023 | Trop | Rental Income | 5,769.23 |
| 3/15/2023 | Costa Rica | Rental Income | 2,012.75 |
| 3/17/2023 | Trop | Salary | 4,489.93 |
| 3/20/2023 | Trop | Rental Income | 5,769.23 |
| 3/20/2023 | US Loan | Note Income Received | 3,887.40 |
| 3/27/2023 | Trop | Rental Income | 5,769.23 |
| 3/27/2023 | US Loan | Note Income Received | 763.49 |
| 3/27/2023 | US Loan | Note Income Received | 10,227.14 |
| 3/27/2023 | Masters Club | Distributions | 28,637.69 |
| 3/31/2023 | Trop | Salary | 4,489.93 |
| | | **TOTAL DEPOSITS** | **116,173.41** |

Teri G. Galardi
Schedule of Disbursements
March 23

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 3/1/2023 | 3156 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | 156.00 |
| 3/1/2023 | Debit | Pet Supermarket | Veterinary Expense Dogs | 96.61 |
| 3/2/2023 | Debit | Apple.com | Computer and Internet | 6.99 |
| 3/2/2023 | Debit | Apple.com | Computer and Internet | 34.98 |
| 3/2/2023 | Debit | Jimmy Johns | Meals and Entertainment | 5.94 |
| 3/3/2023 | Debit | Apple.com | Computer and Internet | 14.99 |
| 3/3/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 97.73 |
| 3/6/2023 | Debit | Apple.com | Computer and Internet | 2.99 |
| 3/6/2023 | Debit | Apple.com | Office Supplies | 6.99 |
| 3/6/2023 | Debit | Apple.com | Computer and Internet | 9.99 |
| 3/7/2023 | 3157 | City of Flovilla | Utilities - Ranch | 47.57 |
| 3/7/2023 | 3158 | AGSOUTH FARM CREDIT | Note Payments | 3,004.17 |
| 3/7/2023 | 3159 | WELLS FARGO | Note Payments | 3,320.78 |
| 3/7/2023 | 3160 | Business First Bank | Note Payments | 11,574.60 |
| 3/7/2023 | Debit | Whitaker Builders | Supplies Ranch | 104.24 |
| 3/8/2023 | Debit | Laboratory Corporation | Medical Expenses | 130.97 |
| 3/8/2023 | Debit | Shell Service Station' | Meals and Entertainment | 5.89 |
| 3/8/2023 | Debit | Hasty Enterprises | Sewer Ranch | 173.06 |
| 3/8/2023 | Debit | BUC-EE's | Meals and Entertainment | 6.27 |
| 3/9/2023 | Debit | Apple.com | Computer and Internet | 9.99 |
| 3/9/2023 | 3161 | Central Georgia EMC | Utilities | 206.00 |
| 3/9/2023 | 3162 | Central Georgia EMC | Utilities | 81.00 |
| 3/9/2023 | 3163 | Central Georgia EMC | Utilities | 67.80 |
| 3/9/2023 | 3164 | Central Georgia EMC | Utilities | 105.10 |
| 3/9/2023 | 3165 | Central Georgia EMC | Utilities | 179.56 |
| 3/9/2023 | Debit | J & J Preferred Fin. | Insurance Expense Ranch | 3,131.39 |
| 3/10/2023 | Debit | Apple.com | Computer and Internet | 20.98 |
| 3/10/2023 | Debit | Walmart | Groceries | 129.11 |
| 3/10/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 10.05 |
| 3/10/2023 | Debit | Select Intervention | Medical Expenses | 80.00 |
| 3/10/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 30.13 |
| 3/11/2023 | Debit | SQ Butts Mutts | Donation | 30.00 |
| 3/11/2023 | Debit | SQ Butts Mutts | Donation | 20.00 |
| 3/13/2023 | 3166 | Whitaker Builders | Supplies Ranch | 1,077.54 |
| 3/13/2023 | 3167 | BROOKWOOD ANIMAL | Veterinary Expense Dogs | 80.00 |
| 3/13/2023 | 3168 | AT&T | Telephone Internet Ranch | 1,323.49 |
| 3/13/2023 | 3169 | AT&T | Telephone Internet Ranch | 106.59 |
| 3/13/2023 | 3170 | AT&T | Telephone Internet Ranch | 78.66 |
| 3/13/2023 | 3171 | AT&T | Telephone Internet Ranch | 262.68 |
| 3/13/2023 | 3172 | GA POWER | Power Ranch | 1,865.36 |
| 3/13/2023 | 3173 | GA POWER | Power Ranch | 11.64 |

Teri G. Galardi
Schedule of Disbursements
March-23

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 3/13/2023 | 3174 | GA POWER | Power Ranch | 260.48 |
| 3/13/2023 | 3175 | GA POWER | Power Ranch | 27.82 |
| 3/13/2023 | 3176 | GA POWER | Power Ranch | 11.42 |
| 3/13/2023 | 3177 | GA POWER | Power Ranch | 87.66 |
| 3/13/2023 | Debit | Ingles | Groceries | 89.17 |
| 3/14/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 49.82 |
| 3/14/2023 | Debit | Apple.com | Computer and Internet | 32.95 |
| 3/15/2023 | Debit | MM&B Dentistry | Medical Expenses | 143.00 |
| 3/15/2023 | Debit | Hasty Enterprises | Sewer Ranch | 167.86 |
| 3/15/2023 | Debit | Apple.com | Computer and Internet | 5.99 |
| 3/16/2023 | Debit | Apple.com | Computer and Internet | 9.99 |
| 3/16/2023 | Debit | Chevron | Automobile Expense | 61.51 |
| 3/16/2023 | Debit | Mulberry Drugs | Medical Expenses | 540.14 |
| 3/16/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 1.81 |
| 3/16/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 8.24 |
| 3/17/2023 | Debit | Del Taco | Meals and Entertainment | 25.71 |
| 3/17/2023 | Debit | Apple.com | Computer and Internet | 4.99 |
| 3/17/2023 | Debit | Target | Clothing | 97.14 |
| 3/17/2023 | Debit | Target | Clothing | 157.33 |
| 3/20/2023 | Debit | Lucy Lu's | Meals and Entertainment | 18.73 |
| 3/20/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 29.80 |
| 3/20/2023 | Debit | Ingles | Groceries | 121.04 |
| 3/20/2023 | Debit | BUC-EE's | Meals and Entertainment | 62.55 |
| 3/20/2023 | Debit | Fair Tickets | Meals and Entertainment | 12.50 |
| 3/20/2023 | Debit | SQ Cherry Blossom | Meals and Entertainment | 20.00 |
| 3/20/2023 | Debit | SQ Original Elephant | Meals and Entertainment | 30.68 |
| 3/20/2023 | Debit | Circle K | Meals and Entertainment | 22.73 |
| 3/20/2023 | Debit | Circle K | Automobile Expense | 49.23 |
| 3/20/2023 | Debit | Pilot | Automobile Expense | 25.00 |
| 3/21/2023 | Debit | Marathon Petroleum | Automobile Expense | 45.00 |
| 3/21/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 33.31 |
| 3/22/2023 | Debit | World Wide Funds | Donation | 60.00 |
| 3/22/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 218.04 |
| 3/22/2023 | Debit | Ingles | Groceries | 87.51 |
| 3/23/2023 | Debit | Apple.com | Computer and Internet | 4.99 |
| 3/23/2023 | 3178 | AT&T | Telephone Internet Ranch | 1,323.49 |
| 3/23/2023 | 3179 | AT&T | Telephone Internet Ranch | 139.34 |
| 3/27/2023 | Debit | Whitaker Builders | Maintenance & Repairs Piedmont | 44.46 |
| 3/27/2023 | Debit | Chevron | Automobile Expense | 50.85 |
| 3/27/2023 | Debit | Ingles | Groceries | 214.85 |
| 3/27/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 19.57 |
| 3/27/2023 | Debit | Mulberry Drugs | Medical Expenses | 5.01 |

Teri G. Galardi
Schedule of Disbursements
March-23

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 3/27/2023 | Debit | Chick-Fil-A | Meals and Entertainment | 17.22 |
| 3/28/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 69.52 |
| 3/28/2023 | Debit | Hasty Enterprises | Sewer Ranch | 309.56 |
| 3/28/2023 | Debit | IC INSTACART | Groceries | 244.95 |
| 3/29/2023 | Debit | Apple.com | Computer and Internet | 6.99 |
| 3/29/2023 | Debit | RACETRAC | Automobile Expense | 50.53 |
| 3/29/2023 | Debit | RACETRAC | Automobile Expense | 26.58 |
| 3/30/2023 | Debit | Starbucks | Meals and Entertainment | 23.67 |
| 3/30/2023 | Debit | Whitaker Builders | Maintenance & Repairs Ranch | 42.78 |
| 3/31/2023 | Debit | Apple.com | Computer and Internet | 4.99 |
| | | | **TOTAL DISBURSEMENTS** | **32,926.33** |

2:50 PM
04/18/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815  (9/20/2022), Period Ending 03/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 284,016.61 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 94 items** | | | | | | |
| Check | 02/21/2023 | 3154 | AT&T | X | -139.34 | -139.34 |
| Check | 03/01/2023 | 3156 | RYLAND ENVIRON... | X | -156.00 | -295.34 |
| Check | 03/01/2023 | Debit | Pet Supermarket | X | -96.61 | -391.95 |
| Check | 03/02/2023 | Debit | Apple.com | X | -34.98 | -426.93 |
| Check | 03/02/2023 | Debit | Apple.com | X | -6.99 | -433.92 |
| Check | 03/02/2023 | Debit | Jimmy Johns | X | -5.94 | -439.86 |
| Check | 03/03/2023 | Debit | Whitaker Builders | X | -97.73 | -537.59 |
| Check | 03/03/2023 | Debit | Apple.com | X | -14.99 | -552.58 |
| Check | 03/06/2023 | Debit | Apple.com | X | -9.99 | -562.57 |
| Check | 03/06/2023 | Debit | Apple.com | X | -6.99 | -569.56 |
| Check | 03/06/2023 | Debit | Apple.com | X | -2.99 | -572.55 |
| Check | 03/07/2023 | 3160 | Business First Bank | X | -11,574.60 | -12,147.15 |
| Check | 03/07/2023 | 3159 | WELLS FARGO | X | -3,320.78 | -15,467.93 |
| Check | 03/07/2023 | 3158 | AGSOUTH FARM C... | X | -3,004.17 | -18,472.10 |
| Check | 03/07/2023 | Debit | Whitaker Builders | X | -104.24 | -18,576.34 |
| Check | 03/07/2023 | 3157 | City of Flovilla | X | -47.57 | -18,623.91 |
| Check | 03/08/2023 | Debit | Hasty Enterprises | X | -173.06 | -18,796.97 |
| Check | 03/08/2023 | Debit | Laboratory Corporati... | X | -130.97 | -18,927.94 |
| Check | 03/08/2023 | Debit | BUC-EE's | X | -6.27 | -18,934.21 |
| Check | 03/08/2023 | Debit | Shell Service Station' | X | -5.89 | -18,940.10 |
| Check | 03/09/2023 | Debit | Johnson & Johnson ... | X | -3,131.39 | -22,071.49 |
| Check | 03/09/2023 | 3161 | Central Georgia EMC | X | 206.00 | -22,277.49 |
| Check | 03/09/2023 | 3165 | Central Georgia EMC | X | -179.56 | -22,457.05 |
| Check | 03/09/2023 | 3164 | Central Georgia EMC | X | -105.10 | -22,562.15 |
| Check | 03/09/2023 | 3162 | Central Georgia EMC | X | -81.00 | -22,643.15 |
| Check | 03/09/2023 | 3163 | Central Georgia EMC | X | -67.80 | -22,710.95 |
| Check | 03/09/2023 | Debit | Apple.com | X | -9.99 | -22,720.94 |
| Check | 03/10/2023 | Debit | Walmart | X | -129.11 | -22,850.05 |
| Check | 03/10/2023 | Debit | Select Intervention | X | -80.00 | -22,930.05 |
| Check | 03/10/2023 | Debit | Whitaker Builders | X | -30.13 | -22,960.18 |
| Check | 03/10/2023 | Debit | Apple.com | X | -20.98 | -22,981.16 |
| Check | 03/10/2023 | Debit | Chick-Fil-A | X | -10.05 | -22,991.21 |
| Check | 03/11/2023 | Debit | SQ Butts Mutts | X | -30.00 | -23,021.21 |
| Check | 03/11/2023 | Debit | SQ Butts Mutts | X | -20.00 | -23,041.21 |
| Check | 03/13/2023 | 3172 | GA  POWER | X | -1,865.36 | -24,906.57 |
| Check | 03/13/2023 | 3168 | AT&T | X | -1,323.49 | -26,230.06 |
| Check | 03/13/2023 | 3166 | Whitaker Builders | X | -1,077.54 | -27,307.60 |
| Check | 03/13/2023 | 3171 | AT&T | X | -262.68 | -27,570.28 |
| Check | 03/13/2023 | 3174 | GA  POWER | X | -260.48 | -27,830.76 |
| Check | 03/13/2023 | 3169 | AT&T | X | -106.59 | -27,937.35 |
| Check | 03/13/2023 | Debit | Ingles | X | -89.17 | -28,026.52 |
| Check | 03/13/2023 | 3177 | GA  POWER | X | -87.66 | -28,114.18 |
| Check | 03/13/2023 | 3167 | BROOKWOOD ANI... | X | -80.00 | 28,194.18 |
| Check | 03/13/2023 | 3170 | AT&T | X | -78.66 | -28,272.84 |
| Check | 03/13/2023 | 3175 | GA  POWER | X | -27.82 | -28,300.68 |
| Check | 03/13/2023 | 3173 | GA  POWER | X | -11.64 | -28,312.30 |
| Check | 03/13/2023 | 3176 | GA  POWER | X | -11.42 | -28,323.72 |
| Check | 03/14/2023 | Debit | Whitaker Builders | X | -49.82 | -28,373.54 |
| Check | 03/14/2023 | Debit | Apple.com | X | -32.95 | -28,406.49 |
| Check | 03/15/2023 | Debit | Hasty Enterprises | X | -167.86 | -28,574.35 |
| Check | 03/15/2023 | Debit | MM&B Dentistry | X | -143.00 | -28,717.35 |
| Check | 03/15/2023 | Debit | Apple.com | X | -5.99 | -28,723.34 |
| Check | 03/16/2023 | Debit | Mulberry Drugs | X | -540.14 | -29,263.48 |
| Check | 03/16/2023 | Debit | Chevron | X | -61.51 | -29,324.99 |
| Check | 03/16/2023 | Debit | Apple.com | X | -9.99 | -29,334.98 |
| Check | 03/16/2023 | Debit | Chick-Fil-A | X | -8.24 | -29,343.22 |
| Check | 03/16/2023 | Debit | Chick-Fil-A | X | -1.81 | -29,345.03 |
| Check | 03/17/2023 | Debit | Target | X | -157.33 | -29,502.36 |
| Check | 03/17/2023 | Debit | Target | X | -97.14 | -29,599.50 |
| Check | 03/17/2023 | Debit | Del Taco | X | -25.71 | -29,625.21 |
| Check | 03/17/2023 | Debit | Apple.com | X | -4.99 | -29,630.20 |
| Check | 03/20/2023 | Debit | Ingles | X | -121.04 | -29,751.24 |
| Check | 03/20/2023 | Debit | BUC-EE's | X | -62.55 | -29,813.79 |
| Check | 03/20/2023 | Debit | Circle K | X | -49.23 | -29,863.02 |
| Check | 03/20/2023 | Debit | SQ Original Elephant | X | -30.68 | -29,893.70 |
| Check | 03/20/2023 | Debit | Chick-Fil-A | X | -29.80 | -29,923.50 |
| Check | 03/20/2023 | Debit | Pilot | X | -25.00 | -29,948.50 |

2:50 PM
04/18/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 03/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 03/20/2023 | Debit | Circle K | X | -22.73 | -29,971.23 |
| Check | 03/20/2023 | Debit | SQ Cherry Blossom | X | -20.00 | -29,991.23 |
| Check | 03/20/2023 | Debit | Lucy Lu's | X | -18.73 | -30,009.96 |
| Check | 03/20/2023 | Debit | Fair Tickets | X | -12.50 | -30,022.46 |
| Check | 03/21/2023 | Debit | Marathon Petroleum | X | -45.00 | -30,067.46 |
| Check | 03/21/2023 | Debit | Whitaker Builders | X | -33.31 | -30,100.77 |
| Check | 03/22/2023 | Debit | Whitaker Builders | X | -218.04 | -30,318.81 |
| Check | 03/22/2023 | Debit | | X | -87.51 | -30,406.32 |
| Check | 03/22/2023 | Debit | World Wide Funds | X | -60.00 | -30,466.32 |
| Check | 03/23/2023 | 3178 | AT&T | X | -1,323.49 | -31,789.81 |
| Check | 03/23/2023 | 3179 | AT&T | X | -139.34 | -31,929.15 |
| Check | 03/23/2023 | Debit | Apple.com | X | -4.99 | -31,934.14 |
| Check | 03/27/2023 | Debit | Ingles | X | -214.85 | -32,148.99 |
| Check | 03/27/2023 | Debit | Chevron | X | -50.85 | -32,199.84 |
| Check | 03/27/2023 | Debit | Whitaker Builders | X | -44.46 | -32,244.30 |
| Check | 03/27/2023 | Debit | Chick-Fil-A | X | -19.57 | -32,263.87 |
| Check | 03/27/2023 | Debit | Chick-Fil-A | X | -17.22 | -32,281.09 |
| Check | 03/27/2023 | Debit | Mulberry Drugs | X | -5.01 | -32,286.10 |
| Check | 03/28/2023 | Debit | Hasty Enterprises | X | -309.56 | -32,595.66 |
| Check | 03/28/2023 | Debit | IC INSTACART | X | -244.95 | -32,840.61 |
| Check | 03/28/2023 | Debit | Whitaker Builders | X | -69.52 | -32,910.13 |
| Check | 03/29/2023 | Debit | RACETRAC | X | -50.53 | -32,960.66 |
| Check | 03/29/2023 | Debit | RACETRAC | X | -26.58 | -32,987.24 |
| Check | 03/29/2023 | Debit | Apple.com | X | -6.99 | -32,994.23 |
| Check | 03/30/2023 | Debit | Whitaker Builders | X | -42.78 | -33,037.01 |
| Check | 03/30/2023 | Debit | Starbucks | X | -23.67 | -33,060.68 |
| Check | 03/31/2023 | Debit | Apple.com | X | -4.99 | -33,065.67 |
| **Total Checks and Payments** | | | | | **-33,065.67** | **-33,065.67** |
| **Deposits and Credits - 17 items** | | | | | | |
| Deposit | 03/01/2023 | | | X | 855.24 | 855.24 |
| Deposit | 03/03/2023 | | | X | 3,570.28 | 4,425.52 |
| Deposit | 03/03/2023 | | | X | 4,489.93 | 8,915.45 |
| Deposit | 03/03/2023 | | | X | 28,637.69 | 37,553.14 |
| Deposit | 03/07/2023 | | | X | 819.65 | 38,372.79 |
| Deposit | 03/07/2023 | | | X | 5,769.23 | 44,142.02 |
| Deposit | 03/08/2023 | | | X | 215.37 | 44,357.39 |
| Deposit | 03/13/2023 | | | X | 5,769.23 | 50,126.62 |
| Deposit | 03/15/2023 | | | X | 2,012.75 | 52,139.37 |
| Deposit | 03/17/2023 | | | X | 4,489.93 | 56,629.30 |
| Deposit | 03/20/2023 | | | X | 3,887.40 | 60,516.70 |
| Deposit | 03/20/2023 | | | X | 5,769.23 | 66,285.93 |
| Deposit | 03/27/2023 | | | X | 763.49 | 67,049.42 |
| Deposit | 03/27/2023 | | | X | 5,769.23 | 72,818.65 |
| Deposit | 03/27/2023 | | | X | 10,227.14 | 83,045.79 |
| Deposit | 03/27/2023 | | | X | 28,637.69 | 111,683.48 |
| Deposit | 03/31/2023 | | | X | 4,489.93 | 116,173.41 |
| **Total Deposits and Credits** | | | | | **116,173.41** | **116,173.41** |
| **Total Cleared Transactions** | | | | | **83,107.74** | **83,107.74** |
| **Cleared Balance** | | | | | **83,107.74** | **367,126.35** |
| **Register Balance as of 03/31/2023** | | | | | **83,107.74** | **367,126.35** |
| **New Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 04/01/2023 | 3180 | WELLS FARGO | | -3,435.29 | -3,435.29 |
| Check | 04/03/2023 | Debit | DILLARDS | * | -718.14 | -4,153.43 |
| Check | 04/03/2023 | Debit | BARNES & NOBLE | * | -161.77 | -4,315.20 |
| Check | 04/03/2023 | 3182 | RYLAND ENVIRON... | | -153.40 | -4,468.60 |
| Check | 04/03/2023 | Debit | RIVER CROSSING ... | * | -104.52 | -4,573.12 |
| Check | 04/03/2023 | 3181 | City of Flovilla | | -48.06 | -4,621.18 |
| Check | 04/03/2023 | Debit | Truett's Grill | * | -8.94 | -4,630.12 |
| Check | 04/03/2023 | Debit | Apple.com | * | -6.99 | -4,637.11 |
| Check | 04/03/2023 | Debit | Dollar General | * | -5.30 | -4,642.41 |
| Check | 04/03/2023 | Debit | Mulberry Drugs | * | -5.02 | -4,647.43 |
| Check | 04/04/2023 | Debit | Pilot | * | -52.82 | -4,700.25 |
| Check | 04/04/2023 | Debit | Del Taco | * | -28.43 | -4,728.68 |



Page 1 of 4    03/16/23
GA            9815


TRUIST

824-03-01-00 19003 25 C 001 09 S 66 002
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA 30216-2318

## Your account statement
For 03/16/2023

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844-487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

### ▪ TRUIST ONE CHECKING        9815

**Account summary**

| | |
|---|---|
| Your previous balance as of 02/14/2023 | $263,907.51 |
| Checks | - 21,963.13 |
| Other withdrawals, debits and service charges | - 7,234.13 |
| Deposits, credits and interest | + 74,951.66 |
| Your new balance as of 03/16/2023 | = $309,661.91 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 02/15 | 3130 | 35.00 | 03/15 | 3157 | 47.57 | 03/13 | 3165 | 179.56 |
| 02/15 | *3149 | 78.90 | 03/13 | 3158 | 3,004.17 | 03/16 | *3167 | 80.00 |
| 02/15 | 3150 | 263.38 | 03/13 | 3159 | 3,320.78 | 03/16 | *3172 | 1,865.36 |
| 02/27 | 3151 | 42.80 | 03/14 | 3160 | 11,574.60 | 03/16 | 3173 | 11.64 |
| 02/27 | 3152 | 136.77 | 03/13 | 3161 | 206.00 | 03/16 | 3174 | 260.48 |
| 02/27 | 3153 | 74.98 | 03/13 | 3162 | 81.00 | 03/16 | 3175 | 27.82 |
| 03/03 | 3154 | 139.34 | 03/13 | 3163 | 67.80 | 03/16 | 3176 | 11.42 |
| 02/27 | 3155 | 105.00 | 03/13 | 3164 | 105.10 | 03/16 | 3177 | 87.66 |
| 03/06 | 3156 | 156.00 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks = $21,963.13

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/15 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 02-14 866-712-7753  CA 8487 | 5.99 |
| 02/15 | DEBIT CARD PURCHASE CHEVRON 0384068 02-14 ATLANTA    GA 8487 | 51.10 |
| 02/16 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 02-16 866-712-7753  CA 8487 | 9.99 |
| 02/17 | DEBIT CARD PURCHASE APPLE.COM/BILL 02-16 866-712-7753  CA 8487 | 4.99 |
| 02/17 | DEBIT CARD RECURRING PYMT VM GA CAPSTONE LIT 02-16 713-4612915   GA 8487 | 20.00 |
| 02/21 | DEBIT CARD PURCHASE CHICK-FIL-A #04658 02-16 LOCUST GROVE  GA 8487 | 32.26 |
| 02/21 | DEBIT CARD PURCHASE HASTY ENTERPRISES 02-17 JACKSON    GA 8487 | 298.38 |
| 02/21 | DEBIT CARD PURCHASE ShopDisney.com 02-20 800-3280368   CA 8487 | 117.62 |
| 02/21 | DEBIT CARD PURCHASE WHITAKER BUILDERS 02-20 JACKSON    GA 8487 | 107.40 |
| 02/21 | DEBIT CARD PURCHASE WHITAKER BUILDERS 02-20 JACKSON    GA 8487 | 56.69 |

*continued*

■ TRUIST ONE CHECKING ▉▉▉▉▉▉ 9815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/22 | DEBIT CARD PURCHASE-PIN 02-21-23 JACKSON    GA 8487 PILOT # 4560 | 46.64 |
| 02/23 | DEBIT CARD PURCHASE WHITAKER BUILDERS 02-22 JACKSON    GA 8487 | 174.88 |
| 02/24 | DEBIT CARD PURCHASE APPLE.COM/BILL 02-23 866-712-7753    CA 8487 | 4.99 |
| 02/27 | DEBIT CARD PURCHASE-PIN 02-24-23 MACON    GA 8487 LENSCRAFTERS 5609 | 922.32 |
| 02/27 | DEBIT CARD PURCHASE-PIN 02-26-23 JACKSON    GA 8487 INGLES MARKETS #499 | 61.47 |
| 02/28 | DEBIT CARD PURCHASE STARBUCKS STORE 08 02-26 TUCKER    GA 8487 | 49.64 |
| 03/01 | DEBIT CARD PURCHASE-PIN 02-28-23 LAKE WORTH    FL 8487 PET SUPERMARKET #253 | 96.61 |
| 03/02 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-01 866-712-7753    CA 8487 | 6.99 |
| 03/02 | DEBIT CARD PURCHASE APPLE.COM/BILL 03-01 866-712-7753    CA 8487 | 34.98 |
| 03/02 | DEBIT CARD PURCHASE JIMMY JOHNS # 1149 03-01 FORT LAUDERDA FL 8487 | 5.94 |
| 03/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-02 CUPERTINO    CA 8487 | 14.99 |
| 03/03 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-02 JACKSON    GA 8487 | 97.73 |
| 03/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-03 866-712-7753    CA 8487 | 6.99 |
| 03/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-04 866-712-7753    CA 8487 | 2.99 |
| 03/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-05 866-712-7753    CA 8487 | 9.99 |
| 03/07 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-06 JACKSON    GA 8487 | 104.24 |
| 03/08 | DEBIT CARD PURCHASE HASTY ENTERPRISES 03-07 JACKSON    GA 8487 | 173.06 |
| 03/08 | DEBIT CARD PURCHASE LABORATORY CORPORA 03-07 800-222-7566    NC 8487 | 130.97 |
| 03/08 | DEBIT CARD PURCHASE-PIN 03-07-23 WILDWOOD    FL 8487 SHELL SERVICE STATION | 5.89 |
| 03/08 | DEBIT CARD PURCHASE-PIN 03-07-23 FORT VALLEY    GA 8487 BUC-EE'S #51 | 6.27 |
| 03/09 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-08 408-974-1010    CA 8487 | 9.99 |
| 03/09 | 37ECHECK    JJPF Payments 0189 JEG FL QUALIFIED PERSO | 3,131.39 |
| 03/10 | DEBIT CARD PURCHASE APPLE.COM/BILL 03-09 866-712-7753    CA 8487 | 20.98 |
| 03/10 | DEBIT CARD PURCHASE-PIN 03-09-23 FORSYTH    GA 8487 WAL-MART #0907 | 129.11 |
| 03/13 | DEBIT CARD PURCHASE SELECT INTERVENTIO 03-10 470-2515300    GA 8487 | 80.00 |
| 03/13 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-10 JACKSON    GA 8487 | 30.13 |
| 03/13 | DEBIT CARD PURCHASE CHICK-FIL-A #03772 03-10 GRIFFIN    GA 8487 | 10.05 |
| 03/13 | DEBIT CARD PURCHASE-PIN 03-10-23 JACKSON    GA 8487 INGLES MARKETS #499 | 89.17 |
| 03/13 | DEBIT CARD PURCHASE SQ *BUTTS MUTTS 03-11 JACKSON    GA 8487 | 30.00 |
| 03/13 | DEBIT CARD PURCHASE SQ *BUTTS MUTTS 03-11 Flovilla    GA 8487 | 20.00 |
| 03/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-13 866-712-7753    CA 8487 | 32.95 |
| 03/14 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-13 770-7752086    GA 8487 | 49.82 |
| 03/15 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-14 866-712-7753    CA 8487 | 5.99 |
| 03/15 | DEBIT CARD PURCHASE HASTY ENTERPRISES 03-14 JACKSON    GA 8487 | 167.86 |
| 03/15 | DEBIT CARD PURCHASE MM&B Dentistry 03-14 Griffin    GA 8487 | 143.00 |
| 03/16 | DEBIT CARD PURCHASE CHICK-FIL-A #03772 03-14 GRIFFIN    GA 8487 | 8.24 |
| 03/16 | DEBIT CARD PURCHASE CHICK-FIL-A #03772 03-14 GRIFFIN    GA 8487 | 1.81 |
| 03/16 | DEBIT CARD PURCHASE MULBERRY DRUGS 03-14 JACKSON    GA 8487 | 540.14 |
| 03/16 | DEBIT CARD PURCHASE CHEVRON 0040006 03-15 ATLANTA    GA 8487 | 61.51 |
| 03/16 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-16 866-712-7753    CA 8487 | 9.99 |
| | Total other withdrawals, debits and service charges | = $7,234.13 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/17 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |
| 02/22 | Y35U66WCQW AIRBNB PAYMENTS KF2T TERI GALARDI | 2,509.58 |
| 02/27 | DEPOSIT | 4,274.32 |
| 02/27 | DEPOSIT | 5,769.23 |
| 02/27 | DEPOSIT | 5,769.23 |
| 03/01 | DEPOSIT | 855.24 |
| 03/02 | ZXQKL3YHE6 AIRBNB PAYMENTS XUYI TERI GALARDI | 3,570.28 |
| 03/03 | PAYROLL    DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |
| 03/03 | DEPOSIT | 28,637.69 |
| 03/07 | DEPOSIT | 819.65 |
| 03/07 | DEPOSIT | 5,769.23 |
| 03/08 | DEPOSIT | 215.37 |
| 03/13 | DEPOSIT | 5,769.23 |
| 03/15 | LQF7AG4JOW AIRBNB PAYMENTS YJHS TERI GALARDI | 2,012.75 |
| | Total deposits, credits and interest | = $74,951.66 |

Overdraft Coverage Decision Update

9:34 AM
04/27/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of March 31, 2023

|  | Mar 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BB&T-9815 (9/20/2022) | 367,126.35 |
| **Total Checking/Savings** | 367,126.35 |
| **Total Current Assets** | 367,126.35 |
| **TOTAL ASSETS** | 367,126.35 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Owners Equity | 199,780.41 |
| Net Income | 167,345.94 |
| **Total Equity** | 367,126.35 |
| **TOTAL LIABILITIES & EQUITY** | 367,126.35 |

9:34 AM
04/27/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Profit & Loss
### March 2023

| | Admin | Costa Rica | Master Club | Piedmont | Ranch | Trop (Pink Pony) | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Distributions | 0.00 | 0.00 | 57,275.38 | 0.00 | 0.00 | 0.00 | 57,275.38 |
| Note Income Received | 16,552.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,552.92 |
| Rental Income | 0.00 | 5,583.03 | 0.00 | 0.00 | 0.00 | 23,076.92 | 28,659.95 |
| Salary | 13,469.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,469.79 |
| Total Income | 30,022.71 | 5,583.03 | 57,275.38 | 0.00 | 0.00 | 23,076.92 | 115,958.04 |
| **Expense** | | | | | | | |
| Automobile Expense | 308.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 308.70 |
| Clothing | 254.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 254.47 |
| Donation | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |
| Groceries | 886.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 886.63 |
| Meals and Entertainment | 321.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 321.36 |
| Medical Expenses | 899.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 899.12 |
| Note Payments | 0.00 | 0.00 | 0.00 | 0.00 | 6,324.95 | 11,574.60 | 17,899.55 |
| Office Supplies | 178.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 178.79 |
| **PROPERTIES** | | | | | | | |
| PIEDMONT | 0.00 | 0.00 | 0.00 | 44.46 | 0.00 | 0.00 | 44.46 |
| RANCH | 0.00 | 0.00 | 0.00 | 0.00 | 10,991.81 | 0.00 | 10,991.81 |
| Total PROPERTIES | 0.00 | 0.00 | 0.00 | 44.46 | 10,991.81 | 0.00 | 11,036.27 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 639.46 | 0.00 | 639.46 |
| Veterinary Expense Dogs | 0.00 | 0.00 | 0.00 | 0.00 | 176.61 | 0.00 | 176.61 |
| Total Expense | 2,959.07 | 0.00 | 0.00 | 44.46 | 18,132.83 | 11,574.60 | 32,710.96 |
| Net Ordinary Income | 27,063.64 | 5,583.03 | 57,275.38 | -44.46 | -18,132.83 | 11,502.32 | 83,247.08 |
| Net Income | 27,063.64 | 5,583.03 | 57,275.38 | -44.46 | -18,132.83 | 11,502.32 | 83,247.08 |

Page 1