**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | CASE NO.  22-50035-JPS |
| Debtor. | |

### NOTICE OF THIRD & FINAL APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE COMMITTEE OF UNSECURED CREDITORS, DEADLINE TO OBJECT, AND FOR HEARING

PLEASE TAKE NOTICE that a *Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Committee of Unsecured Creditors* (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Jones & Walden LLC, as follows:

(1)   $125,642.50 representing fees;
(2)   $8,422.91 representing actual out-of-pocket expenses incurred on behalf of the Committee of Unsecured Creditors; and
(3)   that the Debtor be authorized and directed to pay the Law Firm the $134,065.41 requested award on a final basis and that any previous award be made final.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then you or your attorney shall file with the court a written objection or response on or before **May 24, 2023**, pursuant to Fed.R.Bankr.P. 9006(f). If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA 31202, (478) 752-3506.

If an objection or response is filed, a hearing on the Application shall be held on **June 21, 2023, at 11:00 a.m. at the U.S. Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.** Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance. If you mail your response or objection to the Court for filing, you shall send it early enough so that the court will receive the objection or response on or before the date stated above. Any response or objection shall also be served on the Movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 2016(c)(2).

This 3rd day of May, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorneys for Committee of Unsecured Creditors
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>        **Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

**THIRD & FINAL APPLICATION FOR CHAPTER 11 COMPENSATION OF**
**THE ATTORNEYS REPRESENTING THE COMMITTEE OF UNSECURED CREDITORS**

TO:    THE HONORABLE JAMES P. SMITH
        CHIEF JUDGE, U.S. BANKRUPTCY COURT
        MIDDLE DISTRICT OF GEORGIA
        MACON DIVISION

COMES NOW Jones & Walden LLC (the "Law Firm"), the attorneys for the Committee of Unsecured Creditors, and files this, its *Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Committee of Unsecured Creditors* (the "Application"), and in support thereof respectfully shows as follows:

1.    On or about January 27, 2022, (the "Petition Date"), Teri G. Galardi (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq.

2.    On April 28, 2022, the United States Trustee filed a *Notice of Appointment of Committee of Unsecured Creditors* (Doc. No. 99) appointing the Committee of Unsecured Creditors (the "Committee") to serve on behalf of all general unsecured creditors in this case.

3.    On May 2, 2022, the Committee filed an application to employ the Law Firm as its counsel in this bankruptcy case (Doc. No. 100). The Court entered the *Order Approving Employment of Attorney* (Doc. No. 103) granting such application on May 10, 2022.

4.    The Law Firm shows that it has represented the Committee in this case since April 28, 2022.

5.    The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Committee for the period of time from October 12, 2022, through April 27, 2023 ("Application Period"), pursuant to 11 U.S.C. §§ 330 and 331. All services for which compensation is

requested were performed on behalf of the Committee and not on behalf of any other party, creditor, persons or party in interest.

6.   The Law Firm has had numerous conferences with the Committee, the attorneys for the Debtor, and with the attorney for the U.S. Trustee regarding the Debtor and Debtor's assets with reference to this case. The Law Firm has conducted a financial investigation and has performed many other services necessary and proper to the administration of this estate.

7.   The time expended by the Law Firm and the work performed by the Law Firm, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

8.   The out-of-pocket expenses incurred by the Law Firm during the period for which this Application is made are duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated by this reference. The copy costs reflected on Exhibit "A" are charged at the rate of $0.10 per page. The facsimile costs are charged at the rate of $1.00 per outgoing page.

9.   The Law Firm has heretofore applied for interim compensation. The Law Firm was previously granted fees in the amount of $31,691.00 and out-of-pocket expenses in the amount of $761.10 by Order dated July 28, 2022 (Doc. No. 149) and fees in the amount of $87,842.50 and out-of-pocket expenses in the amount of $1,594.68 by Order dated November 21, 2022 (Doc. No. 250) for services rendered in connection with this case.

10. No agreement or understanding exists between the Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

11. The Law Firm shows that it has expended a total of 385.82 hours in law firm time for the Application Period, in the total amount of $125,642.50. The Law Firm shows that it has incurred a total of $8,422.91 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $134,065.41 pursuant to the above-referenced and heretofore disclosed compensation agreement. The Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation and an administrative expense of Debtor's estate. The Law Firm requests that the Court

award the Law Firm said amount and authorize the Debtor to pay the Law Firm $134,065.41 on a final

basis, which amount represents the requested fees and expenses.

12. The Law Firm seeks permission for the Chapter 11 Debtor to pay the amounts requested pursuant

to this Application from the Debtor's funds. The Law Firm requests that the Court authorize interim

compensation at this juncture in the case pursuant to the provisions of Bankruptcy Code § 331.

13. The Law Firm respectfully makes the following representations with regard to the 12-factor

Johnson test:

(a)   Time and Labor Required: The Law Firm has expended a total of 385.82 law firm hours

through April 27, 2023, at the following rates:

| Attorney(s) | Hourly Rate |
| --- | --- |
| Leon S. Jones | $425.00-$450.00 |
| Leslie Pineyro | $375.00-$395.00 |
| Tom McClendon | $325.00 |
| William D. Matthews | $375.00 |
| Katie Riley | $250.00 |
| Tessa Vuncannon (Paralegal) | $200.00 |
| Megan Cypher (Paralegal) | $200.00 |
| Daniela Manzo (Paralegal) | $200.00 |
| Blake Dernus (Paralegal) | $150.00 |
| Abby Arnold (Law Clerk) | $175.00 |

(b)   Novelty and Difficulty of Questions Presented: The Chapter 11 reorganization case

involves the effort to reorganize an individual business debtor. The Law Firm shows that

the novelty and difficulty of questions presented are those normally associated with a

Chapter 11 bankruptcy case but that Debtor's assets, transfers, and business holdings

are large and intricate.

(c)   Skill Requisite to Perform Legal Services Properly: The Law Firm respectfully represents

that it has the skill requisite to perform legal services heretofore rendered in a proper

fashion.

(d)   The Preclusion of Other Employment Due to Acceptance of the Case: The Law Firm

respectfully requests that the time expended by the Law Firm in connection with this case

could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e)     <u>Customary Fee for the Type of Services Rendered</u>: The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit A.  The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f)     <u>Whether Fee is Fixed or Contingent</u>: The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330.  The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g)     <u>Time Limitations Imposed by Client or Other Circumstances</u>: The Law Firm shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h)     <u>Amount Involved and Results Obtained</u>: The Law Firm is handling a large number of routine and complex Chapter 11 issues on behalf of the Committee. The Law Firm has been investigating Debtor's financial affairs and filed a joint plan of reorganization for the Debtor and the Estate. The Court entered an Order confirming the Debtor and Committee's joint plan on April 14, 2023 (Doc. No. 410). The Law Firm has represented the Committee since April 28, 2022.

(i)     <u>Experience, Reputation, and Ability of Attorneys</u>: The Law Firm respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j)     <u>Undesirability of the Case</u>: The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 11 case but that this case does include unusual challenges.

(k)     <u>Nature and Length of Professional Relationship with the Client</u>: The Law Firm shows that it has represented the Committee in this case since April 28, 2022.

(l)     <u>Awards in Similar Cases</u>: The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys in bankruptcy cases within this district.

WHEREFORE, the Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1)     $125,642.50 representing fees;
(2)     $8,422.91 representing actual out-of-pocket expenses incurred on behalf of the Committee of Unsecured Creditors; and
(3)     that the Debtor be authorized and directed to pay the Law Firm the $134,065.41 requested award on a final basis and that any previous award be made final.

RESPECTFULLY SUBMITTED this 3rd day of May, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorneys for Committee of Unsecured Creditors
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**EXHIBIT "A" FOLLOWS**

# JONES & WALDEN, LLC

### Attorneys At Law

699 Piedmont Avenue, NE * Atlanta, GA 30308
404-564-9300 • www.joneswalden.com

---

Teri Galardi Official Creditor Committee
c/o A. Dudley & Mutepe Akemon
699 Piedmont Avenue NE
Atlanta, GA  30308

Page: 1
May 2, 2023
Account No:  2345.004
Invoice No:    65002

Re: Creditor Committee

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/12/2022 | DM | Edits on Motion, edits on first and final fee app for accountant and J&W, prepare to file, file, serve | 200.00 | 4.10 | 820.00 |
| | LSJ | Revise motion to grant committee standing for claims (.4); conf with TM re same and filing strategy (update on communication with debtor's counsel) (.2); prepare application for committee accountant fees (mmm) (.6); revise and finalize J&W's 2nd interim fee app (.4); conf staff re filing and service of today's pleadings (.1) | 425.00 | 1.70 | 722.50 |
| | TJV | Revise accountant fee app (.3); prep J&W fee app (.2) | 200.00 | 0.50 | 100.00 |
| | TTM | edits to motion to authorize (.4); filing same (.2). | 325.00 | 0.60 | 195.00 |
| 10/13/2022 | LSJ | Email exchange with committee re status/filings | 425.00 | 0.10 | 42.50 |
| | TTM | t/c Mutepe re: discovery documents, review prior depositions from same (1.4). | 325.00 | 1.40 | 455.00 |
| 10/14/2022 | TTM | email Chris re: sale (.1); conf DM re: Notice of Hearing, service (.2); review Certificate of service (.1). | 325.00 | 0.40 | 130.00 |
| | DM | Prep Certificate of service for Notice of Hearing and Motion, file certificate of service, serve certificate of service | 200.00 | 4.60 | 920.00 |
| 10/18/2022 | TTM | email from court; email to DM; review notice of hearing on derivative motion (.3); follow up review on NOH (.2). | 325.00 | 0.50 | 162.50 |
| | LSJ | Review and calendar entered order extending deadline for discharge and dischargeability objections | 425.00 | 0.10 | 42.50 |
| | LSJ | Review and calendar filed MMM (Committee accountant) fee app (.1); review and calendar filed J&W 2nd fee app (Committee counsel) (.1); review and calendar committee's filed motion to confer standing (.1); review docket and calendar Debtor's motion to sell Highland, Nevada (.1); review and calendar deadlines on entered order compelling Debtor to produce documents and withdrawal of committee motion to compel filing of MOR (.1); further review of filed Plan and disclosure and service of same (.1) | 425.00 | 0.60 | 255.00 |
| | DM | Edits on Notice of Hearing for Motion Avoidance; file (1.6) and serve (1.5) | 200.00 | 3.10 | 620.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 10/19/2022 | TTM | review motions to sell - Florida and Nevada (.8). | 325.00 | 0.80 | 260.00 |
| | DM | COA for Alexis King | 200.00 | 0.20 | 40.00 |
| 10/21/2022 | LSJ | Review Debtor sale motion (KOD) email exchange committee re: same (0.1) | 425.00 | 0.10 | 42.50 |
| | TTM | review motion to sell Frontage, email committee; email Lou/Chris (.7) | 325.00 | 0.70 | 227.50 |
| 10/22/2022 | LSJ | Review and calendar hearing on Debtor's motion to sell membership interest in JGP&P LLC and stock in Red-Eyed Inc (with proceeds to pay Trop secured claim and balance to estate IOLTA review contract) (.4); further review of debtor motion to sell Highland Ave, Las Vegas (.3) | 425.00 | 0.70 | 297.50 |
| | LSJ | Review status + multiple email exchanges with Committee and Debtor counsel (re plan, avoidance actions, and document production by debtor) | 425.00 | 0.30 | 127.50 |
| 10/24/2022 | TTM | review bank statements (1.8); review 2021 tax return; review documentation; lengthy email to Chris Terry re: outstanding needs (2.1). | 325.00 | 3.90 | 1,267.50 |
| 10/25/2022 | TTM | t/c Ainsworth re: sale motions (.3). | 325.00 | 0.30 | 97.50 |
| 10/31/2022 | TTM | t/c Lou re: objection to Nevada firms and propose potential solution; conf LSJ re: hearing; emails to Lou (hearing), Chris (2004 production) (.8); start outlining hearing prep for 11/16 hearing (.5). | 325.00 | 1.30 | 422.50 |
| | LSJ | Conference with Tom McClendon re: resolution and strategy re: hearing on Objections to Apps to Employ (Nevada law firms) (0.1); review report from committee accountant (0.1) | 425.00 | 0.20 | 85.00 |
| 11/02/2022 | MSC | Prepare COA for creditor and file | 200.00 | 0.10 | 20.00 |
| | TTM | t/c Lou re: fees; sales (.3); calendar fee applications (.1); t/c Lou (.2). | 325.00 | 0.60 | 195.00 |
| 11/03/2022 | LSJ | Review debtor limited objection re committee counsel fee application | 425.00 | 0.10 | 42.50 |
| 11/06/2022 | LSJ | Review IRS amended proof of claim asserting secured claim for estate tax and analysis re same | 425.00 | 0.20 | 85.00 |
| 11/07/2022 | LMP | review IRS Proof of Claim (.1) conf with LSJ re amendment to Disclosure statement and Plan (.3) prepare needs for amendment to plan and Disclosure statement (.2) | 375.00 | 0.60 | 225.00 |
| | LSJ | Email exchanges with Committee rep re status and meeting (.3); further analysis of IRS claim (.3); review debtor objection to fee app of committee (.1); conf with P re strategy post IRS amended claim (.4); committee meeting re IRS amended claim and amending plan (.9) | 425.00 | 2.00 | 850.00 |
| 11/10/2022 | LMP | conf with TM re disclosure statement revisions (.1) conf with TM re absolute priority rule, new value exception and additional confirmation objections/issues (.3) | 375.00 | 0.40 | 150.00 |

Page:  3

Teri Galardi Official Creditor Committee

05/02/2023

Re: Creditor Committee

Account No:      2345.004
Invoice No:      65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | TJV | Prepare order granting accountant interim fee app (.1); finalize and upload same (.1) | 200.00 | 0.20 | 40.00 |
| | TTM | conf DM re: binder of pleadings for 11/16 hearing, start reviewing pleadings filed for 11/16 hearing (1.6) conf LSJ, calls with Christina Lanier (IRS attorney), continue review (1.3); t/c Jim Silver (Power Financial attorney) re: objection to disclosure statement; start editing disclosure statement (.7); edits to disclosure statement, t/c Mutepe re: alcohol, adult entertainment license statements by debtor (1.8). | 325.00 | 5.40 | 1,755.00 |
| | LSJ | Prepare MMM fee order (Committee Accountant) (.1); conf with TM re Plan and disclosure statement (.5); telephone conference with IRS lawyer (.4); calls to Power attorney (.1); revise plan (.3); conf with TM re same (.1); | 425.00 | 1.50 | 637.50 |
| | LSJ | Review pleadings, conf with TM re strategy | 425.00 | 0.20 | 85.00 |
| | DM | prepare binders for TM and LJ | 200.00 | 1.80 | 360.00 |
| 11/11/2022 | TTM | editing plan and disclosure statement to address objections to disclosure statement (1.5); prep for 11/16 hearing (.7); t/c Lou re: potential to resolve objections (.3); t/c Ainsworth re: hearing and debtor's plan; continue prep for 11/16 hearing (.6); cont LSJ re: edits to plan, disclosure statement (.8); t/c Mutepe; run redlines; email committee on hearing, redlines (1.7). | 325.00 | 5.60 | 1,820.00 |
| | LSJ | Review and calendar McBryan's 2nd Interim Fee Application (.2); further review of IRS and Power Financial objections to Committee's disclosure statement (.1); review debtor's objection to committee disclosure statement (.1); review power financial protective objection to Debtor's sale motion (.1); review debtor's limited objection to committee counsel fee app (.1) | 425.00 | 0.60 | 255.00 |
| | LSJ | Conference with TM re negotiation with Debtor (strategy) (.2); revise plan to treat IRS newly filed secured claim (1.3); conf with TM re same and settlement/litigation strategy (.3); further revises on disclosure statement (.3); review and calendar debtor's motion to sell royal hammock property (Naples), review and calendar hearing on red-eye sale (re-notice) (.1) | 425.00 | 2.20 | 935.00 |
| 11/14/2022 | TTM | edit disclosure statement, plan; email Christina, Jim re: same; t/c Rob Matson re: serving as trustee (1.1); conf LSJ re: Galardi hearing (.4); edit status report (.6); t/c Rob Matson re: follow on serving as liquidating trustee (.3); t/c Jim Silver re: disclosure statement (.5); finalize status report (.5); continue preparation for 11/16 hearing (.2); same; prepare order granting Committee standing on avoidance actions (.9); filing/uploading status report and order granting standing (.3); t/c Ainsworth; email Committee re: updates (.3). | 325.00 | 5.10 | 1,657.50 |
| | LSJ | Prepare status report on motion to compel (.1); review Shulten Ward Turner fee app, calendar hearing (.1) | 425.00 | 0.20 | 85.00 |
| | LSJ | Email IRS attorney re plan revision, prep plan revisions (.1); email Power Financial attorney re plan revision, prep same (.2); conf with TM re hearing strategy (.4); email exchange with committee re same + settlement (.1) | 425.00 | 0.80 | 340.00 |
| 11/15/2022 | LMP | conf with TM re disclosure statement objections (.2) | 375.00 | 0.20 | 75.00 |
| | TTM | hearing prep (1.1); calls with IRS & Power Financial attorneys re: | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | disclosure statement objections; edits accordingly, draft notice of redlines; continue preparing for hearing (2.8); t/c Committee re: amended plan, disclosure statement; filing same (.7); save and email file-stamped copies to Court, Debtor's attorneys, IRS and Power Financial attorneys (.2); final prep for hearing (1.3). | 325.00 | 6.10 | 1,982.50 |
| | TJV | Compile/finalize amended disclosure statement, amended plan, and notice of filing redlines (.3); finalize and file same (.1) | 200.00 | 0.40 | 80.00 |
| | MSC | Prepare notebooks for hearing | 200.00 | 0.20 | 40.00 |
| | DM | Prepare binders for TM and LJ for hearing 11/16 | 200.00 | 0.50 | 100.00 |
| | LSJ | Conference with TM re hearing prep (.2); email exchange with committee re hearing (.2); email exchanges with IRS re amended plan (.1) | 425.00 | 0.50 | 212.50 |
| 11/16/2022 | TTM | attend hearing on disclosure statement, motion to sell, motion to authorize Committee to bring actions, and others; travel to/from same. | 325.00 | 8.10 | 2,632.50 |
| | LSJ | Attend hearing on disclosure statement, motion to sell, motion to authorize Committee to bring actions; travel to/from same. | 425.00 | 8.10 | 3,442.50 |
| 11/17/2022 | TJV | Review Broward Co., FL real estate records per TM's request (.1); finalize and upload order granting 2nd interim J&W fee app (.1) | 200.00 | 0.20 | 40.00 |
| | TTM | review email from WM re: equitable marshalling; analysis re: same (.4); t/c WM; t/c Committee; t/c IRS attorney re: equitable marshalling before IRS lien expiration, research re: same (1.9); draft fee order (.1); t/c Matson (.2); review documents from Terry (.4); | 325.00 | 3.00 | 975.00 |
| | WDM | Research regarding IRS and marshaling and provide analysis to TTM regarding same (1.2); additional research regarding Tax Court cases and marshaling (0.9) | 375.00 | 2.10 | 787.50 |
| 11/18/2022 | TJV | Prepare subpoena to Miller estate and notice of intent to issue same (.3) | 200.00 | 0.30 | 60.00 |
| | TTM | reviewing discovery; debtor's disclosure statement (.8)l; review email from IRS attorney; t/c LSJ; t/c Edwards (1.0); reviewing draft subpoenas to Banks & Reidel (.2); t/c Chris, Lou re: mediation; t/c Committee re: same, discovery (.8); calls with Chris re: intra-district mediation request (.3). | 325.00 | 3.10 | 1,007.50 |
| | WDM | Research and review documents and memos regarding IRS claims and begin of draft complaint for marshalling against IRS (4.1); conference with TTM regarding resolution (0.2) | 375.00 | 4.30 | 1,612.50 |
| 11/19/2022 | LSJ | Prepare motion to extend 523 + 727 deadlines for creditor body | 425.00 | 0.10 | 42.50 |
| | LSJ | Review Boyer Terry Fee App, calendar deadlines and hearing (.1); review and calendar notices of re-set matters to 1-11-23, calendar Committee's Disclosure Statement, motion to authorize avoidance standing, motion to compel and objection to employment of Nevada counsel (.2); review Georgia Dept. of Revenue objection to debtor's plan (.1); review debtor mor & further review of debtor's plan and disclosure statement (.3) | 425.00 | 0.80 | 340.00 |
| 11/20/2022 | LSJ | Email exchanges (review) IRS attorney and TM | 425.00 | 0.10 | 42.50 |

Page:   5

Teri Galardi Official Creditor Committee

05/02/2023

Re: Creditor Committee

Account No:      2345.004
Invoice No:        65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/21/2022 | TTM | conf LSJ re: mediation (.1); t/c Chris Terry re: mediation letter, 523/727 extension (.1). | 325.00 | 0.20 | 65.00 |
| | LSJ | Conference with TM re mediation and strategy | 425.00 | 0.20 | 85.00 |
| 11/22/2022 | TTM | draft motion and order extending deadline to object 523/727, email to Chris Terry; letter requesting mediation, email to Kyle George (.7); review renewed JGP&P sale motion, conf clerk re: same (.5); edit sale motion response (.4); finalize 523 motion and order; email TV re: upload (.2); t/c Chris Terry re: discovery production (.1). | 325.00 | 1.90 | 617.50 |
| | TJV | Finalize and file consent motion to extend 727 & 523 deadlines and upload consent order re same (.1); email to Universal Tracing re Galardi asset search (.1) | 200.00 | 0.20 | 40.00 |
| 11/23/2022 | AMA | Research on Fraudulent Intent under 11 U.S.C. 548. | 175.00 | 0.80 | 140.00 |
| | TTM | finalize notice of subpoena and email Committee re: response to JGP&P sale (.4); start comparing disclosure statements (1.9); work on putting together calculations of assets, liabilities for insolvency for mediation/settlement discussions (2.6). | 325.00 | 4.90 | 1,592.50 |
| | TJV | Finalize subpoena (Miller estate) and notice of intent to issue same, prepare correspondence to Riedel with acknowledgment of service (.4); finalize and file notice of intent (.1); finalize and issue correspondence to serve with subpoena (.2); finalize and file response to debtor's motion to sell stock interest (.1) | 200.00 | 0.80 | 160.00 |
| | LSJ | Review and prep 3rd party subpoena for debtor financials (.2); review entered order granting J&W fee app as committee counsel (.1); review filed notice of subpoena (Hardin Miller) (.1); review entered order granting committee's motion to extend deadlines (523 + 727) for creditors, calendar same (.1) | 425.00 | 0.40 | 170.00 |
| | LSJ | Review committee response to debtor's motion to sell redeye and frontage rd with protections for proceeds and creditors | 425.00 | 0.20 | 85.00 |
| 11/26/2022 | LSJ | Review docket (Notice of Hearing set committee objections), calendar same | 425.00 | 0.10 | 42.50 |
| 11/28/2022 | TTM | emails with Mutepe re: outstanding discovery needs, reviewing same (1.2); put together basic timeline of avoidable transfers and main events; list of outstanding questions (deposition or discussions with Chris) (.5); redline of JPG&G sale order (.6); review order on 2121 Las Vegas (.6); t/c Chris Terry re: discovery, hearing (.4; t/c Lou re: 2121 order, confirmation of mediation (.4). | 325.00 | 2.60 | 845.00 |
| | LSJ | Review and revisions on orders (sales), email exchanges re same | 425.00 | 0.30 | 127.50 |
| 11/29/2022 | LSJ | Conference with TM re IRS Plan treatment (plan fixes) (.2); email exchanges with TM and debtor re sale order (.1); email exchanges with committee and IRS re plan (.2); further email with debtor counsel re docs + mediation (.1) | 425.00 | 0.60 | 255.00 |
| | DM | Produce exavault link for Chris Edwards | 200.00 | 0.60 | 120.00 |
| | TTM | email on CPA fee order (.1); conf LSJ re: Galardi IRS liens (.2); email IRS; email Lou; review MOR (.6); t/c Chris Edwards re: budget; Mutepe re: insolvency claims (.4); conf DW re: | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | documents to Chris Edwards (.1); drafting statement on fraudulent transfers for mediation (.5); review orders on motions to sell; t/c Lou re: same (.5); email Lou re: his fees (.1); email Chris Edwards re: budget projections project; prep for IRS discussion on committee plan (1.0). | 325.00 | 3.50 | 1,137.50 |
| 11/30/2022 | LSJ | Conference with TM (hearing prep) (.1); conf with TM (debriefing re hearing on sales motions) (.2); email exchange and prep re committee accountant, review of financials (.1) | 425.00 | 0.40 | 170.00 |
| | TTM | drafting insolvency calculation (for mediation) (.8); t/c Lou re: fees (.1); attend hearing on motions to sell (.8); t/c Chris Terry re: mediation, deposition (.3); conf Mutepe re: FLSA classes of claims for insolvency chart; update same (1.6). | 325.00 | 3.60 | 1,170.00 |
| 12/01/2022 | LSJ | Prepare analysis re proposal to IRS re lien and plan treatment on specific assets | 425.00 | 0.60 | 255.00 |
| | TTM | prepare spreadsheet for IRS proposal, conf LSJ re: same (1.8); t/c IRS attorney re: outline of proposal (.4); email Tallulah re: clarification of proposal (.2); t/c Mupete re: sale withdrawal (.1). | 325.00 | 2.50 | 812.50 |
| 12/02/2022 | TTM | t/c Tallulah; email Committee on making IRS offer (.9); t/c Ainsworth re: checks; email Lou & Caproni re: same (.1); work on insolvency chart (1.7). | 325.00 | 2.70 | 877.50 |
| | LSJ | Conference with TM re IRS plan treatment | 425.00 | 0.10 | 42.50 |
| 12/05/2022 | TTM | t/c, emails with Committee re: IRS treatment (.3); draft spreadsheet listing proposed IRS secured properties; properties remaining for unsecured creditors (1.3); follow up conversation with Mutepe (.4). | 325.00 | 2.00 | 650.00 |
| 12/06/2022 | LSJ | Prepare correspondence to IRS re proposed plan treatment (.3); emails to IRS attorney re same (.1); email exchange re 2004 exam of debtor, calendar same (.1) | 425.00 | 0.50 | 212.50 |
| | TTM | calls with Ainsworth; Mupete; Chris (.5); drafting Galardi settlement proposal to IRS (.6); email IRS attorney settlement proposal; email Lou; Committee re: mediation status (..3); start preparing for deposition (1.5). | 325.00 | 2.90 | 942.50 |
| 12/07/2022 | TTM | t/c Lou re: status of JGP&P closing (.2). | 325.00 | 0.20 | 65.00 |
| | TTM | prep deposition outline (2.2). | 325.00 | 2.20 | 715.00 |
| | LSJ | Review/ prep IRS claim | 425.00 | 0.10 | 42.50 |
| 12/08/2022 | TTM | email response to IRS attorney; (.2); start drafting second amended plan (IRS treatment) (.7); t/c Mutepe re: broker response; review list of property from broker to confirm no new properties (.7); t/c from Alan Pearlman re: offer on 506; email debtor's counsel re: same (.2). | 325.00 | 1.80 | 585.00 |
| 12/09/2022 | TTM | prep for deposition; t/c Chris Terry re: location of deposition; documents (4.4) | 325.00 | 4.40 | 1,430.00 |
| | AMA | Research regarding the allocation of liability for tax liens between a debtor and non-debtor who jointly filed taxes. Research regarding the requirements for an heir to gain legal | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | interest in property through probate. | 175.00 | 1.30 | 227.50 |
| 12/12/2022 | MSC | Prepare subpoena for deposition | 200.00 | 0.20 | 40.00 |
| | TTM | conf TV re: deposition prep (.1); t/c Chris re: Galardi deposition (.1). | 325.00 | 0.20 | 65.00 |
| | TJV | Review Butts Co. & Broward Co. real estate records per TM's request | 200.00 | 0.30 | 60.00 |
| 12/13/2022 | TTM | email Ms. Thomas re: hearing (.1); review email from Lou on closing delay; forward to Committee (.2); t/c Ainsworth re: closing issues; monthly checks (.3); call with Chris re: deposition; preparation for deposition; emails with Chris re: same (3.3). | 325.00 | 3.90 | 1,267.50 |
| | MSC | Prepare new subpoena and call ACR regarding the changes | 200.00 | 0.10 | 20.00 |
| | LSJ | Email exchange with chambers and counsel re rescheduling hearing, calendar same | 425.00 | 0.10 | 42.50 |
| 12/14/2022 | LMP | conf with TM re deposition pre (.2) | 375.00 | 0.20 | 75.00 |
| | MSC | Prepare deposition exhibits | 200.00 | 4.70 | 940.00 |
| | TTM | prepare for 2004 examination, putting together exhibits (1.9); continue preparation, discussions with Committee re: questions (1.4); same (2.4); finish preparation (1.6). | 325.00 | 7.30 | 2,372.50 |
| 12/15/2022 | TTM | take debtor's Rule 2004 examination; travel to/from Lou McBryan's office. | 325.00 | 7.40 | 2,405.00 |
| | LSJ | Debriefing with TM re 2004 | 425.00 | 0.10 | 42.50 |
| 12/16/2022 | TTM | t/c Mutepe; email Chris Edwards re: budget projects under plan (.5); t/c from Anthony (Sarah Reidel's paralegal) (.1); review periodic reports, tax returns, documents re: cash flow, prepare rough outline of cash flow projections, projected plan payments for disposable income requirements (2.1). | 325.00 | 2.70 | 877.50 |
| 12/19/2022 | TTM | vm Sarah Reidel (.1). | 325.00 | 0.10 | 32.50 |
| | AMA | Research regarding requirements to transfer property out of a probate estate in Georgia, South Carolina, and Nevada. | 175.00 | 5.10 | 892.50 |
| 12/20/2022 | TTM | review research from law clerk re: passing of title in probate under NV, SC, and GA law; additional research; conf LSJ re: same (2.1); work on outlining projected budget; research on applicable period for 1129(a)(15) disposable income requirement (1.6)t; t/c Chris Terry re: meditation and items to address prior (1.1); conf LSJ re: same; projected budget (.2) | 325.00 | 5.10 | 1,657.50 |
| | LSJ | Conference with TM analyzing avoidance claims & other estate causes of action (including revocation of debtor's revocable trust) for purposes of mediation (1.0); conf with TM re settlement memo for mediation (.2) | 425.00 | 1.20 | 510.00 |
| 12/21/2022 | TTM | t/c Chris Edwards re: cash flow analysis (.4). | 325.00 | 0.40 | 130.00 |
| 12/23/2022 | LSJ | Email exchange with J. Diehl and opposing counsel re mediation (.1); review clerk's delinquency notice re debtor MOR + summaries (.1) | 425.00 | 0.20 | 85.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/27/2022 | TTM | drafting mediation statement (3.8); drafting second amended plan & disclosure statement per IRS agreement (1.4). | 325.00 | 5.20 | 1,690.00 |
| | LSJ | Conference with TM re strategy IRS acceptance of plan proposal (.1); email exchanges with IRS + committee re same; receipt and review of IRS correspondence re same (.2) | 425.00 | 0.30 | 127.50 |
| | WDM | Conference with TTM regarding mediation and absolute priority rule and going concern value (0.2); research regarding going concern value for exception to absolute priority rule and provide analysis to TTM regarding same (2.2) | 375.00 | 2.40 | 900.00 |
| 12/28/2022 | TTM | drafting mediation statement (6.4); t/c Ainsworth; email Lou re: KOD closing (.4). | 325.00 | 6.80 | 2,210.00 |
| | LSJ | Prepare plan mod for IRS treatment changes | 425.00 | 0.20 | 85.00 |
| | AMA | Researched South Carolina and Nevada law regarding a personal representatives powers after closing of a probate estate and requirements for assent to real property transfers by the personal representative of probate estates. | 175.00 | 2.10 | 367.50 |
| 12/29/2022 | LSJ | Email committee (mediation statement) and review of same (.1); email exchange with debtor counsel and mediator re mediation statements (.2) | 425.00 | 0.30 | 127.50 |
| | TTM | t/c Lou McBryan re: delayed closing (.2). | 325.00 | 0.20 | 65.00 |
| | TJV | Review Galardi CPA document portal and email docs to Mutepe per TM's request | 200.00 | 0.20 | 40.00 |
| 12/30/2022 | TTM | email Committee re: delayed closing (.1). | 325.00 | 0.10 | 32.50 |
| | LSJ | Review entered order authorizing mediation and appointing J. Diehl | 425.00 | 0.10 | 42.50 |
| | LSJ | Email exchange with committee re mediation statement | 425.00 | 0.10 | 42.50 |
| 01/02/2023 | TTM | email to Judge Diehl with mediation statement; email Chris & Lou re: budget analysis (.3). | 325.00 | 0.30 | 97.50 |
| 01/03/2023 | TJV | Prepare notice of filing redlines & finalize 2nd amended plan & disclosure statement (.3) | 200.00 | 0.30 | 60.00 |
| | TTM | conf LSJ re: mediation (.1); prep for conversation with Judge Diehl; emails with Committee (.9); t/c Ainsworth (.2); t/c Judge Diehl re: mediation (1.0); revising liquidation analysis re: IRS agreement (1.2); t/c Chris Terry re: IRS agreement to liquidating plan; mediation topics (1.0). | 325.00 | 3.50 | 1,137.50 |
| | LSJ | Conference with TM re mediation strategy (.1); email exchanges with IRS attorney re consent to plan terms (.2); email exchanges with mediator (.1); conf with TM re plan revisions per stipulation with IRS over plan treatment (.1); email exchanges with Committee (.1) | 425.00 | 0.60 | 255.00 |
| | LSJ | Email exchange IRS attorney re plan and pending hearing | 450.00 | 0.10 | 45.00 |
| 01/04/2023 | TJV | Finalize/compile 2nd amended disclosure statement & plan and notice of filing redlines (.3); finalize and file same (.2); email to MD and debtor's counsel with filestamped copies of same(.1) | 200.00 | 0.60 | 120.00 |
| | LSJ | Conference with TM; review mediation statement (.1); review mediation statement + revise liquidation analysis for committee plan with orderly liquidation values (.8); conf TM re same (.1) | 425.00 | 1.00 | 425.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | TTM | t/c Committee re: mediation (.5); t/c Mutepe re: procedural posture of mediation; discussions with clients (.2), conf LSJ re: second plan; finalizing second plan; disclosure statement (.8). | 325.00 | 1.50 | 487.50 |
| 01/05/2023 | TTM | t/c Chris Terry re: mediation (.8); outline properties at issue in preparation for call (.7); call with Committee; further conference LSJ re: mediation strategy (.8). | 325.00 | 2.30 | 747.50 |
| | LSJ | Review filed 2nd amended Committee Plan and accompanying disclosure statement and redlines (.2); conference call with TM re same (.8) | 450.00 | 1.00 | 450.00 |
| 01/06/2023 | TJV | Conduct people search (Kunstlinger), review results | 200.00 | 0.10 | 20.00 |
| | KLR | Research issue of contribution claims against joint filing spouses | 250.00 | 3.30 | 825.00 |
| | TTM | prepare for mediation; t/c Jonathan Loegel (GDOR) (1.5); send logistics emails to Judge Diehl, Chris, & Lou; test zoom capabilities (.5); continue preparations; conf WM re: research needs (2.9); call with Chris Terry re: negotiations (2.1). | 325.00 | 7.00 | 2,275.00 |
| | WDM | Research regarding damages fro fraudulent transfer claims and stream of income from business that was fraudulently transferred and provide analysis to TTM regarding same for preparation for mediation | 375.00 | 4.10 | 1,537.50 |
| | LSJ | Conference with TM re negotiating strategy (mediation) (.1); conf with TM re damages claim on avoidance action (.1) | 450.00 | 0.20 | 90.00 |
| 01/09/2023 | LMP | conference with TM re mediation analysis (.1 | 395.00 | 0.10 | 39.50 |
| | TTM | Prep for; attend mediation with Judge Diehl. | 325.00 | 8.30 | 2,697.50 |
| 01/10/2023 | TTM | t/c Ainsworth re: implementation of agreement (.2). | 325.00 | 0.20 | 65.00 |
| 01/11/2023 | LSJ | review docket notice re-scheduling numerous pending hearings, pending meditation note; calendar same | 450.00 | 0.10 | 45.00 |
| 01/13/2023 | TTM | start spreadsheet on unsecured creditors distributions for advocating acceptance of plan (1.4); t/c Mutepe re: next steps (.3) | 325.00 | 1.70 | 552.50 |
| 01/16/2023 | AMA | Drafted Notice of WIthdrawal for Motion to Compel Discovery, and Objection to Special Counsel. Also drafted a fifth Motion to Extend Time to Discharge of Dischargeability. | 175.00 | 1.42 | 248.50 |
| | TTM | t/c Chris Terry re: drafting plan, disclosure statement; dates (.8); conf LSJ re: drafting disclosure statement (.4); start drafting amended disclosure statement (2.3). | 325.00 | 3.50 | 1,137.50 |
| | LSJ | Conference with TM re plan, settlement and liquidating trust (.6); further conf re same (.2) | 450.00 | 0.80 | 360.00 |
| 01/17/2023 | TJV | Finalize and file 523/727 extension motion and upload consent order re same | 200.00 | 0.10 | 20.00 |
| | TTM | editing disclosure statement (2.6); t/c Ainsworth re: timeline (.3). | 325.00 | 2.90 | 942.50 |
| | LSJ | prepare motion and order for 523 extension for creditor body | 450.00 | 0.10 | 45.00 |
| 01/18/2023 | TTM | editing the liquidating trust agreement, conf LSJ re: liquidating trust; disclosure statement (2.8); email Terry redline Disclosure statement and liquidating trust agreement (.1). | 325.00 | 2.90 | 942.50 |

Page: 10

Teri Galardi Official Creditor Committee                                                05/03/2023

Re: Creditor Committee                                                  Account No:     2345.004
                                                                        Invoice No:       65002

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | LSJ | Conference with TM re plan provisions (.1); prepare liquidating trust (.1) | 450.00 | 0.20 | 90.00 |
| 01/19/2023 | LSJ | review and calendar entered order extending 523 deadline for all creditors | 450.00 | 0.10 | 45.00 |
|  | LSJ | review status of IRS treatment and debtor's plan per mediation | 450.00 | 0.10 | 45.00 |
| 01/21/2023 | LSJ | Review Court docket and notices; calendar events and deadlines | 450.00 | 0.10 | 45.00 |
| 01/23/2023 | LSJ | Conference with TM re KOD transaction | 450.00 | 0.20 | 90.00 |
|  | TTM | email Chris re: plan drafting (.1); email Sharon Whitlow re: secured claim (.1); t/c same (.2); t/c Lou re: KOD closing (.3); t/c Mutepe re: KOD closing, secured note (.5); conf LSJ re: same; t/c Lou (.4); t/c Ainsworth, email Lou re: agreement to secured note (.4). | 325.00 | 2.00 | 650.00 |
| 01/24/2023 | LMP | conf with TM re security and pledge for closing (.1) | 395.00 | 0.10 | 39.50 |
|  | TTM | review secured note and DSD from Lou; conf LSJ, LMP re: pledge of membership form; email Lou with form and thoughts on note & DSD (1.3); t/c Lou re: closing (.4); t/c same re: security, urgency in closing; t/c Ainsworth re: Trop payoff (.5); t/c Lou (.1); review security agerement, pledges, and assignments, t/c Lou re: same (.5). | 325.00 | 2.80 | 910.00 |
|  | LSJ | Conference with TM re securitization of interest in debtor's LLC membership interests under the plan | 450.00 | 0.10 | 45.00 |
| 01/25/2023 | LSJ | Review docket (clerk memo to C. Terry inquiry re filing of consensual disclosure statement and plan) | 450.00 | 0.10 | 45.00 |
|  | TTM | review December MOR (.1). | 325.00 | 0.10 | 32.50 |
| 01/26/2023 | AMA | Researching whether trustee fees result from the disbursement of both Loans and Property as well as cash. | 175.00 | 1.00 | 175.00 |
|  | TTM | t/c Tallulah re: timing of IRS claim; work on revising debtor's plan of reorganization (1.3); continue working on plan (2.2); t/c Chris; Ainsworth re: plan (1.3); continue on plan (.9); t/c Mutepe re: plan; claims, review claims per call (1.0). | 325.00 | 6.70 | 2,177.50 |
| 01/27/2023 | TTM | finish plan per mediation, review disclosure statement; t/c Chris re: outstanding items; email to Chris & Lou; conf LSJ re: review (4.5); t/c Ainsworth re: claims (.5); review form note and DSDs; conf TV re: same (.5); conf TV re: DSDs (.2). | 325.00 | 5.70 | 1,852.50 |
|  | AMA | Research re transfers of loan funds and property from the Estate constitute disbursements subject to Trustee Fees (NO CHARGE) | 0.00 | 1.40 | 0.00 |
|  | LSJ | Email exchange with debtor counsel; conf TM | 450.00 | 0.10 | 45.00 |
|  | TJV | Prepare promissory note (per class 8 of plan) (.4); prepare three DSDs (DeKalb & Fulton properties) and verify legal descriptions (1.6) | 200.00 | 2.00 | 400.00 |
| 01/31/2023 | TTM | email Chris Terry re: plan (.1); conf LSJ re: liquidating trustee, email Chris Terry re: plan exhibits (.3). | 325.00 | 0.40 | 130.00 |
|  | LSJ | Conference with TM re trust provisions and implementation | 450.00 | 0.20 | 90.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

05/02/2023

Account No:      2345.004
Invoice No:        65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/01/2023 | TTM | meeting with Mutepe on claims review (3.2); t/c Ainsworth re: same (.4). | 325.00 | 3.60 | 1,170.00 |
| 02/02/2023 | LSJ | Review entered order on debtor's motion to sell Royal Hammock property (Naples Fla) (authorizing debtor to execute documents to facilitate the sale with estate received net proceeds of non-debtor entity sale of property) (.1); review debtor's amended Oct and November MOR (.1); Review debtor's amended MOR's for multiple months (.2); review IRS amended Proof of Claim (#35) asserting secured position (.1) | 450.00 | 0.50 | 225.00 |
| 02/06/2023 | LSJ | Review plan; conf with TM re collateralization | 450.00 | 0.20 | 90.00 |
| | TTM | t/c Chris; looking at liens; conf LSJ; t/c Chris (1.8). | 325.00 | 1.80 | 585.00 |
| 02/07/2023 | TTM | start review of exhibits from Chris (1.1); same (.4). | 325.00 | 1.50 | 487.50 |
| 02/08/2023 | LMP | plan prep conference with TM (.3) | 395.00 | 0.30 | 118.50 |
| | TJV | Finalize and file withdrawal of motion to compel discovery (.1); prepare and file withdrawal of objection to applications to employ NV counsel (.1) | 200.00 | 0.20 | 40.00 |
| | TTM | reviewing exhibits from Chris (.5); email committee on current sales (.2); reviewing disclosure statement; conf LMP, revise promissory note; hypothecation agreements; t/c Chris Terry; email Chris, Lou re: outstanding items under the plan (2.6); draft application for conditional approval, email to Chris (.4). | 325.00 | 3.70 | 1,202.50 |
| | LSJ | Review clerk memo to debtor counsel (re their delinquency on submission of chapter 11 plan (clerk's second request)); further review of docket and status of plan (.1); review withdrawal of our (Committee's Motion to compel discovery) (.1); prepare and review filing of committee's withdrawal of its objection to debtor's application to employ (.1) | 450.00 | 0.30 | 135.00 |
| 02/09/2023 | MSC | Prepare edits on creditor form letter | 200.00 | 1.00 | 200.00 |
| | TTM | review plan redline from Chris; drafting from of letter to creditors (2.7); finish drafting letter to creditors, email to Committee; LSJ (1.1). | 325.00 | 3.80 | 1,235.00 |
| | LSJ | Conference with TM and email exchanges | 450.00 | | 1.00 |
| 02/10/2023 | LSJ | Review email exchanges (chambers and counsel) re scheduling | 450.00 | 0.10 | 45.00 |
| | TTM | email Chris re: filing plan (.2); t/c Chris Terry (.1); t/c Mutepe re: update (.1); emails re: same (.3); t/c Mutepe re: contacting creditors re: plan, addresses (.4); t/c Chris Terry re: update (.1). | 325.00 | 1.20 | 390.00 |
| 02/11/2023 | LSJ | Review December MOR | 450.00 | 0.10 | 45.00 |
| 02/13/2023 | TTM | t/c Mutepe re: conversations with creditors, resolving questions (.5); conf LSJ re: solicitation letter (.2); review redline of solicitation letter (.3) | 325.00 | 1.00 | 325.00 |
| | DM | Edits to Joint Plan Form Letter to Creditors | 200.00 | 0.40 | 80.00 |
| | LSJ | Prepare letter to creditor (re committee recommendation of the plan) | 450.00 | 0.60 | 270.00 |
| 02/14/2023 | TTM | t/c Chris re: listing agreements continuing on under liquidating | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | trustee; filing plan; email Committee re: Florida broker (.5); review app to employ broker for 4766 Frontage, review qualifications; email debtor's counsel why selected; email same re: Florida broker (.3). | 325.00 | 0.80 | 260.00 |
| 02/15/2023 | LMP | conf with TM re commercial real estate broker (.1) | 395.00 | 0.10 | 39.50 |
| | TTM | vm Julie Negovan (.1); t/c Chris re: plan, broker; email committee re: broker for Frontage (.5); t/c Paul Hanna (potential broker for Frontage (.4); t/c Chris Terry re: plan (.1). | 325.00 | 1.10 | 357.50 |
| 02/16/2023 | TJV | Begin prep of mail merge (unsecured creditors) for service of ballot pack and conference with TM | 200.00 | 0.50 | 100.00 |
| | TTM | t/c Mutepe re: creditor's questions (.4); vm Julie Negovan (.1); t/c same re: Naples house, 506 Office, vacant land in Naples; update spreadsheet; t/c Mutepe re: real estate (1.4); confirm plan, disclosure statement filed by Chris, conf staff re: serving; t/c Mutepe, Ainsworth re: servicing addresses; conf LSJ re: same; review solicitation letter (1.5). | 325.00 | 3.40 | 1,105.00 |
| | LSJ | Prepare committee letter to creditors recommending acceptance of plan | 450.00 | 0.50 | 225.00 |
| | DM | Edits on Form Letter to Committee | 200.00 | 0.40 | 80.00 |
| | DM | prepare ballot pack (printing) | 200.00 | 0.50 | 100.00 |
| | LSJ | Review application to conditionally approve disclosure statement and set confirmation (.1); review joint amended plan and disclosure statement (.2) | 450.00 | 0.30 | 135.00 |
| 02/17/2023 | TTM | conf LSJ; email Rhonda re: dates for confirmation (.2); revise broker application for Hanna; email same re: affidavit; application (.7); email Chris, Lou re: application; sign affidavit; email Hanna (.2). | 325.00 | 1.10 | 357.50 |
| | LSJ | Scheduling confirmation conf with TM | 450.00 | 0.20 | 90.00 |
| 02/20/2023 | TTM | review emergency filings from 506 buyer (.4). | 325.00 | 0.40 | 130.00 |
| 02/21/2023 | TTM | emaisl with Ms. Thomas (.1); t/c Chris Terry re: status conference; draft Notice of Hearing, email Chris; file (.4). | 325.00 | 0.50 | 162.50 |
| | LSJ | Review AG South objection to plan (.2); review notice setting hearing on conditional approval of disclosure statement (.1); calendar hearing on same (and review of docket notice of same) (.1); review debtor's mor's (.1) | 450.00 | 0.50 | 225.00 |
| | LSJ | Conference with TM re status conference and scheduling on disclosure statement | 450.00 | 0.20 | 90.00 |
| 02/22/2023 | TTM | t/c Mutepe re: creditor thinking plan already served out (.2). | 325.00 | 0.20 | 65.00 |
| 02/26/2023 | LSJ | Review plan, trust agreement and collateralization docs for Galardi class 8 obligations | 450.00 | 2.30 | 1,035.00 |
| 02/27/2023 | TTM | t/c LSJ re: plan, disclosure statement (.3); attend status conference on disclosure statement (.3);  t/c Chris (.1); review order setting disclosure statement, confirmation (.3); review file for outstanding items; email Lou, Chris re: Hanna broker application to be filed; calendar dates (.2). | 325.00 | 1.20 | 390.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

05/02/2023

Account No:   2345.004
Invoice No:   65002

| Date | Init | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | LSJ | Conference with TM further review of plan and disclosure (.7); attend hearing (status conference) to consolidated plan and disclosure hearing (including prep for same) (.5); email exchange with counsel re order and balloting (.1); email exchanges (calendar confirmation hearing) (.1) | 450.00 | 1.40 | 630.00 |
| | TJV | Prepare class 8 ballot form | 200.00 | 0.20 | 40.00 |
| 02/28/2023 | TTM | t/c Ainsworth re: claims withdrawn; creditors' addresses; update creditor distribution sheet to reflect withdrawn claims (.3); reviewing ballot pack mail merge list; update with new addresses; claims amounts for ballot; edits to form ballot; email to Chris (1.6); t/c Chris Terry re: ballot; 506 Office closing (.2) t/c Mutepe re: distribution question from creditor; fix error in attorney's fee calculation (.3); email Ainsworth & Mutepe re: remaining creditors addresses (.1). | 325.00 | 2.50 | 812.50 |
| | LSJ | Email exchanges (review re plan prep and analysis re mods needed) | 450.00 | 0.20 | 90.00 |
| 03/01/2023 | TJV | Prepare/update ballot pack mail merge addresses | 200.00 | 0.50 | 100.00 |
| | DM | prepare ballot service | 200.00 | 0.10 | 20.00 |
| | LSJ | Email exchanges (review) re AgSouth objection (resolution) and analysis of unsecured claims | 450.00 | 0.20 | 90.00 |
| | TTM | conf TV re: service (.3); review Ag South consent order; email comments re: same (.4); obtaining direct noticing addresses (.3); t/c from Amerra Brewer re: process (.1). | 325.00 | 1.10 | 357.50 |
| | LSJ | Review entered solicitation order and calendar deadlines and hearing (.2); prepare service (.1); review withdrawal of numerous claims (.1) | 450.00 | 0.40 | 180.00 |
| 03/02/2023 | LMP | review letter to unsecured class (.2) conf with TM re same .1) | 395.00 | 0.30 | 118.50 |
| | TTM | confs re: outstanding addresses; finalizing solicitation letter, ballot (.5); t/c Mutepe re: Thompson claim; procedural questions from clients (.4); conf TV re: mail merge for letter; ballot for FLSA creditors (pre-filed with name, address & amount) (.7); conf LMP re: letter; serving out ballot packs (2.3). | 325.00 | 3.90 | 1,267.50 |
| | TJV | Prepare mail merges and service of ballot pack (with solicitation letter) | 200.00 | 3.20 | 640.00 |
| 03/03/2023 | TTM | review of creditors to be served; t/c Chris to eliminate overlap (.2); t/c Chris re: who serving who; conf TV re: same (.4); review Certificate of service; edits to same (.6); final review; conf TV to file (.2). | 325.00 | 1.40 | 455.00 |
| | LSJ | Prepare certificate of service and review service issues (solicitation) | 450.00 | 0.20 | 90.00 |
| 03/06/2023 | TTM | t/c Ainsworth re: clients executing ballots correctly (.2); follow up on broker with Chris (.1). | 325.00 | 0.30 | 65.00 |
| 03/07/2023 | TTM | full review of file for outstanding items prior to confirmation; conf LSJ re: 523/727 objection deadlines; put together list of outstanding items, email to Lou & Chris (1.2); t/c from Mary (clerk's office) re: Notice of Hearing on motion to authorize avoidance actions (.1); emails with Lou; Chris re: conference call | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | (.1); t/c from Mutepe re: King claim of secured claim (.3); edits to Notice of Hearing; email BD for filing; email Chris, Lou re: Notice of Hearing (.2). | 325.00 | 1.90 | 617.50 |
| | LSJ | Prepare Motion for 523/727 extension (.1); email exchanges with opposing counsel and review pending issues for resolution (.2) | 450.00 | 0.30 | 135.00 |
| | LSJ | Review service on Plan and compliance re balloting procedures (.1); review AG South Plan Objection, strategy with TM re resolution of same (.1); prepare re extension Motion of Creditor Comm Avoidance Actions and Standing and Notice of Hearing on same (.2) | 450.00 | 0.40 | 180.00 |
| 03/08/2023 | TTM | t/c from Keesha Weems re: case, completing ballot, what to expect (.2); t/c Mutepe re: ballot questions from clients (.3); edit Meleka Williams ballot; resend to her (.1). | 325.00 | 0.60 | 195.00 |
| 03/09/2023 | BD | Edit and File chapter 11 ballots | 150.00 | 0.20 | 30.00 |
| | LSJ | Conference with TM re pending issues (strategy) and balloting | 450.00 | 0.30 | 135.00 |
| | TTM | draft notice of filing ballots; email Mutepe re: Ward address (.2); draft notice of filing ballots for Brooks, Williams, Wright (.2); conf BD re: Williams ballot; email Ward her ballot (.2); t/c Ainsworth re: afternoon call (.2); draft ballot summary (.2); emails with Jim Silver (.3); call with Lou & Chris re: outstanding items (1.0); | 325.00 | 2.30 | 747.50 |
| 03/10/2023 | TTM | review 506 Office lawsuit complaint; conf LSJ re: 506 Office lawsuit; t/c Lou; email Committee re: call yesterday and update (.8); review motion to sell (.4); t/c Lou (.1). | 325.00 | 1.30 | 422.50 |
| | LSJ | Conference with TM re strategy on suit filed by buyer in Florida (research terms of automatic stay re same) (.3); review J Smith abstention order in Jack Jr case and email committee (.2); prepare and review committee report re pending items (pre-confirmation) (.1); review balloting (.1) | 450.00 | 0.70 | 315.00 |
| | LSJ | Review/ prepare re Motion for authorization on (LLC's execution for sale on Fort Lauderdale Property) and Motion to Expedite hearing, conf with TM re same (.2) | 450.00 | 0.20 | 90.00 |
| 03/13/2023 | LSJ | Review Debtor's motion to sell Fort Lauderdale property (.2); review email from debtor's counsel and order setting emergency hearing, calendar same (.2); review balloting, receipt and review of balloting (.1) | 450.00 | 0.50 | 225.00 |
| | TTM | reviewing ballots; updating spreadsheet, correcting names of clients (.4); same (.2). | 325.00 | 0.60 | 195.00 |
| | MSC | Prepare and file ballot for Minnis | 200.00 | 0.30 | 60.00 |
| | LSJ | Review Motion to Expedite Hearing on Motion re Sale of Fort Lauderdale Property (.1); review/ prepare re balloting (.1); review Georgia Dept. of Revenue objection re plan (.1); review transfer of claim agreement filed by Red Shield (purchased from Alexis King) (.1); review entered order granting expedite hearing, calendar hearing (Fort Lauderdale sale) (.1) | 450.00 | 0.50 | 225.00 |
| 03/14/2023 | TTM | review order; t/c Lou re: comments; email all with redline (.4); call with Lou, Linley, buyer re: order on 506 Office (.8); t/c Lou; email Linley re: affidavit (.3); conf BM re: attorney's lien issue; need for memo to file on same (.1); further review of redlined | | | |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

05/02/2023

Account No:      2345.004
Invoice No:         65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | order, t/c Lou re: COS (.4); attend hearing on motion to sell, follow up call with Lou, t/c Mutepe re: hearing outcome, purchase of claim by RedShield (1.1). | 325.00 | 3.10 | 1,007.50 |
| | LSJ | Review and calendar entered order setting hearing on sale motion (.1); review transfer of Alexis King claim to Red Shield, conf with TM re same (.1); review sale motion (.1); email exchange closing (Buyer) attorney re sale and closing requirements (.2); research rights to attorney fees (.2) | 450.00 | 0.70 | 315.00 |
| | LSJ | Review plan provisions and terms re debtor's authorization and requirements to fund plan from transactions by owned entities | 450.00 | 0.20 | 90.00 |
| | WDM | Conference with TTM and begin research on attorney's lien issue and whether attorney can lien his client's distribution or file secured claim (1.2); research and analysis to LSJ and TTM regarding whether fees awarded as contempt sanctions are enforceable by the firm awarded the fees or by the clients (1.7) | 375.00 | 2.90 | 1,087.50 |
| 03/15/2023 | MSC | Online real estate records search for property owner for TTM | 200.00 | 0.10 | 20.00 |
| | TJV | Prepare motion and proposed consent order extending dischargeability deadlines | 200.00 | 0.20 | 40.00 |
| | LSJ | Conference with TM re objection to Transfer to Claim | 450.00 | 0.20 | 90.00 |
| | WDM | Continued research and memo on attorney's lien issue and whether attorney has secured claim in bankruptcy case | 375.00 | 0.40 | 150.00 |
| | TTM | review order on Tract B; email Lou (.1); t/c Mutepe; email Michael De Campo (.3); review and email Lou, Chris re: outstanding items, review email re: extension of 523/727 (.6); t/c Ainsworth re: withdrawal of Trop claims; payment calculation issue (.3); t/c Ms. Long re: solicitations by Michael (.2); conf LSJ, research unauthorized practice of law (.6); start drafting objection to King transfer (.7 at no charge). | 325.00 | 2.10 | 682.50 |
| 03/17/2023 | TTM | conf LSJ re: Red Shield Funding email; conf TV re: people search (.5); t/c from Jamie Parker; conf TV re: ballot (.7); t/c Ainsworth; review procedure for objecting to claim based on preference (.6); t/c Mutepe re: Red Shield Funding (.2). | 325.00 | 2.00 | 650.00 |
| | LSJ | Conference with TM re strategy re illicit solicitation (.3); email exchange with Committee counsel and debtor counsel re realtor (.1); review listing agreement (Frontage Rd) (.1); review AG South Plan Mod and correspondence re same (.1) | 450.00 | 0.60 | 270.00 |
| | TJV | Conduct and review people search records re Campo per TM's request | 200.00 | 0.50 | 100.00 |
| | WDM | Additional research and finalize memo on attorney's lien issue for TTM | 375.00 | 2.80 | 1,050.00 |
| 03/18/2023 | LSJ | Review balloting | 450.00 | 0.10 | 45.00 |
| 03/20/2023 | BD | Update spreadsheets, scan and upload new ballots, and file ballots | 150.00 | 0.40 | 60.00 |
| | TTM | review notice of filing Callahan ballot (.1); conf BD re: email Chris copy of ballot delivered to J&W by post office (.1); email Red Shield Funding re: allegations regarding plan, t/c Lou; Chris re: claim, outstanding items (1.4). | 325.00 | 1.60 | 520.00 |
| 03/21/2023 | TTM | draft notice of ballot for Brandi Robertson; email for filing (.1); | | | |

Teri Galardi Official Creditor Committee

05/02/2023

Re: Creditor Committee

Account No:     2345.004
Invoice No:       65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | review notice of ballot Africa Williams; email for filing (.1); email Jammie Parker blank ballot (.1); t/c from Mutepe re: ballots (.3); conf LSJ re: Michael De Campo transfer (.1). | 325.00 | 0.70 | 227.50 |
| | TJV | Email to creditor (Chatman) with ballot pack | 200.00 | 0.10 | 20.00 |
| | LSJ | Conference with TM re balloting and strategy re solicitation of claim transfer (.2); review balloting (.1) | 450.00 | 0.30 | 135.00 |
| | LSJ | Review entered order on motion re sale of Fort Lauderdale Property (authorizing debtor to execute LLC docs but denied of authority non-debtor to sell property) (.1); review notice of transfer of Alexis King Proof of Claim to Red Shield Funding (.1) | 450.00 | 0.20 | 90.00 |
| 03/22/2023 | TTM | review Hughes notice; email BD for filing (.1); follow up with Chris on Hanna application to employ (.1). | 325.00 | 0.20 | 65.00 |
| 03/23/2023 | LSJ | Review/ prepare application to employ Paul Hannah as realtor | 450.00 | 0.10 | 45.00 |
| 03/27/2023 | TTM | email Chris re: Adams note; email Paul Hanna re: motion to employ (.1); review memo from Bill on attorney's lien (.3); t/c from Ainsworth for update (.2); t/c Chris re: amendment to plan, liquidating trustee, payment of amounts (.6); review; request to file Hertzog ballot (.1). | 325.00 | 1.30 | 422.50 |
| | TJV | Finalize and file motion extending 523/727 deadlines & upload proposed order on same | 200.00 | 0.10 | 20.00 |
| | LSJ | Prepare and review motion and proposed consent order for 523 and 727 objections by unsecured creditors (.1); review balloting and filing (.1) | 450.00 | 0.20 | 90.00 |
| 03/29/2023 | TTM | review ballots; confs BD re: filing; review filing list (.3); t/c Astrid Gabbe & Chris Corsecheck (.9); reviewing plan; disclosure statement; list of remaining items for outstanding issues; t/c Chris Terry re: same, including roof on Frontage Road, amended plan (1.9) | 325.00 | 3.10 | 1,007.50 |
| 03/30/2023 | LSJ | Email exchange re AG South objection and consent order on same | 450.00 | 0.10 | 45.00 |
| 03/31/2023 | TTM | email Astrid re: ballots (.1); finish review of plan; disclosure statement, liquidating trust agreement (.8); email Mutepe re: amending Gregory claim (.1). | 325.00 | 1.00 | 325.00 |
| 04/01/2023 | LSJ | Review power financial's protective objection to the plan (.1); review balloting (.1) | 450.00 | 0.20 | 90.00 |
| 04/02/2023 | LSJ | Review attachment to Proof of Claim filed by claimant Brittany Gregory (.1); review entered order for further extension of time for unsecureds to file 523 and 727 actions (to 4-30-23) (.1); review balloting (Ag South class 2 ballot accepting plan) (.1) | 450.00 | 0.30 | 135.00 |
| 04/03/2023 | TTM | t/c Mutepe re: plan; creditor's questions re: confirmation; distribution (.8). | 325.00 | 0.80 | 260.00 |
| | LSJ | Review Red Shield filed Notice of Appearance filed Addendum to Proof of Claim (FLSA erratta), and ballot and Red Shield plan objection | 450.00 | 0.20 | 90.00 |

Page: 17

Teri Galardi Official Creditor Committee

Re: Creditor Committee

05/05/2023

Account No:      2345.004
Invoice No:       65002

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/04/2023 | TTM | t/c Chris, email Walter & Ainsworth; draft ballot report (1.3); drafting confirmation order (1.0). | 325.00 | 2.30 | 747.50 |
| | LSJ | Review entered order approving employment of Jones Lang LeSalle as broker | 450.00 | 0.10 | 45.00 |
| 04/05/2023 | TTM | draft confirmation order; confs LSJ re: same, needed edits to plan, liquidating trust agreement; draft same and email to Chris Terry  (3.1); t/c Paul Hanna (.1); t/c Jammie Parker (.1); review plan redline (1.1); same, email Chris with comments (.5). | 325.00 | 4.90 | 1,592.50 |
| | TJV | Prepare withdrawals of Class 7 Proofs of Claim | 200.00 | 0.80 | 160.00 |
| | LSJ | Conference with TM re strategy (.1); prepare confirmation order (.1); review balloting and ballot report prep, review filed IRS ballot accepting the plan (.2) | 450.00 | 0.40 | 180.00 |
| 04/06/2023 | TTM | visit 4766 Frontage Road location, meet with Paul Hanna re: marketing property (1.3) | 325.00 | 1.30 | 422.50 |
| 04/07/2023 | TTM | review long email from Jim Silver; review deposits list from Chris (.3); t/c from Mutepe re: any remaining objections (.2); t/c Chris Terry re: objections (.4); t/c same (.1). | 325.00 | 1.00 | 325.00 |
| 04/10/2023 | LSJ | Conference with TM re plan confirmation (.1); hearing prep (.2); further hearing prep (.8) | 450.00 | 1.10 | 495.00 |
| | TTM | prepare for confirmation hearing (including reviewing 1129, including absolute priority rule and disposable income requirement, substantive consolidation, and waiver of discharge issues) (2.9); t/c Chris Terry (.2); response email to Wells Fargo (.1); break out anticipated distributions spreadsheet from total into two distributions (.6); conf LSJ re: potential confirmation hearing pitfalls (.3); emails on IRS ballots (.2). | 325.00 | 4.00 | 1,300.00 |
| | LSJ | Review ballot report (.1); review Boyer Terry status, report of plan deposits held (.1); review amended joint plan (to resolve pending objections) (.2); review Wells Fargo withdrawal of plan objection (.1) | 450.00 | 0.50 | 225.00 |
| 04/11/2023 | TTM | Prepare for and attend confirmation hearing; travel to/from (4.6); conf LSJ re: confirmation order; update confirmation order per hearing; email Chris Terry (.5). | 325.00 | 5.10 | 1,657.50 |
| | LSJ | Prepare for confirmation hearing, review plan objections and resolution (.7); travel to and from Macon, attend confirmation hearing (4.2); prepare confirmation order (.3) | 450.00 | 5.20 | 2,340.00 |
| | LSJ | Review debtor's declaration in support of plan (.1); review withdrawals of plan objections by Georgia Dept. of Revenue and Ag South (.1); review Court's docket entry re plan approval and calendar final disposition date (.1) | 450.00 | 0.30 | 135.00 |
| 04/12/2023 | TTM | email Mutepe re: hearing; draft and file notice of withdrawal; review Chris' edits to confirmation order, disclosure statement, email re: same; review plan and liquidating trust agreement to confirm changes had been made (1.1). | 325.00 | 1.10 | 357.50 |
| | LSJ | Conference with TM re action items (.2); further review of confirmation order (edits) and emails re same (.3) | 450.00 | 0.50 | 225.00 |

Teri Galardi Official Creditor Committee

Re: Creditor Committee

05/02/2023

Account No:      2345.004
Invoice No:       65002

| Date | | Description | Rate | Hours | |
|------|-----|-------------|------|-------|---|
| | TJV | Finalize and file withdrawal of motion DN 210 (.1); review tax records re Frontage Rd & Royal Hammock properties and email to TM re same (.1) | 200.00 | 0.20 | 40.00 |
| 04/13/2023 | TJV | Finalize and upload confirmation order | 200.00 | 0.10 | 20.00 |
| 04/14/2023 | LSJ | Conference with TM re implementation of plan and strategy (.2); email exchange committee re same (.1) | 450.00 | 0.30 | 135.00 |
| | LSJ | Review entered order approving disclosure statement, review entered order confirming plan, calendar deadlines | 450.00 | 0.30 | 135.00 |
| 04/17/2023 | TTM | email Committee re: confirmation; email Paul Hanna re: confirmation, status of keys, cost-analysis (.2); email Chris Edwards re: confirmation, transition to liquidating trustee (.2); email Margaret re: J&W bill for fee application, start review of same (.5); continue review of bill (.3) | 325.00 | 1.20 | 390.00 |
| 04/18/2023 | TJV | Prepare 3rd & final fee app (counsel for committee) | 200.00 | 0.20 | 40.00 |
| 04/21/2023 | LSJ | Conference with TM re estate account | 450.00 | 0.10 | 45.00 |
| 04/24/2023 | TTM | review outstanding items for formation and execution of liquidating trust in preparation for call with Committee (.4). | 325.00 | 0.40 | 130.00 |
| 04/25/2023 | TTM | review outstanding items for formation and execution of liquidating trust in preparation for call with Committee (.8); call with Committee (1.2); call with insurance broker re: application for insurance to place on Frontage Road & Royal Hammock post-Effective Date (1.0) | 325.00 | 3.00 | 975.00 |
| 04/26/2023 | TTM | follow up email on insurance (.1); conf LSJ re: preparing Committee fee app (.1). | 325.00 | 0.20 | 65.00 |
| | LSJ | Conference with TM re effective date, fee app and pending resolution action items | 450.00 | 0.20 | 90.00 |
| 04/27/2023 | TTM | travel to SouthState Bank to open up liquidating trust account for Chris T. to wire money into; told needed legal review (.5). | 325.00 | 0.50 | 162.50 |
| | | For Current Services Rendered | | 385.82 | 125,642.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Leon S. Jones | 28.90 | $425.00 | $12,282.50 |
| Leon S. Jones | 27.00 | 450.00 | 12,151.00 |
| Abby Arnold | 1.40 | 0.00 | 0.00 |
| Abby Arnold | 11.72 | 175.00 | 2,051.00 |
| Tessa Vuncannon | 13.00 | 200.00 | 2,600.00 |
| Leslie M. Pineyro | 1.40 | 375.00 | 525.00 |
| Leslie M. Pineyro | 0.90 | 395.00 | 355.50 |
| Megan Cypher | 6.70 | 200.00 | 1,340.00 |
| Tom T. McClendon | 255.60 | 325.00 | 83,037.50 |
| Katie L. Riley | 3.30 | 250.00 | 825.00 |
| Daniela Manzo | 16.30 | 200.00 | 3,260.00 |
| Blake Dernus | 0.60 | 150.00 | 90.00 |

Page: 19

Teri Galardi Official Creditor Committee                                           05/02/2023

Re: Creditor Committee                                              Account No:        2345.004
                                                                    Invoice No:          65002

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| William D. Matthews | 19.00 | 375.00 | 7,125.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 10/01/2022 | Fee for Online Court Documents (PACER) | 11.80 |
| 10/01/2022 | Online legal research | 116.00 |
| 10/03/2022 | Postage (210 @ .57) | 119.70 |
| 10/03/2022 | Postage (4 @ 3.12) | 12.48 |
| 10/03/2022 | Postage (10 @ 7.82) | 78.20 |
| 10/04/2022 | Mileage to/from Banks & Reidel | 106.25 |
| 10/10/2022 | Federal Express | 17.38 |
| 10/12/2022 | Postage (164 @ .57) | 93.48 |
| 10/12/2022 | Postage | 1.92 |
| 10/12/2022 | Postage | 1.68 |
| 10/13/2022 | Federal Express | 22.76 |
| 10/14/2022 | Postage (171 @ 2.16) | 369.36 |
| 10/14/2022 | Photocopy charges - Motion | 427.50 |
| 10/18/2022 | Postage (171 @ .57) | 97.47 |
| 10/18/2022 | Photocopy charges - NOH | 17.10 |
| 11/01/2022 | Online legal research | 238.25 |
| 11/01/2022 | Fee for Online Court Documents (PACER) | 63.20 |
| 11/02/2022 | Postage | 0.57 |
| 11/16/2022 | Mileage to/from Macon for hearing | 116.25 |
| 11/16/2022 | Parking | 4.00 |
| 11/23/2022 | Federal Express | 30.15 |
| 12/01/2022 | Online legal research | 398.25 |
| 12/01/2022 | Fee for Online Court Documents (PACER) | 0.10 |
| 12/07/2022 | Federal Express | 21.30 |
| 12/15/2022 | Full Asset Search - Universal Tracing Services | 350.00 |
| 12/30/2022 | Photocopy charges - Depo Exhibits | 100.00 |
| 01/01/2023 | Online legal research | 287.50 |
| 01/07/2023 | Transcription fee - American Court Reporting Co., Inc. | 1,895.00 |
| 02/01/2023 | Online legal research | 510.00 |
| 02/01/2023 | Fee for Online Court Documents (PACER) | 14.70 |
| 02/01/2023 | Online real estate records search | 1.50 |
| 02/16/2023 | Photocopy charges - Plan and Disclosure statement | 769.60 |
| 03/01/2023 | Fee for Online Court Documents (PACER) | 20.50 |
| 03/01/2023 | Online legal research | 227.50 |
| 03/01/2023 | Photocopy charges - Plan, Disclosure statement, Order & Bllot | 879.30 |
| 03/03/2023 | Postage (2 @ 15.60) | 31.20 |
| 03/03/2023 | Postage (4 @ 10.55) | 42.20 |
| 03/03/2023 | Postage (20 @ 9.80) | 196.00 |
| 03/03/2023 | Postage (25 @ 12.45) | 311.25 |
| 03/03/2023 | Postage (23 @ 11.45) | 263.35 |
| 03/03/2023 | Postage (4 @ 10.05) | 40.20 |
| 04/01/2023 | Fee for Online Court Documents (PACER) | 1.30 |
| 04/11/2023 | Mileage to/from Macon for hearing | 112.66 |
| 04/11/2023 | Parking | 4.00 |
| | Total Expenses | 8,422.91 |
| | Total Current Work | 134,065.41 |

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

IN RE:

**TERI G. GALARDI,**

      **Debtor.**

**CHAPTER 11**

**CASE NO.  22-50035-JPS**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have on this day electronically filed the foregoing *Notice of Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Committee of Unsecured Creditors, Deadline to Object and for Hearing* ("<u>Notice</u>") and *Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Committee of Unsecured Creditors* ("Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**    mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**    adudleylaw@gmail.com
- **Evan Owens Durkovic**    ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**    robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com; 2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com
- **Whitney Warnke Groff**    wgroff@law.ga.gov
- **Elizabeth A. Hardy**    elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Roy E. Manoll**    kdd@fbglaw.com
- **Louis G. McBryan**    lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**    gnail@pgnlaw.com
- **James D. Silver**    jsilver@kklaw.com, raldama@kklaw.com
- **Ward Stone**    wstone@stoneandbaxter.com, lford-faherty@stoneandbaxter.com; mcathey@stoneand baxter.com;dbury@stoneandbaxter.com;lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Christopher W. Terry**    chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**    Ustp.region21.mc.ecf@usdoj.gov

I further certify that on this day I served a copy of the Notice *only* on the parties listed on the attached mailing matrix, and a copy of the Notice and Application on the following parties at the address shown below, via U.S. First Class Mail with adequate postage prepaid:

    Teri G. Galardi
    2146 Highway 42 South
    Flovilla, GA 30216

This 3rd day of May, 2023.

        **JONES & WALDEN LLC**
        */s/ Thomas T. McClendon*
        Thomas T. McClendon, Georgia Bar No. 431452
        Attorneys for Committee of Unsecured Creditors
        699 Piedmont Avenue, NE, Atlanta, Georgia 30308
        404-564-9300 | tmcclendon@joneswalden.com

Label Matrix for local noticing
113G-5
Case 22-50035-JPS
Middle District of Georgia
Macon
Tue May  2 09:27:12 EDT 2023

AgSouth Farm Credit, ACA
c/o Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, GA 30606-6178

American Express National Bank
c/o Becket & Lee, LLP
Attn: Kenneth Kleppinger
P.O. Box 3001
Malvern, PA 19355-0701

Jones Lang LaSalle Brokerage, Inc.
Atlanta Office
3344 Peachtree Road NE
Suite 1100
Atlanta, GA 30326-4832

McNair, McLemore, Middlebrooks & Co, LLC
389 Mulberry Street
P.O. Box One
Macon, GA 31201-7916

Red Shield Funding
1616 Ocean Drive
101
Vero Beach, FL 32963-2287

Schulten, Ward, Turner & Weiss
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303-1240

Smith & Shapiro, PLLC
3333 E. Serene Avenue
Suite 130
Henderson, NV 89074-6571

Solomon Dwiggins Freer & Steadman, Ltd.
9060 W. Cheyenne Avenue
Las Vegas, NV 89129-8911

5
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

Abrey Leahong
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Africa Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Ag South Farm Credit
26 S. Main Street
Statesboro, GA 30458-5256

AgSouth Farm Credit, ACA
c/o Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606-6178

Aida Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Aisha Taliaferro
P.O. Box 360295
Decatur, GA 30036-0295

Aisha Taliaferro
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Alexis King
3328 Fall Branch Ln
Buford, GA 30519-1949

Alexis King
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Ameera Brewer
2134 Hunters Greene Drive
Lakeland, FL 33810-5206

Ameera Brewer
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

American Arbitration Association
150 East 42nd Street, 24th Floor
New York, NY 10017-5636

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angela Milner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Belinda Harris
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Brittany Walker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Business First Bank
1675 N. Hwy 190
Covington, LA 70433-8968

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789-7123

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328-5532

(p)CONTINENTAL SERVICE GROUP LLC   D B A CO
PO BOX 7
FAIRPORT NY 14450-0007

Crystyona Hartzog
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Danielle Kossler
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233-1936

Diana Smith
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130-0938

Disney Vacation Club
215 Celebration Place
Kissimmee, FL 34747-5409

Ebony Mayfield
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Elliandria Griffin
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Estate of Harlan Stuart Miller, III
970 Walnut St.
Macon, GA 31201-1919

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316-1146

Gabrielle Bates
P.O. Box 360295
30036
Decatur, GA 30036-0295

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerald Tobin, Esq.
4551 Ponce de Leon Blvd.
Coral Gables, FL 33146-1832

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Insolvency
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JEG FAMILY TRUST-JACK GALARDI, JR SUB-TRUST
2121 S. HIGHLAND AVENUE
LAS VEGAS, NV 89102-4626

Jack E. Galardi, LLC
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248-2442

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

James D. Silver
10360 West State Road 84
Fort Lauderdale 33324-4236

Jammie Parker
12 Wallace Street
Greenville, SC 29605-4404

Jammie Parker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jenisee Long
2107 Center Street
Covington, KY 41014-1121

Jenisee Long
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jennifer Ridley
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jessica Chatman
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jocelyn Johnson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Keesha Weems
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Kitrea Jackson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Lakeisha Fenner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Latoya Hughes
4200 Northside Parkway, 1-200
Atlanta, GA 30327-3075

Lygia Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marai Kahey
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Maria Bush
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marleka Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marquesha Holmes
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marqueta Ward
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marquita Ward
485 NW 130th Street
Miami, FL 33168-3746

Marsha Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216-2318

Montoya Minnis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Mr. Guernsey dba Red Shield Funding
1616 Ocean Drive
#101
Vero Beach, FL 32963-2287

Netonia Bell
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

(p)POWER FINANCIAL CREDIT UNION
ATTN MAG DEPARTMENT
2020 NW 150TH AVE SUITE 100
PEMBROKE PINES FL 33028-2890

Power Financial Credit Union
c/o Kelley Kronenberg
James D. Silver, Esq.
10360 W. State Road 84
Fort Lauderdale, FL 33324-4236

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Rasheedah Mays
480 Dasheill Lane
Atlanta, GA 30349-1741

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Red Shield Funding
1616 S. Ocean Drive #101
Vero Beach, FL 32963-2287

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Royce G. Vandever Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Sarah Riedel
970 Walnut St.
Macon, GA 31201-1919

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Southern States Bank
4045 Orchard Road SE, Suite B
Smyrna, GA 30080-4902

Starr Sullivan
4200 Northside Parkway
1 30327-3075

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

The Estate of Jack Galardi
c/o Teri Galardi, Executor
2146 Highway 42 South
Flovilla, GA 30216-2318

Tiffany Thompson
6531 S. Sepulveda Blvd.
#216
Los Angeles, CA 90045-1508

Tiffany Thompson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Trinidad Creations, LLC
2121 SO. Highland Ave
Las Vegas, NV 89102-4626

Trop, Inc.
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

U.S. Attorney General
U.S. Dept of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

U.S. Attorney's office
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220-0002

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Yamilee Bennett
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Yashica Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Alexis King
1361 Arlene Valley Lane
Lawrenceville, GA 30043-3097

Desiree U. Jones
P.O. Box 404
Homerville, GA 31634-0404

Jennifer Ridley
3150 SW 114th Terrace
Apt. 203
Hollywood, FL 33025-7783

Quiana Dopoe
P. O. Box 724174
Atlanta, GA 31139-1174

Toni M. Schwahn, CPA, CFE
Whaley Hammonds Tomasello, P.C.
115 Westridge Industrial Blvd, # 20
McDonough, GA 30253-9103

Marissa Walker
21 SW 4th Street
Hallandale, FL 33009-6335