**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TERI G. GALARDI,** | **CASE NO. 22-50035-JPS** |
| Debtor. | |

### NOTICE OF SECOND & FINAL APPLICATION OF MCNAIR, MCLEMORE, MIDDLEBROOKS, & CO., LLC FOR ALLOWANCE OF COMPENSATION, DEADLINE TO OBJECT, AND FOR HEARING

PLEASE TAKE NOTICE that a *Second & Final Application of McNair, McLemore, Middlebrooks, & Co., LLC for Allowance of Compensation* (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to McNair McLemore Middlebrooks & Co., LLC (the "Accountant") as Accountants for the Official Committee of Unsecured Creditors, as follows:

(1)   $10,338.00 professional fees;
(2)   that the Debtor be authorized and directed to pay the Accountant the $10,338.00 requested award on a final basis and that any previous award be made final.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then you or your attorney shall file with the court a written objection or response on or before **May 24, 2023**, pursuant to Fed.R.Bankr.P. 9006(f). If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA 31202, (478) 752-3506.

If an objection or response is filed, a hearing on the Application shall be held on **June 21, 2023**, **at 11:00 a.m. at the U.S. Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.** Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance. If you mail your response or objection to the Court for filing, you shall send it early enough so that the court will receive the objection or response on or before the date stated above. Any response or objection shall also be served on the Movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 2016(c)(2).

RESPECTFULLY SUBMITTED this 3rd day of May, 2023.

                              **JONES & WALDEN LLC**

                              */s/ Thomas T. McClendon*
                              Thomas T. McClendon
                              Georgia Bar No. 431452
                              Attorney for Committee of Unsecured Creditors
                              699 Piedmont Avenue, NE
                              Atlanta, Georgia 30308
                              404-564-9300
                              tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |

**SECOND & FINAL APPLICATION OF MCNAIR, MCLEMORE, MIDDLEBROOKS, & CO., LLC FOR ALLOWANCE OF COMPENSATION**

TO:   THE HONORABLE JAMES P. SMITH
      CHIEF JUDGE, U.S. BANKRUPTCY COURT
      MIDDLE DISTRICT OF GEORGIA
      MACON DIVISION

COMES NOW, the Official Committee of Unsecured Creditors (the "Committee"), and files this *Second & Final Application of McNair, McLemore, Middlebrooks, & Co., LLC for Allowance of Compensation* (the "Application"), and requests an award to pay the Committee's accountant, McNair, McLemore, Middlebrooks, & Co., LLC (the "Accountant"), for fees, and in support thereof respectfully shows as follows:

1. On or about January 27, 2022, (the "Petition Date"), Teri G. Galardi (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

2. On April 28, 2022, the United States Trustee filed a Notice of Appointment of Committee of Unsecured Creditors (Doc. No. 99) appointing the Committee to serve on behalf of all general unsecured creditors in this case.

3. On June 22, 2022, the Committee filed an application to employ the Accountant as its accountant in this bankruptcy case (Doc. No. 116). The Court entered the Order Approving Employment of Accountant (Doc. No. 128) (the "Accountant Employment Order") granting such application on June 30, 2022.

4. Pursuant to the Accountant Employment Order, the Committee was authorized to employ Accountant to provide the Committee accounting advice and valuation analysis to assist the Committee's obligation to investigate the acts, conduct, assets, liabilities and financial condition of the Debtor and the operation of the Debtor's businesses, as well as any other necessary accounting services.

5. This Application seeks allowance of compensation for the Accountant for services rendered to the Committee through the Effective Date, for the services approved in the Accountant Employment Order totaling $10,338.00. Copies of Accountant's invoices are attached hereto and incorporated herein by reference as Exhibit "A." Chris Edwards rendered services at the hourly rate of $375.00-$400.00 per hour. Steven Rumford, II rendered services at the hourly rate of $220.00 per hour.

6. All services for which compensation is requested have been actually provided to the Committee and to no other parties.

7. The Accountant has heretofore applied for interim compensation. Accountant was previously granted fees in the amount of $24,676.00 by Order dated November 29, 2022 (Doc. No. 256) for services rendered in connection with this case.

8. No agreement or understanding exists between Accountant and any other person for sharing of compensation to be received for services rendered in connection with this case. All services for which compensation is requested were performed for the Committee for the benefit of Debtor's estate and not on behalf of Debtor or any other person or persons.

9. The Committee respectfully makes the following representations with regard to the 12-factor <u>Johnson v. Georgia Highway Express, Inc.</u> test (488 F. 2d 714 (5th Cir. 1974)):

    a.   <u>Time and Labor Required:</u>  The Accountant has expended a total of 27.55 hours through January 12, 2023, at the following rates:

| Accountant | Hourly Rate |
|---|---|
| Chris Edwards | $375.00-$400.00 |
| Steven Rumford, II | $220.00 |

b. <u>Novelty and Difficulty of Questions Presented:</u>  The Chapter 11 reorganization case involves the effort to reorganize an individual business debtor. The Accountant shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case but that Debtor's assets, transfers, and business holdings are large and intricate.

c. <u>Skill Requisite to Perform Legal Services Properly:</u>  The Accountant has the skill requisite to perform accounting services heretofore rendered in a proper fashion.

d. <u>The Preclusion of Other Employment Due to Acceptance of the Case:</u>  The time expended by the Accountant in connection with this case could have been devoted to matters being handled for other clients but for the time demands placed upon the Accountant by the Accountant's involvement in the case.

e. <u>Customary Fee for the Type of Services Rendered:</u>  All fees requested by the Accountant were generated by applying the Accountant's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit "A." The customary compensation for the accounting services in connection with a bankruptcy case is upon an hourly billing basis.

f. <u>Whether Fee is Fixed or Contingent:</u>  The Accountant's charges are subject to being awarded by this Court under 11 U.S. C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

g. <u>Time Limitations Imposed by Client or Other Circumstances:</u>  Many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

h. <u>Amount Involved and Results Obtained:</u>  The Accountant has handled general accounting issues on behalf of the Committee.

      i.    <u>Experience, Reputation, and Ability of Accountant:</u>  The Accountant has had a significant amount of experience within the areas involved in this representation.

      j.    <u>Undesirability of the Case:</u>  This factor is not normally applicable to a Chapter 11 case.

      k.    <u>Nature and Length of Professional Relationship with the Client:</u>  Accountant has represented the Committee regarding this case since the Appointment Date.

      l.    <u>Awards in Similar Cases:</u>  This Application is in keeping with similar applications for Chapter 11 compensation filed by accountants representing business debtors in bankruptcy cases within this district.

10.     The Committee requests an order allowing and awarding the requested fees thereby authorizing and requiring Debtor's payment of the same on a final basis.

WHEREFORE, the Committee requests entry of an order granting the Application, authorizing and awarding fees for Accountant in the amount of $10,338.00 and authorizing and directing Debtor to pay any allowed and awarded fees on a final basis.

RESPECTFULLY SUBMITTED this 3rd day of May, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorney for Committee of Unsecured Creditors
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**EXHIBIT "A" FOLLOWS**



Post Office Box One
Macon, GA 31202
(478) 746-6277

Invoice: 112461
Date: 02/28/2023
Invoices are due upon receipt

Jones & Walden, LLC
c/o Tom McClendon
Project: Galardi, Ch. 11
699 Piedmont Ave., N.E.
Atlanta, GA  30308

Professional Services Rendered as Follows:

| Date | Employee | Hours | Amount | Billed |
|---|---|---|---|---|

**Professional Services**

| 10/04/2022 | Edwards, Chris | 0.70 | $262.50 | $262.50 |

Working on my first interim fee application And transmit same to counsel.

| 10/12/2022 | Edwards, Chris | 0.40 | $150.00 | $150.00 |

Update file from PACER docket review. Discussed same with staff.

| 10/14/2022 | Edwards, Chris | 0.40 | $150.00 | $150.00 |

Correspondence with council regarding the application; update on status of casework; review of PACER docket.

| 10/25/2022 | Edwards, Chris | 0.70 | $262.50 | $262.50 |

Continued financial analysis.

| 11/14/2022 | Edwards, Chris | 1.20 | $450.00 | $450.00 |

Correspondence with counsel.  Review of recent pleadings including Motion for Order Authorizing Committee to File Avoidance Actions  Committee's Disclosure Statement  and Committee's Plan of Liquidation.

| 11/17/2022 | Edwards, Chris | 0.60 | $225.00 | $225.00 |

Several correspondences with counsel; updates on Kay status; review of documents downloaded PACER.

| 11/18/2022 | Edwards, Chris | 0.70 | $262.50 | $262.50 |

Call with Tom McClendon for case update and discussion about the potential of mediation.  Followed by discussion with staff and updates to our case management system.

| 11/23/2022 | Edwards, Chris | 1.00 | $375.00 | $375.00 |

Detailed review our documents downloaded PACER including financial reports and motions.

| 11/29/2022 | Edwards, Chris | 1.30 | $487.50 | $487.50 |

all with Tom McClendon for an update on the case since our last call. Discussion of the upcoming mediation and discussion of additional task requested of me. This followed with discussion with staff for planning and case management.  Initial review of documentation uploaded at the end of the day by counsel.

| Date | Professional | Hours | Amount | Total |
|---|---|---|---|---|
| 11/30/2022 | Edwards, Chris | 1.90 | $712.50 | $712.50 |
| | Continued working on our cash flow analysis using documents received from counsel yesterday. Discussion of same with staff. | | | |
| 12/05/2022 | Edwards, Chris | 1.70 | $637.50 | $637.50 |
| | Reviewing documents uploaded by counsel that relate to cash flows available to Teri Galardi. | | | |
| 12/06/2022 | Edwards, Chris | 2.20 | $825.00 | $825.00 |
| | Continued analysis and working on the forecasted cash flows likely to be available to Teri Galardi. | | | |
| 12/07/2022 | Edwards, Chris | 0.80 | $300.00 | $300.00 |
| | Continue analysis on our dead or distribution analysis and forecasting; correspondence with counsel. | | | |
| 12/09/2022 | Edwards, Chris | 1.60 | $600.00 | $600.00 |
| | Working on our budget and cash forecasting assignment for use at mediation. | | | |
| 12/12/2022 | Edwards, Chris | 0.90 | $337.50 | $337.50 |
| | More work and development of our cash flow forecasting and budget. | | | |
| 12/13/2022 | Edwards, Chris | 1.20 | $450.00 | $450.00 |
| | Continued working on cash forecasting and tax return analysis. | | | |
| 12/14/2022 | Edwards, Chris | 1.90 | $712.50 | $712.50 |
| | Tax analysis for the 2021 tax returns. | | | |
| 12/16/2022 | Edwards, Chris | 0.20 | $75.00 | $75.00 |
| | Updates with client and discussions with staff. | | | |
| 12/20/2022 | Edwards, Chris | 1.70 | $637.50 | $637.50 |
| | Correspondences with client; continued working on cash forecasting. | | | |
| 12/21/2022 | Edwards, Chris | 2.20 | $825.00 | $825.00 |
| | Working on cash forecasting models for counsel and correspondences with counsel. | | | |
| 12/21/2022 | Edwards, Chris | 1.70 | $637.50 | $637.50 |
| | Conference call with counsel; follow up analysis from call. | | | |
| 12/27/2022 | Edwards, Chris | 1.20 | $450.00 | $450.00 |
| | Review and analysis of counsel's cash forecasting; continued development of MMM cash forecasting; correspondences with counsel. | | | |
| 01/03/2023 | Edwards, Chris | 0.40 | $160.00 | $160.00 |
| | Follow up analysis requested by Tom McClendon. | | | |
| 01/04/2023 | Rumford, II, Steven | 0.15 | $33.00 | $33.00 |
| | Status update meeting with CSE and JAH. | | | |
| 01/09/2023 | Edwards, Chris | 0.40 | $160.00 | $160.00 |
| | Reviewing some of the issues that are going to be discussed today in mediation while I am on call for it. | | | |

**McNair, McLemore, Middlebrooks & Co., LLC**                                                                                          Page 3 of 3

| Date | Professional | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/10/2023 | Edwards, Chris | 0.20 | $80.00 | $80.00 |
| | Correspondence with counsel regarding the outcome of the mediation. | | | |
| 01/12/2023 | Edwards, Chris | 0.20 | $80.00 | $80.00 |
| | Correspondences with counsel regarding completion of our procedures and final fee application. | | | |
| Total Professional Services | | 27.55 | $10,338.00 | $10,338.00 |
| | | | Total | $10,338.00 |

---

Please return this portion with payment.                            Invoice:     112461
                                                                    Date:        02/28/2023
ID:   5008347
Jones & Walden, LLC

                                                                    Amount Due:     $10,338.00
                                                                    Amount Enclosed: $_____

A 1.5% per month Finance Charge will be added to all past due accounts.

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Second & Final Application of McNair, McLemore, Middlebrooks, & Co., LLC for Allowance of Compensation, Deadline to Object, and for Hearing* ("Notice") and the *Second & Final Application of McNair, McLemore, Middlebrooks, & Co., LLC for Allowance of Compensation* ("Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com
- **Whitney Warnke Groff**     wgroff@law.ga.gov
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com
- **Ward Stone**     wstone@stoneandbaxter.com, lford-faherty@stoneandbaxter.com; mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com;lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Christopher W. Terry**     chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

I further certify that on this day I served a copy of the Notice *only* on the parties listed on the attached mailing matrix, and a copy of the Notice and Application on the following parties at the address shown below, via U.S. First Class Mail with adequate postage prepaid:

| | |
|---|---|
| Teri G. Galardi<br>2146 Highway 42 South<br>Flovilla, GA 30216 | McNair, McLemore, Middlebrooks, & Co., LLC<br>P.O. Box One<br>Macon, GA 31202 |

This 3rd day of May, 2023.

                                              **JONES & WALDEN LLC**

                                              */s/ Thomas T. McClendon*
                                              Thomas T. McClendon
                                              Georgia Bar No. 431452
                                              Attorney for Committee of Unsecured Creditors
                                              699 Piedmont Avenue, NE
                                              Atlanta, Georgia 30308
                                              404-564-9300
                                              tmcclendon@joneswalden.com

```
Label Matrix for local noticing          AgSouth Farm Credit, ACA                    American Express National Bank
113G-5                                   c/o Fortson, Bentley and Griffin, P.A.      c/o Becket & Lee, LLP
Case 22-50035-JPS                        2500 Daniell's Bridge Road                  Attn: Kenneth Kleppinger
Middle District of Georgia               Building 200, Suite 3A                      P.O. Box 3001
Macon                                    Athens, GA 30606-6178                       Malvern, PA 19355-0701
Tue May  2 09:27:12 EDT 2023

                                                                                     Jones Lang LaSalle Brokerage, Inc.
                                                                                     Atlanta Office
                                                                                     3344 Peachtree Road NE
                                                                                     Suite 1100
                                                                                     Atlanta, GA 30326-4832

McNair, McLemore, Middlebrooks & Co, LLC
389 Mulberry Street
P.O. Box One
Macon, GA 31201-7916


                                         Red Shield Funding                          Schulten, Ward, Turner & Weiss
                                         1616 Ocean Drive                            260 Peachtree Street, NW
                                         101                                         Suite 2700
                                         Vero Beach, FL 32963-2287                   Atlanta, GA 30303-1240


Smith & Shapiro, PLLC                    Solomon Dwiggins Freer & Steadman, Ltd.     5
3333 E. Serene Avenue                    9060 W. Cheyenne Avenue                     433 Cherry Street
Suite 130                                Las Vegas, NV 89129-8911                    P.O. Box 1957
Henderson, NV 89074-6571                                                             Macon, GA 31202-1957


Abrey Leahong
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216


                                         Africa Williams                             Ag South Farm Credit
                                         c/o Astrid Evelyn Gabbe, Esq.               26 S. Main Street
                                         P.O. Box 4216                               Statesboro, GA 30458-5256
                                         Hollywood, FL 33083-4216


AgSouth Farm Credit, ACA                 Aida Simmons
c/o Fortson, Bentley and Griffin, P.A.   c/o Astrid Evelyn Gabbe, Esq.
2500 Daniell's Bridge Road               P.O. Box 4216
Building 200, Suite 3A                   Hollywood, FL 33083-4216
Athens, Georgia 30606-6178


                                                                                     Aisha Taliaferro
                                                                                     P.O. Box 360295
                                                                                     Decatur, GA 30036-0295


Aisha Taliaferro                                                                     Alexis King
c/o Astrid Evelyn Gabbe, Esq.                                                        3328 Fall Branch Ln
P.O. Box 4216                                                                        Buford, GA 30519-1949
Hollywood, FL 33083-4216
```

Alexis King
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Ameera Brewer
2134 Hunters Greene Drive
Lakeland, FL 33810-5206

Ameera Brewer
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

American Arbitration Association
150 East 42nd Street, 24th Floor
New York, NY 10017-5636

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angela Milner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170-0001

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Belinda Harris
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Brittany Walker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Business First Bank
1675 N. Hwy 190
Covington, LA 70433-8968

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789-7123

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328-5532

(p)CONTINENTAL SERVICE GROUP LLC  D B A CO
PO BOX 7
FAIRPORT NY 14450-0007

Crystyona Hartzog
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Danielle Kossler
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233-1936

Diana Smith
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130-0938

Disney Vacation Club
215 Celebration Place
Kissimmee, FL 34747-5409

Ebony Mayfield
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Elliandria Griffin
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Estate of Harlan Stuart Miller, III
970 Walnut St.
Macon, GA 31201-1919

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316-1146

Gabrielle Bates
P.O. Box 360295
30036
Decatur, GA 30036-0295

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerald Tobin, Esq.
4551 Ponce de Leon Blvd.
Coral Gables, FL 33146-1832

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Insolvency
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JEG FAMILY TRUST-JACK GALARDI, JR SUB-TRUST
2121 S. HIGHLAND AVENUE
LAS VEGAS, NV 89102-4626

Jack E. Galardi, LLC
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248-2442

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

James D. Silver
10360 West State Road 84
Fort Lauderdale 33324-4236

Jammie Parker
12 Wallace Street
Greenville, SC 29605-4404

Jammie Parker
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jenisee Long
2107 Center Street
Covington, KY 41014-1121

Jenisee Long
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jennifer Ridley
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jessica Chatman
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Jocelyn Johnson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Keesha Weems
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Kitrea Jackson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Lakeisha Fenner
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Latoya Hughes
4200 Northside Parkway, 1-200
Atlanta, GA 30327-3075

Lygia Simmons
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marai Kahey
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Maria Bush
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marleka Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marquesha Holmes
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Marqueta Ward
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marquita Ward
485 NW 130th Street
Miami, FL 33168-3746

Marsha Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216-2318

Montoya Minnis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Mr. Guernsey dba Red Shield Funding
1616 Ocean Drive
#101
Vero Beach, FL 32963-2287

Netonia Bell
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Porshe Darden
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

(p)POWER FINANCIAL CREDIT UNION
ATTN MAG DEPARTMENT
2020 NW 150TH AVE SUITE 100
PEMBROKE PINES FL 33028-2890

Power Financial Credit Union
c/o Kelley Kronenberg
James D. Silver, Esq.
10360 W. State Road 84
Fort Lauderdale, FL 33324-4236

Princess Callahan
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Queen Lewis
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Quina Dopoe
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Rasheedah Mays
480 Dasheill Lane
Atlanta, GA 30349-1741

Rasheedah Mays
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Red Shield Funding
1616 S. Ocean Drive #101
Vero Beach, FL 32963-2287

Ronika Jones
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Royce G. Vandever Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Sarah Riedel
970 Walnut St.
Macon, GA 31201-1919

Sasha Hollins
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Seleta Stanton
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shadana Deleston
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shakir Williams
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shanice Bain
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shanrika Duhart
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Shaw Taylor
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Southern States Bank
4045 Orchard Road SE, Suite B
Smyrna, GA 30080-4902

Starr Sullivan
4200 Northside Parkway
1 30327-3075

Tania Ramessar
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

The Estate of Jack Galardi
c/o Teri Galardi, Executor
2146 Highway 42 South
Flovilla, GA 30216-2318

Tiffany Thompson
6531 S. Sepulveda Blvd.
#216
Los Angeles, CA 90045-1508

Tiffany Thompson
c/o Astrid Evelyn Gabbe, Esq.
P.O. Box 4216
Hollywood, FL 33083-4216

Trinidad Creations, LLC
2121 SO. Highland Ave
Las Vegas, NV 89102-4626

Trop, Inc.
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

| | | |
|---|---|---|
| U.S. Attorney General<br>U.S. Dept of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 | U.S. Attorney's Office<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | U.S. Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0002 |
| | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | |
| Wells Fargo Bank<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 |
| Yamilee Bennett<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083-4216 | Yashica Bain<br>c/o Astrid Evelyn Gabbe, Esq.<br>P.O. Box 4216<br>Hollywood, FL 33083-4216 | |
| Alexis King<br>1361 Arlene Valley Lane<br>Lawrenceville, GA 30043-3097 | | |
| | | Desiree U. Jones<br>P.O. Box 404<br>Homerville, GA 31634-0404 |
| Jennifer Ridley<br>3150 SW 114th Terrace<br>Apt. 203<br>Hollywood, FL 33025-7783 | Quiana Dopoe<br>P. O. Box 724174<br>Atlanta, GA 31139-1174 | |
| | Toni M. Schwahn, CPA, CFE<br>Whaley Hammonds Tomasello, P.C.<br>115 Westridge Industrial Blvd, # 20<br>McDonough, GA 30253-9103 | Marissa Walker<br>21 SW 4th Street<br>Hallandale, FL 33009-6335 |