### NITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO.  22-50035-JPS** |
| **Debtor,** | ) | |
| _____ | ) | |

### NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION OF SMITH & SHAPIRO, PLLC, AS SPECIAL COUNSEL TO DEBTOR

**PLEASE TAKE NOTICE** that Smith & Shapiro, PLLC has filed a First and Final Application for Compensation as Special Counsel to Debtor.  The Application requests the Court enter an Order allowing and awarding compensation in the amount of $5,185.00.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the Court to grant the application for compensation or if you want the court to consider your views on the application, then you or your attorney shall file with the court a written objection or response on or before **June 6, 2023**, pursuant to Fed.R.Bankr.P.9006(f).  If you received this notice by mail and not electronically, you may add (3) days to the response date stated above.  The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, GA 31202
(478) 752-3506

If an objection or response is filed a hearing on the application shall be held on:

**June 21, 2023 at 11:00 a.m.**
**Courtroom A**
**United States Bankruptcy Court**
**433 Cherry Street**
**Macon, GA  31201**

Parties should consult the Court's website (www.gamb.uscourt.gov) concerning whether the hearing will be in-person, telephonic or virtual.  Please refer to Administrative Order #145 for more guidance. If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the date stated above. Any response or objection shall also be served on the Debtor.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 2016-(c)(2).

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **TERI G. GALARDI,** | ) | |
| | ) | **CASE NO.  22-50035-JPS** |
| **Debtor,** | ) | |
| _____ | ) | |

**<u>FIRST AND FINAL APPLICATION OF SMITH & SHAPIRO, PLLC FOR
COMPENSATION AS SPECIAL COUNSEL TO THE DEBTOR</u>**

COMES NOW, Smith & Shapiro, PLLC ("Smith & Shapiro"), and files this, its *First and Final Application for Compensation as Special Counsel to The Debtor* (the "Application") and in support thereof respectfully shows as follows:

1.

On January 12, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11, Subchapter V of the United States Bankruptcy Code.  On March 31, 2022, a Consent Order was entered by the Court allowing the Debtor to Proceed under other applicable provisions of Chapter 11, other than Subchapter V.  The Debtor is continuing to manage her affairs as a Debtor-in-Possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2.

Smith and Shapiro makes this Application for allowance for compensation for professional services for the time period from April 1, 2022 through April 14, 2023 (the "Application Period"), which were performed as contemplated in the Application to Employ.  The invoices are attached as **<u>Exhibit A</u>**.  Smith & Shapiro shows that it has a total of <u>12:20 hours</u> for the Application Period, in the total amount of <u>$5,185.00.</u>  All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest. Debtor has reviewed the Application prior to filing and has approved it.

3.

Smith & Shapiro asserts that the services rendered were necessary and beneficial to the

bankruptcy estate.

4.

Smith & Shapiro has received no promise of compensation for services rendered or to be

rendered on behalf of the Debtor in this case, except as set forth in the Application to Employ filed

in this Court.

5.

Smith & Shapiro has not previously filed an application for compensation.

6.

A detailed description of the services rendered by Smith & Shapiro on behalf of the Debtor

is attached – showing the billing statements for the Application Period.  The attached statements

show the specific work, the date of the work, and the number of hours expended.

7.

Smith & Shapiro respectfully makes the following representations with regard to the

standards set forth in <u>Norman v. Housing Authority of the City of Montgomery</u>, 836 F.2d 1292

(11th Circuit. 1988).

(a) <u>Time and Labor Required</u>:  Smith & Shapiro has expended a total of 12:20 law firm

hours from April 1, 2022 through April 14, 2023, at the following rates:

| Attorney(s) | Hourly Rate |
|---|---|
| Michael Rawlins | $425.00 |

(b) <u>Novelty and Difficulty of Questions Presented</u>:  The claims are novel and not generally

involved in a Chapter 11 bankruptcy case.

(c) <u>Skill Requisite to Perform Legal Services Properly</u>:  Smith & Shapiro respectfully represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d) <u>The Preclusion of Other Employment Due to Acceptance of the Case</u>:  Smith & Shapiro respectfully requests that the time expended by Smith & Shapiro in connection with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon Smith & Shapiro by Smith & Shapiro's involvement in this case.

(e) <u>Customary Fee for the Type of Services Rendered</u>:  Smith & Shapiro shows that all fees requested by Smith & Shapiro were generated by applying Smith & Shapiro's normal hourly billing rate to the number of hours actually expended.  Smith & Shapiro respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f) <u>Whether Fee is Fixed or Contingent</u>:  Smith & Shapiro's charges are subject to being awarded by this Court under 11 U.S.C. § 330.  The Fee is not truly fixed or contingent but has some characteristics of both.

(g) <u>Time Limitations Imposed by Client or Other Circumstances</u>:  Smith & Shapiro shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h) <u>Amount Involved and Results Obtained</u>:  Smith & Shapiro has represented the Debtor as special counsel since September 1, 2022.

(i) <u>Experience, Reputation and Ability of Attorneys</u>:  Smith & Shapiro respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j) <u>Undesirability of the Case</u>:  Smith & Shapiro respectfully represents that this factor is not normally applicable to a Chapter 11 case.

(k) <u>Nature and Length of Professional Relationship with the Client</u>:  Smith & Shapiro shows that is has represented the Debtor since September 1, 2022 [Docket No. 180] as special counsel.

(l) <u>Awards in Similar Cases</u>:  Smith & Shapiro has not acted as special counsel in a bankruptcy case previously.

WHEREFORE, the Smith & Shapiro, prays that it be allowed Chapter 11 compensation as follows:

(1) That this First and Final Application be set for determination on such notice as deemed proper;

(2) That Smith & Shapiro, PLLC, be allowed an award of $5,185.00 representing Smith & Shapiro's fees generated for the Application Period;

(3)  That the Debtor be authorized and directed to pay Smith & Shapiro the $5,185.00 requested award on a final basis; and

(4) That the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**



**EXHIBIT**

**A**



## SMITH & SHAPIRO

### ATTORNEYS AT LAW

Main    **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office   **702.318.5033**  Fax **702.318.5034**
Website  **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262231 |
|---|---|
| Issue Date: | 5/1/2022 |
| Matter: | MR/GS | Galardi Trust Litigation |18262.002 |
| Email | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 4/21/2022<br>Telecon with Scott Knight re goings on in bankruptcy case re probate action. Email to Teri re same. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 4/22/2022<br>Telecon with Lou McBryan re probate case and status of same. Email to McBryan and Knight re same. Review Jack Jr. filings in bankruptcy court; email to Knight re same; email to Dwiggins re same. | Michael Rawlins | $425.00 | 0.60 | $255.00 |
| 4/25/2022<br>Review Emelita email; email to Knight re same. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 4/25/2022<br>Conference with Scott Knight re history of probate disputes and claims by Jack Jr. in bankruptcy case. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| 4/26/2022<br>Review complaint filed in Georgia BK court; email to McBryan, Knight, and Dwiggins re same. | Michael Rawlins | $425.00 | 0.40 | $170.00 |
| 4/26/2022<br>Review email to Aleman; conference with A. Cannon re same. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 4/26/2022<br>Telecon with Scott Knight re complaint in bankruptcy case; email to Lou McBryan and Teri re same. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| 4/27/2022<br>Review voice mail from Lou McBryan; call to McBryan. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 4/29/2022<br>Telecon with McBryan re bankruptcy complaint. | Michael Rawlins | $425.00 | 0.40 | $170.00 |

| Time Entries | | Rate | Hours | Sub |
|---|---|---|---|---|
| | | **Time Entries Total** | 2.40 | **$1,020.00** |

| | |
|---|---|
| Total (USD) | $1,020.00 |
| Paid | $0.00 |
| Balance | $1,020.00 |
| Total Outstanding | $1,020.00 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



# SMITH & SHAPIRO

**ATTORNEYS AT LAW**

Main    **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office  **702.318.5033** Fax **702.318.5034**
Website **smithshapiro.com**

## Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262232 |
|---|---|
| Issue Date: | 6/1/2022 |
| Matter: | MR/GS \| Galardi Trust Litigation \|18262.002 |
| Email | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 5/10/2022<br>Email exchange with Teri's Bk counsel re history of proceedings in Nevada. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 5/20/2022<br>Review and revise motion to dismiss or abstain in bankruptcy adversary case; email to Ga. counsel re same. | Michael Rawlins | $425.00 | 1.50 | $637.50 |
| | | **Time Entries Total** | **1.60** | **$680.00** |

| | |
|---|---|
| Total (USD) | $680.00 |
| Paid | $0.00 |
| Balance | $680.00 |
| I-18262231 Previous Balance | $1,020.00 |
| Total Outstanding | $1,700.00 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

**ATTORNEYS AT LAW**

Main    **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office   **702.318.5033**  Fax  **702.318.5034**
Website  **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262233 |
|---|---|
| Issue Date: | 7/1/2022 |
| Matter: | MR/GS | Galardi Trust Litigation |18262.002 |
| Email | terigalardi@gmail.com |

### Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 6/15/2022<br>Work on application to employ. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| 6/27/2022<br>Finalize employment application; review response by trustee to motion to dismiss or abstain. | Michael Rawlins | $425.00 | 0.50 | $212.50 |
| | | **Time Entries Total** | **0.80** | **$340.00** |

| | |
|---|---|
| Total (USD) | $340.00 |
| Paid | $0.00 |
| Balance | $340.00 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| **Total Outstanding** | **$2,040.00** |

**Terms & Conditions:**

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

**ATTORNEYS AT LAW**

Main     **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office   **702.318.5033** Fax **702.318.5034**
Website **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262234 |
|---|---|
| Issue Date: | 9/1/2022 |
| Matter: | MR/GS \| Galardi Trust Litigation \|18262.002 |
| Email | terigalardi@gmail.com |

### Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 8/8/2022<br>Review notice of hearing; email to Dana Dwiggins re same. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 8/9/2022<br>Review Lou Bryan email and order; sign declaration and send to Bryan. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 8/15/2022<br>Review notice continuing hearing. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 8/31/2022<br>Review and respond to emails from McBryan re results of hearing on motion to dismiss or abstain. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 8/31/2022<br>Review Nevada court motion to dismiss pleadings in prep for phone conference with McBryan. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| | | **Time Entries Total** | 0.80 | $340.00 |

| | |
|---|---|
| Total (USD) | $340.00 |
| Paid | $0.00 |
| Balance | $340.00 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| Total Outstanding | $2,380.00 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

**ATTORNEYS AT LAW**

Main    **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office   **702.318.5033**  Fax  **702.318.5034**
Website  **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262235 |
|---|---|
| **Issue Date:** | 10/1/2022 |
| **Matter:** | MR/GS | Galardi Trust Litigation |18262.002 |
| **Email** | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 9/2/2022<br>Review prior pleading history for outline of various allegations. Create outline of same. | Michael Rawlins | $425.00 | 1.50 | $637.50 |
| 9/2/2022<br>Review and respond to McBryan email re order approving employment; review order | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 9/2/2022<br>Conference with team re history of motion to dismiss, and how to present to Bankruptcy Judge. | Michael Rawlins | $425.00 | 0.80 | $340.00 |
| 9/8/2022<br>Review article re statute of limitations on fiduciary duty; email to Dwiggins re same. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 9/12/2022<br>Read transcript of hearing and emails from Dwiggins and McBryan re same. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| 9/29/2022<br>Review and respond to email re objection to application for employment. Review objection. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| | | **Time Entries Total** | 3.10 | $1,317.50 |

| | |
|---|---|
| Total (USD) | $1,317.50 |
| Paid | $0.00 |
| Balance | $1,317.50 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| I-18262234 Previous Balance | $340.00 |
| Total Outstanding | $3,697.50 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

ATTORNEYS AT LAW

Main 3333 E. Serene Ave., Suite 130, Henderson, NV 89074
Office 702.318.5033 Fax 702.318.5034
Website smithshapiro.com

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262236 |
|---|---|
| Issue Date: | 11/1/2022 |
| Matter: | MR/GS \| Galardi Trust Litigation \|18262.002 |
| Email | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 10/3/2022<br>Review McBryan email; locate transmittal letter; email to McBryan re same. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 10/4/2022<br>Conference with Whitney re whether Twitchell responded to March 2015 letter. | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 10/5/2022<br>Draft declaration of Whitney Mugan, and email to J.Bidwell and J. Bidwell re same. | Michael Rawlins | $425.00 | 0.40 | $170.00 |
| 10/10/2022<br>Revise Mugan declaration; telecon with Mugan re same; send declaration to McBryan; communications with Greg Smith re whether he recalls any response from Twitchell. Emails among McBryan, Smith, and Rawlins re same. | Michael Rawlins | $425.00 | 0.80 | $340.00 |
| 10/11/2022<br>Respond to Chris Terry email seeking pleadings from probate case. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 10/12/2022<br>Conference with Greg Smith re additional emails to Twitchell; Review collection of Twitchell emails; email to McBryan re same. Review email from Smith re instructions to Emilita when she took over trust. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| 10/14/2022<br>Review notice of change of state court hearing; recalendar same. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| | | **Time Entries Total** | 2.10 | $892.50 |

| | |
|---|---:|
| Total (USD) | $892.50 |
| Paid | $0.00 |
| Balance | $892.50 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| I-18262234 Previous Balance | $340.00 |
| I-18262235 Previous Balance | $1,317.50 |
| Total Outstanding | $4,590.00 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

**ATTORNEYS AT LAW**

Main   3333 E. Serene Ave., Suite 130, Henderson, NV 89074
Office   **702.318.5033**   Fax   **702.318.5034**
Website   **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262237 |
|---|---|
| Issue Date: | 12/1/2022 |
| Matter: | MR/GS | Galardi Trust Litigation |18262.002 |
| Email | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **11/21/2022**<br>Review McBride email; email to J. Bidwell re getting copies of pleadings to McBride. Email to McBride with various pleadings. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| | | **Time Entries Total** | **0.30** | **$127.50** |

| | |
|---|---|
| Total (USD) | $127.50 |
| Paid | $0.00 |
| Balance | $127.50 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| I-18262234 Previous Balance | $340.00 |
| I-18262235 Previous Balance | $1,317.50 |
| I-18262236 Previous Balance | $892.50 |
| **Total Outstanding** | **$4,717.50** |

**Terms & Conditions:**

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.



## SMITH & SHAPIRO

ATTORNEYS AT LAW

Main   **3333 E. Serene Ave., Suite 130, Henderson, NV 89074**
Office   **702.318.5033** Fax **702.318.5034**
Website **smithshapiro.com**

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262238 |
| --- | --- |
| Issue Date: | 1/1/2023 |
| Matter: | MR/GS | Galardi Trust Litigation |18262.002 |
| Email | terigalardi@gmail.com |

### Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

### Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
| --- | --- | --- | --- | --- |
| 12/12/2022<br>Review McBride email asking for items on docket he does not have; review docket, and send docket list and some missing docs to McBride. | Michael Rawlins | $425.00 | 0.40 | $170.00 |
| | | **Time Entries Total** | **0.40** | **$170.00** |

| | |
| --- | --- |
| Total (USD) | $170.00 |
| Paid | $0.00 |
| Balance | $170.00 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| I-18262234 Previous Balance | $340.00 |
| I-18262235 Previous Balance | $1,317.50 |
| I-18262236 Previous Balance | $892.50 |
| I-18262237 Previous Balance | $127.50 |
| Total Outstanding | $4,887.50 |

## Terms & Conditions:

All Invoices are due upon receipt. All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply. Please call our office at 702-318-5033 to pay by credit card.

I-18262238



## SMITH & SHAPIRO
ATTORNEYS AT LAW

Main    3333 E. Serene Ave., Suite 130, Henderson, NV 89074
Office   702.318.5033  Fax  702.318.5034
Website  smithshapiro.com

# Smith & Shapiro, PLLC

# INVOICE

| Invoice No.: | 18262239 |
|---|---|
| Issue Date: | 4/1/2023 |
| Matter: | MR/GS | Galardi Trust Litigation |18262.002 |
| Email | terigalardi@gmail.com |

## Bill To:

Galardi Enterprises [18262.002]
2555 Chantilly Dr.
NE Atlanta, Georgia 30324

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| 3/9/2023<br>Review McBride email with two orders from bankruptcy court | Michael Rawlins | $425.00 | 0.20 | $85.00 |
| 3/9/2023<br>Email to Dana Dwiggins re resuming case in state court. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 3/17/2023<br>Follow up with Dana re meeting to discuss motion to dismiss. | Michael Rawlins | $425.00 | 0.10 | $42.50 |
| 3/20/2023<br>Telecon with Dana Dwiggins re needed motion; call to McBryan re same. | Michael Rawlins | $425.00 | 0.30 | $127.50 |
| | | **Time Entries Total** | **0.70** | **$297.50** |

| | |
|---|---|
| Total (USD) | $297.50 |
| Paid | $0.00 |
| Balance | $297.50 |
| I-18262231 Previous Balance | $1,020.00 |
| I-18262232 Previous Balance | $680.00 |
| I-18262233 Previous Balance | $340.00 |
| I-18262234 Previous Balance | $340.00 |
| I-18262235 Previous Balance | $1,317.50 |
| I-18262236 Previous Balance | $892.50 |
| I-18262237 Previous Balance | $127.50 |
| I-18262238 Previous Balance | $170.00 |
| **Total Outstanding** | **$5,185.00** |

## Terms & Conditions:

All Invoices are due upon receipt.  All Invoices not paid by the end of the month will accrue interest at a rate of eighteen percent (18%) per annum from the original date until paid in full.

When accepting credit cards, a processing fee will apply.  Please call our office at 702-318-5033 to pay by credit card. We also accept payments via Zelle, at no extra charge. To pay by Zelle, use accounting@smithshapiro.com.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO.  22-50035-JPS |
| Debtor, | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **FIRST AND FINAL APPLICATION OF SMITH & SHAPIRO, PLLC FOR COMPENSATION AS SPECIAL COUNSEL TO THE DEBTOR** and **NOTICE** using the Court's CM/ECF system which provided electronic service to the following parties:

The following parties were served by electronic notice:

| | |
|---|---|
| Evan Owens Durkovic | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Robert G. Fenimore | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| Elizabeth A. Hardy | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| Leon Strickland Jones | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| Roy E. Manoll, III | kdd@fbglaw.com |
| Robert M. Matson | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| Thomas McClendon | tmcclendon@joneswalden.com |
| U.S. Trustee – MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Ward Stone, Jr. | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| James D. Silver | jsilver@kklaw.com |
| Ainsworth G. Dudley | adudleylaw@gmail.com |
| Mutepe Akemon | mutepe.akemon@richardslegal.com |
| William Bussell Geer | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| Garrett A. Nail | gnail@pgnlaw.com |
| Christopher W. Terry | chris@boyerterry.com, terrycr40028@notify.bestcase.com |
| Whitney Groff | wgroff@law.ga.gov |
| Jonathan D. Loegel | jloegel@law.ga.gov |
| Astrid Evelyn Gabbe, Esq. | AstridGabbe@gmail.com |
| Christina T. Lanier | Christina.T.Lanier@usdoj.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com


This 16th day of May 2023.


Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**