**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TERI G. GALARDI,** | **CASE NO. 22-50035-JPS** |
| Reorganized Debtor. | |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,** | |
| Movant, | **CONTESTED MATTER** |
| v. | |
| **ASTRID E. GABBE,** | |
| Respondent. | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 97 OF ASTRID E. GABBE**

Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust hereby withdraws without prejudice his "Liquidating Trustee's Objection to Claim No. 97 of Astrid E. Gabbe" (Doc. No. 429) filed on May 10, 2023.

This 24th day of May, 2023.

> */s/ Thomas T. McClendon*
> Thomas T. McClendon
> Georgia Bar. No. 431452
> 699 Piedmont Ave NE
> Atlanta, Georgia 30308
> (404) 564-9300
> tmcclendon@joneswalden.com
> Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **TERI G. GALARDI,** | CASE NO. 22-50035-JPS |
| Reorganized Debtor. | |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,** | |
| Movant, | |
| v. | **CONTESTED MATTER** |
| **ASTRID E. GABBE,** | |
| Respondent. | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the Withdrawal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**     whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**     ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**     christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**     jonathan@loegel.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com

- **Ward Stone**   wstone@stoneandbaxter.com, lford@stoneandbaxter.com;mcathey@stoneandbaxter.com;dbury@stoneandbaxter.com;lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Christopher W. Terry**   chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

This 24th day of May, 2023.

> */s/ Thomas T. McClendon*
> Thomas T. McClendon
> Georgia Bar. No. 431452
> 699 Piedmont Ave NE
> Atlanta, Georgia 30308
> (404) 564-9300
> tmcclendon@joneswalden.com
> Liquidating Trustee