**SO ORDERED.**

**SIGNED this 31 day of May, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **TERI G. GALARDI,** <br><br> **Reorganized Debtor.** | **CHAPTER 11** <br><br> **CASE NO.  22-50035-JPS** |

**ORDER ON THIRD & FINAL APPLICATION FOR CHAPTER 11**
**COMPENSATION OF THE ATTORNEYS REPRESENTING**
**THE COMMITTEE OF UNSECURED CREDITORS**

On May 3, 2022, Jones & Walden LLC (the "Law Firm") filed its *Third & Final Application for Chapter 11 Compensation of the Attorneys Representing the Committee of Unsecured Creditors* (Doc. No. 419) (the "Application"). A hearing on the Application was set for June 21, 2023, at 11:00 A.M. Pursuant to Local Rule 9007-1, (1) the Application was served upon all parties-in-interest, notice of the opportunity to object and for hearing was provided pursuant to the procedures in Local Rule 9007-1 and no objection to the Application was filed prior to the objection deadline; (2) the Court has considered the Application and all other matters of record, including the lack of objection thereto, and (3) based on the forgoing, no further notice or hearing

is required and the Court finds that good cause exists to grant the relief requested in the Application. Accordingly, it is

ORDERED AND ADJUDGED that the Law Firm has rendered valuable legal services to the Committee and is hereby allowed and awarded $125,642.50 as compensation for said services; and it is further

ORDERED AND ADJUDGED that the Law Firm has disbursed $8,422.91 for out-of-pocket expenses and advances incurred on behalf of the Committee in connection with the above-referenced legal services and is hereby allowed and awarded reimbursement from the Debtor for such expenditures in that amount; and it is

ORDERED AND ADJUDGED that the Debtor is authorized and directed to pay the Law Firm the $134,065.41 balance of the award; and it is

ORDERED AND ADJUDGED that the previous fee awards for the Law Firm (Doc. Nos. 149 and 250) are approved on a final basis; and it is

ORDERED AND ADJUSTED that this is a final order.

**[END OF DOCUMENT]**

This Order Prepared and Presented by:
**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorney for Creditor Committee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com