**SO ORDERED.**

**SIGNED this 2 day of June, 2023.**



_____
**James P. Smith
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| IN RE:<br><br>TERI G. GALARDI,<br><br>    Reorganized Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS |
|---|---|

**ORDER ON SECOND & FINAL APPLICATION OF MCNAIR, MCLEMORE, MIDDLEBROOKS, & CO., LLC FOR ALLOWANCE OF COMPENSATION**

On May 3, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *Second & Final Application of McNair, McLemore, Middlebrooks, & Co., LLC for Allowance of Compensation* (Doc. No. 420) (the "Application"). A hearing on the Application was set for June 21, 2023, at 11:00 A.M. Pursuant to Local Rule 9007-1, (1) the Application was served upon all parties-in-interest, notice of the opportunity to object and for hearing was provided pursuant to the procedures in Local Rule 9007-1 and no objection to the Application was filed prior to the objection deadline; (2) the Court has considered the Application and all other matters of record, including the lack of objection thereto, and (3) based on the forgoing, no further notice or hearing

is required and the Court finds that good cause exists to grant the relief requested in the Application. Accordingly, it is

ORDERED AND ADJUDGED that McNair, McLemore, Middlebrooks, & Co., LLC (the "Accountant") has rendered valuable accounting advice and valuation analysis to assist the Committee's obligation to investigate the acts, conduct, assets, liabilities and financial condition of the Debtor and the operation of the Debtor's businesses, as well as other necessary accounting services, to the Committee and is hereby allowed and awarded $10,338.00 as compensation for said services; and it is further

ORDERED AND ADJUDGED that the Debtor is authorized and directed to pay the Accountant the $10,338.00 award; and it is further

ORDERED AND ADJUDGED that the previous fee award for the Accountant (Doc. No. 256) is approved on a final basis; and it is further

ORDERED AND ADJUDGED that this is a final order.

**[END OF DOCUMENT]**

This Order Prepared and Presented by:
**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorney for Creditor Committee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com