UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO.  22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**AMENDED THIRD AND FINAL APPLICATION OF
WHALEY HAMMONDS TOMASELLO, P.C., AS ACCOUNTANT
FOR DEBTOR FOR COMPENSATION**

COMES NOW, Whaley Hammonds Tomasello, P.C., ("Whaley Hammonds"), and amends its *Third and Final Application for Compensation of Accountant Whaley Hammonds Tomasello, P.C.,*" (the "Application") filed on May 16, 2023 [Docket No. 432] as to the referenced paragraphs below:

4.

Whaley Hammonds Tomasello, P.C., amends ¶ 4 of the Application to reflect the correct Application time period of October 1, 2022 through April 14, 2023 (the "Third Application Period") and the revised total amount of $19,243.75[1].

5.

Whaley Hammonds Tomasello, P.C., amends ¶ 5 of the Application to attach revised billing invoices attached as **Exhibit A**, which services are billed at the rates set out as follows:

| Accountant | Hourly Rate |
|---|---|
| Toni Schwahn, CPA | $375.00 |
| ZAW (Staff) | $140.00 |

---

[1] Whaley Hammonds Tomasello, P.C. has reduced the amount previously sought by $740.00 which is reflected on the revised billing invoices.

WHEREFORE, Whaley Hammonds Tomasello, P.C., prays:

(1) That this Amended Third and Final Application be set for determination on such notice as deemed proper;

(2) That Whaley Hammonds Tomasello, P.C., be allowed an award of $19,243.75 as reasonable compensation for services rendered to the Debtor as contemplated by the Order on Application to Employ entered by this Court;

(3) That the Debtor be authorized and directed to pay Whaley Hammonds Tomasello, P.C., the $19,243.75 award on a final basis and that any previous award be made final; and

(4) That the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**



**whtcpa**

115 Westridge Industrial Blvd, Suite 200
McDonough, GA 30253

Phone: 770-914-1040
Fax: 770-957-1914
www.wht.cpa
Info@whtcpa.com

Invoice: 92719
Amount: $5,275.00
Date: 10/12/2022

Terms: **Due Upon Receipt**

ID: G1045
Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

**EXHIBIT A**

### This Invoice is for the following services rendered:

Preparation of 2021 Individual Income Tax Returns.

| | |
|---|---|
| Billed Amount | $5,275.00 |
| Invoice Total | $5,275.00 |

ZAW (Staff) $140/hour
06/21  1.17 hrs  Enter tax information.
09/13  4.9 hrs   Enter tax information.
       6.07 hrs

TMS (Partner) $375/hour
06/16  1.95 hrs  Tax prep assistance.
06/21  1.40 hrs  Tax prep assistance.
07/26  2.11 hrs  Tax prep assistance.
09/02  .65 hrs   Estimate preparation.
09/09  1.0 hrs   Tax prep assistance.
09/13  1.2 hrs   Tax return review.
09/28  1.0 hrs   Tax return review.
10/03  2.5 hrs   Tax return review.
       11.8 hrs

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa

*Print/sign to authorize payment by credit/debit card. Effective 3/1/22 there will be a 3% convenience fee for all card payments.*

| Invoice: 92719 | | ID: G1045 |
|---|---|---|
| Date: 10/12/2022 | Payment Amount:  $_____ | Teri Galardi & Michael Porter |
| $5,275.00 | Payment Type:  ☐ Check  ☐ Credit Card | |

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____    VISA  MC  ...  DISCOVER
Name on card: _____    Sec. Code: _____
Card #: _____    Exp Date: _____
Signature: _____

*Make checks payable to Whaley Hammonds Tomasello, P.C.*



**whtcpa**

1100 Keys Ferry Court
McDonough, GA 30253

Phone: 770-914-1040
Fax: 770-957-1914

www.wht.cpa
info@whtcpa.com

Invoice: 92892
Amount: $1,425.00

Date: 10/19/2022

**Terms: Due Upon Receipt**

ID: G1045
Teri Galardi
2146 Hwy 42 South
Flovilla, GA  30324

**This invoice is for the following services rendered:**

Toni Schwahn, TMS, Partner
Preparation of September MOR.

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/22 | TMS | 0.40 hrs | September MOR | $150.00 |
| 10/17/22 | TMS | 2.05 hrs | September MOR | $768.75 |
| 10/18/22 | TMS | 1.35 hrs | September MOR | $506.25 |

| | |
|---|---|
| Billed Amount | $1,425.00 |
| **Invoice Total** | **$1,425.00** |

---

Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa

Print/sign to authorize payment by credit/debit card. Effective 3/1/22 there will be a 3% convenience fee for all card payments.

Invoice: 92892
Date: 10/19/2022
$1,425.00

Payment Amount: $_____
Payment Type:  ☐ Check   ☐ Credit Card

ID: G1045
Teri Galardi

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____
Name on card: _____   Sec. Code: _____
Card #: _____   Exp Date: _____
Signature: _____

VISA  MasterCard  [logo]  DISCOVER

Make checks payable to Whaley Hammonds Tomasello, P.C.



1100 Keys Ferry Court
McDonough, GA 30253          770-914-1040          www.wht.cpa
                                                  info@whtcpa.com

Invoice: 93675          Date: 12/20/2022
Amount: $1,443.75

ID:   G1045
Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

Terms: Due Upon Receipt

Please note our NEW McDonough address.

**This invoice is for the following services rendered:**

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| 10/20/22 | TMS | 0.50 hrs | Upload Documents | $187.50 |
| 11/15/22 | TMS | 2.80 hrs | October MOR | $1,050.00 |
| 12/05/22 | TMS | 0.55 hrs | Conference w/Attorney | $206.25 |

Billed Amount     $1,443.75
Invoice Total     $1,443.75

---

Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa
Print/sign to authorize payment by credit/debit card. Effective 3/1/22 there will be a 3% convenience fee for all card payments.

Invoice: 93675
Date: 12/20/2022
$1,443.75

Payment Amount: $_____
Payment Type:  ☐ Check   ☐ Credit Card

ID: G1045
Teri Galardi

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____
Name on card: _____          Sec. Code: _____
Card #: _____                Exp Date: _____
Signature: _____

VISA  MasterCard  [AmEx]  DISCOVER

Make checks payable to Whaley Hammonds Tomasello, P.C. - mail to 1100 Keys Ferry Court, McDonough, GA  30252



**1100 Keys Ferry Court**
**McDonough, GA 30253**   770-914-1040   www.wht.cpa
info@wht.cpa

Invoice: 94046   Date: 01/19/2023
Amount: $7,631.25

ID:   G1045

**Terms: Due Upon Receipt**

**Teri Galardi**
**2146 Hwy 42 South**
**Flovilla, GA 30324**

*Please note our NEW McDonough address.*

### This invoice is for the following services rendered:

Toni Schwahn, TMS, Partner

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 12/19/2022 | TMS | 2.4 hrs. | November MOR | $900.00 |
| 12/28/2022 | TMS | 1.9 hrs. | Prepare Budget Reports | $712.50 |
| 01/03/2023 | TMS | 5.0 hrs. | Prepare Cash Flow Reports | $1,875.00 |
| 01/06/2023 | TMS | 3.05 hrs. | Review Cash Flow Analysis | $1,143.75 |
| 01/09/2023 | TMS | 8.0 hrs. | Mediation | $3,000.00 |

| | |
|---|---|
| Billed Amount | $7,631.25 |
| Invoice Total | $7,631.25 |

---

✂------------------------------------------------------------------------

**Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa**

*Print/sign to authorize payment by credit/debit card. Effective 3/1/22 there will be a 3% convenience fee for all card payments.*

| Invoice: 94046 | | ID: G1045 |
|---|---|---|
| Date: 01/19/2023 | Payment Amount: $_____ | Teri Galardi & Michael Porter |
| $7,631.25 | Payment Type:   ☐ Check   ☐ Credit Card | |

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____   VISA  MasterCard  [logos]  DISCOVER
Name on card: _____   Sec. Code: _____
Card #: _____   Exp Date: _____
Signature: _____

*Make checks payable to Whaley Hammonds Tomasello, P.C. - mail to 1100 Keys Ferry Court, McDonough, GA 30252*



**1100 Keys Ferry Court**
**McDonough, GA 30253**   770-914-1040   www.wht.cpa
info@wht.cpa

| Invoice: 94719 | Date: 02/21/2023 |
|---|---|
| Amount: $2,662.50 | |

ID:  G1045

**Terms: Due Upon Receipt**

Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

*Please note our NEW McDonough address.*

### This invoice is for the following services rendered:

Toni Schwahn, TMS, Partner

| 01/20/23 | TMS | 3.10 hrs | Amend July-November MORS | $1,162.50 |
| 01/20/23 | TMS | 3.00 hrs | Prepare December MOR | $1,125.00 |
| 02/14/23 | TMS | 1.00 hr | Conference w/attorney regarding the payment plan | $375.00 |

| | Billed Amount | $2,662.50 |
|---|---|---|
| | **Invoice Total** | **$2,662.50** |

---

✂------------------------------------------------------------------------------

Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa
*Print/sign to authorize payment by credit/debit card. There will be a 3% convenience fee for all card payments.*

| Invoice: 94719 | Payment Amount: $_____ | ID: G1045 |
| Date: 02/21/2023 | Payment Type: ☐ Check  ☐ Credit Card | Teri Galardi & Michael Porter |
| $2,662.50 | | |

Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa.

Card Type: _____
Name on card: _____   Sec. Code: _____
Card #: _____   Exp Date: _____
Signature: _____

VISA  [card logos]

*Make checks payable to Whaley Hammonds Tomasello, P.C. - mail to 1100 Keys Ferry Court, McDonough, GA 30253*



**1100 Keys Ferry Court**
**McDonough, GA 30253**          770-914-1040          www.wht.cpa
info@wht.cpa

| Invoice: 95657 | Date: 03/22/2023 |
|---|---|
| Amount: $806.25 | |

ID:   G1045

**Terms: Due Upon Receipt**

Teri Galardi
2146 Hwy 42 South
Flovilla, GA 30324

*Please note our NEW McDonough address.*

### This invoice is for the following services rendered:

Toni Schwahn, TMS, Partner
Preparation of January MOR
2.15 hrs @ $375.

| Billed Amount | $806.25 |
|---|---|
| Invoice Total | $806.25 |

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please return this portion with payment OR pay by Credit Card or E-check via our website www.wht.cpa**
*Print/sign to authorize payment by credit/debit card. There will be a 3% convenience fee for all card payments.*

| Invoice: 95657 Date: 03/22/2023 $806.25 | Payment Amount: $ _____<br>Payment Type:  ☐ Check  ☐ Credit Card | ID: G1045<br>Teri Galardi & Michael Porter |
|---|---|---|
| Payment due upon receipt. If we have not received your payment within 30 days, a service charge will be assessed at an annual rate of 18%. We accept American Express, Discover, MasterCard & Visa. | Card Type: _____<br>Name on card: _____<br>Card #: _____<br>Signature: _____ | VISA  MasterCard  DISCOVER<br>Sec. Code: _____<br>Exp Date: _____ |

*Make checks payable to Whaley Hammonds Tomasello, P.C. - mail to 1100 Keys Ferry Court, McDonough, GA 30253*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **AMENDED THIRD AND FINAL APPLICATION OF WHALEY HAMMONDS TOMASELLO, P.C., AS ACCOUNTANT FOR DEBTOR FOR COMPENSATION** using the Court's CM/ECF system which provided electronic service to the following parties:

The following parties were served by electronic notice:

| | |
|---|---|
| Evan Owens Durkovic | ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Robert G. Fenimore | robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov |
| Elizabeth A. Hardy | elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov, elizabeth.hardy.collins@usdoj.gov |
| Leon Strickland Jones | ljones@joneswalden.com, arich@joneswalden.com, lpitts@joneswalden.com, ewooden@joneswalden.com, cparker@joneswalden.com, jwdistribution@joneswalden.com |
| Roy E. Manoll, III | kdd@fbglaw.com |
| Robert M. Matson | GA69@ecfcbis.com, rmtrusteenotices@akin-webster.com |
| Thomas McClendon | tmcclendon@joneswalden.com |
| U.S. Trustee – MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Ward Stone, Jr. | wstone@stoneandbaxter.com, mbelflower@stoneandbaxter.com, lford-faherty@stoneandbaxter.com, mcathey@stoneandbaxter.com, dbury@stoneandbaxter.com |
| James D. Silver | jsilver@kklaw.com |
| Ainsworth G. Dudley | adudleylaw@gmail.com |
| Mutepe Akemon | mutepe.akemon@richardslegal.com |
| William Bussell Geer | wgeer@geerlawgroup.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com |
| Garrett A. Nail | gnail@pgnlaw.com |
| Christopher W. Terry | chris@boyerterry.com, terrycr40028@notify.bestcase.com |
| Whitney Groff | wgroff@law.ga.gov |
| Jonathan D. Loegel | jloegel@law.ga.gov |
| Astrid Evelyn Gabbe, Esq. | AstridGabbe@gmail.com |
| Christina T. Lanier | Christina.T.Lanier@usdoj.gov |

**Creditors Committee:**
**Shadana Deleston c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Abrey Leahong c/o Mutepe Akemon, Esq., as Proxy Holder**
mutepe.akemon@richardslegal.com
**Addie Brooks c/o Ainsworth Dudley, Esq., as Proxy Holder**
adudleylaw@gmail.com

This 6th day of June 2023.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**