**SO ORDERED.**

**SIGNED this 7 day of June, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| | : | |
| Debtor. | : | |

### ORDER ON SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOYER TERRY LLC AS ATTORNEYS FOR THE DEBTOR

The Court having considered the Second and Final Application for Compensation and Reimbursement of Expenses of Boyer Terry LLC as Attorneys for the Debtor ("Application") filed in the above-captioned Chapter 11 Proceeding ("Bankruptcy Case") for services rendered on behalf of the Debtor during the period from November 18, 2022 through April 30, 2023, in the amount of $87,885.00, and requesting approval of reimbursement of expenses incurred during said period of time in the amount of $2,182.92; and

The Court having found that proper notice of a hearing thereon and an opportunity to file objections thereto having been mailed to creditors and parties in interest, and no objections having been received by the June 3, 2023 deadline, and it appears that an award of compensation

is appropriate upon such Application; it is hereby,

ORDERED that the law firm of Boyer Terry LLC having rendered valuable legal services is hereby awarded $87,885.00 as compensation for said services covered by such Application; and it is

FURTHER ORDERED that Boyer Terry LLC is hereby awarded reimbursement of $2,182.92 as reimbursement for out-of-pocket expenses incurred on behalf of the Debtor; and it is

FURTHER ORDERED that Applicant may apply any trust deposits to such award and the Debtor-in-Possession shall pay all remaining sums awarded under the Application which have not previously been paid; and it is

FURTHER ORDERED that the previous interim fee award (Doc No. 268) and this fee award are approved on a final basis; and it is ORDERED that this is a final order.

**END OF DOCUMENT**

This Order prepared and submitted by:

/s/ *Christopher W. Terry*
Christopher W. Terry
Georgia Bar No. 702484
BOYER TERRY LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
478-742-6481
chris@boyerterry.com
Attorney for Debtor