# United States Bankruptcy Court

## Middle District of Georgia

Date: 6/8/23

In re:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Debtor(s)

Case No. 22−50035−JPS

Chapter 11

Re: Doc 48; Amended Document Amended Third and Final Application for Compensation for Whaley Hammonds Tomasello, P.C., as Accountant for Debtor filed by Debtor Teri G. Galardi (related document(s)432 Application for Compensation) (McBryan, Louis)

Dear Mr. McBryan,

Please file another Notice of Time to Respond on the above−mentioned Amendment since the Third and Final Application was amended.

Thank you for your attention to this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court


478−749−6811