B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re  Galardi                              ,                Case No.  22-50035-JPS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Red Shield Funding
Name of Transferee

Jenisee Long
Name of Transferor

Name and Address where notices to transferee should be sent:
 4681 Carvel Court
 Myrtle Beach, SC 29588

Court Claim # (if known):  115
Amount of Claim:  $383,832.96
Date Claim Filed:  03/23/2022

Phone:  786-613-2610
Last Four Digits of Acct #: _____

Phone:  513-551-9825
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 4681 Carvel Court
 Myrtle Beach, SC 29588

Phone:  786-613-2610
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. Guernsey
    Transferee/Transferee's Agent

Date: 06/07/2023

By: [signature]
    Transferor

Date: 06/07/2023

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.