**SO ORDERED.**

**SIGNED this 12 day of June, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TERI G. GALARDI,** | **CASE NO. 22-50035-JPS** |
| Reorganized Debtor. | |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,** | |
| Movant, | |
| v. | **CONTESTED MATTER** |
| **AMERICAN ARBITRATION ASSOCIATION,** | |
| Respondent. | |

**ORDER GRANTING LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 120 OF AMERICAN ARBITRATION ASSOCIATION**

On May 2, 2023, Thomas T. McClendon ("Liquidating Trustee") filed *Liquidating Trustee's Objection to Claim No. 120 of American Arbitration Association* (the "Objection") together with a *Notice of Objection to Claim* (the "Notice") (Doc. No. 415). A hearing on the Objection was scheduled for June 21, 2023 at 11:00 A.M. with a due date for any written objection of June 1, 2023. The docket reflects that a copy of the Objection and Notice were served upon all parties-in-interest, including American Arbitration Association ("Creditor"), pursuant to the Second Amended and Restated General Order No. 24-2018. No party-in-interest filed a response to the Objection. Accordingly, the Court has considered the Objection, including the lack of objection thereto and determined that the Objection should be granted without the necessity of a hearing. Upon review of the Objection, the Court has determined that Liquidating Trustee is entitled to relief. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and this Court may enter a final order.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Objection is SUSTAINED; it is further

ORDERED AND ADJUDGED that American Arbitration Association's Claim No. 120 in the amount of $18,780.00 is DISALLOWED in its entirety; it is further

ORDERED AND ADJUDGED that the Liquidating Trustee is hereby directed to serve a copy of this Order on American Arbitration Association, the United States Trustee, and any party that has filed a notice of appearance in this case within three (3) business days of entry, and to file the appropriate certificate of service with this Court within three (3) business days thereafter.

**[End of Document]**

Prepared and Presented by:
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
tmcclendon@joneswalden.com