**SO ORDERED.**

**SIGNED this 13 day of June, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | CASE NO. 22-50035-JPS |
| Debtor, | ) | |
| | ) | |

### ORDER GRANTING THIRD AND FINAL APPLICATION FOR COMPENSATION FOR ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR

This matter is before the Court on the Third and Final Application For Chapter 11 Compensation for Attorneys-At-Law representing the Debtor (the "Application"), filed on May 16, 2023 [Docket No. 435]. A hearing on the Application was set for June 21, 2023 at 11:00 A.M. Pursuant to Local Rule 9007-1, (1) the Application was served upon all parties-in-interest, notice of the opportunity to object and for hearing was provided pursuant to the procedures in Local Rule 9007-1 and no objection to the Application was filed prior to the objection deadline; (2) the Court has considered the Application and all other matters of record, including the lack of objection thereto, and (3) based on the foregoing, no further notice or hearing is required and the

Court finds that good cause exists to grant the relief requested in the Application.  Accordingly, it is

ORDERED AND ADJUDGED that McBryan, LLC, rendered legal services that were reasonable and necessary to the bankruptcy estate and is hereby allowed and awarded $121,013.17 as compensation for said services; and it is further

ORDERED AND ADJUDGED that McBryan, LLC, has disbursed $1,030.96 for out-of-pocket expenses incurred on behalf of the Debtor and is hereby allowed and awarded reimbursement from the Debtor for such expenses in that amount; and it is further

ORDERED AND ADJUDGED that the Debtor is authorized and directed to pay McBryan, LLC, the $122,044.13 award; and it is further

ORDERED AND ADJUDGED that the previous fee awards for McBryan, LLC [Doc Nos. 151, 259] are approved on a final basis; and it is further

ORDERED AND ADJUDGED that this is a final order.

**[END OF DOCUMENT]**

**PREPARED AND PRESENTED BY:**

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**

## DISTRIBUTION LIST

Louis G. McBryan
McBryan, LLC
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328

Thomas T. McClendon
Jones & Walden LLC
699 Piedmont Ave., N.E.
Atlanta, Georgia 30308

Office of U.S. Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201