**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 22-50035 jps** |
| **TERI G. GALARDI** | : | |
| | : | **CHAPTER 11** |
| **Debtor** | : | |

## NOTICE OF APPEARANCE AS COUNSEL

Please take notice that Jason M. Orenstein, hereby appears in the above-captioned case as attorney for ASTRID E. GABBE, creditor in the above matter pursuant to F.R.B.P 9010, and requests that all pleadings, notice and all papers intended to be served upon ASTRID E. GABBE in this case be given to and served upon the undersigned.

This 20th day of June, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar No. 554302
Attorney for Astrid E. Gabbe

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing *Notice of Appearance as Counsel* upon Thomas T. McClendon, Liquidating Trustee, via email at tmcclendon@joneswalden.com, and Christopher W. Terry, counsel for debtor, via email at chris@boyerterry.com.

This 20th day of June, 2023.

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar No. 554302
Attorney for Astrid E. Gabbe

1922 Forsyth Street
P.O. Box 4086
Macon, GA 31208-4086
(478) 743-6300