B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re  Galardi                              ,                Case No.  22-50035-JPS

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Red Shield Funding | Rasheedah Mays |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  4681 Carvel Court
  Myrtle Beach, SC 29588

Phone:  786-613-2610
Last Four Digits of Acct #: _____

Court Claim # (if known):  106
Amount of Claim Transferred :
  $75,000
Date Claim Filed:  03/22/2022

Phone:  727−492−9981
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  4681 Carvel Court
  Myrtle Beach, SC 29588

Phone:  786-613-2610
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. Guernsey                                Date:  06/23/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.