**SO ORDERED.**

**SIGNED this 29 day of June, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

### ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION TO LIMIT RESERVE REQUIREMENTS UNDER THE LIQUIDATING TRUST AGREEMENT FOR CLAIMS NO. 57 AND 110

This matter is before the Court on the *Motion to Limit Reserve Requirements Under the Liquidating Trust Agreement for Claims No. 57 and 110* (Doc. No. 478) (the "Motion") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee"), on June 23, 2023. Based upon a review of the Motion and the representations contained therein, and for good cause shown, it is hereby

ORDERED that Motion is **GRANTED**. It is further

ORDERED that the Liquidating Trustee is authorized to reserve only $468,446.62 for payment of Proof of Claim Nos. 57 and 110, rather than the combined total of $632,402.94 for the two claims.

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee


*Consented to by:*
/s/*Astrid E. Gabbe (with express consent by TTM)*
Astrid E. Gabbe


*Consented to by:*

/s/*Joseph R. Guernsey (with express consent by TTM)*
Joseph R. Guernsey
Red Shield Funding