To: Whom It may Concern:                                    6/30/2023

I Rasheedah Mays object to the Partial
Transfer of Claim Other than for Security
for Red Shield Funding. I have not
sold noR transferred my claim to Red
Shield Funding. I do not know
J. Guernsey nor Joseph Guernsey
and I did not authorize J. Guernsey
& Red shield Funding to transfer my
Claim. I have had no contact with
J. Guernsey. I object the amt of Claim
transferred of $ 75,000.00.
                              Rasheedah Mays
                              RMays
                              rasheedahmays @ yahoo.com
                              (727) 492-9981
                              Case # 22-50035-JPS
                              Claim # 106

FILED
U.S. BANKRUPTCY COURT
2023 JUN 30  PM 12:18
MIDDLE DISTRICT
OF GEORGIA
MACON