**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In Re: | § | CHAPTER 11 |
| | § | (Subchapter V) |
| TERI G. GALARDI, | § | |
| | § | |
| Debtor. | § | CASE NO. 22-50035-JPS |
| | § | |

## **WITHDRAWAL OF COUNSEL**

COMES NOW Ward Stone, Jr. and Stone & Baxter, LLP, and hereby serves notice of their withdrawal as counsel for creditor Power Financial Credit Union ("**Power Financial**") in the above-captioned case with the consent of Power Financial.

All further notices concerning the within action should be sent to the counsel for Power Financial at the following address:

> James D. Silver
> KELLEY KRONENBERG
> 10360 West State Road 84
> Ft. Lauderdale, FL 33324
> jsilver@kelleykronenberg.com

Dated this 7th day of July, 2023

Respectfully submitted,

*/s/ Ward Stone*
Ward Stone
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898
wstone@stoneandbaxter.com

*/s/ James D. Silver*
James D. Silver
Kelley Kronenberg
*Counsel for Power Financial Credit Union*
10360 West State Road 84
Ft. Lauderdale, FL 33324
Telephone: 954-370-9970

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2023, a true and correct copy of the foregoing Withdrawal of Counsel has been furnished via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record and pro se parties authorized to receive electronically Notices of Electronic Filing in this case.

> */s/ Ward Stone, Jr.*
> Ward Stone, Jr.
> Stone & Baxter, LLP
> 577 Third Street
> Macon, Georgia 31201
> (478) 750-9898
> Georgia Bar 684630

G:\CLIENTS\Power Financial Credit Union v Galardi\Withdrawal of Counsel.docx