**SO ORDERED.**

**SIGNED this 13 day of July, 2023.**



_____
**James P. Smith
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION TO DISALLOW TRANSFERS OF CLAIMS NO. 114, 115, AND 106 FOR LIQUIDATING TRUST PURPOSES**

This matter is before the Court on the *Motion to Disallow Transfers of Claims 114, 115, and 106 for Liquidating Trust Purposes* (Doc. No. 486) (the "Motion") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee"), on June 30, 2023. Based upon a review of the Motion and the representations contained therein and with the consent of the asserted transferee, and for good cause shown, it is hereby

ORDERED that Motion is **GRANTED**. It is further

ORDERED that the Clerk is directed to strike the notice of transfer of Claim No. 114, and Tiffany Thompson shall be the holder of the claim; and it is further

ORDERED that the Clerk is directed to strike the notice of transfer of Claim No. 115, and Jenisee Long shall be the holder of the claim; and it is further

ORDERED that the Clerk is directed to strike the notice of partial transfer of Claim No. 106 and Rasheedah Mays shall be the holder of the claim.

### [END OF ORDER]

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee


*Consented to by:*

/s/Joseph R. Guernsey
Joseph R. Guernsey
Red Shield Funding