**SO ORDERED.**

**SIGNED this 13 day of July, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |

**ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION TO DISALLOW TRANSFERS OF CLAIMS NO. 114, 115, AND 106 FOR LIQUIDATING TRUST PURPOSES**

This matter is before the Court on the *Motion to Disallow Transfers of Claims 114, 115, and 106 for Liquidating Trust Purposes* (Doc. No. 486) (the "Motion") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee"), on June 30, 2023. Based upon a review of the Motion and the representations contained therein and with the consent of the asserted transferee, and for good cause shown, it is hereby

ORDERED that Motion is **GRANTED**. It is further

ORDERED that the Clerk is directed to strike the notice of transfer of Claim No. 114, and Tiffany Thompson shall be the holder of the claim; and it is further

ORDERED that the Clerk is directed to strike the notice of transfer of Claim No. 115, and Jenisee Long shall be the holder of the claim; and it is further

ORDERED that the Clerk is directed to strike the notice of partial transfer of Claim No. 106 and Rasheedah Mays shall be the holder of the claim.

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee

*Consented to by:*

/s/Joseph R. Guernsey
Joseph R. Guernsey
Red Shield Funding

United States Bankruptcy Court

Middle District of Georgia

In re:  Case No. 22-50035-JPS

Teri G. Galardi  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 1 of 6 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdfntc | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teri G. Galardi, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| aty | + | Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1400 |
| tr | + | Robert M. Matson - Ch 11 Sub V, Akin, Webster & Matson, P.C., P. O. Box 309, Macon, GA 31202-0309 |
| cr | + | Joseph Guernsey dba Red Shield Funding, 1616 S. Ocean Drive, #101, Vero Beach, FL 32963-2287 |
| | + | Thomas McClendon, Liquidating Trustee of Galardi Trust, Jones & Walden LLC, 699 Piedmont Ave., NE, Atlanta, GA 30308-1400 |
| 12335138 | + | Jenisee Long, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12351843 | + | Jenisee Long, 2107 Center Street, Covington, KY 41014-1121 |
| 12350966 | + | Rasheedah Mays, 480 Dasheill Lane, Atlanta, GA 30349-1741 |
| 12335159 | + | Rasheedah Mays, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12347340 | + | Rasheedah Mays, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335172 | + | Tiffany Thompson, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12351811 | + | Tiffany Thompson, 6531 S. Sepulveda Blvd., #216, Los Angeles, CA 90045-1508 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ainsworth G Dudley | |
| | on behalf of Creditor Angela Milner adudleylaw@gmail.com |
| Ainsworth G Dudley | |

| District/off: 113G-5 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdfntc | Total Noticed: 12 |

Ainsworth G Dudley
    on behalf of Creditor Krystall Wright adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Samantha Holdren adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Addie Brooks adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Latoya Hughes adudleylaw@gmail.com

Brian K. Jordan
    on behalf of Creditor WELLS FARGO BANK N.A. ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com

Christina T. Lanier
    on behalf of Creditor Internal Revenue Service christina.t.lanier@usdoj.gov southern.taxcivil@usdoj.gov

Christina T. Lanier
    on behalf of Creditor United States of America christina.t.lanier@usdoj.gov southern.taxcivil@usdoj.gov

Christopher W. Terry
    on behalf of Plaintiff Teri G. Galardi chris@boyerterry.com terrycr40028@notify.bestcase.com

Christopher W. Terry
    on behalf of Debtor Teri G. Galardi chris@boyerterry.com terrycr40028@notify.bestcase.com

Elizabeth A. Hardy
    on behalf of U.S. Trustee U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov
    Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov

Evan Owens Durkovic
    on behalf of Creditor WELLS FARGO BANK N.A. ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com

Garrett A. Nail
    on behalf of Plaintiff Emelita P. Sy as the Trustee of the Jack E. Galardi, Jr. Sub-Trust gnail@pgnlaw.com

James D. Silver
    on behalf of Creditor Power Financial Credit Union jsilver@kklaw.com raldama@kklaw.com

Jason M. Orenstein
    on behalf of Creditor Astrid E. Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Defendant Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Creditor Jammie Parker jmopclaw@yahoo.com

Jonathan Loegel
    on behalf of Creditor Georgia Department of Revenue jonathan@loegel.com

Leon Strickland Jones
    on behalf of Creditor Shanice Bain ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Brittany Walker ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Quina Dopoe ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Yamilee Bennett ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Abri Leahong ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Montoyo Minnis ljones@joneswalden.com
    arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Natonia Bell ljones@joneswalden.com

arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Marsha Taylor ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Princess Callahan ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Keesha Weems ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Yashica Bain ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Kitrea Jackson ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Ronika Jones ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Aisha Taliaferro ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Queen Lewis ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Belinda Harris ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Jessica Chatman ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Seleta Stanton ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Jennifer Ridley ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Crystyona Hartzog ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Africa Williams ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Adia Simmons ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Committee The Committee of Unsecured Creditors ljones@joneswalden.com
arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 4 of 6 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdfntc | Total Noticed: 12 |

Leon Strickland Jones
    on behalf of Creditor Tania Ramessar ljones@joneswalden.com arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Shadana Deleston ljones@joneswalden.com arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Maria Bush ljones@joneswalden.com arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Shanrika Duhart ljones@joneswalden.com arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Sasha Hollins ljones@joneswalden.com arich@joneswalden.com,lpitts@joneswalden.com,ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Louis G. McBryan
    on behalf of Debtor Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com

Louis G. McBryan
    on behalf of Defendant Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com

Michael Akemon
    on behalf of Creditor Lygia Simmons mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Brittany Gregory mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Gabrielle Bates mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Angela Coates mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Apeatsiwa Shaw-Taylor mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marqueta Ward mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Ashley Armstrong mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Desiree U. Jones mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Diana Smith mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Cassandra St. Fleur mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marquisha Holmes mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor LaKeisha Fenner mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Tramaine Moore mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Elliadria Griffen mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marei Kahey mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Brandie Robertson mutepe.akemon@richardslegal.com

Robert G. Fenimore
    on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov

Roy E. Manoll, III

Case 22-50035-JPS    Doc 498    Filed 07/15/23    Entered 07/16/23 00:25:33    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 113G-5 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdfntc | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Creditor AgSouth Farm Credit ACA kdd@fbglaw.com |
| Thomas McClendon | |
| | on behalf of Creditor Jennifer Ridley tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Tania Ramessar tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Gabrielle Bates tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Angela Milner tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Trustee Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Sasha Hollins tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Astrid E. Gabbe tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Shanrika Duhart tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Aisha Taliaferro tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Jessica Chatman tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Africa Williams tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Montoyo Minnis tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Marquisha Holmes tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Abri Leahong tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Latoya Hughes tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Adia Simmons tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Ashley Armstrong tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Brandie Robertson tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Brittany Walker tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Yashica Bain tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Committee The Committee of Unsecured Creditors tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Crystyona Hartzog tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Natonia Bell tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Shadana Deleston tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Princess Callahan tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |
| | on behalf of Creditor Ronika Jones tmcclendon@joneswalden.com jwdistribution@joneswalden.com |
| Thomas McClendon | |

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 6 of 6 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdfntc | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Creditor Keesha Weems tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Quina Dopoe tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shanice Bain tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Seleta Stanton tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Queen Lewis tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Yamilee Bennett tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Marsha Taylor tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Maria Bush tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Krystall Wright tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Addie Brooks tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Marleka Williams tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Kitrea Jackson tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Belinda Harris tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Whitney Warnke Groff | on behalf of Creditor Georgia Department of Revenue whitney.groff@cobbcounty.org |
| Will Bussell Geer | on behalf of Plaintiff Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor JEG Trust - Jack Galardi Jr. Sub-Trust wgeer@rlkglaw.com notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com |
| Will Bussell Geer | on behalf of Counter-Defendant Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Emelita P. Sy as the Trustee of the Jack E. Galardi, Jr. Sub-Trust wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com |

TOTAL: 112