Teri G. Galardi
Schedule of Deposits
April-23

| Date | Name | Purpose | Amount |
|---|---|---|---|
| 4/3/2023 | Trop | Rental Income | 5,769.23 |
| 4/3/2023 | AgSouth | Patronage Dividend | 3,921.21 |
| 4/4/2023 | Airbnb | Rental Income | 2,499.98 |
| 4/11/2023 | Trop | Rental Income | 5,769.23 |
| 4/11/2023 | Galardi | Note Income Received | 855.24 |
| 4/14/2023 | Trop | Salary | 4,489.93 |
| 4/17/2023 | Trop | Rental Income | 5,769.23 |
| 4/17/2023 | Airbnb | Rental Income | 1,202.32 |
| 4/18/2023 | Trop | Distributions | 600,000.00 |
| 4/20/2023 | Airbnb | Rental Income | 2,923.39 |
| 4/21/2023 | Masters | Distributions | 28,637.69 |
| 4/24/2023 | Trop | Rental Income | 5,769.23 |
| 4/24/2023 | Backdoor | Note Income Received | 763.49 |
| | | TOTAL DEPOSITS | 668,370.17 |

Teri G. Galardi
Schedule of Checks
April-23

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 4/1/2023 | 3180 | WELLS FARGO | Note Payments | -3,435.29 |
| 4/3/2023 | 3181 | City of Flovilla | Utilities - Ranch | -48.06 |
| 4/3/2023 | 3182 | RYLAND ENVIRONMENTAL | Trash Disposal Ranch | -153.40 |
| 4/3/2023 | 3183 | UNITED STATES TREASURY | Federal Taxes | 0.00 |
| 4/3/2023 | Debit | Mulberry Drugs | Medical Expenses | -5.02 |
| 4/3/2023 | Debit | Truett's Grill | Meals | -8.94 |
| 4/3/2023 | Debit | DILLARDS | Clothing | -718.14 |
| 4/3/2023 | Debit | BARNES & NOBLE | Books/Publication | -161.77 |
| 4/3/2023 | Debit | Apple.com | Computer and Internet | -6.99 |
| 4/3/2023 | Debit | RIVER CROSSING KID | Supplies Ranch | -104.52 |
| 4/3/2023 | Debit | Dollar General | Supplies Ranch | -5.30 |
| 4/4/2023 | Debit | Apple.com | Computer and Internet | -14.99 |
| 4/4/2023 | Debit | Apple.com | Computer and Internet | -2.99 |
| 4/4/2023 | Debit | Pilot | Fuel Expense | -52.82 |
| 4/4/2023 | Debit | Whitaker Builders | Supplies Ranch | -9.72 |
| 4/5/2023 | Debit | Target | Clothing | -25.83 |
| 4/6/2023 | Debit | Apple.com | Computer and Internet | -9.99 |
| 4/6/2023 | Debit | Apple.com | Computer and Internet | -4.99 |
| 4/6/2023 | Debit | Chick-Fil-A | Meals | -10.02 |
| 4/6/2023 | Debit | Whitaker Builders | Maintenance & Repairs | -7.10 |
| 4/6/2023 | Debit | Whitaker Builders | Supplies Ranch | -58.02 |
| 4/6/2023 | Debit | Del Taco | Meals | -28.43 |
| 4/7/2023 | Debit | Ulta | Personal Expenses | -104.86 |
| 4/10/2023 | 3184 | Business First Bank | Note Payments | -11,574.60 |
| 4/10/2023 | 3185 | BARROW VETERINARY SERVICES | Animal Vet Expense | -819.40 |
| 4/10/2023 | 3186 | BROOKWOOD ANIMAL | Vet | -536.37 |
| 4/10/2023 | 3187 | AGSOUTH FARM CREDIT | Note Payments | -3,907.07 |
| 4/10/2023 | 3188 | Central Georgia EMC | Utilities | -214.00 |
| 4/10/2023 | 3189 | Central Georgia EMC | Utilities | -68.00 |
| 4/10/2023 | 3190 | Central Georgia EMC | Utilities | -42.80 |
| 4/10/2023 | 3191 | Central Georgia EMC | Utilities | -102.07 |
| 4/10/2023 | 3192 | Central Georgia EMC | Utilities | -222.51 |
| 4/10/2023 | Debit | Chick-Fil-A | Meals | -11.85 |
| 4/10/2023 | Debit | Kroger | Groceries | -221.57 |
| 4/10/2023 | Debit | Apple.com | Computer and Internet | -9.99 |
| 4/10/2023 | Debit | Apple.com | Computer and Internet | -20.98 |
| 4/10/2023 | Debit | Pilot | Fuel Expense | -53.80 |
| 4/12/2023 | Debit | J & J PREFERRED FINANCING | Insurance Expense Ranch | -3,131.39 |
| 4/12/2023 | Debit | Whitaker Builders | Maintenance Ranch | -677.22 |
| 4/14/2023 | Debit | Southern Oral Surgery | Medical Expenses | -594.00 |
| 4/14/2023 | Debit | Apple.com | Computer and Internet | -32.95 |

Teri G. Galardi
Schedule of Checks
April-23

| Date | Num | Name | Purpose | Amount |
|---|---|---|---|---|
| 4/17/2023 | 3193 | Internal Revenue Service | TAXES | -873,000.00 |
| 4/17/2023 | Debit | Truett's Grill | Meals | -31.47 |
| 4/17/2023 | Debit | Lucy Lu's | Meals | -10.35 |
| 4/17/2023 | Debit | SP Painted Nest | Personal Expenses | -16.04 |
| 4/17/2023 | Debit | SP Painted Nest | Personal Expenses | -86.51 |
| 4/17/2023 | Debit | Ulta | Personal Expenses | -146.34 |
| 4/17/2023 | Debit | Dollar General | Household Expenses | -8.74 |
| 4/17/2023 | Debit | Apple.com | Computer and Internet | -9.99 |
| 4/17/2023 | Debit | Chick-Fil-A | Meals | -69.47 |
| 4/17/2023 | Debit | Kroger | Groceries | -22.43 |
| 4/17/2023 | Debit | North Druid Hills Mart | Fuel Expense | -61.41 |
| 4/18/2023 | 3194 | U.S.Trustee Payment Center | Professional Fees | -380.00 |
| 4/18/2023 | Debit | Apple.com | Computer and Internet | -5.99 |
| 4/19/2023 | Debit | Chick-Fil-A | Meals | -3.19 |
| 4/19/2023 | 3195 | GA POWER | Power Ranch | -1,546.24 |
| 4/19/2023 | 3196 | GA POWER | Power Ranch | -19.62 |
| 4/19/2023 | 3197 | GA POWER | Power Ranch | -187.85 |
| 4/19/2023 | 3198 | GA POWER | Power Ranch | -11.74 |
| 4/19/2023 | 3199 | GA POWER | Power Ranch | -20.54 |
| 4/19/2023 | 3200 | GA POWER | Power Ranch | -19.62 |
| 4/19/2023 | 3201 | AT&T | Telephone Internet Ranch | -126.84 |
| 4/19/2023 | 3202 | AT&T | Telephone Internet Ranch | -262.68 |
| 4/19/2023 | 3203 | AT&T | Telephone Internet Ranch | -78.66 |
| 4/19/2023 | 3204 | AT&T | Telephone Internet Ranch | -106.59 |
| 4/19/2023 | 3205 | ULTIMATE SECURITY | Security | -120.00 |
| 4/20/2023 | Debit | Apple.com | Computer and Internet | -8.98 |
| 4/20/2023 | Debit | Lucy Lu's | Meals | -5.89 |
| 4/20/2023 | Debit | TWP Promo | Office Expense | -40.00 |
| 4/21/2023 | Debit | Ingles | Groceries | -35.03 |
| 4/21/2023 | Debit | Ingles | Groceries | -46.20 |
| 4/21/2023 | Debit | Hasty Enterprises | Sewer Ranch | -123.71 |
| 4/24/2023 | Debit | Whitaker Builders | MaintenanceRanch | -1,223.42 |
| 4/26/2023 | 3206 | AT&T | Telephone Internet Ranch | -1,323.49 |
| 4/26/2023 | 3207 | WELLS FARGO | Note Payments | -3,549.80 |
| | | | TOTAL CHECKS | -909,926.59 |

9:27 AM
07/18/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Balance Sheet
### As of April 27, 2023

|  | Apr 27, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BB&T-9815 (9/20/2022) | 125,569.93 |
| **Total Checking/Savings** | 125,569.93 |
| **Total Current Assets** | 125,569.93 |
| **TOTAL ASSETS** | **125,569.93** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Owners Equity | 199,780.41 |
| Net Income | -74,210.48 |
| **Total Equity** | 125,569.93 |
| **TOTAL LIABILITIES & EQUITY** | **125,569.93** |

9:28 AM
07/18/23
Accrual Basis

# Teri G. Galardi DIP 22-50035
## Profit & Loss
### April 1 - 27, 2023

|  | Admin | Costa Rica | Master Club | Ranch | Trop (Pink Pony) | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Distributions | 0.00 | 0.00 | 28,637.69 | 0.00 | 600,000.00 | 628,637.69 |
| Note Income Received | 1,618.73 | 0.00 | 0.00 | 0.00 | 0.00 | 1,618.73 |
| Patronage Dividend | 0.00 | 0.00 | 0.00 | 3,921.21 | 0.00 | 3,921.21 |
| Rental Income | 0.00 | 6,625.69 | 0.00 | 0.00 | 23,076.92 | 29,702.61 |
| Salary | 4,489.93 | 0.00 | 0.00 | 0.00 | 0.00 | 4,489.93 |
| **Total Income** | 6,108.66 | 6,625.69 | 28,637.69 | 3,921.21 | 623,076.92 | 668,370.17 |
| **Expense** | | | | | | |
| Automobile Expense | 168.03 | 0.00 | 0.00 | 0.00 | 0.00 | 168.03 |
| Books/Publication/Magazines | 161.77 | 0.00 | 0.00 | 0.00 | 0.00 | 161.77 |
| Clothing | 743.97 | 0.00 | 0.00 | 0.00 | 0.00 | 743.97 |
| Groceries | 325.23 | 0.00 | 0.00 | 0.00 | 0.00 | 325.23 |
| Household Expenses | 8.74 | 0.00 | 0.00 | 0.00 | 0.00 | 8.74 |
| Meals and Entertainment | 179.61 | 0.00 | 0.00 | 0.00 | 0.00 | 179.61 |
| Medical Expenses | 599.02 | 0.00 | 0.00 | 0.00 | 0.00 | 599.02 |
| Note Payments | 0.00 | 0.00 | 0.00 | 10,892.16 | 11,574.60 | 22,466.76 |
| Office Supplies | 168.83 | 0.00 | 0.00 | 0.00 | 0.00 | 168.83 |
| Personal Expenses | 353.75 | 0.00 | 0.00 | 0.00 | 0.00 | 353.75 |
| Professional Fees | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 |
| PROPERTIES | 7.10 | 0.00 | 0.00 | 10,178.03 | 0.00 | 10,185.13 |
| TAXES | 873,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 873,000.00 |
| Utilities | 0.00 | 0.00 | 0.00 | 649.38 | 0.00 | 649.38 |
| Veterinary Expense Dogs | 0.00 | 0.00 | 0.00 | 536.37 | 0.00 | 536.37 |
| **Total Expense** | 876,096.05 | 0.00 | 0.00 | 22,255.94 | 11,574.60 | 909,926.59 |
| **Net Ordinary Income** | -869,987.39 | 6,625.69 | 28,637.69 | -18,334.73 | 611,502.32 | -241,556.42 |
| **Net Income** | -869,987.39 | 6,625.69 | 28,637.69 | -18,334.73 | 611,502.32 | -241,556.42 |

Page 1

2:06 PM
05/22/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815 (9/20/2022), Period Ending 04/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 367,126.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 76 items** | | | | | | |
| Check | 04/01/2023 | 3180 | WELLS FARGO | X | -3,435.29 | -3,435.29 |
| Check | 04/03/2023 | Debit | DILLARDS | X | -718.14 | -4,153.43 |
| Check | 04/03/2023 | Debit | BARNES & NOBLE | X | -161.77 | -4,315.20 |
| Check | 04/03/2023 | 3182 | RYLAND ENVIRON... | X | -153.40 | -4,468.60 |
| Check | 04/03/2023 | Debit | RIVER CROSSING ... | X | -104.52 | -4,573.12 |
| Check | 04/03/2023 | 3181 | City of Flovilla | X | -48.06 | -4,621.18 |
| Check | 04/03/2023 | Debit | Truett's Grill | X | -8.94 | -4,630.12 |
| Check | 04/03/2023 | Debit | Apple.com | X | -6.99 | -4,637.11 |
| Check | 04/03/2023 | Debit | Dollar General | X | -5.30 | -4,642.41 |
| Check | 04/03/2023 | Debit | Mulberry Drugs | X | -5.02 | -4,647.43 |
| Check | 04/04/2023 | Debit | Pilot | X | -52.82 | -4,700.25 |
| Check | 04/04/2023 | Debit | Apple.com | X | -14.99 | -4,715.24 |
| Check | 04/04/2023 | Debit | Whitaker Builders | X | -9.72 | -4,724.96 |
| Check | 04/04/2023 | Debit | Apple.com | X | -2.99 | -4,727.95 |
| Check | 04/05/2023 | Debit | Target | X | -25.83 | -4,753.78 |
| Check | 04/06/2023 | Debit | Whitaker Builders | X | -58.02 | -4,811.80 |
| Check | 04/06/2023 | Debit | Del Taco | X | -28.43 | -4,840.23 |
| Check | 04/06/2023 | Debit | Chick-Fil-A | X | -10.02 | -4,850.25 |
| Check | 04/06/2023 | Debit | Apple.com | X | -9.99 | -4,860.24 |
| Check | 04/06/2023 | Debit | Whitaker Builders | X | -7.10 | -4,867.34 |
| Check | 04/06/2023 | Debit | Apple.com | X | -4.99 | -4,872.33 |
| Check | 04/07/2023 | Debit | Ulta | X | -104.86 | -4,977.19 |
| Check | 04/10/2023 | 3184 | Business First Bank | X | -11,574.60 | -16,551.79 |
| Check | 04/10/2023 | 3187 | AGSOUTH FARM C... | X | -3,907.07 | -20,458.86 |
| Check | 04/10/2023 | 3185 | BARROW VETERIN... | X | -819.40 | -21,278.26 |
| Check | 04/10/2023 | 3186 | BROOKWOOD ANI... | X | -536.37 | -21,814.63 |
| Check | 04/10/2023 | 3192 | Central Georgia EMC | X | -222.51 | -22,037.14 |
| Check | 04/10/2023 | Debit | Kroger | X | -221.57 | -22,258.71 |
| Check | 04/10/2023 | 3188 | Central Georgia EMC | X | -214.00 | -22,472.71 |
| Check | 04/10/2023 | 3191 | Central Georgia EMC | X | -102.07 | -22,574.78 |
| Check | 04/10/2023 | 3189 | Central Georgia EMC | X | -68.00 | -22,642.78 |
| Check | 04/10/2023 | Debit | Pilot | X | -53.80 | -22,696.58 |
| Check | 04/10/2023 | 3190 | Central Georgia EMC | X | -42.80 | -22,739.38 |
| Check | 04/10/2023 | Debit | Apple.com | X | -20.98 | -22,760.36 |
| Check | 04/10/2023 | Debit | Chick-Fil-A | X | -11.85 | -22,772.21 |
| Check | 04/10/2023 | Debit | Apple.com | X | -9.99 | -22,782.20 |
| Check | 04/12/2023 | Debit | JOHNSON & JOHN... | X | -3,131.39 | -25,913.59 |
| Check | 04/12/2023 | Debit | Whitaker Builders | X | -677.22 | -26,590.81 |
| Check | 04/14/2023 | Debit | Southern Oral Surgery | X | -594.00 | -27,184.81 |
| Check | 04/14/2023 | Debit | Apple.com | X | -32.95 | -27,217.76 |
| Check | 04/17/2023 | 3193 | Internal Revenue Se... | X | -873,000.00 | -900,217.76 |
| Check | 04/17/2023 | Debit | Ulta | X | -146.34 | -900,364.10 |
| Check | 04/17/2023 | Debit | SP Painted Nest | X | -86.51 | -900,450.61 |
| Check | 04/17/2023 | Debit | Chick-Fil-A | X | -69.47 | -900,520.08 |
| Check | 04/17/2023 | Debit | North Druid Hills Mart | X | -61.41 | -900,581.49 |
| Check | 04/17/2023 | Debit | Truett's Grill | X | -31.47 | -900,612.96 |
| Check | 04/17/2023 | Debit | Kroger | X | -22.43 | -900,635.39 |
| Check | 04/17/2023 | Debit | SP Painted Nest | X | -16.04 | -900,651.43 |
| Check | 04/17/2023 | Debit | Lucy Lu's | X | -10.35 | -900,661.78 |
| Check | 04/17/2023 | Debit | Apple.com | X | -9.99 | -900,671.77 |
| Check | 04/17/2023 | Debit | Dollar General | X | -8.74 | -900,680.51 |
| Check | 04/18/2023 | 3194 | U.S.Trustee Paymen... | X | -380.00 | -901,060.51 |
| Check | 04/18/2023 | Debit | Apple.com | X | -5.99 | -901,066.50 |
| Check | 04/19/2023 | 3195 | GA POWER | X | -1,546.24 | -902,612.74 |
| Check | 04/19/2023 | 3202 | AT&T | X | -262.68 | -902,875.42 |
| Check | 04/19/2023 | 3197 | GA POWER | X | -187.85 | -903,063.27 |
| Check | 04/19/2023 | 3201 | AT&T | X | -126.84 | -903,190.11 |
| Check | 04/19/2023 | 3205 | ULTIMATE SECURI... | X | -120.00 | -903,310.11 |
| Check | 04/19/2023 | 3204 | AT&T | X | -106.59 | -903,416.70 |
| Check | 04/19/2023 | 3203 | AT&T | X | -78.66 | -903,495.36 |
| Check | 04/19/2023 | 3199 | GA POWER | X | -20.54 | -903,515.90 |
| Check | 04/19/2023 | 3196 | GA POWER | X | -19.62 | -903,535.52 |
| Check | 04/19/2023 | 3200 | GA POWER | X | -19.62 | -903,555.14 |
| Check | 04/19/2023 | 3198 | GA POWER | X | -11.74 | -903,566.88 |
| Check | 04/19/2023 | Debit | Chick-Fil-A | X | -3.19 | -903,570.07 |
| Check | 04/20/2023 | Debit | TWP Promo | X | -40.00 | -903,610.07 |
| Check | 04/20/2023 | Debit | Apple.com | X | -8.98 | -903,619.05 |

Page 1

2:06 PM
05/22/23

# Teri G. Galardi DIP 22-50035
## Reconciliation Detail
### BB&T-9815  (9/20/2022), Period Ending 04/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 04/20/2023 | Debit | Lucy Lu's | X | -5.89 | -903,624.94 |
| Check | 04/21/2023 | Debit | Hasty Enterprises | X | -123.71 | -903,748.65 |
| Check | 04/21/2023 | Debit | Ingles | X | -46.20 | -903,794.85 |
| Check | 04/21/2023 | Debit | Ingles | X | -35.03 | -903,829.88 |
| Check | 04/24/2023 | Debit | Whitaker Builders | X | -1,223.42 | -905,053.30 |
| Check | 04/28/2023 | Debit | Apple.com | X | -350.00 | -905,403.30 |
| Check | 04/28/2023 | Debit | Apple.com | X | -200.00 | -905,603.30 |
| Check | 04/28/2023 | Debit | Roxy Theatre | X | -21.70 | -905,625.00 |
| Check | 04/28/2023 | Debit | Apple.com | X | -4.99 | -905,629.99 |
| | **Total Checks and Payments** | | | | **-905,629.99** | **-905,629.99** |
| | **Deposits and Credits - 15 items** | | | | | |
| Deposit | 04/03/2023 | | | X | 3,921.21 | 3,921.21 |
| Deposit | 04/03/2023 | | | X | 5,769.23 | 9,690.44 |
| Deposit | 04/04/2023 | | | X | 2,499.98 | 12,190.42 |
| Deposit | 04/11/2023 | | | X | 855.24 | 13,045.66 |
| Deposit | 04/11/2023 | | | X | 5,769.23 | 18,814.89 |
| Deposit | 04/14/2023 | | | X | 4,489.93 | 23,304.82 |
| Deposit | 04/17/2023 | | | X | 1,202.32 | 24,507.14 |
| Deposit | 04/17/2023 | | | X | 5,769.23 | 30,276.37 |
| Deposit | 04/18/2023 | | | X | 600,000.00 | 630,276.37 |
| Deposit | 04/20/2023 | | | X | 2,923.39 | 633,199.76 |
| Deposit | 04/21/2023 | | | X | 28,637.69 | 661,837.45 |
| Deposit | 04/24/2023 | | | X | 763.49 | 662,600.94 |
| Deposit | 04/24/2023 | | | X | 5,769.23 | 668,370.17 |
| Deposit | 04/28/2023 | | | X | 4,489.93 | 672,860.10 |
| Check | 05/17/2023 | 3222 | ULTIMATE SECURI... | X | 0.00 | 672,860.10 |
| | **Total Deposits and Credits** | | | | **672,860.10** | **672,860.10** |
| | **Total Cleared Transactions** | | | | **-232,769.89** | **-232,769.89** |
| **Cleared Balance** | | | | | **-232,769.89** | **134,356.46** |
| | **Uncleared Transactions** | | | | | |
| | **Checks and Payments - 2 items** | | | | | |
| Check | 04/26/2023 | 3207 | WELLS FARGO | | -3,549.80 | -3,549.80 |
| Check | 04/26/2023 | 3206 | AT&T | | -1,323.49 | -4,873.29 |
| | **Total Checks and Payments** | | | | **-4,873.29** | **-4,873.29** |
| | **Total Uncleared Transactions** | | | | **-4,873.29** | **-4,873.29** |
| **Register Balance as of 04/30/2023** | | | | | **-237,643.18** | **129,483.17** |
| | **New Transactions** | | | | | |
| | **Checks and Payments - 30 items** | | | | | |
| Check | 05/01/2023 | Debit | Hasty Enterprises | | -317.30 | -317.30 |
| Check | 05/01/2023 | Debit | Ingles | | -128.89 | -446.19 |
| Check | 05/01/2023 | Debit | Whitaker Builders | | -115.21 | -561.40 |
| Check | 05/01/2023 | Debit | Apple.com | | -6.99 | -568.39 |
| Check | 05/02/2023 | Debit | Whitaker Builders | | -139.28 | -707.67 |
| Check | 05/02/2023 | Debit | Apple.com | | -83.99 | -791.66 |
| Check | 05/02/2023 | Debit | Chevron | | -52.31 | -843.97 |
| Check | 05/02/2023 | Debit | Apple.com | | -14.99 | -858.96 |
| Check | 05/02/2023 | Debit | Apple.com | | -4.99 | -863.95 |
| Check | 05/03/2023 | Debit | Apple.com | | -6.99 | -870.94 |
| Check | 05/03/2023 | Debit | Apple.com | | -2.99 | -873.93 |
| Check | 05/04/2023 | 3208 | City of Flovilla | | -55.52 | -929.45 |
| Check | 05/08/2023 | 3209 | Smith Farm Supply | | -3,498.71 | -4,428.16 |
| Check | 05/08/2023 | 3211 | AGSOUTH FARM C... | | -2,839.17 | -7,267.33 |
| Check | 05/08/2023 | 3212 | AT&T | | -273.65 | -7,540.98 |
| Check | 05/08/2023 | 3210 | RYLAND ENVIRON... | | -150.80 | -7,691.78 |
| Check | 05/10/2023 | 3213 | Business First Bank | | -11,574.60 | -19,266.38 |
| Check | 05/12/2023 | Debit | JOHNSON & JOHN... | | -3,131.39 | -22,397.77 |
| Check | 05/12/2023 | 3214 | Martin Vazquez | | -1,299.70 | -23,697.47 |
| Check | 05/12/2023 | 3215 | Starfire Automatic G... | | -626.64 | -24,324.11 |
| Check | 05/17/2023 | 3216 | GA  POWER | | -1,353.48 | -25,677.59 |
| Check | 05/17/2023 | 3218 | GA  POWER | | -154.26 | -25,831.85 |
| Check | 05/17/2023 | 3225 | AT&T | | -133.09 | -25,964.94 |
| Check | 05/17/2023 | 3223 | AT&T | | -106.59 | -26,071.53 |

Page 2

 

Page 1 of 4    04/14/23
GA ████9815



824-03-01-00 19003 18 C 001 09 S 66 002
TERI G GALARDI
2146 HIGHWAY 42 S
FLOVILLA GA 30216-2318

## Your account statement
For 04/14/2023

### Contact us
 Truist.com     (844) 4TRUIST or (844) 487-8478

For information regarding your Truist One Checking Account Level, please sign in Online or Mobile Banking, visit your local branch, or call 844-4TRUIST (844) 487-8478).

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ TRUIST ONE CHECKING ████9815

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/16/2023 | $309,661.91 |
| Checks | - 24,898.99 |
| Other withdrawals, debits and service charges | - 8,352.00 |
| Deposits, credits and interest | + 87,338.86 |
| Your new balance as of 04/14/2023 | = $363,749.78 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/20 | 3166 | 1,077.54 | 03/29 | 3179 | 139.34 | 04/14 | *3187 | 3,907.07 |
| 03/20 | *3168 | 1,323.49 | 04/04 | 3180 | 3,435.29 | 04/14 | 3188 | 214.00 |
| 03/17 | 3169 | 106.59 | 04/11 | 3181 | 48.06 | 04/14 | 3189 | 68.00 |
| 03/17 | 3170 | 78.66 | 04/07 | 3182 | 153.40 | 04/14 | 3190 | 42.80 |
| 03/17 | 3171 | 262.68 | 04/14 | *3184 | 11,574.60 | 04/14 | 3191 | 102.07 |
| 03/30 | *3178 | 1,323.49 | 04/14 | 3185 | 819.40 | 04/14 | 3192 | 222.51 |

* indicates a skip in sequential check numbers above this item        Total checks        = $24,898.99

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/17 | DEBIT CARD PURCHASE DEL TACO 1183 03-15 MCDONOUGH    GA 8487 | 25.71 |
| 03/17 | DEBIT CARD PURCHASE APPLE.COM/BILL 03-16 866-712-7753   CA 8487 | 4.99 |
| 03/17 | DEBIT CARD PURCHASE-PIN 03-16-23 MCDONOUGH    GA 8487 TARGET T- 1850 JONESBO | 97.14 |
| 03/17 | DEBIT CARD PURCHASE-PIN 03-16-23 MCDONOUGH    GA 8487 TARGET T- 1850 JONESBO | 157.33 |
| 03/20 | DEBIT CARD PURCHASE LUCY LU'S COFFEE C 03-18 JACKSON    GA 8487 | 18.73 |
| 03/20 | DEBIT CARD PURCHASE SQ *CHERRY BLOSSOM 03-18 Macon    GA 8487 | 20.00 |
| 03/20 | DEBIT CARD PURCHASE-PIN 03-18-23 EDGEFIELD    SC 8487 FAIR TICKETS | 12.50 |
| 03/20 | DEBIT CARD PURCHASE SQ *ORIGINAL ELEPH 03-18 Macon    GA 8487 | 30.68 |
| 03/20 | DEBIT CARD PURCHASE CHICK-FIL-A #00813 03-18 MACON    GA 8487 | 29.80 |
| 03/20 | DEBIT CARD PURCHASE-PIN 03-18-23 JACKSON    GA 8487 PILOT # 4560 | 25.00 |
| 03/20 | DEBIT CARD PURCHASE CIRCLE K # 45191 03-19 ASHBURN    GA 8487 | 22.73 |
| 03/20 | DEBIT CARD PURCHASE-PIN 03-18-23 ASHBURN    GA 8487 CIRCLE K # 45191 823 E | 49.23 |
| 03/20 | DEBIT CARD PURCHASE-PIN 03-18-23 FORT VALLEY   GA 8487 BUC-EE'S #51 | 62.55 |

continued

■ TRUIST ONE CHECKING ▮▮▮▮ 9815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/20 | DEBIT CARD PURCHASE-PIN 03-19-23 JACKSON    GA 8487 INGLES MARKETS #499 | 121.04 |
| 03/21 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-20 770-7752086   GA 8487 | 33.31 |
| 03/21 | DEBIT CARD PURCHASE-PIN 03-21-23 JACKSON    GA 8487 MARATHON PETRO10 | 45.00 |
| 03/22 | DEBIT CARD PURCHASE WORLD WILDLIFE FUN 03-21 800-960-0993   DC 8487 | 60.00 |
| 03/23 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-22 JACKSON   GA 8487 | 218.04 |
| 03/23 | DEBIT CARD PURCHASE-PIN 03-22-23 JACKSON    GA 8487 INGLES MARKETS #499 | 87.51 |
| 03/24 | DEBIT CARD PURCHASE APPLE.COM/BILL 03-23 866-712-7753   CA 8487 | 4.99 |
| 03/27 | DEBIT CARD PURCHASE CHICK-FIL-A #00534 03-23 CARTERSVILLE   GA 8487 | 17.22 |
| 03/27 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-24 JACKSON   GA 8487 | 44.46 |
| 03/27 | DEBIT CARD PURCHASE CHEVRON 0383287 03-24 LOCUST GROVE   GA 8487 | 50.85 |
| 03/27 | DEBIT CARD PURCHASE CHICK-FIL-A #04658 03-24 LOCUST GROVE   GA 8487 | 19.57 |
| 03/27 | DEBIT CARD PURCHASE MULBERRY DRUGS 03-24 JACKSON    GA 8487 | 5.01 |
| 03/27 | DEBIT CARD PURCHASE-PIN 03-25-23 JACKSON    GA 8487 INGLES MARKETS #499 | 214.85 |
| 03/28 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-27 770-7752086   GA 8487 | 69.52 |
| 03/28 | DEBIT CARD PURCHASE IC* INSTACART*159 03-27 888-246-7822   CA 8487 | 244.95 |
| 03/28 | DEBIT CARD PURCHASE HASTY ENTERPRISES 03-27 JACKSON   GA 8487 | 309.56 |
| 03/29 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 03-29 866-712-7753   CA 8487 | 6.99 |
| 03/29 | DEBIT CARD PURCHASE-PIN 03-28-23 GAINESVILLE   GA 8487 RACETRAC597 | 50.53 |
| 03/29 | DEBIT CARD PURCHASE-PIN 03-28-23 GAINESVILLE   GA 8487 RACETRAC597 | 26.58 |
| 03/30 | DEBIT CARD PURCHASE STARBUCKS STORE 54 03-28 BUFORD    GA 8487 | 23.67 |
| 03/30 | DEBIT CARD PURCHASE WHITAKER BUILDERS 03-29 JACKSON   GA 8487 | 42.78 |
| 03/31 | DEBIT CARD PURCHASE APPLE.COM/BILL 03-30 800-275-2273   CA 8487 | 4.99 |
| 04/03 | DEBIT CARD PURCHASE MULBERRY DRUGS 03-30 JACKSON    GA 8487 | 5.02 |
| 04/03 | DEBIT CARD PURCHASE TRUETT'S GRILL-MCD 03-31 MCDONOUGH    GA 8487 | 8.94 |
| 04/03 | DEBIT CARD PURCHASE DILLARDS 268 SHOPP 04-01 MACON    GA 8487 | 718.14 |
| 04/03 | DEBIT CARD PURCHASE RIVER CROSSING KID 04-01 MACON    GA 8487 | 104.52 |
| 04/03 | DEBIT CARD PURCHASE BARNES AND NOBLE 04-01 MACON    GA 8487 | 161.77 |
| 04/03 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-02 866-712-7753   CA 8487 | 6.99 |
| 04/03 | DEBIT CARD PURCHASE-PIN 04-02-23 FLOVILLA    GA 8487 DOLLAR GENERAL # DG 16957 | 5.30 |
| 04/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-03 408-974-1010   CA 8487 | 14.99 |
| 04/04 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-04 866-712-7753   CA 8487 | 2.99 |
| 04/04 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-03 770-7752086   GA 8487 | 9.72 |
| 04/04 | DEBIT CARD PURCHASE-PIN 04-03-23 JACKSON    GA 8487 PILOT # 4560 | 52.82 |
| 04/05 | DEBIT CARD PURCHASE-PIN 04-04-23 ATLANTA    GA 8487 TARGET T- 2400 N DRUID | 25.83 |
| 04/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-05 408-974-1010   CA 8487 | 4.99 |
| 04/06 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-05 866-712-7753   CA 8487 | 9.99 |
| 04/06 | DEBIT CARD PURCHASE CHICK-FIL-A #00485 04-04 DECATUR    GA 8487 | 10.02 |
| 04/06 | DEBIT CARD PURCHASE DEL TACO 1183 04-04 MCDONOUGH    GA 8487 | 28.43 |
| 04/06 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-05 JACKSON    GA 8487 | 58.02 |
| 04/06 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-05 JACKSON    GA 8487 | 7.10 |
| 04/07 | DEBIT CARD PURCHASE ULTA.COM 04-06 866-858-2266   IL 8487 | 104.86 |
| 04/10 | DEBIT CARD PURCHASE CHICK-FIL-A #00801 04-06 ATLANTA    GA 8487 | 11.85 |
| 04/10 | DEBIT CARD PURCHASE-PIN 04-07-23 GRIFFIN    GA 8487 KROGER #6 1524 HIGHWAY | 221.57 |
| 04/10 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-08 866-712-7753   CA 8487 | 9.99 |
| 04/10 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-10 866-712-7753   CA 8487 | 20.98 |
| 04/11 | DEBIT CARD PURCHASE-PIN 04-10-23 JACKSON    GA 8487 PILOT # 4560 | 53.80 |
| 04/12 | 410ECHECK  JJPF Payments 1340 JEG FL QUALIFIED PERSO | 3,131.39 |
| 04/13 | DEBIT CARD PURCHASE WHITAKER BUILDERS 04-12 JACKSON    GA 8487 | 677.22 |
| 04/14 | DEBIT CARD PURCHASE SOUTHERN ORAL SURG 04-12 FAYETTEVILLE   GA 8487 | 594.00 |
| 04/14 | DEBIT CARD RECURRING PYMT APPLE.COM/BILL 04-13 866-712-7753   CA 8487 | 32.95 |
| Total other withdrawals, debits and service charges | | = $8,352.00 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/17 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |
| 03/20 | DEPOSIT | 3,887.40 |
| 03/20 | DEPOSIT | 5,769.23 |
| 03/27 | DEPOSIT | 763.49 |
| 03/27 | DEPOSIT | 5,769.23 |
| 03/27 | DEPOSIT | 10,227.14 |
| 03/28 | DEPOSIT | 28,637.69 |
| 03/31 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |

*continued*



Page 3 of 4    04/14/23
GA    9815

### ■ TRUIST ONE CHECKING 1110020579815 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/03 | DEPOSIT | 3,921.21 |
| 04/03 | DEPOSIT | 5,769.23 |
| 04/04 | AOHWUAL3SG AIRBNB PAYMENTS HF5W TERI GALARDI | 2,499.98 |
| 04/11 | DEPOSIT | 855.24 |
| 04/11 | DEPOSIT | 5,769.23 |
| 04/14 | PAYROLL   DECISIONHR XXI 6-82 Galardi,Teri | 4,489.93 |
| Total deposits, credits and interest | | = $87,338.86 |

### Outsmart cyber-criminals. Keep scammer tricks top of mind.

It's not unusual to create passwords based on your favorite things. But when you answer questions sent to you by email, text, social media, or phone calls, you could be sharing too much information.

Here are some common social engineering scams:

- **Phishing.** Emails or messages pretending to be legitimate people or businesses. They usually request your personal information, such as passwords or credit card numbers.
- **Smishing.** Scammers send text or messages via a social media platform. Again, they pretend to be someone from your circle or a legitimate business but are trying to get you to reveal personal information.
- **Vishing.** This cyber-scam is a phone call or voice mail message from someone pretending to be from your bank, your doctor, or the government. They usually make urgent request of your personal information to "help" you avoid consequences.

Visit Truist.com/Fraud-and-security for more insights on fraud.