# United States Bankruptcy Court

## Middle District of Georgia

Date: 7/21/23

In re:
   Teri G. Galardi
   2146 Highway 42 South
   Flovilla, GA 30216
Debtor(s)

Case No. 22−50035−JPS

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow−up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Theresa Irby

(478) 752−3506
Deputy Clerk
United States Bankruptcy Court