**SO ORDERED.**

**SIGNED this 26 day of July, 2023.**



*James P. Smith*
**James P. Smith**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Teri G. Galardi | |
| DEBTOR(S) | CASE NO. 22-50035 |
| Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust, | |
| Movant, | |
| vs | |
| Jocelyn Johnson, | |
| Respondent. | |

### ORDER GRANTING LIQUIDATING TRUSTEE'S OBJECTION
### TO CLAIM NO. 99 OF JOCELYN JOHNSON

Thomas T. McClendon, Liquidating Trustee, Movant, filed on May 2, 2023 an Objection to Claim No. 99 filed by Jocelyn Johnson (Docket No. 416). The objection came on for hearing before the Court on June 21, 2023. The Court has considered the objection and the response and

is of the opinion that the claim is barred by res judicata and should be disallowed. See In re MF Global Holdings, LTD, 2014 Bankr. LEXIS 3067, at *4 (Bankr. S.D.N.Y. July 17, 2014) (claim disallowed as barred by res judicata even though case remains pending on appeal). It is therefore

ORDERED and ADJUDGED that Movant's Objection to Claim No. 99 of Claimant Jocelyn Johnson (Docket 416) is sustained, and it is further

ORDERED and ADJUDGED that Claim No. 99 filed by Jocelyn Johnson is disallowed in its entirety.

END OF DOCUMENT