**SO ORDERED.**

**SIGNED this 26 day of July, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Teri G. Galardi | |
| DEBTOR(S) | CASE NO. 22-50035 |
| Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust, | |
| Movant, | |
| vs | |
| Jammie Parker, | |
| Respondent. | |

ORDER GRANTING LIQUIDATING TRUSTEE'S OBJECTION
TO CLAIM NO. 95 OF JAMMIE PARKER

Thomas T. McClendon, Liquidating Trustee, Movant, filed on May 2, 2023 an Objection to Claim No. 95 filed by Jammie Parker (Docket No. 418). The objection came on for hearing before the Court on June 21, 2023. The Court has considered the objection and the response and

is of the opinion that the claim is barred by res judicata and should be disallowed. See In re MF Global Holdings, LTD, 2014 Bankr. LEXIS 3067, at *4 (Bankr. S.D.N.Y. July 17, 2014) (claim disallowed as barred by res judicata even though case remains pending on appeal). It is therefore

ORDERED and ADJUDGED that Movant's Objection to Claim No. 95 of Claimant Jammie Parker (Docket 418) is sustained, and it is further

ORDERED and ADJUDGED that Claim No. 95 filed by Jammie Parker is disallowed in its entirety.

END OF DOCUMENT