**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| In re: | |
| **TERI GALARDI,** | Case No. 22-50035-JPS |
| Debtor. | Chapter 11 |
| _____/ | |
| **ASTRID E. GABBE** | Contested Matter |
| Movant. | |
| v. | |
| **ALEXIS KING and JOSEPH ROBERT GUERNSEY d/b/a RED SHIELD FUNDING, as assignee** | |
| Respondents. | |
| _____/ | |

## NOTICE OF OBJECTION TO CLAIM NO. 110

ASTRID E. GABBE, ESQ., CREDITOR AND INTERESTED PARTY, HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **September 6, 2023.** If you are receiving this notice by mail, you may add 3 days to the response date, in accordance with FRBP 9006(f). The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, GA 31202
478-752-3506

**If a response is filed, a hearing on the objection to your claim shall be held on: September 27, 2023 at 11:00 a.m. in Courtroom A at the U.S. Courthouse, 433 Cherry Street, Macon, Georgia 31201.**

If you mail your response to the Court for filing, you shall send it early enough so that the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the Movant.

If you or your attorneys do not take these steps, the court may decide you do not oppose the objection to your claim.

This notice is sent by the undersigned pursuant to LBR 9004-1.

**Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

This 7th day of August, 2023.

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Astrid E. Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **In re:** | |
| **TERI GALARDI,** | Case No. 22-50035-JPS |
| Debtor. | Chapter 11 |
| _____ / | |
| **ASTRID E. GABBE** | Contested Matter |
| Movant. | |
| v. | |
| **ALEXIS KING and JOSEPH ROBERT GUERNSEY d/b/a RED SHIELD FUNDING, as assignee** | |
| Respondents. | |
| _____ / | |

## OBJECTION TO PROOF OF CLAIM NO. 110

Creditor and Interested Party in the above matter, ASTRID E. GABBE (herein "Gabbe"), hereby files this Objection to Proof of Claim No. 110 asserted by Alexis King, and assigned to Joseph Robert Guernsey d/b/a Red Shield Funding (herein "Respondents"), and respectfully shows this Court as follows:

1. On January 12, 2022 debtor filed a voluntary petition for relief under Chapter 11. Gabbe and Respondents are creditors/interested parties holding claims against the debtor in the above bankruptcy case.

2. In the years preceding the filing of the debtor's bankruptcy petition, Gabbe provided legal representation pursuant to a contingency fee agreement with Alexis King in a claim for damages under the Florida Minimum Wage Act resulting a judgment entered on September 20, 2021 in the amount of $468,446.62 in favor of Alexis King (the "King Judgment") from a lawsuit styled *Darden* et al. *v. Fly Low, Inc. and Galardi*, Case No. 20-cv-20592-MGC,

in the United States District Court for the Southern District of Florida (the "District Court").

3. In accordance with Florida law, on March 17, 2022, Gabbe filed a charging lien to enforce and perfect her 35% contingency attorney fee interest in the King Judgment. Said filing is reflected in the Darden docket and a copy is attached hereto as Exhibit 1.

4. On March 17, 2022, Gabbe filed Proof of Claim No. 57, asserting a claim for $163,956.32 as an unsecured claim arising from her representation of Alexis King. As detailed above, said amount represents contingency fees of 35% earned from the King Judgment.

5. On March 21, 2022, Gabbe filed Proof of Claim No. 101 on behalf of Alexis King in the amount of $304,490.30 as an unsecured claim. Said amount represents Alexis King's 65% after deducting the 35% attorney fees set forth above.

6. On March 22, 2022, Ms. King filed Proof of Claim No. 110 in the amount of $468,446.62. Said claim reflects the full amount of the King Judgment against the Debtor, which does not take into account contingency fees due to Gabbe.

7. On February 28, 2023, Ms. King filed a Notice of Withdrawal of Claim No. 101 (Doc. 306).

8. On March 13, 2023, Ms. King transferred her proof of claim #110 to Joseph Robert Guernsey d/b/a Red Shield Funding. (Doc. 325)

9. As it stands now, Claim No. 57 and Claim No. 110 are redundant. Said claims need to be bifurcated such that the Liquidating Trustee shall make disbursements to Gabbe and Alexis King as separate payees.

10. Claim No. 110 filed by Alexis King should be reduced to $304,490.30 to take into account Claim No. 57 and the attorney fees set forth therein.

WHEREFORE, the Movant requests the following relief:

(a) That this Objection be sustained;

(b) That the Liquidating Trustee pay Claim No. 57 in the amount of $163,965.32 to Gabbe;

    (c)    That Claim No. 110 is modified down to $304,490.30 and paid to King or her assignee;

    (d)    That the Court awards Movant such other and further relief as is just and proper.

This 7th day of August, 2023.

                                                                                */s/ Jason M. Orenstein*
                                                                                JASON M. ORENSTEIN
                                                                                State Bar # 554302
                                                                                Attorney for Astrid E. Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com


# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Objection to Proof of Claim No. 110 using the Bankruptcy Court's Electronic Case Filing program which serves the same upon all participants therein who have appeared in the case. In addition, the counsel for Plaintiff has mailed to a copy of the foregoing Objection to Proof of Claim No. 110 to Red Shield Funding at 1616 S. Ocean Drive #101, Vero Beach, FL 32963; Joseph Guernsey at 4681 Carvel Court, Myrtle Beach, SC 29588; Alexis King at 1361 Arlene Valley Lane, Lawrenceville, GA 30043.

This 7th day of August, 2023.

                                                                                */s/ Jason M. Orenstein*
                                                                                JASON M. ORENSTEIN
                                                                                State Bar # 554302
                                                                                Attorney for Astrid E. Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20592-COOKE/O'SULLIVAN

PORSCHE DARDEN, *et al.*,

   Plaintiffs,

vs.

FLY LOW, INC., and TERI GALARDI,

   Defendants.
   _____/

## FINAL JUDGMENT

Following an arbitration hearing, an Arbitrator issued an award in favor of Plaintiff Alexis King in the amount of $468,446.62. The Court confirmed the award without modification. *See* ECF 35. The Court now enters final judgment in favor of Plaintiff Alexi King and against Defendant Teri G. Galardi.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that a Final Judgment is entered for Plaintiff Alexis King and against Defendant Teri G. Galardi in the amount of $468,446.62, for which sum let execution issue.

The Court retains jurisdiction of this matter for the purpose of enforcing the final judgment pursuant to Federal Rules of Civil Procedure 69 and for a determination of fees and costs.

**DONE** and **ORDERED** in chambers, at Miami, Florida, this 20th day of September 2021.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

1