UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re: | Case No. 22-50035-JPS |
| **TERI GALARDI,** | Chapter 11 |
|     Debtor, | |
| _____/ | |
| **THOMAS T. MCCLENDON,**<br>**AS LIQUIDATING TRUSTEE**<br>**OF THE GALARDI CREDITORS TRUST,** | Contested Matter |
|     Movant, | |
| v. | |
| **JAMMIE PARKER,** | |
|     Respondent. | |
| _____/ | |

## NOTICE OF APPEAL

Pursuant to FRBP 8002, Notice is hereby given that Respondent appeals the Court's Order Disallowing Claim (Doc. 506) dated July 26, 2023. The United States District Court for the Middle District of Georgia has jurisdiction over this case on appeal as this appeal is not one reserved for the exclusive jurisdiction of the Supreme Court of Georgia. See GA. CONST. Art. VI § V ¶ III, VI § VI ¶ II.

Respondent requests the appeal be heard by the United States District for the Middle District of Georgia rather than the Bankruptcy Appellate Panel. Respondent requests the Clerk to prepare and transmit Doc No 418, 421, 493, 499 and 506 to the United States District Court for the Middle District of Georgia.

This 9th day of August, 2023

                                                  */s/ Jason M. Orenstein*
                                                JASON M. ORENSTEIN
                                                State Bar # 554302
                                                Attorney for Respondent

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day electronically filed the foregoing *Notice of Appeal* using the Bankruptcy Court's Electronic Case Filing Program, which serves the same upon all participants, therein who has appeared in the case.  In addition, the counsel for Respondent has mailed to a copy of the foregoing *Notice of Appeal* to Red Shield Funding at 1616 S. Ocean Drive #101, Vero Beach, FL 32963; Joseph Guernsey at 4681 Carvel Court, Myrtle Beach, SC 29588; Alexis King at 1361 Arlene Valley Lane, Lawrenceville, GA 30043.

      This 9th day of August, 2023.

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Respondent

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com