UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In re:                                                                              Case No. 22-50035-JPS

**TERI GALARDI,**                                                     Chapter 11

    Debtor,

_____ /

**THOMAS T. MCCLENDON,**
**AS LIQUIDATING TRUSTEE**
**OF THE GALARDI CREDITORS TRUST,**                Contested Matter

    Movant,

v.

**JAMMIE PARKER,**

    Respondent,

_____ /

## NOTICE OF HEARING ON MOTION TO RECONSIDER OR AMEND ORDER DISALLOWING CLAIM (DOC. 506)

**JAMMIE PARKER** HAS FILED A MOTION TO RECONSIDER OR AMEND ORDER DISALLOWING CLAIM. (DOC. 520)

    **YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one**. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

    If you do not want the court to grant the Motion or if you want the court to consider your views on the Motion, then you or your attorney shall attend the hearing on the Motion on **September 6, 2023, at 11:00 am. at the U.S. Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, GA 31201.**

    Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order 145 for more guidance.

    **If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c).

This 15th day of August, 2023.

|  |  |
|---|---|
| 1922 Forsyth Street<br>Macon, GA 31201-4086<br>jmopclaw@yahoo.com | /s/ Jason M. Orenstein<br>JASON M. ORENSTEIN<br>State Bar # 554302<br>Attorney for Respondent |