# United States Bankruptcy Court

## Middle District of Georgia

In re:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Debtor(s)

Case No. 22–50035–JPS

Chapter 11

To: All Parties of Interest

## NOTICE

A transcript has been ordered in the above–referenced case for a hearing that was held on June 21, 2023 re: Objection to Claim of Jocelyn Johnson with response, Objection to Claim of Shakir Williams with response, and Objection to Claim of Jammie Parker with response. The transcript was filed with the court on August 18, 2023. Any party wishing to redact any part of the transcript which contains Social Security Numbers, financial account numbers, dates of birth or names of minor children must file with the court a Notice of Intent to Request a Redacted Transcript within 15 days of the date the transcript was filed. If no such notice is filed, the transcript now on file with the court will be made available to the public for viewing at the expiration of all transcript related waiting periods.

If the Notice of Intent to Request a Redacted Transcript is filed, the filer of that notice will have 21 days from the date the transcript was filed to submit a request for a redacted transcript to the transcriber.

Dated: 8/18/23

Kyle George, Clerk

United States Bankruptcy Court