# United States Bankruptcy Court

## Middle District of Georgia

In Re:

    Teri G. Galardi
    2146 Highway 42 South
    Flovilla, GA 30216
Case No.: 22−50035−JPS

Chapter No.: 11

TO: Shakir Williams; and Chris Kosachuk

PLEASE PREPARE AND SERVE A NOTICE that on 9/27/23 at 11:00 AM a hearing will be held at U. S. Bankruptcy Courtroom A, 433 Cherry Street, Macon, GA 31201.

The notice should be filed per LBR 9004.  See the link on our website under Local Forms as shown below.:

    LBR 9004 Forms (in MS Word format)

    LBR 9004 Forms (in WordPerfect format)

Additionally, the following language should be included in the notice:  Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

The purpose of the hearing will be to consider and act upon the following:

*528* − Motion for Relief from Stay FILED WITHOUT NOTICE OF HEARING. Fee Amount $188, filed by Christopher Kosachuk , Shakir Williams Hearing scheduled for 09/27/2023 at 11:00 AM − Macon Courtroom A. (Irby, T.)

Theresa Irby, Deputy Clerk

478-749-6817 (Direct Dial)