IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>    Reorganized Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,**<br><br>    Movant,<br><br>v.<br><br>**JACKIE GALARDI TORRES,**<br><br>    Respondent. | **CONTESTED MATTER** |

**NOTICE OF OBJECTION TO CLAIM**

THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST ("LIQUIDATING TRUSTEE") HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **September 25, 2023.** If you are receiving this notice by mail, you may add 3 days to the response date, in accordance with FRBP 9006(f). The objection or response should be sent to:

    Clerk, U.S. Bankruptcy Court
    Middle District of Georgia
    P.O. Box. 1957
    Macon, Georgia 31202
    478-752-3506

**If a response is filed, a hearing on the objection to your claim shall be held on: October 4, 2023 at 11:00 am at the U.S. Courthouse, 433 Cherry Street, Macon, Georgia 31201.** *Parties should consult the Court's website ([www.gamb.uscourts.gov](www.gamb.uscourts.gov)) concerning whether*

*the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.*

If you mail your response to the Court for filing, you shall send it early enough so that the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the Liquidating Trustee.

**If you or your attorneys do not take these steps, the court may decide you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to LBR 9004-1.

This 25th day of August, 2023.

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar. No. 431452
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>  Reorganized Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,**<br><br>  Movant,<br><br>v.<br><br>**JACKIE GALARDI TORRES,**<br><br>  Respondent. | **CONTESTED MATTER** |

## LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 107 OF JACKIE GALARDI TORRES

Thomas T. McClendon, as liquidating trustee of the Galardi Creditors Trust ("Liquidating Trustee"), Liquidating Trustee in the above-captioned case, files this objection ("Objection") to the claim asserted by Jackie Galardi Torres ("Respondent") and respectfully shows this Court as follows:

### BACKGROUND

1. On January 12, 2022 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 et seq. ("Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division ("Court").

2. On April 14, 2023, the Court entered an Order Confirming the Joint Plan of Reorganization (Doc. No. 410) (the "Confirmation Order").

3. On March 22, 2022, Jackie Galardi Torres filed proof of claim number 107, asserting a claim for $140,285.00 as an unsecured claim (the "Claim").

4. Such Claim was classified in Class 8 of the Plan.

## DISCUSSION

5. On July 12, 2023, the Liquidating Trustee mailed a letter to Ms. Torres stating the amount of the first distribution to the mailing address listed on Ms. Torres' proof of claim and requesting a W-9 and governmental identification before issuance of any distribution.

6. The Liquidating Trustee did not receive any response from Ms. Torres.

7. On August 17, 18, and 21, 2023, the Liquidating Trustee's office reached out to Ms. Torres by both phone and email at the contact information provided in the proof of claim, but was unable to reach Ms. Torres. As of the filing of this objection, the Liquidating Trustee has not been able to contact Ms. Torres.

8. Pursuant to Section 6.14 of the Plan (Dkt. 401), "To receive distributions under the Liquidating Trust, all Holders of a Class 8 Unsecured Claim must provide evidence of their tax identification number reasonably acceptable to the Liquidating Trustee within six (6) months of the Effective Date."

9. The Liquidating Trustee has not received a W-9 or valid government identification from Ms. Torres.

10. Because Ms. Torres has not satisfied the requirements to receive a distribution, the Liquidating Trustee brings this objection.

11. The Liquidating Trustee will withdraw this objection if he receives such documents prior to the deadline to respond to this Objection.

**WHEREFOR,** the Liquidating Trustee requests the following relief:

(a) That this Objection be sustained;

(b) That the Claim be disallowed;

(c) That the Court awards the Liquidating Trustee such other and further relief as is just and proper.

Respectfully submitted this 25th day of August, 2023.

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar. No. 431452
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>    Reorganized Debtor.<br><br>**THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,**<br><br>    Movant,<br><br>v.<br><br>**JACKIE GALARDI TORRES,**<br><br>    Respondent. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS<br><br><br><br>CONTESTED MATTER |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Debtor's Objection to Claim No. 107 of Jackie Galardi Torres* (the "Objection") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Objection to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**     whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**     ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**     christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**     jonathan@loegel.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **Jason M. Orenstein**     jmopclaw@yahoo.com

- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**     chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

    I further certify that I served a true and correct copy of the foregoing Objection on all parties referenced below via United States First Class Mail postage prepaid and Certified Mail:

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248

    This 25th day of August, 2023.

    */s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar. No. 431452
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee