UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:                                                  Case No. 22-50035-JPS

Teri Galardi,                                           Chapter 11

    Debtor,
_____/

SHAKIR WILLIAMS

    Movant,

v.

TERI GALARDI and GALARDI CREDITORS TRUST

    Respondents.

_____/

**NOTICE OF HEARING ON**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

SHAKIR WILLIAMS, CREDITOR AND INTERESTED PARTY, HAS FILED A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. (the "Motion") [DOC. 528]

    **YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Motion may be obtained upon written request to Movant or at the Clerk's office.**

    If you do not want the court to grant the relief requested in the Motion, then you or your attorney shall file with the court a written response to the Motion on or before **September 20, 2023.** If you are receiving this notice by mail, you may add 3 days to the response date, in accordance with FRBP 9006(f). The objection or response should be sent to:

                          Clerk, U.S. Bankruptcy Court
                          Middle District of Georgia
                          P.O. Box. 1957
                          Macon, GA

31202
478-752-3506

**A hearing on the Motion for Relief From The Automatic Stay will be held on: September 27, 2023 at 11:00 a.m. in Courtroom A at the U.S. Courthouse, 433 Cherry Street, Macon, Georgia 31201.**

If you mail your response to the Court for filing, you shall send it early enough so that the court will **receive** the response on or before the response date stated above.

Any response shall also be served on the Movant.

If you or your attorneys do not take these steps, the court may decide you do not oppose the Motion For Relief From the Automatic Stay.

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

This notice is sent by the undersigned pursuant to LBR 9004-1.

This 22nd day of August, 2023


Dated August 22, 2023                    Respectfully submitted,

| | |
|---|---|
| /s/ Shakir Williams<br>Shakir Williams<br>*Pro Se Assignor*<br>P.O. Box 4216<br>Hollywood, FL 33083 | /s/ Chris Kosachuk<br>Chris Kosachuk<br>*Pro Se Assignee*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August 2023, a true and correct copy of the foregoing was mailed to the Clerk of Court which will electronically file and serve a copy of the foregoing document on all parties of record and was served via email on Thomas McClendon, as Liquidating Trustee of the Galardi Creditors Trust and Chris Terry on behalf of Debtor Teri Galardi.

Respectfully submitted,

Chris Kosachuk
*As Pro Se Assignee of Respondent Shakir Williams*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF*
All parties of record

CHRIS ROSTCHUK
854 PHEASANT RUN RD
WEST CHESTER PA 19382



CLERK OF COURT
US BANKRUPTCY COURT
433 CHERRY ST
MACON, GA 31201