IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>　　　　**Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

### CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

1.  I hereby certify, as a member of the Bar of this Court, that I carefully examined this matter and that there is a true necessity for an emergency hearing.

2.  I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence on my part but has been brought about only by the circumstances of this case.

3.  I certify further that I have made a bona fide effort to resolve this matter without hearing.

Respectfully submitted this 29th day of August, 2023.

**JONES & WALDEN LLC**

/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee