**SO ORDERED.**

**SIGNED this 29 day of August, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**ORDER GRANTING MOTION FOR AUTHORITY TO ENTER INTO FORBEARANCE AGREEMENT WITH TERI G. GALARDI ON PROMISSORY NOTE HELD BY GALARDI CREDITORS TRUST**

This matter is before the Court on the M*otion for Authority to Enter into Forbearance Agreement with Teri G. Galardi on Promissory Note held by Galardi Creditors Trust* (Doc. No. 550) (the "Motion") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee"), on August 29, 2023. Based upon a review of the Motion and the representations contained therein, and for good cause shown, it is hereby

ORDERED that Motion is **GRANTED**. It is further

ORDERED that the Liquidating Trustee is authorized to enter into the Forbearance Agreement[1] attached to the Motion as Exhibit and take any further actions necessary to effectuate the Forbearance Agreement.

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee

---

[1] Terms not defined in the Order shall have the meaning assigned to them in the Motion.