# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

In re:                                              Case No. 22-50035-JPS

Teri Galardi,                                       Chapter 11

    Debtor,
_____/

## CREDITOR'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Chris Kosachuk, as assignee of Creditor Shakir Williams Proof of Claim 98, hereby appears in this case and requests service of all pleadings and filings electronically to chriskosachuk@gmail.com.

Dated September 5, 2023                    Respectfully submitted,

|  |  |
|---|---|
|  | Chris Kosachuk<br>*Pro Se Assignee*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of September 2023, a true and correct copy of the foregoing was electronically file with the Court's CM/ECF system which will serve a copy of the foregoing document on all parties of record and was served via email on Thomas McClendon, as Liquidating Trustee of the Galardi Creditors Trust.

      Respectfully submitted,

Chris Kosachuk
*As Pro Se Assignee of Respondent Shakir Williams*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF*
All parties of record