IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>  Reorganized Debtor.<br><br>JAMMIE PARKER,<br><br>  Appellant,<br><br>v.<br><br>THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,<br><br>  Appellee. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS<br><br><br><br><br><br>APPEAL to the District Court for the Middle District of Georgia |

**APPELLEE'S DESIGNATION OF RECORD ON APPEAL
AND STATEMENT OF ISSUES TO BE PRESENTED**

**I.    Statement of Issues on Appeal**

Pursuant to Federal Rules of Bankruptcy Procedure Rule 8009, Thomas T. McClendon, as Liquidating Trustee for the Galardi Creditors Trust (the "**Appellee**") respectfully submits this statement of issues to be presented on appeal from the decision of the United States Bankruptcy Court for the Middle District of Georgia (the "**Bankruptcy Court**"),

1.    Whether the Bankruptcy Court should be affirmed when it determined that Jammie Parker's claim was barred by a dismissal with prejudice by the District Court for the Southern District of Florida, which dismissal with prejudice, although appealed, has not be reversed on appeal, under the doctrine of res judicata.

## II. Procedural Background

1. Appellant was a plaintiff in *Milner v. Galardi*, Case No. 20-23230 (S.D. Fla. 2020). However, Respondent and two other plaintiffs had their claims dismissed with prejudice for failure to appear at a Court-ordered mediation on August 19, 2021.

2. Such dismissal with prejudice was appealed to the Eleventh Circuit Court of Appeals. The Eleventh Circuit has not ruled on such appeal.

3. Appellant filed a general unsecured claim, numbered Proof of Claim 95, on March 21, 2022.

4. Such claim was classified in the Chapter 11 plan as a Class 8 general unsecured claim.

5. On May 2, 2023, Appellee filed an objection to Appellant's claim.

6. On June 21, 2023, a hearing was held on the objection, at which time the Bankruptcy Court allowed further briefing, submitted by Appellant on July 11, 2023 and Appellee on July 18, 2023.

7. The Bankruptcy Court disallowed the claim by order dated July 26, 2023.

## III. Designation of Items to Be Included in Record on Appeal

Appellee hereby designates the following additional documents to be included in the record for this Appeal:

1. Proof of Claim No. 95

2. Transcript of Hearing held on June 21, 2023 (Doc. No. 560)

Respectfully submitted this 6th day of September, 2023.

*/s/ Thomas T. McClendon*
Thomas T. McClendon, Georgia Bar. No. 431452
699 Piedmont Ave NE, Atlanta, Georgia 30308
(404) 564-9300 | tmcclendon@joneswalden.com
Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>    Reorganized Debtor.<br><br>JAMMIE PARKER,<br><br>    Appellant,<br><br>v.<br><br>THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,<br><br>    Appellee. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS<br><br><br><br><br><br>APPEAL to the District Court for the Middle District of Georgia |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Statement of Issues to be Presented and Designation of Record on Appeal* (the "Statement") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Statement to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**   mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**   adudleylaw@gmail.com
- **Evan Owens Durkovic**   ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**   robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**   wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**   whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**   elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**   ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**   christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**   jonathan@loegel.com
- **Roy E. Manoll**   kdd@fbglaw.com
- **Louis G. McBryan**   lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

3

- **Garrett A. Nail**    gnail@pgnlaw.com
- **Jason M. Orenstein**    jmopclaw@yahoo.com
- **James D. Silver**    jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**    chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**    Ustp.region21.mc.ecf@usdoj.gov

I further certify that I served a true and correct copy of the foregoing Statement on all parties referenced below via United States First Class Mail, postage prepaid:

Jammie Parker  
12 Wallace Street  
Greenville, SC 29605

Jason M. Orenstein  
1922 Forsyth Street  
Macon, GA 31201

This 6th day of September, 2023.

/s/ *Thomas T. McClendon*  
Thomas T. McClendon  
Georgia Bar. No. 431452  
699 Piedmont Ave NE  
Atlanta, Georgia 30308  
(404) 564-9300  
tmcclendon@joneswalden.com  
Liquidating Trustee