**SO ORDERED.**

**SIGNED this 7 day of September, 2023.**



_James P. Smith_
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |

<u>AMENDED ORDER</u>

Creditor Shakir Williams, by and through her assignee Chris Kosachuk, filed a motion to continue the hearing on the Liquidating Trustee's objection to the transfer of the claim of Ms. Williams to Mr. Kosachuk. (Doc No. 557). At the hearing on September 6, 2023, Mr. Kosachuk appeared by phone. Ms. Williams did not appear. The Liquidating Trustee was represented by its counsel, Thomas McClendon, who appeared in person.  Because Mr. Kosachuk is not an attorney, he is not authorized to file motions on behalf of Ms. Williams. Accordingly, for that reason, and for the reasons stated in open court on September 6, 2023, it is

ORDERED AND ADJUDGED that the motion is denied.

\*END OF DOCUMENT\*