**SO ORDERED.**

**SIGNED this 11 day of September, 2023.**



_____
**James P. Smith
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS |

**ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION TO DISALLOW TRANSFER OF CLAIM NO. 98 FOR LIQUIDATING TRUST PURPOSES**

This matter is before the Court on the *Motion to Disallow Transfers of Claim 98 for Liquidating Trust Purposes* (Dkt. 500) (the "Motion") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee"), on July 18, 2023. Chris Kosachuk filed a response in opposition to the Motion on August 18, 2023 (Dkt. 527), and the Liquidating Trustee filed a reply on August 30, 2023 (Dkt. 554). The Court held a hearing on the Motion on September 6, 2023, at 11:00 a.m. Thomas T. McClendon appeared as Liquidating Trustee and Chris Kosachuk appeared as assignee of the Claim. No other party appeared at the hearing. Based upon a review of the Motion and additional pleadings and the representations

contained therein, and the oral arguments made at the hearing, and for good cause shown, it is hereby

ORDERED that Motion is **GRANTED**. It is further

ORDERED that the Clerk is directed to strike the notice of transfer of Claim No. 98, and Shakir Williams shall be the holder of the claim.

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee