# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Reorganized Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |
| **THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,**<br><br>Movant,<br><br>v.<br><br>**JACKIE GALARDI TORRES,**<br><br>Respondent. | **CONTESTED MATTER** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 107 OF JACKIE GALARDI TORRES

Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Liquidating Trustee") hereby withdraws without prejudice his *Liquidating Trustee's Objection to Claim No. 107 of Jackie Galardi Torres* (Doc. No. 534) filed on August 25, 2023.

Respectfully submitted this 26th day of September, 2023.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
Liquidating Trustee
(404) 564-9300
tmcclendon@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>　　　Reorganized Debtor.<br><br>THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST,<br><br>　　　Movant,<br><br>v.<br><br>JACKIE GALARDI TORRES,<br><br>　　　Respondent. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS<br><br><br><br>CONTESTED MATTER |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing *Withdrawal* via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**　mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**　adudleylaw@gmail.com
- **Evan Owens Durkovic**　ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**　robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**　wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**　whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**　elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**　ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**　christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**　jonathan@loegel.com
- **Roy E. Manoll**　kdd@fbglaw.com
- **Louis G. McBryan**　lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**　gnail@pgnlaw.com
- **Jason M. Orenstein**　jmopclaw@yahoo.com

- **James D. Silver**   jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**   chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**   Ustp.region21.mc.ecf@usdoj.gov

Respectfully submitted this 26th day of September, 2023.

                                          **JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
Liquidating Trustee
(404) 564-9300
tmcclendon@joneswalden.com