UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**FILED**
U.S. Bankruptcy Court
OCT 02 2023
Middle District of Georgia

In re:

**TERI GALARDI,**

   Debtor.
_____/

Case No. 22-50035-JPS

Chapter 11

**ASTRID E. GABBE**

   Movant.

v.

**JENISEE LONG**

   Respondent.
_____/

Contested Matter

## JENISEE LONG'S RESPONSE TO
## ASTRID E. GABBE'S OBJECTION TO PROOF OF CLAIM NO. 115 (DOC 544)

Now Comes Jenisee Long and files this Response respectfully showing the Court as follows:

### Claim No. 115 Constitutes *Prima Facie* Evidence

1.  Bankruptcy Rule 3001(f), a proof of claim "executed and filed in accordance with these rules" constitutes *prima facie* evidence of both the validity and amount of the claim.

2.  Claim No. 115 meets the minimum requirements of Rule 3001(f) and enjoys *prima facie* status.

### Ms. Gabbe Does Not Have Standing to Object to Claim #115

3.  The Court previously sustained an objection by the Liquidating Trustee, as unopposed, to Claim 105 (Ms. Gabbe's claim related to Long's proof of claim) (*See* Doc. 464). The Objection is barred by *res judicata*.

-1-

4. Ms. Gabbe is not a creditor or party in interest with respect to claim #115.

5. Ms. Gabbe's charging lien is not enforceable in the Middle District of Georgia against the Debtor or anyone else.

### The Charging Lien Violates the Automatic Stay and Permanent Injunction

6. The charging lien attached to Ms. Gabbe's objection was stamped filed by the clerk of the court on **August 25, 2023** and automatically served on the Debtor while in bankruptcy.

7. The filing of the charging lien on the *Milner* court docket violates the automatic stay and is void *ab initio*.

8. The charging lien also violates the permanent injunction found in the Confirmation Order.

9. The objection to claim No. 115 should be overruled.

Respectfully submitted this 28th day of September, 2023.

Signature: _____
Jenisee Long

2107 Center St.
Covington, KY 41014

### Certificate of Service

This is to certify that I have filed the foregoing **JENISEE LONG'S RESPONSE TO ASTRID E. GABBE'S OBJECTION TO PROOF OF CLAIM NO. 115 (DOC 544) by U.S. Mail.**

DATE: 9-28-2023

Signature: _____

ORLANDO FL 328
28 SEP 2023 PM 5 L

US Bankruptcy Court
Middle District of GA.
P.O. Box 1957
Macon, GA 31202

31202-195757

