**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In re:** | |
| **TERI GALARDI,** | **Case No. 22-50035-JPS** |
| Debtor. | **Chapter 11** |
| _____/ | |
| **ASTRID E. GABBE** | **Contested Matter** |
| Movant. | |
| v. | |
| **MARISSA WALKER** | |
| Respondent. | |
| _____/ | |

## AMENDED WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 103

Comes now, ASTRID E. GABBE (herein "Gabbe"), hereby withdraws her Objection to Proof of Claim No. 103 (Doc. 545) previously filed with the Court on August 28, 2023.

This 4th day of October, 2023.

                                                                  */s/ Jason M. Orenstein*
                                                                  JASON M. ORENSTEIN
                                                                  State Bar # 554302
                                                                  Attorney for Astrid E. Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Amended Withdrawal of Objection to Proof of Claim No. 103 using the Bankruptcy Court's Electronic Case Filing program which serves the same upon all participants therein who have appeared in the case.

This 4th day of October, 2023.

                                                                   */s/ Jason M. Orenstein*
                                                                  JASON M. ORENSTEIN
                                                                  State Bar # 554302
                                                                  Attorney for Astrid E. Gabbe

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com