**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

In re:

TERI GALARDI,

    Debtor.

_____/

Case No. 22-50035 jps

Chapter 11

**STIPULATION EXTENDING DEADLINE FOR AINSWORTH DUDLEY TO FILE RESPONSES TO OBJECTIONS TO PROOFS OF CLAIM**

Whereas, ASTRID E. GABBE (herein "Gabbe") filed six Objections to Proofs of Claim in the above matter (Docs. 539, 541, 542, 546, 547 and 549). Upon agreement of counsel, as stated in open court on September 27, 2023, and as evidenced by their respective signatures below, counsel for Gabbe hereby stipulates that Ainsworth Dudley shall have through October 15, 2023 to file Responses to said Objections.

This 6th day of October, 2023.

Stipulated to By:

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Astrid E. Gabbe
1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

*/s/ Ainsworth G. Dudley*
Ainsworth G. Dudley
2400 Northside Parkway, 1 – 200
Atlanta, GA 30327
(404) 687-8205
adudleylaw@gmail.com