**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**In re:**

**TERI GALARDI,**

    **Debtor.**                                       **Case No. 22-50035-JPS**

                                                                       **Chapter 11**

**Joseph Guernsey d/b/a Red Shield Funding,**

      **Movant,**

**v.**

**Ms. Astrid Gabbe, Esq. Mr. Jason Orenstein, Esq. &**
**Mr. Christopher Kosachuk, Esq.,**

      **Respondents.**

**NOTICE OF FILING THE DECLARATION OF ALEXIS KING (CLAIM NO. 110)**

Now Comes Mr. Joseph Guernsey d/b/a Red Shield Funding (RSF) and files the declaration of Alexis King in support of the **MOTION OF JOSEPH GUERNSEY DBA RED SHIELD FUNDING TO ENFORCE THE AUTOMATIC STAY, THE CONFIRMATION ORDER AND FOR SANCTIONS AGAINST MS. ASTRID GABBE AND HER ATTORNEY MR. JASON ORENSTEIN** (Doc 590). Red Shield Funding is the assignee of Alexis King.

On October 5, 2023 Respondents fraudulently attempted to have a judgment entered in the name of Alexis King by filing a consent motion and order in the district court case. The consent order was signed by the Court. Respondent, Mr. Kosachuk then served the fraudulently obtained order on Mr. Tom McClendon, the liquidating trustee ("Trustee"), to enforce the judgement against RSF claim No. 110. Trustee refused to do and informed RSF his belief was the judgment was procured through fraud.

-1-

Date:  October 7, 2023

                                    Signature: /s/ Joseph Guernsey
                                   Address: 1616 Ocean Drive, #101
                                           Vero Beach, FL 32961

## Certificate of Service

This is to certify that I have filed, utilizing the cm/ecf system, the foregoing **NOTICE OF FILING THE DECLARATION OF ALEXIS KING (CLAIM NO. 110)** and that all parties of record will be served.

Service by U.S. Mail and email:

**Mr. Chris Kosachuk**
**854 Pheasant Run Rd.**
**West Chester, PA 19382-8144**
**chriskosachuk@gmail.com**

**Attorney for Ms. Gabbe**

    Dated this 7th day of October, 2023.

                                    Signature: /s/ Joseph Guernsey