# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**In re:**

**TERI GALARDI,**

   **Debtor.**

                                 /

**Case No. 22-50035-JPS**

**Chapter 11**

**Joseph Guernsey d/b/a Red Shield Funding,**

   **Movant,**

**v.**

**Ms. Astrid Gabbe, Esq. Mr. Jason Orenstein, Esq. & Mr. Christopher Kosachuk, Esq.,**

   **Respondents.**

                                 /

## NOTICE OF FILING THE DECLARATION OF JENISEE LONG (CLAIM NO. 115)

Now Comes Mr. Joseph Guernsey d/b/a Red Shield Funding (RSF) and files the declaration of Jenisee Long in support of the **MOTION OF JOSEPH GUERNSEY DBA RED SHIELD FUNDING TO ENFORCE THE AUTOMATIC STAY, THE CONFIRMATION ORDER AND FOR SANCTIONS AGAINST MS. ASTRID GABBE AND HER ATTORNEY MR. JASON ORENSTEIN** (Doc 590).

On October 6, 2023 Respondents fraudulently attempted to have a judgment entered against Ms. Long and in favor of non-party Ms. Astrid Gabbe by filing a consent motion in the district court.

Date: October 8, 2023

                                                  Signature: /s/ Joseph Guernsey
                                                  Address: 1616 Ocean Drive, #101
                                                       Vero Beach, FL 32961

## **Certificate of Service**

This is to certify that I have filed, utilizing the cm/ecf system, the foregoing **NOTICE OF FILING THE DECLARATION OF JENISEE LONG (CLAIM NO. 115)** and that all parties of record will be served.

Service by U.S. Mail and email:

**Mr. Chris Kosachuk**
**854 Pheasant Run Rd.**
**West Chester, PA 19382-8144**
**chriskosachuk@gmail.com**

**Attorney for Ms. Gabbe**

Dated this 8th day of October, 2023.

Signature: /s/ Joseph Guernsey