**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re:<br><br>TERI GALARDI,<br><br>    Debtor.<br><br>ASTRID E. GABBE, ESQ.<br><br>    Movant.<br><br>v.<br><br>TERI GALARDI,<br>THE GALARDI CREDITORS TRUST,<br>ALEXIS KING &<br>JOSEPH ROBERT GUERNSEY D/B/A<br>RED SHIELD FUNDING<br><br>    Respondents. | CASE NO. 22-50035-JPS<br><br>CHAPTER 11 |

## NOTICE OF HEARING

ASTRID E. GABBE, ESQ. HAS FILED DOCUMENTS WITH THE COURT TO OBTAIN RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one**. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion maybe obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
433 Cherry Street
P.O. Box 1957
Macon, GA 31202

If you do not want the court to allow the Motion for Relief from Automatic Stay, or if you want the court to consider your views on the Motion for Relief from Automatic Stay, then you or your attorney shall attend the hearing scheduled to be held on:

**November 8, 2023 at 11:00 A.M. at the United States Bankruptcy Court Court Room A, 433 Cherry Street, Macon, GA 31202.**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

This notice is sent by the undersigned pursuant to LBR 9004-1.

This 11th day of October, 2023.


Jason M. Orenstein
Attorney for Debtor
Macon, GA 31201
(478) 743-6300
jmopclaw@yahoo.com