B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re Teri Galardi_____,          Case No. 22-50035-JPS_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Christopher Kosachuk_____          Shakir Williams_____
        Name of Transferee                            Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): __98,-1 & -2__
should be sent:                                        Amount of Claim: ____$458,275.20____
                                                       Date Claim Filed: ____03/21/2022____
854 Pheasant Run Rd
West Chester, PA 19382-8144

Phone: 305-490-5700_____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: __10/10/2023 *nunc pro tunc to 03/22/22*
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:                                        Case No. 22-50035-JPS

Teri Galardi,                                 Chapter 11

            Debtor,

_____/

## **ASSIGNMENT AND TRANSFER OF PROOF OF CLAIM NUMBERS 98, 98-1 AND 98-2**

Shakir Williams, creditor/claimant in the above referenced bankruptcy, wherein proofs of claims were filed on March 21, 2022, Claim 98 and 98-1 and amended on May 23, 2023, Claim 98-2, does hereby transfer and assign any and all rights, entitlements, interests, and remedies thereof and hereby consents that the same shall be transferred and assigned to Christopher Kosachuk who shall be solely responsible for filing and paying of any fees due to the bankruptcy court for this transfer and assignment.

Shakir Williams represents and warrants that this proof of claim is unsatisfied and has not been assigned, transferred or hypothecated in whole or in part to any other party outside of this transfer and assignment.

This assignment is effective *nunc pro tunc,* to March 22, 2022.

Dated: 10th day of October 2023

By: _____
       Shakir Williams