**SO ORDERED.**

**SIGNED this 11 day of October, 2023.**



_____
**James P. Smith
United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **In re:** | |
| **TERI GALARDI,** | **Case No. 22-50035-JPS** |
| Debtor. | **Chapter 11** |
| _____/ | |
| **ASTRID E. GABBE,** | **Contested Matter** |
|   Movant. | |
| v. | |
| **TIFFANY THOMPSON** | |
|   Respondent. | |
| _____/ | |

### CONSENT ORDER
### RESOLVING OBJECTION TO PROOF OF CLAIM NO. 114 [DOC. 543]
### AND INTERPLEADER FILED BY LIQUIDATING TRUSTEE

Creditor of the Galardi Creditors Trust, Beneficiary of the Galardi Creditors Trust and Interested Party in the above matter, ASTRID E. GABBE (herein "Gabbe"), filed an Objection to Proof of Claim No. 114 (the "Objection") asserted by Tiffany Thompson

[Doc. 544], (herein "Respondent" or "Ms. Thompson") as well as the interpleader action filed by Thomas T. McClendon, as Liquidating Trustee ("Liquidating Trustee and collectively with Ms. Thompson and Gabbe, the "Parties") in the District Court for the Southern District of Florida, 23-cv-22892 (the "Interpleader Action") Gabbe, Thompson, and the Liquidating Trustee have consented as follows;

IT IS HERBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Objection and the Interpleader Action is resolved as follows;

2. Ms. Thompson filed a response to the Objection on October 2, 2023 but has now agreed to resolve the objection through this Consent Order.

3. The Liquidating Trustee did not file any response to the Objection.

4. Gabbe, Thompson, and the Liquidating Trustee agree to resolve their differences through this Consent Order.

5. All payments on Thompson Claim No. 114 will be paid 79% to Thompson and 10.5% to Astrid E. Gabbe, Esq. and 10.5% to Ainsworth G. Dudley, Esq. The Liquidating Trustee is currently holding $76,645 in a Disputed Claim Reserve on Claim No. 114.

6. Notwithstanding the preceding paragraph, the Liquidating Trustee shall pay the first $10,000 due to attorneys to Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., the Liquidating Trustee's attorneys in the Interpleader Action for the costs of the Interpleader Action.

7. Upon entry of this Consent Order, the Parties shall execute a joint stipulation of dismissal of all claims in the Interpleader Action related to Ms. Thompson's Claim No. 114.

8. Thomspon Claim 114, as a Class 8 Unsecured Creditor, is not responsible for any attorney fees or costs incurred from the Interpleader Action. All Thompson Claim

114 payments in the amount of 79% are free and clear.  All parties hereby waive any and all claims regarding this Claim against any party signing this Consent Order except those obligations contained in this Consent Order.

**END OF DOCUMENT**

**Prepared and consented to by:**

/s/ Jason M. Orenstein (with express consent by TTM)
Jason Orenstein
State Bar #
554302 1922
Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

Counsel for Astrid E. Gabbe, Esq.

*Consented to by:*

/s/Tiffany Thompson (with express consent by TTM)
Tiffany Thompson
20 Rockdale St.
#329
Braintree, MA 02184

*Consented to by:*

/s/Ainsworth G. Dudley, Esq (with express consent by TTM)
Ainsworth G. Dudley, Esq.
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327
404.687.8205
adudleylaw@gmail.com

*Consented to by the Liquidating Trustee:*

/s/Thomas McClendon, Esq
Thomas McClendon, Esq.
Liquidating Trustee of the Galardi Creditors Trust
Georgia Bar No. 431452
699 Piedmont Avenue, NE,

Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com