**SO ORDERED.**

**SIGNED this 12 day of October, 2023.**



*James P. Smith*
**James P. Smith**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**ORDER AND NOTICE OF EXPEDITED HEARING ON (I) MOTION TO HOLD ASTRID E. GABBE IN CONTEMPT FOR VIOLATION OF THE CONFIRMED PLAN AND THE AUTOMATIC STAY AND ENJOIN FURTHER CONDUCT, AND FOR FURTHER RELIEF (DOC. NO. 604), (II) LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 57 OF ASTRID E. GABBE (DKT. 428) AND (III) LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NO. 110 OF ALEXIS KING AS TRANSFERRED TO RED SHIELD FUNDING (DKT. 512)**

     **PLEASE TAKE NOTICE** that Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust ("Liquidating Trustee") filed his *Liquidating Trustee's Objection to Claim No. 57 of Astrid E. Gabbe* (Dkt. 428) on May 10, 2023, his *Liquidating Trustee's Objection to Claim No. 110 of Alexis King as Transferred to Red Shield Funding* (Dkt. 512) on August 4, 2023, his *Motion to Hold Astrid E. Gabbe in Contempt for Violation of the Confirmed Plan and the Automatic Stay and Enjoin Further Conduct, and for Further Relief* (Doc. No. 604), and his *Motion to Set In-Person Expedited Hearing on (i) Motion to Hold Astrid E. Gabbe in Contempt for Violation of the Confirmed Plan and the Automatic Stay and Enjoin Further Conduct, and for Related Relief and (ii) the Liquidating Trustee's Claim Objections to Claims. No. 57 and 110* (Doc. No. 605), both on October 11, 2023 (collectively, the "Motions").

The Motions are available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

Based upon a review of the pleadings and the representations contained therein, good and sufficient cause exists to shorten the applicable notice period and/or hold an expedited hearing. Accordingly, it is hereby

**ORDERED** that the Expedited Hearing on (i) *Motion to Hold Astrid E. Gabbe in Contempt for Violation of the Confirmed Plan and the Automatic Stay and Enjoin Further Conduct, and for Further Relief* (Doc. No. 604), (ii) *Liquidating Trustee's Objection to Claim No. 57 of Astrid E. Gabbe* (Dkt. 428) and (iii) *Liquidating Trustee's Objection to Claim No. 110 of Alexis King as Transferred to Red Shield Funding* (Dkt. 512) will be held in the United States Bankruptcy Court, 433 Cherry Street, Courtroom A, Macon, Georgia at **1:00 p.m.** on **October 16, 2023**. Due to the shortness of notice, no written objection is required. However, if you do not want the court to grant the relief sought in the Motions or if you want the court to consider your views on the Motions, then you or your attorney must attend the hearing on October 16, 2023.

**ORDERED** that the hearing shall be in person and no person shall be allowed to attend by telephone, notwithstanding anything in Administrative Order #145 to the contrary.

**ORDERED** that (a) Astrid E. Gabbe, (b) Christopher Kosachuk, (c) Joseph R. Guernsey dba Red Shield Funding, (d) Michael Bourff de Campo, and (e) Alexis King shall attend the hearing in person.

**ORDERED** that the Liquidating Trustee shall serve a copy of this Order and Notice on each of the above parties, the United States Trustee, and counsel for the Debtor and shall file a certificate of service evidencing the manner and method of service within one (1) business day of entry of this Order.

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee