# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>  Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

## CERTIFICATE OF SERVICE

This is to certify that on October 12, 2023, the *Order Granting Motion Expedited Hearing* (Doc. No. 609) (the "Order) was electronically entered using the Bankruptcy Court's Electronic Case Filing program which sent a notice of and an accompanying link to the Order to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Michael Akemon**    mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**    adudleylaw@gmail.com
- **Evan Owens Durkovic**    ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**    robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**    whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**    elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**    ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**    christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**    jonathan@loegel.com
- **Roy E. Manoll**    kdd@fbglaw.com
- **Louis G. McBryan**    lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**    gnail@pgnlaw.com
- **Jason M. Orenstein**    jmopclaw@yahoo.com
- **James D. Silver**    jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**    chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**    Ustp.region21.mc.ecf@usdoj.gov

      I further certify that on the 12th day of October, 2023, I caused a true and correct copy of the Order to be served upon the following parties via the method indicated below:

*Via Federal Express and Email*
Joseph Robert Guernsey
dba Red Shield Funding
4681 Carvel Court
Myrtle Beach, SC 29588
redshieldfunding@gmail.com
jrguerns24@gmail.com

*Via Federal Express and Email*
Alexis King
3328 Fall Branch Lane
Buford, GA 30519
Alexisking717@icloud.com

*Via Federal Express and Email*
Michael Bourff de Campo
1616 S. Ocean Drive #1101
Vero Beach, FL 32963
redshieldfunding@gmail.com

*Via U.S. Priority Mail Express and Email*
Astrid E. Gabbe
P.O. Box 4216
Hollywood, FL 33083
astridgabbe@gmail.com

*Via Federal Express and Email*
Christopher Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144
chriskosachuk@gmail.com

      This 12th day of October, 2023.

                                       **JONES & WALDEN LLC**

                                       */s/ Thomas T. McClendon*
                                       Thomas T. McClendon
                                       Georgia Bar No. 431452
                                       699 Piedmont Avenue, NE
                                       Atlanta, Georgia 30308
                                       Liquidating Trustee
                                       (404) 564-9300
                                       tmcclendon@joneswalden.com