# UNITED STATES BANKRUPTCY COURT

## Middle District of Georgia

In re Galardi_____,          Case No. _22-50035-JPS_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Christopher Kosachuk_____          _Astrid E. Gabbe_____
       Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____
should be sent:                                       Amount of Claim: _____$57.00_____

_854 Pheasant Run Rd_                                 Date Claim Filed: ____10/16/2023_____
_West Chester, PA 19382_

Phone: _305-490-5700_____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____
       Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:                                          Case No. 22-50035-JPS

Teri Galardi,                                   Chapter 11

        Debtor.
_____/

## ASSIGNMENT AND TRANSFER OF A 50% INTEREST IN PROOF OF CLAIM NUMBER 57 AND ALL ITS AMENDMENTS TO CHRISTOPHER KOSACHUK

Astrid E. Gabbe, creditor/claimant in the above referenced bankruptcy, wherein proof of claim number 57 was filed on March 17, 2022 and subsequently amended most recently on October 7, 2023, does hereby transfer and assign a 50% interest to Christopher Kosachuk, along with 50% of any and all rights, entitlements, interests, and remedies thereof and hereby consents that the same shall be transferred and assigned to Christopher Kosachuk who shall be solely responsible for filing and paying of any fees due to the bankruptcy court for this transfer and assignment.

Astrid E. Gabbe represents and warrants that this proof of claim is unsatisfied and has not been assigned, transferred or hypothecated in whole or in part to any other party outside of this transfer and assignment.

This assignment is effective *nunc pro tunc,* to March 18, 2022.

Dated: 16th day of October 2023

By: _____

Astrid E. Gabbe, Esq.
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com