**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

In re:

**TERI GALARDI,**

    Debtor.

_____/

Case No. 22-50035 jps

Chapter 11

## SECOND STIPULATION EXTENDING DEADLINE FOR AINSWORTH DUDLEY TO FILE RESPONSES TO OBJECTIONS TO PROOFS OF CLAIM

Whereas, ASTRID E. GABBE (herein "Gabbe") filed six Objections to Proofs of Claim in the above matter (Docs. 539, 541, 542, 546, 547 and 549), and upon Stipulation (Doc. 595) filed October 6, 2023 counsel below agreed to extend the deadline for Ainsworth Dudley to file Responses to said Objections. Upon agreement of counsel, as evidenced by their respective signatures below, counsel for Gabbe hereby stipulates that Ainsworth Dudley shall have additional time extending through October 24, 2023 to file Responses to said Objections.

This 18th day of October, 2023.

Stipulated to By:

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Astrid E. Gabbe
1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jason@jmolaw.com

*/s/ Ainsworth G. Dudley*
AINSWORTH G. DUDLEY
2400 Northside Parkway, 1 – 200
Atlanta, GA 30327
(404) 687-8205
adudleylaw@gmail.com