### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**MOTION FOR EXPEDITED HEARING ON (A) SECOND MOTION TO DISALLOW TRANSFER OF CLAIM 98 FOR LIQUIDATING TRUST PURPOSES AND (B) MOTION TO DISALLOW TRANSFER OF CLAIM 57 FOR LIQUIDATING TRUST PURPOSES**

COMES NOW Thomas T. McClendon, as Liquidating Trustee for the Galardi Creditor Trust ("Liquidating Trustee"), and hereby files this *Motion for Expedited Hearing on (A) Second Motion to Disallow Transfer of Claim No. 98 for Liquidating Trust Proposes and (B) Motion to Disallow Transfer of Claim 57 for Liquidating Trust Purposes* (the "Motion"). In support of the Motion, Liquidating Trustee shows as follows:

1. On October 11, 2023, the Liquidating Trustee filed the *Motion to Hold Astrid E. Gabbe in Contempt for Violation of the Confirmed Plan and the Automatic Stay and Enjoin Further Conduct* (Dkt. 604) ("Motion for Contempt") seeking an order from the Court holding Astrid E. Gabbe in contempt for violation of the confirmed plan and the automatic stay.

2. That same day, Christopher Kosachuk filed a purported Transfer of Claim Other Than for Security (Dkt. 607) on Claim No. 98, purporting to transfer that claim to himself for a second time. The Liquidating Trustee had previously objected to this transfer (Dkt. No. 500) and the Court entered an order granting the objection and striking the transfer (Dkt. 570).

3. The Court held a hearing on the Liquidating Trustee's Motion for Contempt on October 16, 2023. During that hearing, Mr. Kosachuk, who had been sequestered as a witness,

filed a transfer of claim 57 from Astrid Gabbe to himself in order, according to his argument, appear as a party (Dkt. 614).

4. On October 24, 2023, the Liquidating Trustee filed a *Second Motion to Disallow Transfer of Claim 98 for Liquidating Trust Purposes* (Dkt. 632) and a *Motion to Disallow Transfer of Claim 57 for Liquidating Trust Purposes* (Dkt. 633) (collectively, the "Claim Objections").

5. The Liquidating Trustee requests that the Court hold a hearing on the Liquidating Trustee's Claim Objections on November 1, 2023 at 11:00 am.

6. There are multiple claim objections filed by Ms. Gabbe set for the November 1st hearing. Also set for that hearing is a motion for relief from stay filed by Mr. Kosachuk and Shakir Williams.

7. Upon information and belief, the transfers of claims were made so that Mr. Kosachuk could appear as a party before this Court. As a non-lawyer without any personal claim in this case, he would otherwise be unable to do so. The Liquidating Trustee submits that the Court should hear these objections to the transfers before addressing any substantive arguments which Mr. Kosachuk may raise.

WHEREFORE, the Liquidating Trustee respectfully requests that this Court shorten any applicable notice period, schedule an expedited hearing on the Claim Objections for November 1, 2023, at 11:00 a.m., grant the relief requested in the Claim Objections, and grant such other relief as may be just and proper.

Respectfully submitted this 24th day of October, 2023.

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon,
Georgia Bar No. 431452
699 Piedmont Avenue, NE, Atlanta, Georgia 30308
(404) 564-9300 | tmcclendon@joneswalden.com
Liquidating Trustee for the Galardi Creditor Trust

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| IN RE: | |
|---|---|
| TERI G. GALARDI, | CHAPTER 11 |
| Debtor. | CASE NO. 22-50035-JPS |

**CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING**

1. I hereby certify, as a member of the Bar of this Court, that I carefully examined this matter and that there is a true necessity for an emergency hearing.

2. I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence on my part but has been brought about only by the circumstances of this case.

3. I certify further that I have made a bona fide effort to resolve this matter without hearing.

Respectfully submitted this 24th day of October, 2023.

JONES & WALDEN LLC

/s/ *Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee for the Galardi Creditor Trust

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below, the foregoing Motion was filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**    mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**    adudleylaw@gmail.com
- **Evan Owens Durkovic**    ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**    robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Will Bussell Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**    whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**    elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**    ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**    christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**    jonathan@loegel.com
- **Roy E. Manoll**    kdd@fbglaw.com
- **Louis G. McBryan**    lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**    gnail@pgnlaw.com
- **Jason M. Orenstein**    jmopclaw@yahoo.com
- **James D. Silver**    jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**    chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**    Ustp.region21.mc.ecf@usdoj.gov

This 24th day of October, 2023.

JONES & WALDEN LLC
*/s/ Thomas T. McClendon*
Thomas T. McClendon, Georgia Bar No. 431452
699 Piedmont Avenue, NE, Atlanta, Georgia 30308
(404) 564-9300 | tmcclendon@joneswalden.com
Liquidating Trustee for the Galardi Creditor Trust