
**SO ORDERED.**

**SIGNED this 2 day of January, 2024.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| | : | |

ORDER

On December 27, 2023, Astrid E. Gabbe filed a motion to amend order relating to this court's order of December 19, 2023 authorizing Liquidating Trustee to enter into a settlement agreement with certain parties. It is hereby ordered as follows:

1. Jenisee Long and all parties who consented to the December 19, 2023 order shall file a response to the motion no later than January 22, 2024.

2. The court will hold an evidentiary hearing with respect to the motion and the responses thereto on January 30, 2024 at 10:00 a.m. in courtroom A , United States Bankruptcy Court, Middle District of Georgia, 433 Cherry Street, Macon, GA 31201.

3. The Clerk of Court shall mail a copy of this order to Jenisee Long, 2107 Center Street, Covington, KY 41014 and email a copy to her at longjenisee@gmail.com.

*END OF DOCUMENT*