## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>          **Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

## CERTIFICATE OF SERVICE

This is to certify that on January 5, 2024, the *Motion to Approve Second Distribution to Beneficiaries of the Galardi Creditor Trust* (Doc. No. 702) (the "Motion") and *Status Report on Settlement Agreement* (Doc. No. 703) (the "Status Report") were electronically filed using the Bankruptcy Court's Electronic Case Filing program which sends notices of and accompanying links to the Motion and Status Report to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Astrid E. Gabbe**     astridgabbe@gmail.com
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf. courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com; geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**     whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**     ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**     christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**     jonathan@loegel.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **Jason M. Orenstein**     jmopclaw@yahoo.com
- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**     chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

I further certify that on January 5, 2024, I caused a copy of the Motion and Status Report to be served on all parties listed below via the methods[1] indicated:

---

[1] Email addresses have been redacted due to privacy concerns.

*Via Email & U.S. First Class Mail:*
Abri Leahong
419 N Federal Hwy
Hallandale Beach, FL 33009

*Via Email & U.S. First Class Mail:*
Adia Simmons
401 N Federal Hwy, Apt 307
Hallandale Beach, FL 33119

*Via Email & U.S. First Class Mail:*
Africa Williams
207 NW 14th Ave
Ft. Lauderdale, FL 33311

*Via Email & U.S. First Class Mail:*
Aisha Taliaferro
P.O. Box 2174
Hallendale, FL 33008

*Via Email & U.S. First Class Mail:*
Angela Coates
563 Newberry Springs Dr.
Las Vegas NV 89148

*Via Email & U.S. First Class Mail:*
Apeatsiwa Shaw-Taylor
1628 Cheston Lane, Apt M
Hanover, MD 21076

*Via Email & U.S. First Class Mail:*
Ashley Armstrong
323 Lochmill Ct
Loganville GA 30052

*Via Email & U.S. First Class Mail:*
Belinda Harris
5479 Glenridge Dr. #2411
Atlanta, GA 30342

*Via U.S. First Class Mail:*
Belinda Harris
P.O. Box 422521
Atlanta, GA 30342

*Via U.S. First Class Mail:*
Brandi Robertson
4677 Englewood Dr
Indianapolis, IN 46226

*Via Email & U.S. First Class Mail:*
Brittney Gregory
4310 Cross country Terrace
Upper Malboro, MD 20772

*Via Email & U.S. First Class Mail:*
Brittany Walker
3119 Crump Ave
Memphis TN 38112

*Via Email & U.S. First Class Mail:*
Cassandra St. Fleur
1890 NW 42 Terrace #A203
Lauderhill, FL 33313

*Via Email & U.S. First Class Mail:*
Christyona Hartzog
1455 Northeast 121 Street, Apt A209
North Miami, FL 33161

*Via Email & U.S. First Class Mail:*
Desiree Jones Sautman
13241 Southwest 21st Street
Miramar, FL 33027
█████████████████████

*Via Email & U.S. First Class Mail:*
Diana Smith
5917 East Maple Street
Romulus, MI 48174
█████████████████████

*Via Email & U.S. First Class Mail:*
Elliadria Griffen
2210 Sea Island Dr
Dallas, TX 75232
█████████████████████

*Via Email & U.S. First Class Mail:*
Gabrielle Bates
4211 NW 24th St.
Lauderhill, FL 33313-3616
█████████████████████

*Via Email & U.S. First Class Mail:*
Lygia Simmons
523 N Bertrand Street
Knoxville, TN 37917
█████████████████████

*Via Email & U.S. First Class Mail:*
Jennifer Ridley
3150 SW 114th Terrace, Apt 203
Hollywood, FL 33025
█████████████████████

*Via Email & U.S. First Class Mail:*
Jessica Chatman Williams
5445 Caldorwood Rd
Cumming, GA 30040
█████████████████████

*Via Email & U.S. First Class Mail:*
Keesha Weems
211 Hillside Village Drive
Atlanta, GA 30317
█████████████████████

*Via Email & U.S. First Class Mail:*
Kitrea Jackson
1065 SW Eighth St.
Miami, FL 33130
█████████████████████

*Via Email & U.S. First Class Mail:*
Lakeisha Fenner Franco
830 SW 103rd Terrace, Unit 109
Pembroke Pines, FL 33025
█████████████████████

*Via Email & U.S. First Class Mail:*
Marsha Taylor
6720 Congress Ave, Apt 112
Boca Raton, FL 33487
█████████████████████

*Via Email & U.S. First Class Mail:*
Marei Kahey
7580 NW 5th Street, Unit 15645
Plantation, FL 33317
█████████████████████

*Via Email & U.S. First Class Mail:*
Maria Bush
312 Southwest 190th Terrace
Pembroke Pines, FL 33029
█████████████████████

*Via Email & U.S. First Class Mail:*
Marissa Walker
21 SW 4th Street
Hallendale, FL 33009
█████████████████████

*Via Email & U.S. First Class Mail:*
Marquisha Holmes
9713 W 34th Lane
Hialeah, FL 33018

*Via Email & U.S. First Class Mail:*
Marquita Ward
485 NW 130th Street
Miami FL 33168

*Via Email & U.S. First Class Mail:*
Montoya Minnis
1270 Ridgecrest Lane SE
Smyrna, GA 30080

*Via Email & U.S. First Class Mail:*
Natonia Bell
2162 Twisted Pine Rd
Ocoee, FL 34761

*Via Email & U.S. First Class Mail:*
Princess Callahan
609 SW 75th Avenue
North Lauderdale, FL 22068

*Via Email & U.S. First Class Mail:*
Queen Lewis
5016 Polaris St.
Orlando, FL 32818

*Via Email & U.S. First Class Mail:*
Quina Dopoe
P.O. Box 724174
Atlanta, GA 31139

*Via Email & U.S. First Class Mail:*
Ronika Jones
1349 Westlawn Dr.
Slidell, LA 70460

*Via Email & U.S. First Class Mail:*
Sasha Hollins
1804 Emerson Lake Circle
Snellville, GA 30078

*Via Email & U.S. First Class Mail:*
Seleta Stanton
100 Candlewood Dr.
Enterprise, AL 36330

*Via Email & U.S. First Class Mail:*
Shadana Deleston
20515 East Country Club Dr, Unit 745
Miami, FL 33180

*Via Email & U.S. First Class Mail:*
Shanice Bain
2512 Northwest 9th Place, Apt 2
Ft Lauderdale, FL 33311

*Via Email & U.S. First Class Mail:*
Shanrika Duhart
3520 NW 197th Street
Miami FL 33056

*Via Email & U.S. First Class Mail:*
Tania Ramessar
15810 NW 91st Court
Miami Lakes, FL 33018

*Via Email & U.S. First Class Mail:*
Tramaine Moore
202 3rd Ave West
Birmingham, AL 35204
█████████████████

*Via Email & U.S. First Class Mail:*
Yamilee Bennett
15624 South West 53rd Court
Miramar, FL 33027
█████████████████

*Via Email & U.S. First Class Mail:*
Yashica Bain
15855 SW 51st Street
Miramar, FL 33027
█████████████████

*Via Email & U.S. First Class Mail:*
Internal Revenue Service
Attn: TaxFlu
P.O. Box 310, Ben Franklin Station
Washington, D.C. 20044
Christina.T.Lanier@usdoj.gov

*Via Email & U.S. First Class Mail:*
Georgia Department of Revenue
1800 Century Blvd. NE, Suite 9100
Atlanta, GA 30345-3205
jonathan@loegel.com

*Via Email & U.S. First Class Mail*:
Estate of Harland Stuart Miller, III
c/o Mitchell Benjamin
101 Marietta St NW, Suite 2650
Atlanta, GA 30303
Benjamin@dcbflegal.com

*Via U.S. First Class Mail*:
Discover Bank
PO Box 3025
New Albany, OH  43054-3025

*Via U.S. First Class Mail*:
American Express National Bank
c/o Becket & Lee, LLP
Attn: Kenneth Kleppinger
P.O. Box 3001
Malvern, PA 19355

*Via U.S. First Class Mail*:
Verizon
PO Box 4457
Houston, TX  77210-4457

*Via Email & U.S. First Class Mail*:
Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248
█████████████████

*Via U.S. First Class Mail*:
American Arbitration Association
150 East 42nd Street, 24th Floor
New York, NY 10017-5636

*Via U.S. First Class Mail*:
Angela Milner
185 Dix Lee On Drive
Fayetteville, GA 30214

*Via U.S. First Class Mail:*
Marleeka Williams
736 Dellrose Drive
Memphis, TN 38116

*Via Email & U.S. First Class Mail:*
Ebony Mayfield
P.O. Box 7533
Houston, TX 77270
█████████████████

*Via Email & U.S. First Class Mail:*
Rasheedah Mays
480 Dasheill Lane
Atlanta, GA 30349
█████████████████

*Via Email & U.S. First Class Mail:*
Tiffany Thompson
20 Rockdale St. #329
Braintree, MA 02184
█████████████████

*Via Email & U.S. First Class Mail:*
Jammie Parker
12 Wallace St.
Greenville, SC 29605
█████████████

*Via Email & U.S. First Class Mail:*
Red Shield Funding
4681 Carvel Court
Myrtle Beach, SC 29588
redshieldfunding@gmail.com

*Via U.S. First Class Mail:*
Latoya Hughes
20843 Sylvan Springs Rd
Land O' Lakes 34638

*Via Email & U.S. First Class Mail:*
Jenisee Long
2107 A Center St.
Covington, KY 41014
█████████████

*Via Email & U.S. First Class Mail:*
Christopher Kosachuk
854 Pheasant Run Road
West Chester, PA 19382
chriskosachuk@gmail.com

*Via U.S. First Class Mail:*
Bank of America, N.A.
PO Box 673033
Dallas, TX 75267

*Via Email & U.S. First Class Mail:*
Ameera Brewer
2134 Hunters Greene Drive
Lakeland, FL 33810
█████████████████

*Via Email:*
Jocelyn Johnson
c/o Astrid E. Gabbe & Jason Orenstein
astridgabbe@gmail.com
jmopclaw@yahoo.com

*Via Email & U.S. First Class Mail:*
Shakir Williams
11205 SW 166 Terrace
Miami, FL 33157
█████████████

*Via Email & U.S. First Class Mail:*
Krystall Wright
2037 Weems Rd, Apt. 8323
Tucker, GA 3084
████████████████

*Via Email & U.S. First Class Mail:*
Addie Brooks
6739 Prelude Drive
Sandy Springs, GA 30328
█████████████████

*Via U.S. First Class Mail:*
The Leach Firm, PA
1560 N. Orange Ave., Suite 500
Winter Park, FL 32789

*Via Email & U.S. First Class Mail:*
Alexis King
3328 Fall Branch Lane
Buford, GA 30519
█████████████████

*Via U.S. First Class Mail:*
Astrid E. Gabbe
PO Box 4216
Hollywood, FL 33083

*Via U.S. First Class Mail:*
The Law Office of Astrid E. Gabbe, P.A.
PO Box 4216
Hollywood, FL 33083

*Via U.S. First Class Mail:*
Georgia Department of Revenue
c/o Georgia Department of Law
Whitney Groff
40 Capitol Square, SW
Atlanta, GA 30334

*Via U.S. First Class Mail:*
Estate of Harland Stuart Miller, III
970 Walnut Street
Macon, GA 31201

*Via U.S. First Class Mail:*
Internal Revenue Service
Attn: Insolvency
PO Box 7346
Philadelphia, PA 19101

*Via U.S. First Class Mail:*
Tiffany Thompson
6531 S. Sepulveda Blvd #216
Los Angeles, CA 90045

*Via U.S. First Class Mail:*
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

*Via U.S. First Class Mail:*
U.S. Dept. of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*Via U.S. First Class Mail:*
United States Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 5th day of January, 2024.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Liquidating Trustee for the Galardi Creditors Trust