**SO ORDERED.**

**SIGNED this 2 day of January, 2024.**



*James P. Smith*
_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| | : | |

<u>ORDER</u>

On December 27, 2023, Astrid E. Gabbe filed a motion to amend order relating to this court's order of December 19, 2023 authorizing Liquidating Trustee to enter into a settlement agreement with certain parties. It is hereby ordered as follows:

1. Jenisee Long and all parties who consented to the December 19, 2023 order shall file a response to the motion no later than January 22, 2024.

2. The court will hold an evidentiary hearing with respect to the motion and the responses thereto on January 30, 2024 at 10:00 a.m. in courtroom A , United States Bankruptcy Court, Middle District of Georgia, 433 Cherry Street, Macon, GA 31201.

3. The Clerk of Court shall mail a copy of this order to Jenisee Long, 2107 Center Street, Covington, KY 41014 and email a copy to her at longjenisee@gmail.com.

*END OF DOCUMENT*

United States Bankruptcy Court
Middle District of Georgia

In re:                                                                                          Case No. 22-50035-JPS
Teri G. Galardi                                                                                 Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5                           User: auto                                      Page 1 of 7
Date Rcvd: Jan 03, 2024                        Form ID: pdfntc                                 Total Noticed: 7

The following symbols are used throughout this certificate:

**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teri G. Galardi, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| tr | + | Thomas T. McClendon, as Liquidating Trustee of the, Jones & Walden, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| cr | | Christopher Kosachuk, Transferree of Shakir Williams, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| cr | + | Michael Akemon, The Richards Law Group, LLC, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12351843 | | Jenisee Long, 2107 Center Street, Covington, KY 41014-1121 |
| 12611620 | + | Joseph R. Guernsey d/b/a, Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| 12333055 | + | Mutepe Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ainsworth G Dudley | |
| | on behalf of Creditor Samantha Holdren adudleylaw@gmail.com |
| Ainsworth G Dudley | |
| | on behalf of Creditor Marleka Williams adudleylaw@gmail.com |
| Ainsworth G Dudley | |
| | on behalf of Creditor Krystall Wright adudleylaw@gmail.com |

Ainsworth G Dudley
    on behalf of Defendant Dudley Law  LLC adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Cross-Claimant Dudley Law  LLC adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Addie Brooks adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Latoya Hughes adudleylaw@gmail.com

Ainsworth G Dudley
    on behalf of Creditor Angela Milner adudleylaw@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Astrid E Gabbe astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Shakir Williams astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Jammie Parker astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Christopher Kosachuk astridgabbe@gmail.com

Brian K. Jordan
    on behalf of Creditor WELLS FARGO BANK  N.A. ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com

Christina T. Lanier
    on behalf of Creditor Internal Revenue Service christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov

Christina T. Lanier
    on behalf of Creditor United States of America christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov

Christopher W. Terry
    on behalf of Debtor Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com

Christopher W. Terry
    on behalf of Plaintiff Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com

Elizabeth A. Hardy
    on behalf of U.S. Trustee U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov
Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov

Evan Owens Durkovic
    on behalf of Creditor WELLS FARGO BANK  N.A. ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com

Garrett A. Nail
    on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust gnail@pgnlaw.com

James D. Silver
    on behalf of Creditor Power Financial Credit Union jsilver@kklaw.com  raldama@kklaw.com

Jason M. Orenstein
    on behalf of Defendant Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Plaintiff Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Creditor Astrid E. Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Counter-Defendant Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Defendant The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Creditor Jammie Parker jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Interested Party The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com

Jonathan Loegel
    on behalf of Creditor Georgia Department of Revenue jonathan@loegel.com

Leon Strickland Jones
    on behalf of Creditor Tania Ramessar ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Shadana Deleston ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Maria Bush ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Sasha Hollins ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Yamilee Bennett ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Abri Leahong ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Montoyo Minnis ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Princess Callahan ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Yashica Bain ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Kitrea Jackson ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Adia Simmons ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Attorney Jones & Walden LLC ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Shanrika Duhart ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Shanice Bain ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Brittany Walker ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Quina Dopoe ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Marsha Taylor ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Keesha Weems ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Ronika Jones ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Aisha Taliaferro ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Queen Lewis ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

on behalf of Creditor Belinda Harris ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

District/off: 113G-5                    User: auto                    Page 4 of 7
Date Rcvd: Jan 03, 2024                 Form ID: pdfntc               Total Noticed: 7

Leon Strickland Jones
                    on behalf of Creditor Jessica Chatman ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Natonia Bell ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Seleta Stanton ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Jennifer Ridley ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Crystyona Hartzog ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Africa Williams ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
                    on behalf of Creditor Committee The Committee of Unsecured Creditors ljones@joneswalden.com
                    ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Louis G. McBryan
                    on behalf of Defendant Teri G. Galardi lmcbryan@mcbryanlaw.com  alepage@mcbryanlaw.com

Louis G. McBryan
                    on behalf of Debtor Teri G. Galardi lmcbryan@mcbryanlaw.com  alepage@mcbryanlaw.com

Michael Akemon
                    on behalf of Creditor Yamilee Bennett mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Marquisha Holmes mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor LaKeisha Fenner mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Marqueta Ward mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Elliadria Griffen mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Yashica Bain mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Brandie Robertson mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Lygia Simmons mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Gabrielle Bates mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Angela Coates mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Ashley Armstrong mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Diana Smith mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Cassandra St. Fleur mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Tramaine Moore mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Marei Kahey mutepe.akemon@richardslegal.com

Michael Akemon
                    on behalf of Creditor Brittany Gregory mutepe.akemon@richardslegal.com

Michael Akemon

District/off: 113G-5    User: auto    Page 5 of 7
Date Rcvd: Jan 03, 2024    Form ID: pdfntc    Total Noticed: 7

on behalf of Creditor Natonia Bell mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Apeatsiwa Shaw-Taylor mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Shanice Bain mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Desiree U. Jones mutepe.akemon@richardslegal.com

Robert G. Fenimore
    on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov  Ustp.region21.mc.ecf@usdoj.gov

Roy E. Manoll, III
    on behalf of Creditor AgSouth Farm Credit  ACA kdd@fbglaw.com

Thomas McClendon
    on behalf of Creditor Keesha Weems tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Marsha Taylor tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Maria Bush tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Addie Brooks tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Kitrea Jackson tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Marleka Williams tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Belinda Harris tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Jennifer Ridley tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Latoya Hughes tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Astrid E. Gabbe tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Sasha Hollins tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Aisha Taliaferro tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Natonia Bell tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Shadana Deleston tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Princess Callahan tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Ronika Jones tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Quina Dopoe tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Shanice Bain tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Seleta Stanton tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Queen Lewis tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Yamilee Bennett tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Krystall Wright tmcclendon@joneswalden.com  jwdistribution@joneswalden.com

District/off: 113G-5

Date Rcvd: Jan 03, 2024

User: auto

Form ID: pdfntc

Page 6 of 7

Total Noticed: 7

Thomas McClendon

on behalf of Creditor Tania Ramessar tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Gabrielle Bates tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Angela Milner tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Trustee Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com,
jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Plaintiff Thomas T. McClendon  as Liquidating Trustee for the Galardi Creditor Trust
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Shanrika Duhart tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Jessica Chatman tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Africa Williams tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Marquisha Holmes tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Abri Leahong tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Adia Simmons tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Ashley Armstrong tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Brandie Robertson tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Brittany Walker tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Defendant Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Committee The Committee of Unsecured Creditors tmcclendon@joneswalden.com
jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Yashica Bain tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Crystyona Hartzog tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

Thomas McClendon

on behalf of Creditor Montoyo Minnis tmcclendon@joneswalden.com   jwdistribution@joneswalden.com

U.S. Trustee - MAC

Ustp.region21.mc.ecf@usdoj.gov

Whitney Warnke Groff

on behalf of Creditor Georgia Department of Revenue whitney.groff@cobbcounty.org

Will Bussell Geer

on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust wgeer@rlkglaw.com,
notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.co
m;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com

Will Bussell Geer

on behalf of Plaintiff Jack Galardi  Jr. wgeer@rlkglaw.com,
notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.co
m;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com

Will Bussell Geer

on behalf of Creditor JEG Trust - Jack Galardi Jr. Sub-Trust wgeer@rlkglaw.com
notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.co
m;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com

Will Bussell Geer

on behalf of Creditor Jack Galardi  Jr. wgeer@rlkglaw.com,
notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.co
m;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com

Will Bussell Geer

on behalf of Counter-Defendant Jack Galardi  Jr. wgeer@rlkglaw.com,
notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.co
m;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com

TOTAL: 130