**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

**NOTICE OF FIRST AND FINAL APPLICATION OF STICHTER RIEDEL BLAIN & POSTLER, P.A. FOR ALLOWANCE OF COMPENSATION, DEADLINE TO OBJECT, AND FOR HEARING**

PLEASE TAKE NOTICE that a *First and Final Application of Stichter Riedel Blain & Postler, P.A. for Allowance of Compensation* (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Stichter Riedel Blain & Postler, P.A. (the "Law Firm") as special counsel in *Porsche Darden et. al v. Fly Low, Inc. and Teri Galardi*, 20-20592-CIV-SINGHAL (S.D. Fla.) for Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Trustee"), as follows:

(1)    $1,755.00 in professional fees.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then you or your attorney shall file with the court a written objection or response on or before **February 23, 2024**, pursuant to Fed.R.Bankr.P. 9006(f). If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA 31202, (478) 752-3506.

If an objection or response is filed, a hearing on the Application shall be held on **March 6, 2024**, **at 11:00 a.m. at the U.S. Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.** Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance. If you mail your response or objection to the Court for filing, you shall send it early enough so that the court will receive the objection or response on or before the date stated above. Any response or objection shall also be served on the Movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 2016(c)(2).

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**TERI G. GALARDI,**<br><br>　　　　**Debtor.** | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

**FIRST AND FINAL APPLICATION OF STICHTER RIEDEL BLAIN &**
**POSTLER, P.A. FOR ALLOWANCE OF COMPENSATION**

TO:　THE HONORABLE JAMES P. SMITH
　　　CHIEF JUDGE, U.S. BANKRUPTCY COURT
　　　MIDDLE DISTRICT OF GEORGIA
　　　MACON DIVISION

　　　COMES NOW, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Trustee"), and files this *First and Final Application of Stichter Riedel Blain & Postler, P.A. for Allowance of Compensation* (the "Application"), and requests an award to pay the Trustee's special counsel in *Porsche Darden et. al v. Fly Low, Inc. and Teri Galardi*, 20-20592-CIV-SINGHAL (S.D. Fla.), Stichter Riedel Blain & Postler, P.A. (the "Law Firm"), for professional fees, and in support thereof respectfully shows as follows:

　　　1.　On or about January 27, 2022, (the "Petition Date"), Teri G. Galardi (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

　　　2.　On April 10, 2023, Debtor filed an *Amended Joint Chapter 11 Plan of Reorganization* (Doc. No. 401) ("Plan"). The Plan provided for the Debtor's establishment of a liquidating trust for the benefit of the Holders of Class 8 Unsecured Claims and the execution of a Trust Agreement for the Galardi Creditors Trust ("Trust Agreement") to be in effect on the Effective Date of the Plan.

3. On April 14, 2023 (the "Appointment Date"), the Court entered the *Order Confirming Joint Plan of Reorganization* (Doc. No. 410) ("Confirmation Order") confirming the Plan, authorizing the execution of the Trust Agreement, and appointing the Trustee.

4. On April 25, 2023, Debtor and Trustee executed the Trust Agreement.

5. The Court has jurisdiction over this Application pursuant to Article 9.1(m) (retention of jurisdiction over all matters regarding or related to the administration of the Galardi Creditors Trust) and Section 7.2 of the Trust Agreement.

6. Article 4.2 of the Trust Agreement authorizes the Trustee to employ attorneys and other professionals "whose services may be reasonably necessary or advisable… to advise or assist [Trustee] in the discharge of his duties… and to pay reasonable compensation" to such professionals out of the Trust Estate.

7. The Trustee has employed the Law Firm as special counsel in Florida for the Galardi Creditors Trust in the case of *Porsche Darden et. al v. Fly Low, Inc. and Teri Galardi*, 20-20592-CIV-SINGHAL (S.D. Fla.).

8. Section 7.6(d) of the Liquidating Trust Agreement provides that the Liquidating Trustee "shall pay out of the Trust Assets, on a monthly basis and without notice or application to the Bankruptcy Court . . . any reasonable, documented fees and out-of-pocket expenses of attorneys. . . whom the Liquidating Trustee may reasonably deem advisable to employ in connection with the Creditors Trust in accordance with the terms of this Trust Agreement."

9. In accordance with this section, the Trustee has not yet paid such fees, and requests final approval of such fees pursuant to Liquidating Trust Agreement ¶ 7.6(d) (requiring periodic approval of fees).

10. This Application seeks allowance of compensation for the Law Firm for services rendered to the Trustee through January 29, 2024. Copies of Law Firm's invoices are attached hereto and incorporated herein by reference as **Exhibit "A"**. Amy D. Mayer rendered services at the hourly

rate of $425.00 per hour. Laura Marzano rendered services at the hourly rate of $200.00 per hour. Susan Jeffcoat rendered services at the hourly rate of $200.00 per hour.

11. All services for which compensation is requested have been actually provided to the Trustee and to no other parties.

12. The Law Firm has not previously applied for compensation.

13. No agreement or understanding exists between the Law Firm and any other person for sharing of compensation to be received for services rendered in connection with this case. All services for which compensation is requested were performed for the Trustee for the benefit of the Galardi Creditors Trust and not on behalf of Debtor or any other person or persons.

14. The Trustee respectfully makes the following representations with regard to the 12-factor Johnson v. Georgia Highway Express, Inc. test (488 F. 2d 714 (5th Cir. 1974)):

a. Time and Labor Required: The Law Firm has expended a total of 5.40 law firm hours through January 29, 2024, at the following rates:

| Accountant | Hourly Rate |
|---|---|
| Amy D. Mayer | $425.00 |
| Laura Marzano | $200.00 |
| Susan Jeffcoat | $200.00 |

b. Novelty and Difficulty of Questions Presented: The Chapter 11 reorganization case involves the effort an individual Chapter 11 case, including, ultimately, a plan which contemplates an ordinary liquidation. The novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

c. Skill Requisite to Perform Legal Services Properly: The Law Firm has the skill requisite to perform legal services heretofore rendered in a proper fashion.

d. The Preclusion of Other Employment Due to Acceptance of the Case: The time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients but for the time demands placed upon the Law Firm by the Law Firm's involvement in the case.

e. <u>Customary Fee for the Type of Services Rendered:</u>  All fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit "A". The customary compensation for the legal services in connection with a bankruptcy case is upon an hourly billing basis.

f. <u>Whether Fee is Fixed or Contingent:</u>  The Law Firm's charges are subject to being awarded by this Court under 11 U.S. C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

g. <u>Time Limitations Imposed by Client or Other Circumstances:</u>  Many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

h. <u>Amount Involved and Results Obtained:</u>  The Law Firm represented the Trustee in *Porsche Darden et. al v. Fly Low, Inc. and Teri Galardi*, 20-20592-CIV-SINGHAL (S.D. Fla.).

i. <u>Experience, Reputation, and Ability of Attorneys:</u>  The Law Firm has had a significant amount of experience within the areas involved in this representation.

j. <u>Undesirability of the Case:</u>  This factor is not normally applicable to a Chapter 11 case.

k. <u>Nature and Length of Professional Relationship with the Client:</u> Law Firm has represented the Trust regarding this case since January 12, 2024. At this time, the Trustee does not anticipate further representation by the Law Firm.

l. <u>Awards in Similar Cases:</u>  This Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys in bankruptcy cases within this district.

15. The Trustee requests an order allowing and awarding the requested fees thereby authorizing payment of the same.

WHEREFORE, the Trustee requests entry of an order granting the Application, authorizing and awarding fees for the Law Firm in the amount of $1,755.00.

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**EXHIBIT "A" FOLLOWS**

**SRBP STICHTER RIEDEL BLAIN & POSTLER**

**TAMPA • FORT MYERS • PENSACOLA • DESTIN**

| | | | |
|---|---|---|---|
| B. MICHAEL BACHMAN, JR. | MATTHEW B. HALE | AMY DENTON MAYER | DON M. STICHTER |
| RUSSELL M. BLAIN | BARBARA A. HART | CHARLES A. POSTLER | 1929 - 2019 |
| JODI DANIEL DUBOSE | ELENA PARAS KETCHUM | HARLEY E. RIEDEL, II | RICHARD C. PROSSER |
| DANIEL R. FOGARTY | STEPHEN R. LESLIE | MARK F. ROBENS | 1950 - 2017 |
| | | SCOTT A. STICHTER | SUSAN HEATH SHARP |
| | | | 1954 – 2021 |
| | | | G. CHRISTOPHER MEYER |
| | | | 1948 – 2023 |

**REMIT PAYMENT TO TAMPA**

January 29, 2024

## INVOICE

**Thomas T McClendon**
**Jones & Waldon, LLC**
**699 Piedmont Avenue, NE**
**Atlanta, GA  30380**
**USA**

Matter:     1
Galardi Creditor'sTrust
Client:     15048
For Professional Services Rendered:

| | | | |
|---|---|---|---|
| 01/12/2024 | ADM | Telephone conference with T. McClendon regarding new matter; conflict check; draft engagement letter; review and revision of same; review and revision of stay notice and order; follow-up regarding settlement order; follow-up regarding filing | 1.20 |
| 01/12/2024 | LAM | Conflict check and pulling local rules for the Southern District of Florida | 0.60 |
| 01/23/2024 | ADM | Email correspondence regarding call to discuss emergency motion to stay Darden action | 0.10 |
| 01/24/2024 | ADM | Telephone conference with T. McClendon regarding background status, emergency motion for stay; telephone conference with Susan Jeffcoat regarding need for CON; draft language for motion; telephone conference with Susan Jeffcoat; follow-up email correspondence regarding notice to chambers of emergency motion | 0.90 |
| 01/24/2024 | SJ | Call with Amy Mayer, review District Court local rules, calls with Tom McClendon, filing of emergency motion | 1.00 |

*110 East Madison Street-Suite 200*    *1533 Hendry Street- Suite 300*    *41 North Jefferson Street-Suite 111*    *4475 Legendary Drive-Suite 40*
*Tampa, Florida 33602*    *Fort Myers, Florida 33901-1009*    *Pensacola, Florida 32502-5669*    *Destin, Florida 32541-9306*
*T 813.229-0144*    *T 239.939.5518*    *T 850.637.1836*    *T 850.460.7676*
*F 813-229-1811*    *F 239.939.5568*    *F 850.791.6545*    *F 850.424-6604*

www.srbp.com

| Matter: | 1 | | Bill #  58950 | Page  2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/25/2024 | ADM | Review pleadings filed by Astrid Gabbe; dictate notice of withrawal of emergency motion for stay; review same and forward to client for review; follow-up regarding filing; dictate response to Gabbe's motion to strike stay notice and response in opposition to emergency motion for stay; review and revision of same; forward to client for review; follow-up regarding filing; emails with client; telephone conference with client in preparation for 1st day hearings | 0.80 |
| 01/25/2024 | SJ | Review emails and file, draft withdrawal of motion and forwarding to Amy Mayer, finalize and file same; draft response to motion to strike and forwarding to Amy Mayer, finalize and file response | 0.80 |

|  |  |
|---|---|
| Total Professional Services Rendered | $1,755.00 |

### Recapitulation

| Name | Hours | Amount |
|---|---|---|
| Amy D Mayer | 3.00 | $1,275.00 |
| Laura Marzano | 0.60 | $120.00 |
| Jeffcoat, Susan | 1.80 | $360.00 |

| | | |
|---|---|---|
| Total For Professional Services Rendered | 5.40  Hours | $1,755.00 |
| Adjusted Services Total | | $1,755.00 |

| | |
|---|---|
| Professional Services | $1,755.00 |
| Total New Charges This Invoice | $1,755.00 |
| Total Due | $1,755.00 |

Please reference our Bill #: and Matter #: upon remittance - Thank You

110 East Madison Street-Suite 200     1533 Hendry Street- Suite 300     41 North Jefferson Street-Suite 111     4475 Legendary Drive-Suite 40
Tampa, Florida 33602                  Fort Myers, Florida 33901-1009    Pensacola, Florida 32502-5669           Destin, Florida 32541-9306
T 813.229-0144                        T 239.939.5518                     T 850.637.1836                          T 850.460.7676
F 813-229-1811                        F 239.939.5568                     F 850.791.6545                          F 850.424-6604

www.srbp.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-50035-JPS |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of First and Final Application of Stichter Riedel Blain & Postler, P.A. for Allowance of Compensation, Deadline to Object, and for Hearing* ("Notice") and the *First and Final Application of Stichter Riedel Blain & Postler, P.A. for Allowance of Compensation* ("Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Mitchell D Benjamin**     benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Charles Bridgers**     charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Astrid E. Gabbe**     astridgabbe@gmail.com
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com
- **Whitney Warnke Groff**     whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**     ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**     christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**     jonathan@loegel.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **Jason M. Orenstein**     jmopclaw@yahoo.com
- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**     chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

I further certify that on this day I served a copy of the Notice *only* on the parties listed on the attached mailing matrix, via U.S. First Class Mail with adequate postage prepaid:

This 2nd day of February, 2024.

                                                  **JONES & WALDEN LLC**

                                                  */s/ Thomas T. McClendon*
                                                  Thomas T. McClendon
                                                  Georgia Bar No. 431452
                                                  Liquidating Trustee
                                                  699 Piedmont Avenue, NE
                                                  Atlanta, Georgia 30308
                                                  404-564-9300
                                                  tmcclendon@joneswalden.com

```
Label Matrix for local noticing            AgSouth Farm Credit, ACA                     American Express National Bank
113G-5                                     c/o Fortson, Bentley and Griffin, P.A.       c/o Becket & Lee, LLP
Case 22-50035-JPS                          2500 Daniell's Bridge Road                   Attn: Kenneth Kleppinger
Middle District of Georgia                 Building 200, Suite 3A                       P.O. Box 3001
Macon                                      Athens, GA 30606-6178                        Malvern, PA 19355-0701
Fri Feb  2 15:49:03 EST 2024


                                                                                        Jones Lang LaSalle Brokerage, Inc.
                                                                                        c/o Paul Hanna
                                                                                        3344 Peachtree Road NE
                                                                                        Suite 1100
                                                                                        Atlanta, GA 30326-4832


Joseph Guernsey dba Red Shield Funding     McNair, McLemore, Middlebrooks & Co, LLC
4681 Carvel Court                          389 Mulberry Street
Myrtle Beach, SC 29588-8615                P.O. Box One
                                           Macon, GA 31201-7916


                                                                                        Schulten, Ward, Turner & Weiss
                                                                                        260 Peachtree Street, NW
                                                                                        Suite 2700
                                                                                        Atlanta, GA 30303-1240


Smith & Shapiro, PLLC                      Solomon Dwiggins Freer & Steadman, Ltd.      5
3333 E. Serene Avenue                      9060 W. Cheyenne Avenue                      433 Cherry Street
Suite 130                                  Las Vegas, NV 89129-8911                     P.O. Box 1957
Henderson, NV 89074-6571                                                                Macon, GA 31202-1957


                                                                                        Abri Leahong
                                                                                        P.O. Box 360295
                                                                                        30036
                                                                                        Decatur, GA 30036-0295


                                                                                        Ag South Farm Credit
                                                                                        26 S. Main Street
                                                                                        Statesboro, GA 30458-5256


AgSouth Farm Credit, ACA
c/o Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606-6178


                                                                                        Aisha Taliaferro
                                                                                        P.O. Box 360295
                                                                                        Decatur, GA 30036-0295


                                           Alexandra Valcourt                           Alexis King
                                           4200 Northside Parkway                       3328 Fall Branch Ln
                                           1-200                                        Buford, GA 30519-1949
                                           30327
                                           Atlanta, GA 30327-3075
```

Ameera Brewer
2134 Hunters Greene Drive
Lakeland, FL 33810-5206

American Arbitration Association
150 East 42nd Street, 24th Floor
New York, NY 10017-5636

American Express
PO Box 981537
El Paso, TX 79998-1537

Andrea Hilley
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Angelica Andrews
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Apeatsiwa Shaw-Taylor
P.O. Box 360295
30036
Decatur, GA 30036-0295

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170-0001

Arielle Moore
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Ashley Armstrong
P.O. Box 360295
30036
Decatur, GA 30036-0295

Ashley Johnston
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Ashley Langston
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Athanasia Angelakis
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Brandie Robertson
P.O. Box 360295
30036
Decatur, GA 30036-0295

Brittany Gregory
P.O. Box 360295
30036
Decatur, GA 30036-0295

Brittany Walker
P.O. Box 360295
Decatur, GA 30036-0295

Business First Bank
1675 N. Hwy 190
Covington, LA 70433-8968

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789-7123

Caroline Smith
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Chris Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cody Heywood
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328-5532

(p)CONTINENTAL SERVICE GROUP  LLC   D B A  CO
PO BOX 7
FAIRPORT NY 14450-0007

Danielle Kossler
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233-1936

Decoda Burke
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Devonne Washington
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130-0938

Disney Vacation Club
215 Celebration Place
Kissimmee, FL 34747-5409

Elisha Morrow
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Elizabeth A. Hardy
Assistant United States Trustee
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Estate of Harlan Stuart Miller, III
970 Walnut St.
Macon, GA 31201-1919

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316-1146

Gabrielle Bates
P.O. Box 360295
30036
Decatur, GA 30036-0295

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerald Tobin, Esq.
4551 Ponce de Leon Blvd.
Coral Gables, FL 33146-1832

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Hannah Conroy-Philburn
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Heather West
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Holly Paige
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Insolvency
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivelisse Borges
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

JEG FAMILY TRUST-JACK GALARDI, JR SUB-TRUST
2121 S. HIGHLAND AVENUE
LAS VEGAS, NV 89102-4626

Jack E. Galardi, LLC
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248-2442

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jammie Parker
12 Wallace Street
Greenville, SC 29605-4404

Jenisee Long
2107 Center Street
Covington, KY 41014-1121

Jessica Harris
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Jessica Ward
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Julie Milburn
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Kaci Phillip
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Keesha Weems
P.O. Box 360295
Decatur, GA 30036-0295

Krystall Wright
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327-3007

Latoya Hughes
4200 Northside Parkway, 1-200
Atlanta, GA 30327-3075

Limberly Kelly
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Lindsey Croome
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Marei Kahey
P.O. Box 360295
30036
Decatur, GA 30036-0295

Maria Bush
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marissa Walker
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marleeka Williams
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Marqueta Ward
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marquita Ward
485 NW 130th Street
Miami, FL 33168-3746

Marsha Taylor
P.O. Box 360295
Decatur, GA 30036-0295

Mary Alexander
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216-2318

Montoyo Minnis
P.O. Box 360295
Decatur, GA 30036-0295

Natasha Dejesus
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Nicolette Groebli
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Nikki Simmons
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

(p)POWER FINANCIAL CREDIT UNION
ATTN MAG DEPARTMENT
2020 NW 150TH AVE SUITE 100
PEMBROKE PINES FL 33028-2890

Rachel Konke
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Rasheedah Mays
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Rasheedah Mays
480 Dasheill Lane
Atlanta, GA 30349-1741

Rebekah Reschar
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Robert G. Fenimore
Trial Attorney
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Royce G. Vandever Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Sahra Ahmed
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Samantha Holdren
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Samantha Matecka
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Sarah Riedel
970 Walnut St.
Macon, GA 31201-1919

Shakir Williams
13015 SW 117th Terrace
Miami, FL 33186-4651

Shelley O'Neill
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Southern States Bank
4045 Orchard Road SE, Suite B
Smyrna, GA 30080-4902

Tara Steinberg
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

The Estate of Jack Galardi
c/o Teri Galardi, Executor
2146 Highway 42 South
Flovilla, GA 30216-2318

Tiffany Thompson
6531 S. Sepulveda Blvd.
#216
Los Angeles, CA 90045-1508

Trinidad Creations, LLC
2121 SO. Highland Ave
Las Vegas, NV 89102-4626

Trop, Inc.
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

U.S. Attorney General
U.S. Dept of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220-0002

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Veronica Frascone
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Alexis King
1361 Arlene Valley Lane
Lawrenceville, GA 30043-3097

Angela Coates
P.O. Box 360295
Decatur, GA 30036-0295

Apeatsiwa Shaw-Taylor
P.O. Box 360295
Decatur, GA 30036-0295

Brandie Robertson
P.O. Box 360295
Decatur, GA 30036-0295

Brittany Gregory
P.O. Box 360295
Decatur, GA 30036-0295

Cassandra St. Fleur
P.O. Box 360295
Decatur, GA 30036-0295

Desiree U. Jones
P.O. Box 404
Homerville, GA 31634-0404

Diana Smith
P.O. Box 360295
Decatur, GA 30036-0295

Ebony Mayfield
P.O. Box 7533
Houston, TX 77270-7533

Elliadria Griffen
P.O. Box 360295
Decatur, GA 30036-0295

Gabrielle Bates
P.O. Box 360295
Decatur, GA 30036-0295

Jennifer Ridley
3150 SW 114th Terrace
Apt. 203
Hollywood, FL 33025-7783

LaKeisha Fenner
P.O. Box 360295
Decatur, GA 30036-0295

Lygia Simmons
P.O. Box 360295
Decatur, GA 30036-0295

Marei Kahey
P.O. Box 360295
Decatur, GA 30036-0295

Marissa Walker
21 SW 4th Street
Hallandale, FL 33009-6335

Marqueta Ward
P.O. Box 360295
Decatur, GA 30036-0295

Marquisha Holmes
P.O. Box 360295
Decatur, GA 30036-0295

Quiana Dopoe
P. O. Box 724174
Atlanta, GA 31139-1174

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216-2318

Toni M. Schwahn, CPA, CFE
Whaley Hammonds Tomasello, P.C.
115 Westridge Industrial Blvd, # 20
McDonough, GA 30253-9103

Tramaine Moore
P.O. Box 360295
Decatur, GA 30036-0295