**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-JPS |

**NOTICE OF FIRST AND FINAL APPLICATION OF KAZMAREK MOWREY CLOUD LASETER LLP FOR ALLOWANCE OF COMPENSATION, DEADLINE TO OBJECT, AND FOR HEARING**

  PLEASE TAKE NOTICE that a *First and Final Application of Kazmarek Mowrey Cloud Laseter LLP for Allowance of Compensation* (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Kazmarek Mowrey Cloud Laseter LLP (the "Law Firm") as environmental counsel for Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Trustee"), as follows:

  (1)  $2,831.50 in professional fees.

  **YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

  If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then you or your attorney shall file with the court a written objection or response on or before **February 23, 2024**, pursuant to Fed.R.Bankr.P. 9006(f). If you are receiving this notice by mail, you may add three (3) days to the response date stated above. The objection or response should be sent to: Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 1957, Macon, GA 31202, (478) 752-3506.

  If an objection or response is filed, a hearing on the Application shall be held on **March 6, 2024**, **at 11:00 a.m. at the U.S. Bankruptcy Court, Macon Courthouse, Courtroom A, 433 Cherry Street, Macon, Georgia 31201.** Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance. If you mail your response or objection to the Court for filing, you shall send it early enough so that the court will receive the objection or response on or before the date stated above. Any response or objection shall also be served on the Movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 2016(c)(2).

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
404-564-9300
tmcclendon@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO.  22-50035-JPS** |

## FIRST AND FINAL APPLICATION OF KAZMAREK MOWREY CLOUD LASETER LLP FOR ALLOWANCE OF COMPENSATION

TO: THE HONORABLE JAMES P. SMITH
CHIEF JUDGE, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

COMES NOW, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Trustee"), and files this *First and Final Application of Kazmarek Mowrey Cloud Laseter LLP for Allowance of Compensation* (the "Application"), and requests an award to pay the Trustee's environmental counsel, Kazmarek Mowrey Cloud Laseter LLP (the "Law Firm"), for professional fees, and in support thereof respectfully shows as follows:

1. On or about January 27, 2022, (the "Petition Date"), Teri G. Galardi (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

2. On April 10, 2023, Debtor filed an *Amended Joint Chapter 11 Plan of Reorganization* (Doc. No. 401) ("Plan"). The Plan provided for the Debtor's establishment of a liquidating trust for the benefit of the Holders of Class 8 Unsecured Claims and the execution of a Trust Agreement for the Galardi Creditors Trust ("Trust Agreement") to be in effect on the Effective Date of the Plan.

3. On April 14, 2023 (the "Appointment Date"), the Court entered the *Order Confirming Joint Plan of Reorganization* (Doc. No. 410) ("Confirmation Order") confirming the Plan, authorizing the execution of the Trust Agreement, and appointing the Trustee.

4. On April 25, 2023, Debtor and Trustee executed the Trust Agreement.

5. The Court has jurisdiction over this Application pursuant to Article 9.1(m) (retention of jurisdiction over all matters regarding or related to the administration of the Galardi Creditors Trust) and Section 7.2 of the Trust Agreement.

6. Article 4.2 of the Trust Agreement authorizes the Trustee to employ attorneys and other professionals "whose services may be reasonably necessary or advisable… to advise or assist [Trustee] in the discharge of his duties… and to pay reasonable compensation" to such professionals out of the Trust Estate.

7. The Trustee has employed the Law Firm as environmental counsel for the Galardi Creditors Trust to advise the Trustee regarding environmental issues arising out of the contract to sell 4766 Frontage Road, Forest Park, GA, one of the assets of the Galardi Creditors Trust.

8. Section 7.6(d) of the Liquidating Trust Agreement provides that the Liquidating Trustee "shall pay out of the Trust Assets, on a monthly basis and without notice or application to the Bankruptcy Court . . . any reasonable, documented fees and out-of-pocket expenses of attorneys. . . whom the Liquidating Trustee may reasonably deem advisable to employ in connection with the Creditors Trust in accordance with the terms of this Trust Agreement."

9. In accordance with this section, the Liquidating Trustee has paid such fees on December 21, 2023, and now requests final approval of such fees pursuant to Liquidating Trust Agreement ¶ 7.6(d) (requiring periodic approval of fees).

10. This Application seeks allowance of compensation for the Law Firm for services rendered to the Trustee through December 14, 2023. Copies of Law Firm's invoices are attached hereto and incorporated herein by reference as **Exhibit "A"**. W. Scott Laseter rendered services at the hourly rate of $595.00 per hour. Jacqueline O. Eisermann rendered services at the hourly rate of $395.00 per hour.

11. All services for which compensation is requested have been actually provided to the Trustee and to no other parties.

12. The Law Firm has not previously applied for compensation.

13. No agreement or understanding exists between the Law Firm and any other person for sharing of compensation to be received for services rendered in connection with this case. All services for which compensation is requested were performed for the Trustee for the benefit of the Galardi Creditors Trust and not on behalf of Debtor or any other person or persons.

14. The Trustee respectfully makes the following representations with regard to the 12-factor <u>Johnson v. Georgia Highway Express, Inc.</u> test (488 F. 2d 714 (5th Cir. 1974)):

    a. <u>Time and Labor Required:</u>  The Law Firm has expended a total of 5.70 law firm hours through December 14, 2023, at the following rates:

| Accountant | Hourly Rate |
|---|---|
| W. Scott Laseter | $595.00 |
| Jacqueline O. Eisermann | $395.00 |

    b. <u>Novelty and Difficulty of Questions Presented:</u>  The Chapter 11 reorganization case involves the effort an individual Chapter 11 case, including, ultimately, a plan which contemplates an ordinary liquidation. The novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

    c. <u>Skill Requisite to Perform Legal Services Properly:</u>  The Law Firm has the skill requisite to perform legal services heretofore rendered in a proper fashion.

    d. <u>The Preclusion of Other Employment Due to Acceptance of the Case:</u>  The time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients but for the time demands placed upon the Law Firm by the Law Firm's involvement in the case.

    e. <u>Customary Fee for the Type of Services Rendered:</u>  All fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit "A". The customary compensation for the legal services in connection with a bankruptcy case is upon an hourly billing basis.

  f. <u>Whether Fee is Fixed or Contingent:</u>  The Law Firm's charges are subject to being awarded by this Court under 11 U.S. C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

  g. <u>Time Limitations Imposed by Client or Other Circumstances:</u>  Many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

  h. <u>Amount Involved and Results Obtained:</u>  The Law Firm advised the Trustee on complex environmental issues with regard to the sale of a Trust asset.

  i. <u>Experience, Reputation, and Ability of Attorneys:</u>  The Law Firm has had a significant amount of experience within the areas involved in this representation.

  j. <u>Undesirability of the Case:</u>  This factor is not normally applicable to a Chapter 11 case.

  k. <u>Nature and Length of Professional Relationship with the Client:</u> Law Firm has represented the Trust regarding this case since December 11, 2023. The Trustee does not anticipate further representation by the Law Firm.

  l. <u>Awards in Similar Cases:</u>  This Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys in bankruptcy cases within this district.

15. The Trustee requests an order allowing and awarding the requested fees thereby authorizing payment of the same.

WHEREFORE, the Trustee requests entry of an order granting the Application, authorizing and awarding fees for the Law Firm in the amount of $2,831.50.

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

              **JONES & WALDEN LLC**
              */s/ Thomas T. McClendon*
              Thomas T. McClendon
              Georgia Bar No. 431452
              Liquidating Trustee
              699 Piedmont Avenue, NE, Atlanta, Georgia 30308
              404-564-9300 | tmcclendon@joneswalden.com

**EXHIBIT "A" FOLLOWS**

## *Kazmarek Mowrey Cloud Laseter LLP*

1230 Peachtree Street, NE, Suite 900
Atlanta, Georgia 30309
Phone: (404) 812-0839

Galardi Creditors Trust                                            December 18, 2023
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

|  |  | File #: | 60685-001 |
|---|---|---|---|
| **Attention:** | Thomas T. McClendon, Esq | Inv #: | 19836 |

**RE:**   UST Closure

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-11-23 | Phone call T. McClendon and P. Hannah; discuss matter with J. Eisermann; email exchange with M. Haller. | 0.70 | 416.50 | WSL |
|  | Confer with S. Laseter re. drafting letter to trust regarding liability associated with registering out-of-service USTs with EPD. | 0.40 | 158.00 | JOE |
| Dec-12-23 | Draft letter regarding liability risk associated with registering closed USTs as property owner; analyze GUSTA for relevant provisions. | 0.40 | 158.00 | JOE |
| Dec-13-23 | Work with J. Eisermann on letter to trust. | 1.80 | 1,071.00 | WSL |
|  | Draft/revise letter regarding liability risk associated with registering closed USTs as property owner; analyze S. Laseter revisions to same. | 1.90 | 750.50 | JOE |
| Dec-14-23 | Finalize and send letter to T. McClendon. | 0.40 | 238.00 | WSL |
|  | Finalize and send S. Laseter revisions to letter. | 0.10 | 39.50 | JOE |
|  | Totals | 5.70 | $2,831.50 |  |

**Total Fee & Disbursements**                                                                      **$2,831.50**

**Balance Now Due** $2,831.50

Payment may be made via check payable to Kazmarek Mowrey Cloud Laseter LLP at the Atlanta address indicated above or by wire transfer to the firm's account

SunTrust Bank - Atlanta, GA
Account # ▇▇▇▇▇▇ | Routing # ▇▇▇▇▇▇

Our billing statements are due upon receipt

TAX ID Number ▇▇▇▇▇▇

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-JPS** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of First and Final Application of Kazmarek Mowrey Cloud Laseter LLP for Allowance of Compensation, Deadline to Object, and for Hearing* ("Notice") and the *First and Final Application of Kazmarek Mowrey Cloud Laseter LLP for Allowance of Compensation* ("Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**     mutepe.akemon@richardslegal.com
- **Mitchell D Benjamin**     benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Charles Bridgers**     charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Ainsworth G Dudley**     adudleylaw@gmail.com
- **Evan Owens Durkovic**     ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**     robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Astrid E. Gabbe**     astridgabbe@gmail.com
- **Will Bussell Geer**     wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com
- **Whitney Warnke Groff**     whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**     elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**     ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**     christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**     jonathan@loegel.com
- **Roy E. Manoll**     kdd@fbglaw.com
- **Louis G. McBryan**     lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**     gnail@pgnlaw.com
- **Jason M. Orenstein**     jmopclaw@yahoo.com
- **James D. Silver**     jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**     chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**     Ustp.region21.mc.ecf@usdoj.gov

I further certify that on this day I served a copy of the Notice *only* on the parties listed on the attached mailing matrix, via U.S. First Class Mail with adequate postage prepaid:

This 2nd day of February, 2024.

                            **JONES & WALDEN LLC**

                            */s/ Thomas T. McClendon*
                            Thomas T. McClendon
                            Georgia Bar No. 431452
                            Liquidating Trustee
                            699 Piedmont Avenue, NE
                            Atlanta, Georgia 30308
                            404-564-9300
                            tmcclendon@joneswalden.com

```
Label Matrix for local noticing        AgSouth Farm Credit, ACA                    American Express National Bank
113G-5                                  c/o Fortson, Bentley and Griffin, P.A.     c/o Becket & Lee, LLP
Case 22-50035-JPS                       2500 Daniell's Bridge Road                 Attn: Kenneth Kleppinger
Middle District of Georgia              Building 200, Suite 3A                     P.O. Box 3001
Macon                                   Athens, GA 30606-6178                      Malvern, PA 19355-0701
Fri Feb  2 15:49:03 EST 2024

                                                                                   Jones Lang LaSalle Brokerage, Inc.
                                                                                   c/o Paul Hanna
                                                                                   3344 Peachtree Road NE
                                                                                   Suite 1100
                                                                                   Atlanta, GA 30326-4832


Joseph Guernsey dba Red Shield Funding  McNair, McLemore, Middlebrooks & Co, LLC
4681 Carvel Court                       389 Mulberry Street
Myrtle Beach, SC 29588-8615             P.O. Box One
                                        Macon, GA 31201-7916


                                                                                   Schulten, Ward, Turner & Weiss
                                                                                   260 Peachtree Street, NW
                                                                                   Suite 2700
                                                                                   Atlanta, GA 30303-1240


Smith & Shapiro, PLLC                   Solomon Dwiggins Freer & Steadman, Ltd.    5
3333 E. Serene Avenue                   9060 W. Cheyenne Avenue                    433 Cherry Street
Suite 130                               Las Vegas, NV 89129-8911                   P.O. Box 1957
Henderson, NV 89074-6571                                                           Macon, GA 31202-1957


                                                                                   Abri Leahong
                                                                                   P.O. Box 360295
                                                                                   30036
                                                                                   Decatur, GA 30036-0295


                                                                                   Ag South Farm Credit
                                                                                   26 S. Main Street
                                                                                   Statesboro, GA 30458-5256


AgSouth Farm Credit, ACA
c/o Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606-6178

                                                                                   Aisha Taliaferro
                                                                                   P.O. Box 360295
                                                                                   Decatur, GA 30036-0295


                                        Alexandra Valcourt                         Alexis King
                                        4200 Northside Parkway                     3328 Fall Branch Ln
                                        1-200                                      Buford, GA 30519-1949
                                        30327
                                        Atlanta, GA 30327-3075
```

Ameera Brewer
2134 Hunters Greene Drive
Lakeland, FL 33810-5206

American Arbitration Association
150 East 42nd Street, 24th Floor
New York, NY 10017-5636

American Express
PO Box 981537
El Paso, TX 79998-1537

Andrea Hilley
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Angelica Andrews
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Apeatsiwa Shaw-Taylor
P.O. Box 360295
30036
Decatur, GA 30036-0295

Apple Card / Mastercard
P.O. Box 7247
Philadelphia, PA 19170-0001

Arielle Moore
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Ashley Armstrong
P.O. Box 360295
30036
Decatur, GA 30036-0295

Ashley Johnston
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Ashley Langston
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Athanasia Angelakis
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Brandie Robertson
P.O. Box 360295
30036
Decatur, GA 30036-0295

Brittany Gregory
P.O. Box 360295
30036
Decatur, GA 30036-0295

Brittany Walker
P.O. Box 360295
Decatur, GA 30036-0295

Business First Bank
1675 N. Hwy 190
Covington, LA 70433-8968

Carlos V. Leach, Esq.
631 S. Orlando Avenue
Suite 300
Winter Park, FL 32789-7123

Caroline Smith
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Chris Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cody Heywood
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Cohen & Caproni
750 Hammond Drive
Building 7, Suite 200
Atlanta, GA 30328-5532

(p)CONTINENTAL SERVICE GROUP  LLC   D B A  CO
PO BOX 7
FAIRPORT NY 14450-0007

Danielle Kossler
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Darrell Galardi
263 N. Mulberry Street
Jackson, GA 30233-1936

Decoda Burke
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Devonne Washington
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Card
P.O. Box 30938
Salt Lake City, UT 84130-0938

Disney Vacation Club
215 Celebration Place
Kissimmee, FL 34747-5409

Elisha Morrow
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Elizabeth A. Hardy
Assistant United States Trustee
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Estate of Harlan Stuart Miller, III
970 Walnut St.
Macon, GA 31201-1919

Fly Low, Inc.
506 SE 11th Street
Fort Lauderdale, FL 33316-1146

Gabrielle Bates
P.O. Box 360295
30036
Decatur, GA 30036-0295

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerald Tobin, Esq.
4551 Ponce de Leon Blvd.
Coral Gables, FL 33146-1832

Grace Gigi Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Hannah Conroy-Philburn
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Heather West
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Holly Paige
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Insolvency
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivelisse Borges
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

JEG FAMILY TRUST-JACK GALARDI, JR SUB-TRUST
2121 S. HIGHLAND AVENUE
LAS VEGAS, NV 89102-4626

Jack E. Galardi, LLC
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jackie Galardi Torres
3730 Bill Gardner Pkwy
Locust Grove, GA 30248-2442

Jackson Galardi Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Jammie Parker
12 Wallace Street
Greenville, SC 29605-4404

Jenisee Long
2107 Center Street
Covington, KY 41014-1121

Jessica Harris
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Jessica Ward
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Julie Milburn
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Kaci Phillip
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Keesha Weems
P.O. Box 360295
Decatur, GA 30036-0295

Krystall Wright
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327-3007

Latoya Hughes
4200 Northside Parkway, 1-200
Atlanta, GA 30327-3075

Limberly Kelly
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Lindsey Croome
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Marei Kahey
P.O. Box 360295
30036
Decatur, GA 30036-0295

Maria Bush
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marissa Walker
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marleeka Williams
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Marqueta Ward
P.O. Box 360295
30036
Decatur, GA 30036-0295

Marquita Ward
485 NW 130th Street
Miami, FL 33168-3746

Marsha Taylor
P.O. Box 360295
Decatur, GA 30036-0295

Mary Alexander
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Michael Porter
2146 Highway 42 South
Flovilla, GA 30216-2318

Montoyo Minnis
P.O. Box 360295
Decatur, GA 30036-0295

Natasha Dejesus
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Nicolette Groebli
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Nikki Simmons
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

(p)POWER FINANCIAL CREDIT UNION
ATTN MAG DEPARTMENT
2020 NW 150TH AVE SUITE 100
PEMBROKE PINES FL 33028-2890

Rachel Konke
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Rasheedah Mays
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Rasheedah Mays
480 Dasheill Lane
Atlanta, GA 30349-1741

Rebekah Reschar
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Robert G. Fenimore
Trial Attorney
Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Royce G. Vandever Trust
c/o Kelly Galardi, Trustee
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

Sahra Ahmed
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Samantha Holdren
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Samantha Matecka
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Sarah Riedel
970 Walnut St.
Macon, GA 31201-1919

Shakir Williams
13015 SW 117th Terrace
Miami, FL 33186-4651

Shelley O'Neill
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Southern States Bank
4045 Orchard Road SE, Suite B
Smyrna, GA 30080-4902

Tara Steinberg
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

The Estate of Jack Galardi
c/o Teri Galardi, Executor
2146 Highway 42 South
Flovilla, GA 30216-2318

Tiffany Thompson
6531 S. Sepulveda Blvd.
#216
Los Angeles, CA 90045-1508

Trinidad Creations, LLC
2121 SO. Highland Ave
Las Vegas, NV 89102-4626

Trop, Inc.
2555 Chantilly Drive NE
Atlanta, GA 30324-3712

U.S. Attorney General
U.S. Dept of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220-0002

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Veronica Frascone
4200 Northside Parkway
1-200
30327
Atlanta, GA 30327-3075

Wells Fargo Bank
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Alexis King
1361 Arlene Valley Lane
Lawrenceville, GA 30043-3097

Angela Coates
P.O. Box 360295
Decatur, GA 30036-0295

Apeatsiwa Shaw-Taylor
P.O. Box 360295
Decatur, GA 30036-0295

Brandie Robertson
P.O. Box 360295
Decatur, GA 30036-0295

Brittany Gregory
P.O. Box 360295
Decatur, GA 30036-0295

Cassandra St. Fleur
P.O. Box 360295
Decatur, GA 30036-0295

Desiree U. Jones
P.O. Box 404
Homerville, GA 31634-0404

Diana Smith
P.O. Box 360295
Decatur, GA 30036-0295

Ebony Mayfield
P.O. Box 7533
Houston, TX 77270-7533

Elliadria Griffen
P.O. Box 360295
Decatur, GA 30036-0295

Gabrielle Bates
P.O. Box 360295
Decatur, GA 30036-0295

Jennifer Ridley
3150 SW 114th Terrace
Apt. 203
Hollywood, FL 33025-7783

LaKeisha Fenner
P.O. Box 360295
Decatur, GA 30036-0295

Lygia Simmons
P.O. Box 360295
Decatur, GA 30036-0295

Marei Kahey
P.O. Box 360295
Decatur, GA 30036-0295

Marissa Walker
21 SW 4th Street
Hallandale, FL 33009-6335

Marqueta Ward
P.O. Box 360295
Decatur, GA 30036-0295

Marquisha Holmes
P.O. Box 360295
Decatur, GA 30036-0295

Quiana Dopoe
P. O. Box 724174
Atlanta, GA 31139-1174

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216-2318

Toni M. Schwahn, CPA, CFE
Whaley Hammonds Tomasello, P.C.
115 Westridge Industrial Blvd, # 20
McDonough, GA 30253-9103

Tramaine Moore
P.O. Box 360295
Decatur, GA 30036-0295