**SO ORDERED.**

**SIGNED this 5 day of February, 2024.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-50035-JPS |
| Teri G. Galardi, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER SCHEDULING IN-PERSON EVIDENTIARY HEARING

Astrid E. Gabbe has asserted a 35% attorney's charging lien in Claim No. 57-1 and has filed an Objection to Claim 110. (Doc. No. 513). Pursuant to this Court's Order on December 19, 2023, (Doc. No. 683), paragraph 2.c, the parties thereto agreed that the total amount of these claims is $468,446.62. The parties further agreed that 65% of the Liquidation Trustee's first disbursement would be made to Joseph Guernsey dba Red Shield Funding and that the Liquidating Trustee would retain 35% of the first disbursement. Finally, the parties agreed that this Court would decide the proper distribution of the retained 35%. Accordingly it is hereby ORDERED:

1. An in-person hearing shall be held in this Court on March 18, 2024, at 10:00 a.m., at which time Ms. Gabbe and Mr. Guernsey shall appear in person to present evidence and legal arguments as to their respective rights.
2. Ms. Gabbe and Mr. Guernsey shall provide each other with copies of any documents to be offered as evidence at such hearing and a list of witnesses to be called, with copies thereof filed with this Court, no later than March 1, 2024.
3. The Clerk of Court is directed to serve a copy of this order on Mr. Guernsey by mail at 4681 Carvel Court, Myrtle Beach SC 29588, and by email at [Redshieldfunding@gmail.com](Redshieldfunding@gmail.com).

[END OF DOCUMENT]

United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| In re: | Case No. 22-50035-JPS |
| Teri G. Galardi | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 05, 2024 | Form ID: pdfntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teri G. Galardi, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| tr | + | Thomas T. McClendon, as Liquidating Trustee of the, Jones & Walden, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| cr | + | Joseph Guernsey dba Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| 12349751 | + | Astrid E. Gabbe, P.O. Box 4216, Hollywood, FL 33083-4216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ainsworth G Dudley | on behalf of Creditor Samantha Holdren adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Marleka Williams adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Krystall Wright adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Addie Brooks adudleylaw@gmail.com |
| Ainsworth G Dudley | |

Ainsworth G Dudley
    on behalf of Creditor Latoya Hughes adudleylaw@gmail.com

    on behalf of Creditor Angela Milner adudleylaw@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Astrid E Gabbe astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Shakir Williams astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Jammie Parker astridgabbe@gmail.com

Astrid E. Gabbe
    on behalf of Plaintiff Christopher Kosachuk astridgabbe@gmail.com

Brian K. Jordan
    on behalf of Creditor WELLS FARGO BANK  N.A. ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com

Charles Bridgers
    on behalf of Creditor Estate of Harlan Stuart Miller  III charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com

Christina T. Lanier
    on behalf of Creditor United States of America christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov

Christina T. Lanier
    on behalf of Creditor Internal Revenue Service christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov

Christopher W. Terry
    on behalf of Debtor Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com

Christopher W. Terry
    on behalf of Plaintiff Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com

Elizabeth A. Hardy
    on behalf of U.S. Trustee U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov

Evan Owens Durkovic
    on behalf of Creditor WELLS FARGO BANK  N.A. ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com

Garrett A. Nail
    on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust gnail@pgnlaw.com

James D. Silver
    on behalf of Creditor Power Financial Credit Union jsilver@kklaw.com  raldama@kklaw.com

Jason M. Orenstein
    on behalf of Interested Party The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Defendant Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Plaintiff Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Creditor Astrid E. Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Counter-Defendant Astrid E Gabbe jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Defendant The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com

Jason M. Orenstein
    on behalf of Creditor Jammie Parker jmopclaw@yahoo.com

Jonathan Loegel
    on behalf of Creditor Georgia Department of Revenue jonathan@loegel.com

Leon Strickland Jones
    on behalf of Creditor Seleta Stanton ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Jennifer Ridley ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
    on behalf of Creditor Crystyona Hartzog ljones@joneswalden.com

Leon Strickland Jones
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Africa Williams ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Committee The Committee of Unsecured Creditors ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Tania Ramessar ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Princess Callahan ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Shadana Deleston ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Maria Bush ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Sasha Hollins ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Yashica Bain ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Yamilee Bennett ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Abri Leahong ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Montoyo Minnis ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Kitrea Jackson ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Trustee Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust ljones@joneswalden.com,
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Adia Simmons ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Attorney Jones & Walden LLC ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Shanrika Duhart ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Natonia Bell ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Shanice Bain ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Brittany Walker ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
 on behalf of Creditor Quina Dopoe ljones@joneswalden.com
 ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones

| | |
| --- | --- |
| | on behalf of Creditor Marsha Taylor ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Keesha Weems ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Ronika Jones ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Aisha Taliaferro ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Queen Lewis ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Belinda Harris ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Jessica Chatman ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Louis G. McBryan | on behalf of Defendant Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Louis G. McBryan | on behalf of Debtor Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Michael Akemon | on behalf of Creditor Abri Leahong mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Desiree U. Jones mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Crystyona Hartzog mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Yamilee Bennett mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Aisha Taliaferro mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Marquisha Holmes mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor LaKeisha Fenner mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Elliadria Griffen mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Yashica Bain mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Brandie Robertson mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Lygia Simmons mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Gabrielle Bates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Jennifer Ridley mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Angela Coates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Kitrea Jackson mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Adia Simmons mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Belinda Harris mutepe.akemon@richardslegal.com |

Michael Akemon
    on behalf of Creditor Ashley Armstrong mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Michael Akemon mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Shanrika Duhart mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Ronika Jones mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Diana Smith mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Montoyo Minnis mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Cassandra St. Fleur mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Tania Ramessar mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Tramaine Moore mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Shadana Deleston mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marsha Taylor mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marei Kahey mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Brittany Gregory mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Natonia Bell mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Princess Callahan mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Apeatsiwa Shaw-Taylor mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Marqueta Ward mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Shanice Bain mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Quina Dopoe mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Maria Bush mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Queen Lewis mutepe.akemon@richardslegal.com

Mitchell D Benjamin
    on behalf of Creditor Estate of Harlan Stuart Miller III benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com

Robert G. Fenimore
    on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov

Roy E. Manoll, III
    on behalf of Creditor AgSouth Farm Credit ACA kdd@fbglaw.com

Thomas McClendon
    on behalf of Creditor Committee The Committee of Unsecured Creditors tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Crystyona Hartzog tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon
    on behalf of Creditor Latoya Hughes tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Keesha Weems tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Marsha Taylor tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Maria Bush tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Addie Brooks tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Kitrea Jackson tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Marleka Williams tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Belinda Harris tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Jennifer Ridley tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Astrid E. Gabbe tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Sasha Hollins tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Aisha Taliaferro tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Natonia Bell tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Shadana Deleston tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Princess Callahan tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Ronika Jones tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Quina Dopoe tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Shanice Bain tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Seleta Stanton tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Queen Lewis tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Yamilee Bennett tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Krystall Wright tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Tania Ramessar tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Gabrielle Bates tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Angela Milner tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Creditor Montoyo Minnis tmcclendon@joneswalden.com jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Trustee Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com

Thomas McClendon     on behalf of Plaintiff Thomas T. McClendon as Liquidating Trustee for the Galardi Creditor Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com

| | |
|---|---|
| Thomas McClendon | on behalf of Creditor Shanrika Duhart tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Jessica Chatman tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Africa Williams tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Marquisha Holmes tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Abri Leahong tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Adia Simmons tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Ashley Armstrong tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Brandie Robertson tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Defendant Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Brittany Walker tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Yashica Bain tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Whitney Warnke Groff | on behalf of Creditor Georgia Department of Revenue whitney.groff@cobbcounty.org |
| Will Bussell Geer | on behalf of Counter-Defendant Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor JEG Trust - Jack Galardi Jr. Sub-Trust wgeer@rlkglaw.com notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor Jack Galardi  Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |

TOTAL: 149