**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
P.O. BOX 1957, MACON, GA 31202
(478) 752-3506

TO:   Mr. Chris Kosachuck
      Pro Se Cross Appellant
      854 Pheasant Run Road
      West Chester, PA 19382

RE:   **Filing Fee Regarding Cross Appeal Due**

      **CASE NUMBER: 22-50035 AEC**
      **DEBTOR: Teri G. Galardi**

This court is in receipt of your Notice of Cross Appeal filed July15, 2024.

A filing fee in the amount of $298.00 is required when filing a cross appeal. Payment of the filing fee in the amount of $298.00, can be made to:

> Clerk of Court
> United States Bankruptcy Court
> Middle District of Georgia
> PO Box 1957
> Macon, GA 31202

Please remit the filing fee for the notice of cross appeal within **7** days from the date of this notice.

Date:  July 15, 2024
Michelle Owens
Deputy Clerk