FILED '24 10 04 AM09:44 MDGA-MAC

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
District Court Case No. 24-221-MTT
Bankruptcy Case No. 22-50035-AEC

Joseph Robert Guernsey,
d/b/a Red Shield Funding, LLC
    Appellant,

v.

Thomas T. McClendon
    Appellee,

and

Chris Kosachuk
    Cross-Appellant.
_____/

## CHRIS KOSACHUK'S NOTICE OF VOLUNTARY DISMISSAL OF CROSS APPEAL

Cross Appellant, Chris Kosachuk, ("Kosachuk"), *pro se*, hereby dismisses his Notice of Cross Appeal [Doc. 2].

September 30, 2024

Respectfully submitted,

_____
Chris Kosachuk
*Pro Se Cross Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September 2024 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically file it with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served via email and/or regular mail by the undersigned.

|  | |
|---|---|
|  | _____<br>Chris Kosachuk<br>*Pro Se Cross Appellant*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST-CLASS MAIL**

All parties of record