**IN THE UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TERI GALARDI,** | **CASE NO. 22-50035-AEC** |
| Debtor. | |

### MOTON TO RESCHUDULE HEARING SET FOR DECEMBER 2ND, 2024

COMES NOW, Astrid Gabbe, esq., creditor and liquating trust beneficiary, files this Motion to inform the Court she has been ill for two weeks and tested positive for the covid virus on November 26, 2024. Gabbe informed Trustee on November 27, 2024 of her status and for the hearing to be rescheduled. Trustee did not respond.

WHEREFORE, for the foregoing reasons, Gabbe requests the hearing currently set for December 2, 2024 be rescheduled.

/s/ Astrid E. Gabbe
Astrid Gabbe
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL 33083
astridgabbe@gmail.com
954-303-9882

**IN THE UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **TERI GALARDI,** <br><br> Debtor. | **CHAPTER 11** <br><br> **CASE NO. 22-50035-AEC** |

**CERTIFICATE OF SERVICE**

This is to certify that on this day the foregoing **MOTON TO RESCHUDULE HEARING SET FOR DECEMBER 2ND, 2024** (the "Motion") was electronically filed using the Bankruptcy Court's ECF program which sends a notice of and an accompanying link to the Motion to all parties who have appeared in this case under the Bankruptcy Court's ECF program.

- **Michael Akemon**  mutepe.akemon@richardslegal.com
- **Mitchell D Benjamin**  benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Charles Bridgers**  charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com; calendar@dcbflegal.com
- **Ainsworth G Dudley**  adudleylaw@gmail.com
- **Evan Owens Durkovic**  ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**  robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Astrid E. Gabbe**  astridgabbeesq@gmail.com, 1109385420@filings.docketbird.com
- **Will Bussell Geer**  wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com
- **Whitney Warnke Groff**  whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**  elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov; elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**  bkecfinbox@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**  christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**  jonathan@loegel.com
- **Roy E. Manoll**  kdd@fbglaw.com
- **Louis G. McBryan**  lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**  gnail@pgnlaw.com
- **Jason M. Orenstein**  jmopclaw@yahoo.com
- **James D. Silver**  jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**  chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**  Ustp.region21.mc.ecf@usdoj.gov

This 30th day of November, 2024.

/s/ Astrid E. Gabbe
Astrid Gabbe
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL 33083
astridgabbe@gmail.com
954-303-9882
