**SO ORDERED.**

**SIGNED this 2 day of December, 2024.**




**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In re: )
 ) Case No. 22-50035-AEC
Teri G. Galardi, )
 ) Chapter 11
Debtor. )
 )

**ORDER GRANTING MOTION TO RESCHEDULE HEARING ON LIQUDATING TRUSTEE'S MOTION FOR CONTEMPT AND TO ENFORCE SETTLEMENT AGREEMENT AGAINST ASTRID E. GABBE AND THE LAW OFFICE OF ASTRID E. GABBE, P.A.**

On October 21, 2024, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust, filed his *Motion for Contempt and to Enforce Settlement Agreement Against Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A.* (Doc. 1026) (the "Motion for Contempt"). The Motion for Contempt was noticed for a hearing to occur on December 2, 2024, at 10:00 a.m. (Doc. 1030, amended at Doc. 1031).

On November 30, 2024, Astrid E. Gabbe filed her *Motion to Reschedule Hearing Set for December 2nd, 2024,* (Doc. 1036) (the "Motion to Reschedule"), in which she asserts that she has been ill for two weeks and tested positive for covid.

Gabbe submitted no affidavit, declaration, or other evidence in support of her Motion to Reschedule. On December 2, 2024, at 9:36 a.m., Gabbe filed *Astrid E. Gabbe's Response to Motion for Sanctions DE 1026*. (Doc. 1037).

The Court called the Motion for Contempt as scheduled on December 2, 2024. McClendon appeared in person. Gabbe and Chris Terry (counsel for the Debtor) appeared via telephone.[1] At the hearing, Gabbe argued in favor of her Motion to Reschedule, and the Trustee (and the Debtor) argued against it. Despite her asserted illness since November 14, 2024, Gabbe acknowledged that she has not seen a doctor or other medical professional.

Notwithstanding the lack of affidavit, declaration, or other evidence submitted, the Court GRANTS Gabbe's Motion to Reschedule. The hearing on the Motion for Contempt is hereby continued and will now take place on at **10:00 a.m.** on **December 20, 2024**. This hearing will occur ***in-person*** at the U.S. Bankruptcy Court, Courtroom B, 433 Cherry Street, Macon, Georgia. However, if the parties stipulate in advance to the admission of all evidence each wishes to enter into the record, the Court will allow this hearing to occur via Webex video conference. If the parties so stipulate to the admission of all such evidence, the Court must be notified not later than **3:00 p.m.** on **December 19, 2024** of the request for a video conference hearing.

Any request to continue or reschedule the hearing on the Motion for Contempt from December 20 must be made by written motion and accompanied by an affidavit, declaration, or other appropriate evidence, and must be filed not later

[1] Gabbe was authorized to appear by telephone because of her assertion in the Motion to Reschedule that she has been ill. Terry noted that he appeared only to monitor the hearing, as his client is not a party to the Motion for Contempt. All parties are aware of the Court's policy that allows parties in interest to appear and be heard by telephone at hearings, but only as to argument. Parties are not permitted to introduce evidence via telephone except by stipulation of the parties.

than **December 18, 2024**, unless the parties agree to such continuance or rescheduling.

[END OF DOCUMENT]