**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>TERI G. GALARDI,<br><br>           Debtor. | CHAPTER 11<br><br>CASE NO.  22-50035-AEC |

**NOTICE OF RESCHEDULED EVIDENTIARY HEARING**

Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (the "Trustee") filed a *Motion for Contempt and to Enforce Settlement Against Astrid E. Gabbe and The Law Office of Astrid E. Gabbe, P.A.* (Dkt. 1026) (the "Motion") with the Court on October 21, 2024.

On December 2, 2024, the Court entered an *Order Granting Motion to Reschedule Hearing on Liquidating Trustee's Motion for Contempt and to Enforce Settlement Agreement Against Astrid E. Gabbe and The Law Office of Astrid E. Gabbe, P.A.* (Dkt. 1039) scheduling an evidentiary hearing on the Motion for December 20, 2024, commencing at 10:00 a.m. (the "Hearing"). The Trustee has agreed to reschedule the Hearing.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then you or your attorney shall attend the *in-person* evidentiary Hearing on the Motion on **January 21, 2025, at 10:00 a.m.**, **in Courtroom B, U.S. Bankruptcy Court**, **433 Cherry Street, Macon Georgia 31201**.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c).

This 19th day of December, 2024.

                                              **JONES & WALDEN LLC**
                                              /s/ *Thomas T. McClendon*
                                              Thomas T. McClendon, Georgia Bar No. 431452
                                              699 Piedmont Ave. NE, Atlanta, Georgia 30308
                                              (404) 564-9300 | tmcclendon@joneswalden.com
                                              *Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-AEC** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Rescheduled Evidentiary Hearing* (the "Notice") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Michael Akemon**  mutepe.akemon@richardslegal.com
- **Ainsworth G Dudley**  adudleylaw@gmail.com
- **Evan Owens Durkovic**  ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **Robert G. Fenimore**  robert.g.fenimore@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov
- **Astrid E. Gabbe**  astridgabbe@gmail.com
- **Will Bussell Geer**  wgeer@rlkglaw.com, notices@nextchapterbk.com; willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com
- **Whitney Warnke Groff**  whitney.groff@cobbcounty.org
- **Elizabeth A. Hardy**  elizabeth.a.hardy@usdoj.gov, Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov
- **Brian K. Jordan**  ecfgamb@aldridgepite.com, bjordan@ecf.courtdrive.com
- **Christina T. Lanier**  christina.t.lanier@usdoj.gov, southern.taxcivil@usdoj.gov
- **Jonathan Loegel**  jonathan@loegel.com
- **Roy E. Manoll**  kdd@fbglaw.com
- **Louis G. McBryan**  lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**  gnail@pgnlaw.com
- **Jason M. Orenstein**  jmopclaw@yahoo.com
- **James D. Silver**  jsilver@kklaw.com, raldama@kklaw.com
- **Christopher W. Terry**  chris@boyerterry.com, terrycr40028@notify.bestcase.com
- **U.S. Trustee - MAC**  Ustp.region21.mc.ecf@usdoj.gov

I further certify that on the date indicated below, I caused a copy of the Notice to be served upon the parties listed below via U.S. First Class Mail, postage prepaid, and email:

Astrid Gabbe
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL 33083
astridgabbe@gmail.com

    This 19th day of December, 2024.

                                **JONES & WALDEN LLC**

                                /s/ *Thomas T. McClendon*
                                Thomas T. McClendon
                                Georgia Bar No. 431452
                                699 Piedmont Ave. NE
                                Atlanta, Georgia 30308
                                (404) 564-9300
                                tmcclendon@joneswalden.com
                                *Liquidating Trustee*