**UNITED STATES BANKRUPTCY COURT**
Middle District of Georgia
**Macon Division**

Bankruptcy Proceeding No.: 22–50035–AEC
Chapter: 11
Judge: Austin E. Carter

In Re:
   Teri G. Galardi
   2146 Highway 42 South
   Flovilla, GA 30216
Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held at

U. S. Bankruptcy Courtroom B, 433 Cherry Street, Macon, GA 31201

on 5/1/25 at 10:00 AM

to consider and act upon the following:

*1054* – Motion For Contempt and to Enforce Settlement Against Astrid E. Gabbe, Esq., The Law Office of Astrid E. Gabbe, P.A., Michael James Bourff aka Michael de Campo (Mr. Bourff), and Thomas T. McClendon and his law firm, Jones & Walden, LLC (Jones & Walden). Reason: Fraud. Filed by Creditor Christopher Kosachuk. (Irby, Theresa) Additional attachment(s) added on 3/27/2025 (Irby, Theresa).

*1055* – Response with opposition to Motion for Contempt and to Enforce Settlement Agreement filed by Trustee Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (related document(s)1054 Motion for Contempt) (McClendon, Thomas)


Dated: 4/4/25

                                            By the Court

                                            Kyle George
                                            Clerk, U.S. Bankruptcy Court
                                            Document # 1056 – 1054, 1055