**UNITED STATES BANKRUPTCY COURT**
Middle District of Georgia
**Macon Division**

Bankruptcy Proceeding No.: 22−50035−AEC
Chapter: 11
Judge: Austin E. Carter

In Re:
   Teri G. Galardi
   2146 Highway 42 South
   Flovilla, GA 30216

Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held at

U. S. Bankruptcy Courtroom B, 433 Cherry Street, Macon, GA 31201

on 5/1/25 at 10:00 AM

to consider and act upon the following:

*1054* − Motion For Contempt and to Enforce Settlement Against Astrid E. Gabbe, Esq., The Law Office of Astrid E. Gabbe, P.A., Michael James Bourff aka Michael de Campo (Mr. Bourff), and Thomas T. McClendon and his law firm, Jones & Walden, LLC (Jones & Walden). Reason: Fraud. Filed by Creditor Christopher Kosachuk. (Irby, Theresa) Additional attachment(s) added on 3/27/2025 (Irby, Theresa).

*1055* − Response with opposition to Motion for Contempt and to Enforce Settlement Agreement filed by Trustee Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust (related document(s)1054 Motion for Contempt) (McClendon, Thomas)

Dated: 4/4/25

                                              By the Court

                                              Kyle George
                                              Clerk, U.S. Bankruptcy Court
                                              Document # 1056 − 1054, 1055

United States Bankruptcy Court

Middle District of Georgia

In re:     Case No. 22-50035-AEC

Teri G. Galardi     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5     User: auto     Page 1 of 8
Date Rcvd: Apr 04, 2025     Form ID: pdfntc     Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teri G. Galardi, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| aty | + | Ainsworth Dudley, 4200 Northside Parkway 1-200, 4200 Northside Parkway, 1-200, Atlanta, GA 30327 UNITED STATES 30327-3075 |
| aty | + | Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1414 |
| aty | + | Louis G. McBryan, McBryan, LLC, 6849 Peachtree Dunwoody Road, Building B-3, Suite 100, Atlanta, GA 30328-1608 |
| tr | + | Thomas T. McClendon, as Liquidating Trustee of the, Jones & Walden, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| cr | + | Joseph Guernsey dba Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| cr | + | Michael Akemon, The Richards Law Group, LLC, P.O. Box 360295, Decatur, GA 30036-0295 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: chriskosachuk@gmail.com | Apr 04 2025 17:27:00 | Christopher Kosachuk, Transferree of Shakir Williams, 854 Pheasant Run Road, West Chester, PA 19382-8144 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ## | Michael James Bourff, Michael de Campo, Red Shield, LLC, 1616 S. Ocean Dr, #101, Vero Beach, FL 32963-2287 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ainsworth G Dudley | on behalf of Creditor Samantha Holdren adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Marleka Williams adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Krystall Wright adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Addie Brooks adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Latoya Hughes adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Angela Milner adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Attorney Ainsworth Dudley adudleylaw@gmail.com |
| Astrid E. Gabbe | on behalf of Plaintiff Astrid E Gabbe astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Shakir Williams astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Jammie Parker astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Creditor Astrid E. Gabbe astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Christopher Kosachuk astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Brian K. Jordan | on behalf of Creditor Wells Fargo Bank  N.A. bkecfinbox@aldridgepite.com, bjordan@ecf.courtdrive.com |
| Charles Bridgers | on behalf of Creditor Estate of Harlan Stuart Miller  III charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com |
| Charles M Dalziel,, Jr | on behalf of Defendant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Defendant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe chuck@dalziellawfirm.com |
| Christina T. Lanier | on behalf of Creditor Internal Revenue Service christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov |
| Christina T. Lanier | on behalf of Creditor United States of America christina.t.lanier@usdoj.gov  southern.taxcivil@usdoj.gov |
| Christopher W. Terry | on behalf of Debtor Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com |
| Christopher W. Terry | on behalf of Plaintiff Teri G. Galardi chris@boyerterry.com  terrycr40028@notify.bestcase.com |
| Evan Owens Durkovic | on behalf of Creditor Wells Fargo Bank  N.A. ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Garrett A. Nail | on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust gnail@pgnlaw.com |

Case 22-50035-AEC    Doc 1058    Filed 04/06/25    Entered 04/07/25 00:25:27    Desc
Imaged Certificate of Notice    Page 4 of 9

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 3 of 8 |
| Date Rcvd: Apr 04, 2025 | Form ID: pdfntc | Total Noticed: 8 |

| | |
|---|---|
| James D. Silver | on behalf of Creditor Power Financial Credit Union jsilver@nasonyeager.com raldama@nasonyeager.com;HWebb@nasonyeager.com |
| Jason M. Orenstein | on behalf of Interested Party The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Defendant Astrid E Gabbe jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Plaintiff Astrid E Gabbe jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Counter-Defendant Astrid E Gabbe jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Defendant The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Creditor Jammie Parker jmopclaw@yahoo.com |
| Jonathan Loegel | on behalf of Creditor Georgia Department of Revenue jonathan@loegel.com |
| Leon Strickland Jones | on behalf of Creditor Queen Lewis ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Belinda Harris ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Jessica Chatman ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Natonia Bell ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Seleta Stanton ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Jennifer Ridley ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Crystyona Hartzog ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Africa Williams ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Committee The Committee of Unsecured Creditors ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Tania Ramessar ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Shadana Deleston ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Maria Bush ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Sasha Hollins ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Yamilee Bennett ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Abri Leahong ljones@joneswalden.com |

Case 22-50035-AEC    Doc 1058    Filed 04/06/25    Entered 04/07/25 00:25:27    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 113G-5 | User: auto | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: pdfntc | Total Noticed: 8 |

| | |
|---|---|
| | ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Montoyo Minnis ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Princess Callahan ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Yashica Bain ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Kitrea Jackson ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Trustee Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust ljones@joneswalden.com, ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Adia Simmons ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Attorney Jones & Walden LLC ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Shanrika Duhart ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Shanice Bain ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Brittany Walker ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Quina Dopoe ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Marsha Taylor ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Keesha Weems ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Ronika Jones ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Aisha Taliaferro ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Louis G. McBryan | on behalf of Defendant Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com |
| Michael Akemon | on behalf of Creditor Quina Dopoe mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Maria Bush mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Abri Leahong mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Desiree U. Jones mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Crystyona Hartzog mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Yamilee Bennett mutepe.akemon@richardslegal.com |

District/off: 113G-5 User: auto Page 5 of 8
Date Rcvd: Apr 04, 2025 Form ID: pdfntc Total Noticed: 8

| | |
|---|---|
| Michael Akemon | on behalf of Creditor Aisha Taliaferro mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Marquisha Holmes mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Marqueta Ward mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor LaKeisha Fenner mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Elliadria Griffen mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Yashica Bain mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Brandie Robertson mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Queen Lewis mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Lygia Simmons mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Gabrielle Bates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Jennifer Ridley mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Angela Coates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Kitrea Jackson mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Adia Simmons mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Belinda Harris mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Ashley Armstrong mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Michael Akemon mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Shanrika Duhart mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Ronika Jones mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Diana Smith mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Montoyo Minnis mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Cassandra St. Fleur mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Tania Ramessar mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Tramaine Moore mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Shadana Deleston mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Marsha Taylor mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Marei Kahey mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Brittany Gregory mutepe.akemon@richardslegal.com |

| District/off: 113G-5 | User: auto | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: pdfntc | Total Noticed: 8 |

Michael Akemon
    on behalf of Creditor Natonia Bell mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Princess Callahan mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Apeatsiwa Shaw-Taylor mutepe.akemon@richardslegal.com

Michael Akemon
    on behalf of Creditor Shanice Bain mutepe.akemon@richardslegal.com

Mitchell D Benjamin
    on behalf of Creditor Estate of Harlan Stuart Miller III benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com

Robert G. Fenimore
    on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov

Roy E. Manoll, III
    on behalf of Creditor AgSouth Farm Credit ACA kdd@fbglaw.com

Thomas McClendon
    on behalf of Defendant Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Brittany Walker tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Yashica Bain tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Committee The Committee of Unsecured Creditors tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Crystyona Hartzog tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Montoyo Minnis tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Keesha Weems tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Marsha Taylor tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Other Prof. Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Maria Bush tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Addie Brooks tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Kitrea Jackson tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Marleka Williams tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Belinda Harris tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Jennifer Ridley tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon
    on behalf of Creditor Sasha Hollins tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

| | |
|---|---|
| | on behalf of Creditor Astrid E. Gabbe tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Latoya Hughes tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Aisha Taliaferro tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Natonia Bell tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shadana Deleston tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Princess Callahan tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Ronika Jones tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Quina Dopoe tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shanice Bain tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Seleta Stanton tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Queen Lewis tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Yamilee Bennett tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Krystall Wright tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Tania Ramessar tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Gabrielle Bates tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Angela Milner tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Trustee Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Plaintiff Thomas T. McClendon  as Liquidating Trustee for the Galardi Creditor Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Cross Defendant Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shanrika Duhart tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Jessica Chatman tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Africa Williams tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | |

| | |
|---|---|
| | on behalf of Creditor Marquisha Holmes tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Abri Leahong tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Adia Simmons tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Ashley Armstrong tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Brandie Robertson tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Whitney Warnke Groff | on behalf of Creditor Georgia Department of Revenue whitney.groff@cobbcounty.org |
| Will Bussell Geer | on behalf of Counter-Defendant Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Emelita P. Sy as the Trustee of the Jack E. Galardi, Jr. Sub-Trust wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor JEG Trust - Jack Galardi Jr. Sub-Trust wgeer@rlkglaw.com notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor Jack Galardi Jr. wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;jdowardclay@rlkglaw.com |

TOTAL: 155