IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | CASE NO. 22-50035-JPS |
| Reorganized Debtor. | |

**SUPPLEMENT TO MOTION TO AMEND ORDER
(A) APPROVING THIRD AND FINAL DISTRIBUTIONS TO BENEFICIARIES OF THE GALARDI CREDITOR TRUST, (B) AUTHORIZING LIQUIDATING TRUSTEE TO PAY REMAINING LIABILITIES, (C) AUTHORIZE WINDING DOWN OF LIQUIDATING TRUST AND (D) RELEASING LIQUIDATING TRUST PARTIES
AND GRANTING OF INJUNCTIVE RELIEF**

COMES NOW Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust ("Liquidating Trustee"), and files this *Supplement to Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorize Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (the "Supplement"), respectfully showing the Court as follows:

1. On April 25, 2024, the Liquidating Trustee filed a *Motion to (A) Approve Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorize Liquidating Trustee to Pay Remaining Liabilities, (C) Authorize Winding Down of Liquidating Trust and (D) Release Liquidating Trust Parties and Granting of Injunctive Relief* (the "Distribution Motion") (Dkt. 846).

2. On July 3, 2024, the Court entered an Order granting the Liquidating Trustee's Distribution Motion (Dkt. 921) (the "Distribution Order").

3. On July 15, 2024, Astrid Gabbe filed a notice of appeal of the Distribution Order

(Dkt. 934). The appeal filed by Gabbe was assigned Case No. 24-cv-233-mtt in the U.S. District Court for the Middle District of Georgia.

4. On July 1, 2025, the Liquidating Trustee filed a *Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorize Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. 1063) ("Motion to Amend"). Pursuant to such Motion to Amend, the Liquidating Trustee requests the Court to amend the Distribution Order. This Supplement is filed in support of the Motion to Amend. As is evident from the record in this case, the Liquidating Trustee sought to make final distributions and close the trust pursuant to the Distribution Order. However, that Distribution Order was subject to an appeal which has now been resolved. In addition, the Liquidating Trustee encountered collateral attacks on the Distribution Order. At least one party has been held in contempt for their efforts to thwart the final distributions under the Distribution Order. These issues have been or should resolved shortly. Therefore, the Liquidating Trustee once again seeks to make final distributions but the distributions are necessarily modified by the litigation costs incurred by the Liquidating Trustee.

5. The District Court entered an order dismissing an appeal on July 15, 2025 and judgment against Gabbe on July 16, 2025.

6. Such judgment is now final.

7. On October 4, 2024, Joseph R. Guernsey dba Red Shield Funding ("Guernsey") and the Liquidating Trustee entered into a settlement agreement under which Guernsey would dismiss his pending appeal of the Third Distribution Order and receive a distribution of $30,000.00 from the Third Distribution, which is more than what Guernsey would have received pro-rata. The

Liquidating Trustee, pursuant to the authority provided in the Settlement Agreement to compromise claims, settled with Guernsey because (i) the attorney's fees in defending against Guernsey's appeal would have significantly exceeded the additional distribution to Guernsey and (ii) such appeal would have impeded the final distribution. But for this settlement, the Third Distribution Order likely still would not be final at this time. In other words, this settlement with Guernsey facilitated the Trustee's ability to make further distributions at this time. Distributions to creditors from the Galardi Trust have been delayed due to the Trustee having to defend motions by Guernsey and others. The Trustee sought finality because such was in the best interest of the Beneficiaries of the Trust.

8.     As indicated in the Motion to Amend, the Liquidating Trustee now files this Supplement to (i) provide an updated, current accounting for professional fees incurred by the Trust, (ii) provide a revision of proposed distributions to account for such professional fees and the settlement described above and (iii) to submit a proposed order granting the Motion to Amend, as supplemented.

   a. **Current Professional Fees.**

The fee invoice of the Liquidating Trustee in the amount of $105,148.22 is attached as Exhibit A to Dkt. 1072. Such invoice runs from April 25, 2024, to August 22, 2025. The fee invoice of the Liquidating Trustee's attorneys, Jones & Walden LLC in the amount of $76,615.41, is attached as Exhibit A to Dkt. 1074. Such invoice reflects time and expenses of the Trustee's attorneys from April 25, 2024 to August 23, 2025. The Liquidating Trustee also proposes to reserve $30,000.00 for time incurred after such dates by the Liquidating Trustee and Jones & Walden.

The fee invoices of McNair McLemore, Middlebrooks & Co., LLC ("MMM") for the filing of the 2024 tax return in the amount of $12,112.56 are attached hereto as **Exhibit A**.

MMM has agreed to charge a flat fee of $12,000.00 for the filing of the 2025 tax return, which the Trustee will pay to MMM in trust pending the completion of such return.

  b. **Revised Distributions**

The Liquidating Trustee proposes to pay a final distribution to the beneficial owners of the Galardi Creditor Trust as provided in **Exhibit B** attached hereto. These revised proposed final distributions represent an approximate 1% reduction in the total distributions made to all the beneficiaries of the Galardi Creditors Trust as compared to the proposed distributions set forth in the original Distribution Order. This 1% reduction is due to the increased litigation cost and other payments as set forth herein.

  c. **Proposed Order Granting Motion to Amend**

The Liquidating Trustee requests that the Court enter an order granting the Motion to Amend in substantially the form attached hereto as **Exhibit C.**

Respectfully submitted this 27th day of August, 2025.

             **JONES & WALDEN LLC**

             */s/ Thomas T. McClendon*
             Thomas T. McClendon
             Georgia Bar No. 431452
             699 Piedmont Avenue, NE
             Atlanta, Georgia 30308
             (404) 564-9300
             tmcclendon@joneswalden.com
             *Liquidating Trustee*

# Exhibit "A"



# McNair McLemore Middlebrooks & Co
## Certified Public Accountants

Post Office Box One
Macon, GA 31202
(478) 746-6277

Invoice: 141670
Date: 04/30/2025
Invoices are due upon receipt

Jones & Walden, LLC
Attn: Thomas T. McClendon (tmcclendon@joneswalden.com)
Project: Galardi Liquidating Trust
699 Piedmont Ave, NE
Atlanta, GA  30308

Professional Services Rendered as Follows:

| Date | Employee | Hours | Amount | Billed |
|---|---|---|---|---|
| **Professional Services** | | | | |
| 04/16/2024 | Edwards, Chris | 0.40 | $166.00 | $166.00 |
| Correspondences with Jackie Torres regarding her amended 1099. Discuss same with SLR. | | | | |
| 04/16/2024 | Rumford, II, Steven | 0.75 | $221.25 | $221.25 |
| Emails on amending Form 1099. | | | | |
| 04/17/2024 | Edwards, Chris | 0.50 | $207.50 | $207.50 |
| Preparation and issuance of amended 1099s to Jackie Torres. Correspondences with her on same. | | | | |
| 04/17/2024 | Rumford, II, Steven | 1.25 | $368.75 | $368.75 |
| Working on amended Form 1099. | | | | |
| 04/18/2024 | Edwards, Chris | 0.10 | $41.50 | $41.50 |
| Correspondence with Jackie Torres. | | | | |
| 04/22/2024 | Edwards, Chris | 0.50 | $207.50 | $207.50 |
| Additional time related to the amending of form 1099 for Jackie Galardi; Correspondence with her; Discussing with Steven Rumford. | | | | |
| 07/18/2024 | Edwards, Chris | 0.10 | $41.50 | $41.50 |
| Review new pleadings and notices. | | | | |
| 09/05/2024 | Edwards, Chris | 0.20 | $83.00 | $83.00 |
| Meeting with Steven Rumford to review the case status  outstanding assignments and upcoming dates. | | | | |
| 12/17/2024 | Rumford, II, Steven | 0.75 | $221.25 | $221.25 |
| Email to Tom McClendon on items needed for tax return and Forms 1099. | | | | |
| 12/17/2024 | Edwards, Chris | 0.20 | $83.00 | $83.00 |
| Discuss with Steven and review correspondence to counsel. | | | | |
| 01/07/2025 | Rumford, II, Steven | 0.50 | $155.00 | $155.00 |

**McNair, McLemore, Middlebrooks & Co., LLC**  Page 2 of 3

| Date | Name | Hours | Amount | Total |
|---|---|---|---|---|
| | Emails on document request. | | | |
| 01/07/2025 | Edwards, Chris | 0.20 | $84.00 | $84.00 |
| | Case updates with SLR. Correspondence with counsel. | | | |
| 01/09/2025 | Rumford, II, Steven | 0.50 | $155.00 | $155.00 |
| | Reviewing data files received. | | | |
| 01/13/2025 | Rumford, II, Steven | 2.00 | $620.00 | $620.00 |
| | Reviewing and analyzing data received. | | | |
| 01/13/2025 | Edwards, Chris | 0.60 | $252.00 | $252.00 |
| | Working with SLR on accumulation of 1099 listing and reviewing prior year development of same. | | | |
| 01/15/2025 | Rumford, II, Steven | 1.25 | $387.50 | $387.50 |
| | Phone calls and emails on 2024 Forms 1099. | | | |
| 01/16/2025 | Rumford, II, Steven | 0.75 | $232.50 | $232.50 |
| | Working on Forms 1099. | | | |
| 01/16/2025 | Edwards, Chris | 0.30 | $126.00 | $126.00 |
| | Review with SLR the 1099 listing and its development. Correspondence with counsel. | | | |
| 01/17/2025 | Rumford, II, Steven | 2.25 | $697.50 | $697.50 |
| | Reviewing and compiling Form 1099 list. | | | |
| 01/20/2025 | Edwards, Chris | 0.30 | $126.00 | $126.00 |
| | With SLR on development of 1099 listing for 2024. | | | |
| 01/20/2025 | Rumford, II, Steven | 2.25 | $697.50 | $697.50 |
| | Working on 1099 list and recapping bank activity. | | | |
| 01/21/2025 | Rumford, II, Steven | 2.75 | $852.50 | $852.50 |
| | Continue working on 1099 list. | | | |
| 01/22/2025 | Rumford, II, Steven | 3.50 | $1,085.00 | $1,085.00 |
| | Continue working on bank activity. | | | |
| 01/23/2025 | Edwards, Chris | 0.20 | $84.00 | $84.00 |
| | Review 1099's and tax issues with SLR. | | | |
| 01/23/2025 | Rumford, II, Steven | 3.75 | $1,162.50 | $1,162.50 |
| | Compiling bank activing and working on Forms 1099. | | | |
| 01/24/2025 | Thornton, Amanda | 1.25 | $175.00 | $175.00 |
| | Processing & Efiling Galardi's 1099-NECs & 1099-MISC | | | |
| 01/24/2025 | Rumford, II, Steven | 3.50 | $1,085.00 | $1,085.00 |
| | Reviewing Forms 1099 and working on income tax return. | | | |
| 01/27/2025 | Thornton, Amanda | 0.25 | $35.00 | $35.00 |
| | FedExing 1099s | | | |
| 01/27/2025 | Rumford, II, Steven | 2.25 | $697.50 | $697.50 |
| | Finalizing 2024 Forms 1099 and sending to Tom McClendon. | | | |
| 02/21/2025 | Edwards, Chris | 0.40 | $168.00 | $168.00 |

**McNair, McLemore, Middlebrooks & Co., LLC**　　　　　　　　　　　　　　　　　　　　Page 3 of 3

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | With Steven on tax matters. | | | |
| 02/25/2025 | Rumford, II, Steven | Reviewing tax returns. | 1.25 | $387.50 | $387.50 |
| 02/27/2025 | Edwards, Chris | Review of tax returns. | 0.40 | $168.00 | $168.00 |
| 02/27/2025 | Rumford, II, Steven | Continued prepartion of estate tax returns. | 1.75 | $542.50 | $542.50 |
| 03/06/2025 | Rumford, II, Steven | Reviewing return with CSE. | 0.50 | $155.00 | $155.00 |
| 03/06/2025 | Edwards, Chris | Review tax return for the estate as prepared by S. Rumford. | 0.20 | $84.00 | $84.00 |
| 03/07/2025 | Thornton, Amanda | Processing ITR | 0.75 | $105.00 | $105.00 |
| 03/11/2025 | Thornton, Amanda | K-1 Questions and Email | 0.50 | $70.00 | $70.00 |
| 03/11/2025 | Thornton, Amanda | Efiling ITR | 0.25 | $35.00 | $35.00 |

**Total Professional Services**　　　　　　　　　　　39.10　　$12,065.75　$12,065.75

**Out-of-Pocket Expenses**

| Date | | Description | | Amount | |
|---|---|---|---|---|---|
| 01/30/2025 | MMM, | FedEx | | $46.81 | $46.81 |

**Total Out-of-Pocket Expenses**　　　　　　　　　　　　　　　　　$46.81　　$46.81

**Total**　　　　　　　　　　　　　　　　　　　　　　　　　　$12,112.56

---

Please return this portion with payment.

ID: 5008444
Jones & Walden, LLC

Invoice: 141670
Date: 04/30/2025

Amount Due: $12,112.56
Amount Enclosed: $_____

A 1.5% per month Finance Charge will be added to all past due accounts.

# Exhibit "B"

| Claim No. | Creditor | Finalized Claim Amount | Final Distribution | Attorney | Attorney's Amount | Attorney 2 | Attorney's Amount | Attorney 3 | Attorney's Amount | Attorney 4 | Attorney's Amount | Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Internal Revenue Service | $ 1,214,972.62 | $28,727.54 | None | | | | | | | | $28,727.54 |
| 121 | Georgia Department of Revenue | 10,025.36 | $237.05 | None | | | | | | | | $237.05 |
| 34 | Discover Bank | 6,868.88 | $162.41 | None | | | | | | | | $162.41 |
| 36 | American Express | 18,265.84 | $431.89 | None | | | | | | | | $431.89 |
| 37 | American Express | 2,196.97 | $51.95 | None | | | | | | | | $51.95 |
| 42 | Verizon | 83.48 | $1.97 | None | | | | | | | | $1.97 |
| 107 | Jackie Galardi Torres | 140,285.00 | $3,316.98 | None | | | | | | | | $3,316.98 |
| 43 | Bank of America | - | $0.00 | None | | | | | | | | $0.00 |
| 119 | American Arbitration Association | 18,780.00 | $444.05 | None | | | | | | | | $444.05 |

**Bain v. Fly Low (Miami Dade Co. 2018-029725)**

| Claim No. | Creditor | Finalized Claim Amount | Final Distribution | Attorney | Attorney's Amount | Attorney 2 | Attorney's Amount | Attorney 3 | Attorney's Amount | Attorney 4 | Attorney's Amount | Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Shanice Bain (Phase I) | $ 350,222.43 | $8,280.87 | MA | $2,484.26 | HM | | AG | | JW | $ 414.04 | $8,280.87 |
| 3 | Yashica Bain | 505,646.59 | $11,955.81 | MA | $4,184.53 | | | AG | | JW | $ 597.79 | $11,955.81 |
| 4 | Natonia Bell (Phase I) | 234,172.40 | $5,536.91 | MA | $1,661.07 | HM | | AG | | JW | $ 276.85 | $5,536.91 |
| 5 | Yamilee Bennett | 358,511.72 | $8,476.87 | MA | $2,966.90 | | | AG | | JW | $ 423.84 | $8,476.87 |
| 6 | Maria Bush | 244,534.01 | $5,781.91 | MA | $1,734.57 | | | AG | | JW | $ 289.10 | $5,781.91 |
| 7 | Princess Callahan | 497,357.30 | $11,759.81 | MA | $4,115.93 | | | AG | | JW | $ 587.99 | $11,759.81 |
| 8 | Jessica Chatman Williams (Phase II) | 375,090.30 | $8,868.86 | MA | $2,660.66 | HM | | AG | | JW | $ 443.44 | $8,868.86 |
| 9 | Quina Dopoe | 534,659.10 | $12,641.80 | MA | $4,424.63 | | | AG | | JW | $ 632.09 | $12,641.80 |
| 10 | Shadana Deleston | 551,237.68 | $13,033.79 | MA | $4,561.83 | | | AG | | JW | $ 651.69 | $13,033.79 |
| 11 | Shanrika Duhart | 350,222.43 | $8,280.87 | MA | $2,898.30 | | | AG | | JW | $ 414.04 | $8,280.87 |
| 12 | Belinda Harris | 352,294.76 | $8,329.87 | MA | $2,915.45 | | | AG | | JW | $ 416.49 | $8,329.87 |
| 13 | Crystyona Hartzog | 53,880.37 | $1,273.98 | MA | $382.19 | | | AG | | JW | $ 63.70 | $1,273.98 |
| 14 | Sasha Hollins (Phase II) | 236,244.72 | $5,585.91 | MA | $1,955.07 | HM | | AG | | JW | $ 279.30 | $5,585.91 |
| 15 | Kitrea Jackson | 319,137.60 | $7,545.88 | MA | $2,641.06 | | | AG | | JW | $ 377.29 | $7,545.88 |
| 16 | Ronika Jones (Phase I) | 130,556.29 | $3,086.95 | MA | $1,080.43 | HM | | AG | | JW | $ 154.35 | $3,086.95 |
| 17 | Abri Leahong | 551,237.68 | $13,033.79 | MA | $4,561.83 | | | AG | | JW | $ 651.69 | $13,033.79 |
| 18 | Queen Lewis Saunders (Phase I) | 252,823.29 | $5,977.91 | MA | $1,793.37 | HM | | AG | | JW | $ 298.90 | $5,977.91 |
| 19 | Montoya Minnis | 447,621.57 | $10,583.83 | MA | $3,704.34 | | | AG | | JW | $ 529.19 | $10,583.83 |
| 20 | Tania Ramessar | 455,910.86 | $10,779.83 | MA | $3,772.94 | | | AG | | JW | $ 538.99 | $10,779.83 |
| 21 | Jennifer Ridley | 165,785.77 | $3,919.94 | MA | $1,371.98 | | | AG | | JW | $ 196.00 | $3,919.94 |
| 22 | Adia Simmons | 534,659.10 | $12,641.80 | MA | $4,424.63 | | | AG | | JW | $ 632.09 | $12,641.80 |
| 23 | Seleta Stanton (Phase I) | 234,172.40 | $5,536.91 | MA | $1,661.07 | HM | | AG | | JW | $ 276.85 | $5,536.91 |
| 24 | Aisha Taliaferro | 41,446.44 | $979.98 | MA | $342.99 | | | AG | | JW | $ 49.00 | $979.98 |
| 25 | Marsha Taylor | 306,703.67 | $7,251.89 | MA | $2,538.16 | | | AG | | JW | $ 362.59 | $7,251.89 |
| 26 | Brittany Walker | 277,691.16 | $6,565.90 | MA | $2,298.06 | | | AG | | JW | $ 328.29 | $6,565.90 |
| 27 | Keesha Weems (Phase II) | 109,833.07 | $2,596.96 | MA | $779.09 | HM | | AG | | JW | $ 129.85 | $2,596.96 |
| 28 | Africa Williams (Phase II) | 497,357.30 | $11,759.81 | MA | $3,527.94 | HM | | AG | | JW | $ 587.99 | $11,759.81 |
| 51 | Marquita Ward | 538,828.00 | $12,740.37 | MA | $5,096.15 | | | | | | | $12,740.37 |
| 52 | Brittany Gregory | 24,652.32 | $582.89 | MA | | | | | | | | $582.89 |
| 53 | Gabrielle Bates | 498,228.00 | $11,780.40 | MA | $4,712.16 | | | | | | | $11,780.40 |
| 54 | Ashley Armstrong | 200,739.84 | $4,746.41 | MA | $1,898.57 | | | | | | | $4,746.41 |
| 97 | Astrid Gabbe | - | $0.00 | | | | | | | | | $0.00 |
| 55 | Estate of Harland Stuart Miller, III | - | $0.00 | | | | | | | | | $0.00 |
| 33A | Mutepe Akemon | - | $0.00 | | | | | | | | | $0.00 |

**Milner v. Fly Low (District Court, Florida 20-cv-23230**

| Claim No. | Creditor |
|---|---|

| Claim No. | Creditor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | Angela Milner | $ | 838,576.00 | $19,827.79 AD | $6,939.73 | | AG | | JW | $ 1,982.78 | $19,827.79 |
| 39 | Marleeka Williams | | 479,791.00 | $11,344.47 AD | $3,970.56 | | AG | | | | $11,344.47 |
| 40 | Ebony Mayfield | | 727,542.00 | $17,202.44 AD | $6,020.85 | | AG | | | | $17,202.44 |
| 106 | Rasheedah Mays | | 686,578.00 | $16,233.86 MA | | | | | | | $16,233.86 |
| 56 | Ameera Brewer | | 838,575.20 | $19,827.77 | | | | | | | $19,827.77 |
| 114 | Tiffany Thompson | | 368,787.84 | $8,719.84 AD | $915.58 AG | $ - | | | | | $8,719.84 |
| 99 | Jocelyn Johnson | | - | $0.00 None | | | | | | | $0.00 |
| 95 | Jammie Parker | | - | $0.00 None | | | | | | | $0.00 |
| 98 | Shakir Williams | | - | $0.00 None | | | | | | | $0.00 |

**Moore v. Galardi (District Court, Florida 21-21025**

| Claim No. | Creditor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Angela Coates | $ | 363,976.00 | $8,606.07 MA | $2,409.70 Leach | $ 602.42 | | | | | $8,606.07 |
| 47 | Desiree Jones Sautman | | 365,532.00 | $8,642.86 MA | $2,420.00 Leach | $ 605.00 | | | | | $8,642.86 |
| 48 | Cassandra St. Fleur | | 188,586.00 | $4,459.04 MA | $1,248.53 Leach | $ 312.13 | | | | | $4,459.04 |
| 49 | Brandi Robertson | | 310,720.00 | $7,346.85 MA | $2,057.12 Leach | $ 514.28 | | | | | $7,346.85 |
| 50 | Tramaine Moore | | 432,864.00 | $10,234.90 MA | $2,865.77 Leach | $ 716.44 | | | | | $10,234.90 |

**Darden v. Fly Low (20-cv-20592)**

| Claim No. | Creditor | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Astrid Gabbe | $ | - | $0.00 | $0.00 | | AG | | | | $0.00 |
| 110 | Red Shield Funding (Alexis King) | $ | 468,446.62 | $30,000.00 AD/AG | $0.00 | | | | | | $30,000.00 |
| 29 | Marquesha Holmes | | 181,284.25 | $4,286.39 MA | $1,714.56 | | | | | | $4,286.39 |
| 30 | Elliandria Griffin | | 181,284.25 | $4,286.39 MA | $1,714.56 | | | | | | $4,286.39 |
| 33B | Mutepe Akemon | | $0.00 | $0.00 | | | | | | | $0.00 |
| 31 | Lakeisha Fenner Franco | | 487,199.84 | $11,519.64 MA | $4,607.86 | | | | | | $11,519.64 |
| 33C | Mutepe Akemon | | $0.00 | $0.00 | | | | | | | $0.00 |
| 32 | Lygia Simmons | | 102,162.72 | $2,415.60 MA | $845.46 | | | | | | $2,415.60 |
| 33D | Mutepe Akemon | | $0.00 | $0.00 | | | | | | | $0.00 |
| 44 | Diana Smith | | 483,896.00 | $11,441.53 MA | $4,576.61 | | | | | | $11,441.53 |
| 45 | Marei Kahey | | 544,046.16 | $12,863.75 MA | $5,145.50 | | | | | | $12,863.75 |
| 102 | Apeatsiwa Shaw-Taylor Crawford | | 300,000.00 | $7,093.38 MA | $2,837.35 | | | | | | $7,093.38 |
| 33 | Mutepe Akemon | | $0.00 | $0.00 | | | | | | | $0.00 |

**Miscellaneous Claims**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | Krystall Wright | $ | 328,108.00 | $7,757.98 AD | $2,715.29 | | | | JW | $ 775.80 | $7,757.98 |
| 117 | Latoya Hughes | | 727,560.00 | $17,202.86 AD | $6,021.00 | | | | JW | $ 1,720.29 | $17,202.86 |
| 118 | Addie Brooks | | 727,560.00 | $17,202.86 AD | $4,300.72 | | | | JW | $ 1,720.29 | $17,202.86 |
| 105 | Astrid Gabbe | | - | $0.00 | | | | | | | $0.00 |
| 115 | Jenisee Long | | 383,832.96 | $9,075.58 AD | $0.00 | | AG | $0.00 | | | $9,075.58 |
| 103 | Marissa Walker | | 840,296.00 | $19,868.46 MA | $7,947.38 | | | | | | $19,868.46 |
| | | | **$562,752.89** | **$154,424.33** | **$ 2,750.28** | **$ -** | | | | **$ 16,802.58** | **$ 562,752.89** |

# Exhibit "C"

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | CASE NO. 22-50035-AEC |
| Reorganized Debtor. | |

**ORDER AMENDING ORDER (I) APPROVING THIRD AND FINAL DISTRIBUTIONS TO BENEFICIARIES OF THE GALARDI CREDITOR TRUST, (B) AUTHORIZING LIQUIDATING TRUSTEE TO PAY REMAINING LIABILITIES, (C) AUTHORIZING WINDING DOWN OF LIQUIDATING TRUST AND (D) RELEASING LIQUIDATING TRUST PARTIES AND GRANTING OF INJUNCTIVE RELIEF**

THIS MATTER came before the Court for a hearing on _____, 2025 at 10:00 a.m. (the "**Hearing**")[1] on the *Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining*

---

[1] Any defined terms not defined in this Order shall have the meaning ascribed to them in the Motion.

*Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. 1063) (the "**Motion to Amend**") filed by Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust ("**Liquidating Trustee**") on July 1, 2025, and the *Supplement to the Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. _____) (the "**Supplement**").

At the Hearing, Leon S. Jones and Thomas T. McClendon appeared on behalf of the Liquidating Trustee.

Based on the record in this Case, including without limitation the Motion and the arguments of counsel, the Court has determined that the Liquidating Trustee timely and properly (i) filed the Motion to Amend and the Supplement, and (ii) provided due notice of the Motion to Amend and Supplement and Hearing to all Beneficiaries and parties in interest, all in compliance with the Bankruptcy Code, Local Rules and the Liquidating Trust Agreement executed in connection with this case. The Court has further determined that the legal and factual bases set forth in the Motion to Amend and at the Hearing and in the entire record in this Case establish just cause for the relief granted at the Hearing.

Therefore, there being good cause for the relief sought through the Motion, the Court has determined that the Motion to Amend should be granted. Accordingly, it is hereby:

1. **ORDERED** that the *Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating*

*Trust Parties and Granting of Injunctive Relief* (Dkt. 921) ("**Distribution Order**") should be amended.

2. It is further **ORDERED** that Paragraph 3 of the Distribution Order shall be deleted and amended as follows:

> 3. **ORDERED** that the Motion, as modified by the Oral Modifications and in the Motion to Amend Order (Dkt. 1063) is **GRANTED**, and the authority to make the distributions as set forth in the *Supplement to Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorize Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* ("**Supplement**") (Dkt. \_\_\_\_\_) is **GRANTED**. The Liquidating Trustee is authorized to make the disbursements as set forth in the Supplement, in **full and final satisfaction of such general unsecured claims against Teri G. Galardi, Ms. Galardi's bankruptcy estate in Case No. 22-50035, the Trustee and against the Galardi Creditor Trust.**

3. It is further **ORDERED** that Paragraph 7 of the Distribution Order shall be supplemented and restated as follows:

> 7. **ORDERED** that the Liquidating Trustee shall be authorized to pay to himself and his professionals all fees and expenses provided in the Supplement.

4. It is further **ORDERED** that Paragraph 7 of the Distribution Order shall be deleted and restated as follows:

> 8. **ORDERED** that the Court finds all expenses incurred and payments made by the Liquidating Trustee, including all transactions reflected in Exhibits A & B to the Motion and Dkt. 845 (Notice of Bank Statements) and the transactions proposed and reflected in the Supplement, are reasonable and necessary and appropriate based on the circumstances of this case.

5. It is further **ORDERED** that the Distribution Order, as modified by this Order, shall remain in full force and effect.

6.    It is further **ORDERED** that this is a final order within the meaning of Federal Rule of Bankruptcy Procedure 9002(5).

### [END OF ORDER]

*Prepared and Presented by:*
**JONES & WALDEN LLC**
*/s/Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com


**Distribution List:**

Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308