**SO ORDERED.**

**SIGNED this 26 day of September, 2025.**



*Austin E. Carter*
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TERI G. GALARDI, | CASE NO. 22-50035-AEC |
| Reorganized Debtor. | |

**ORDER AMENDING ORDER (A) APPROVING THIRD AND FINAL DISTRIBUTIONS TO BENEFICIARIES OF THE GALARDI CREDITOR TRUST, (B) AUTHORIZING LIQUIDATING TRUSTEE TO PAY REMAINING LIABILITIES, (C) AUTHORIZING WINDING DOWN OF LIQUIDATING TRUST AND (D) RELEASING LIQUIDATING TRUST PARTIES AND GRANTING OF INJUNCTIVE RELIEF**

On July 1, 2025, Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditor Trust ("**Liquidating Trustee**")[1] filed his *Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee*

---

[1] Any defined terms not defined in this Order shall have the meaning ascribed to them in the Motion.

*to Pay Remaining Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. 1063) (the "**Motion to Amend**"). On August 27, 2025, the Trustee filed the *Supplement to the Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. 1076) (the "**Supplement**" and collectively with the Motion to Amend, the "**Motion**"). A hearing on the Motion was scheduled for October 3, 2025, at 10:00 a.m. Pursuant to LBR 9007-1, (1) the Motion was served on all parties-in-interest and notice of the opportunity to object and for hearing was provided pursuant to the procedures in Local Rule 9007-1; (2) no objection to the Motion was filed prior to the objection deadline; (3) the Court has considered the Motion and all other matters of record, including the lack of objection thereto, and (4) based on the forgoing, no further notice or hearing is required. The Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

1. **ORDERED** that the *Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay Remaining Liabilities, (C) Authorizing Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* (Dkt. 921) ("**Distribution Order**") should be amended.

2. It is further **ORDERED** that Paragraph 3 of the Distribution Order as originally stated shall be deleted and Paragraph 3 is now restated as follows:

> 3. **ORDERED** that the Motion, as modified by the Oral Modifications and in the Motion to Amend (Dkt. 1063) and the *Supplement to Motion to Amend Order (A) Approving Third and Final Distributions to Beneficiaries of the Galardi Creditor Trust, (B) Authorizing Liquidating Trustee to Pay*

*Remaining Liabilities, (C) Authorize Winding Down of Liquidating Trust and (D) Releasing Liquidating Trust Parties and Granting of Injunctive Relief* ("**Supplement**") (Dkt. 1076) is **GRANTED**, and the authority to make the distributions as set forth in the Supplement is **GRANTED**. The Liquidating Trustee is authorized to make the disbursements as set forth in the Supplement in **full and final satisfaction of such general unsecured claims against Teri G. Galardi, Ms. Galardi's bankruptcy estate in Case No. 22-50035, the Trustee and against the Galardi Creditor Trust.**

3. It is further **ORDERED** that Paragraph 7 of the Distribution Order as originally stated shall be deleted and Paragraph 7 is now restated as follows:

> 7. **ORDERED** that the Liquidating Trustee shall be authorized to pay to himself and his professionals all documented fees and expenses up to the amounts provided in the Supplement without further order of the Court.

4. It is further **ORDERED** that Paragraph 8 of the Distribution Order as originally stated shall be deleted and Paragraph 8 is now restated as follows:

> 8. **ORDERED** that the Court finds all expenses incurred and payments made by the Liquidating Trustee, including all transactions reflected in Exhibits A & B to the Motion (Dkt. 846) and Dkt. 845 (Notice of Bank Statements) and the transactions proposed and reflected in the Supplement (Dkt. 1076), are reasonable and necessary and appropriate based on the circumstances of this case.

5. It is further **ORDERED** that the Distribution Order, except as modified by this Order, shall remain in full force and effect.

6. It is further **ORDERED** that this is a final order within the meaning of Federal Rule of Bankruptcy Procedure 9002(5).

**[END OF ORDER]**

*Prepared and Presented by:*
**JONES & WALDEN LLC**
<u>*/s/ Thomas T. McClendon*</u>
Thomas T. McClendon
Georgia Bar No. 431452
Liquidating Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com

**<u>Distribution List:</u>**

Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308

United States Bankruptcy Court

Middle District of Georgia

In re:  Case No. 22-50035-AEC
Teri G. Galardi  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5  User: auto  Page 1 of 13
Date Rcvd: Sep 26, 2025  Form ID: pdfntc  Total Noticed: 227

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teri G. Galardi, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| aty | + | Ainsworth Dudley, 4200 Northside Parkway 1-200, 4200 Northside Parkway, 1-200, Atlanta, GA 30327 UNITED STATES 30327-3075 |
| aty | + | Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1414 |
| aty | + | Louis G. McBryan, McBryan, LLC, 6849 Peachtree Dunwoody Road, Building B-3, Suite 100, Atlanta, GA 30328-1608 |
| aty | + | Ward Stone, Jr., Stone & Baxter, 577 Third Street, Macon, GA 31201-8256 |
| tr | + | Robert M. Matson - Ch 11 Sub V, Akin, Webster & Matson, P.C., P. O. Box 309, Macon, GA 31202-0309 |
| tr | + | Thomas T. McClendon, as Liquidating Trustee of the, Jones & Walden, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| cr | + | AgSouth Farm Credit, ACA, c/o Fortson, Bentley and Griffin, P.A., 2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, GA 30606-6178 |
| cr | + | Alexis King, 1361 Arlene Valley Lane, Lawrenceville, GA 30043-3097 |
| cr | + | Angela Coates, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Apeatsiwa Shaw-Taylor, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Ashley Armstrong, The Richards Law Group, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Brandie Robertson, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Brittany Gregory, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Cassandra St. Fleur, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Desiree U. Jones, P.O. Box 404, Homerville, GA 31634-0404 |
| cr | + | Diana Smith, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Ebony Mayfield, P.O. Box 7533, Houston, TX 77270-7533 |
| cr | + | Elliadria Griffen, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Gabrielle Bates, P.O. Box 360295, Decatur, GA 30036-0295 |
| br | | Jones Lang LaSalle Brokerage, Inc., c/o Paul Hanna, 3344 Peachtree Road NE, Suite 1100, Atlanta, GA 30326-4832 |
| cr | + | Joseph Guernsey dba Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| cr | + | LaKeisha Fenner, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Lygia Simmons, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Marei Kahey, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Marqueta Ward, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Marquisha Holmes, P.O. Box 360295, Decatur, GA 30036-0295 |
| cr | + | Michael Akemon, The Richards Law Group, LLC, P.O. Box 360295, Decatur, GA 30036-0295 |
| r | + | Nevada Land Commercial Real Estate, Inc., c/o Louis McBryan, 6849 Peachtree Dunwoody Rd., Building B-3, Suite 100, Atlanta, GA 30328-1608 |
| cr | + | Octavia Whittaker, 1567 Shumaker Drive, Bollingbrook, IL 60490-3252 |
| r | + | Patricia Burnside Realty, LLC, c/o Louis McBryan, 6849 Peachtree Dunwoody Rd., Building B-3, Suite 100, Atlanta, GA 30328-1608 |
| cr | + | Quiana Dopoe, P. O. Box 724174, Atlanta, GA 31139-1174 |
| sp | + | Schulten, Ward, Turner & Weiss, 260 Peachtree Street, NW, Suite 2700, Atlanta, GA 30303-1240 |
| cr | + | Shakir Williams, P.O. Box 4216, Hollywood, FL 33083-4216 |
| sp | + | Smith & Shapiro, PLLC, 3333 E. Serene Avenue, Suite 130, Henderson, NV 89074-6571 |
| sp | + | Solomon Dwiggins Freer & Steadman, Ltd., 9060 W. Cheyenne Avenue, Las Vegas, NV 89129-8911 |
| acc | + | Toni M. Schwahn, CPA, CFE, Whaley Hammonds Tomasello, P.C., 115 Westridge Industrial Blvd, # 200, McDonough, GA 30253-9102 |
| cr | + | Tramaine Moore, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335099 | + | Abrey Leahong, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12366473 | + | Abrey Leahong, c/o Mutepe Akemon, Esq.,, As Proxy Holder, PO Box 360295, Decatur, GA 30036-0295 |
| 12333075 | + | Abri Leahong, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12358324 | + | Addie Brooks, c/o Ainsworth Dudley, Esq., as Proxy Holder, 4200 Northside Parkway, Bldg 1, Ste. 200, Atlanta, GA 30327-3007 |

District/off: 113G-5                                        User: auto                                        Page 2 of 13
Date Rcvd: Sep 26, 2025                              Form ID: pdfntc                              Total Noticed: 227

| | | |
|---|---|---|
| 12326615 | + | Africa Williams, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12328281 | + | AgSouth Farm Credit, ACA, c/o Fortson, Bentley and Griffin, P.A., 2500 Daniell's Bridge Road, Building 200, Suite 3A, Athens, Georgia 30606-6178 |
| 12326617 | + | Aida Simmons, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12346412 | + | Ainsworth Dudley, 4200 Northside Parkway, 1-200, Atlanta, GA 30327-3075 |
| 12335103 | + | Ainsworth Dudley, Esq., 4200 Northside Parkway, Building 1, Suite 200, Atlanta, GA 30327-3007 |
| 12350289 | + | Ainsworth G. Dudley, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12333146 | + | Aisha Taliaferro, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335104 | + | Aisha Taliaferro, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350305 | + | Alexandra Valcourt, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12351348 |   | Alexis King, 3328 Fall Branch Ln, Buford, GA 30519-1949 |
| 12335105 | + | Alexis King, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335106 | + | Ameera Brewer, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12349670 | + | Ameera Brewer, 2134 Hunters Greene Drive, Lakeland, FL 33810-5206 |
| 12344174 | + | American Arbitration Association, 150 East 42nd Street, 24th Floor, New York, NY 10017-5636 |
| 12350295 | + | Andrea Hilley, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335108 | + | Angela Coates, c/o Mutepe (Michael) Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335109 | + | Angela Milner, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350338 | + | Angelica Andrews, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350764 | + | Apeatsiwa Shaw-Taylor, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12350320 | + | Arielle Moore, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12348121 | + | Ashley Armstrong, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12350296 | + | Ashley Johnston, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350308 | + | Ashley Langston, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12349751 | + | Astrid E. Gabbe, P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12537041 | + | Astrid Gabbe, c/o Jason M. Orenstein, P.O. Box 4806, Macon, GA 31208-4806 |
| 12350339 | + | Athanasia Angelakis, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12326621 | + | Belinda Harris, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335112 | + | Brandi Robertson, c/o Mutepe (Michael) Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12348117 | + | Brandie Robertson, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12348119 | + | Brittany Gregory, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12333148 | + | Brittany Walker, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335113 | + | Brittany Walker, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335114 | + | Business First Bank, 1675 N. Hwy 190, Covington, LA 70433-8968 |
| 12335115 | + | Carlos V. Leach, Esq., 631 S. Orlando Avenue, Suite 300, Winter Park, FL 32789-7123 |
| 12350309 | + | Caroline Smith, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335116 | + | Cassandra St. Fleur, c/o Mutepe (Michael) Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12350343 | + | Cody Heywood, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335118 | + | Cohen & Caproni, 750 Hammond Drive, Building 7, Suite 200, Atlanta, GA 30328-5532 |
| 12326625 | + | Crystyona Hartzog, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350318 | + | Danielle Kossler, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335121 | + | Darrell Galardi, 263 N. Mulberry Street, Jackson, GA 30233-1936 |
| 12350337 | + | Decoda Burke, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335122 | + | Desiree Jones, c/o Mutepe (Michael) Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12350306 | + | Devonne Washington, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335123 | + | Diana Smith, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335124 | + | Discover Card, P.O. Box 30938, Salt Lake City, UT 84130-0938 |
| 12335126 | + | Ebony Mayfield, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12362296 | + | Ebony Mayfield, C/o Ainsworth Dudley, 4200 Northside Parkway, 1-200, Atlanta, GA 30327-3075 |
| 12350301 | + | Elisha Morrow, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12326628 | + | Elliandria Griffin, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12349031 | + | Estate of Harlan Stuart Miller, III, 970 Walnut St., Macon, GA 31201-1919 |
| 12637167 | + | Estate of Harlan Stuart Miller, III, c/o Charles R. Bridgers, DeLong Caldwell Bridgers Fitzpatrick & B, 101 Marietta Street, Suite 2650, Atlanta, GA 30303-5607 |
| 12637168 | + | Estate of Harlan Stuart Miller, III, c/o Mitchell D. Benjamin, DeLong Caldwell Bridgers Fitzpatrick & B, 101 Marietta Street, Suite 2650, Atlanta, GA 30303-5607 |
| 12335128 | + | Fly Low, Inc., 506 SE 11th Street, Fort Lauderdale, FL 33316-1146 |
| 12348120 | + | Gabrielle Bates, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12408831 | + | Georgia Department of Revenue, in C/O Whitney Groff, 40 Capitol Sq.S.W, Atlanta, GA 30334-9057 |
| 12344175 |   | Gerald Tobin, Esq., 4551 Ponce de Leon Blvd., Coral Gables, FL 33146-1832 |
| 12335131 | + | Grace Gigi Galardi Trust, c/o Kelly Galardi, Trustee, 2555 Chantilly Drive NE, Atlanta, GA 30324-3712 |
| 12350345 | + | Hannah Conroy-Philburn, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350311 | + | Heather West, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |

| | | |
|---|---|---|
| 12350358 | + | Holly Paige, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350292 | + | Ivelisse Borges, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12351648 | + | JEG FAMILY TRUST-JACK GALARDI, JR SUB-TRUST, 2121 S. HIGHLAND AVENUE, LAS VEGAS, NV 89102-4626 |
| 12335137 | + | JEG Family Trust - Jack Galardi Jr Sub-Trust, 2121 Highland Avenue, Las Vegas, NV 89102-4626 |
| 12335133 | + | Jack E. Galardi, LLC, 2555 Chantilly Drive NE, Atlanta, GA 30324-3712 |
| 12335134 | + | Jackie Galardi Torres, 3730 Bill Gardner Pkwy, Locust Grove, GA 30248-2442 |
| 12335135 | + | Jackson Galardi Trust, c/o Kelly Galardi, Trustee, 2555 Chantilly Drive NE, Atlanta, GA 30324-3712 |
| 12351842 | + | James D. Silver, 10360 West State Road 84, Fort Lauderdale 33324-4236 |
| 12335136 | + | Jammie Parker, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12537043 | + | Jammie Parker, c/o Jason M. Orenstein, P.O. Box 4806, Macon, GA 31208-4806 |
| 12350380 | + | Jammie Parker, 12 Wallace Street, Greenville, SC 29605-4404 |
| 12335138 | + | Jenisee Long, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12351843 | + | Jenisee Long, 2107 Center Street, Covington, KY 41014-1121 |
| 12326633 | + | Jennifer Ridley, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326634 | + | Jessica Chatman, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350312 | + | Jessica Harris, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350313 | + | Jessica Ward, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335141 | + | Jocelyn Johnson, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12673531 | | Jocelyne Johnson, 4702 NW 160th Ave, Miramar, FL 33027 |
| 12504718 | + | Joseph R. Guernsey d/b/a, Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| 12350310 | + | Julie Milburn, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350297 | + | Kaci Phillip, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12333149 | + | Keesha Weems, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335142 | + | Keesha Weems, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326635 | + | Kitrea Jackson, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12358232 | + | Krystall Wright, 4200 Northside Parkway, Building 1, Suite 200, Atlanta, GA 30327-3007 |
| 12326636 | + | Lakeisha Fenner, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12358280 | + | Latoya Hughes, 4200 Northside Parkway, 1-200, Atlanta, GA 30327-3075 |
| 12350294 | + | Limberly Kelly, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350316 | + | Lindsey Croome, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12326637 | + | Lygia Simmons, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335146 | + | Marai Kahey, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12348116 | + | Marei Kahey, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12333049 | + | Maria Bush, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12335071 | + | Maria Bush, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350765 | + | Marissa Walker, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12362297 | | Marleeka Wiliams, C/O Ainsworth Dudley, 1-200, Atlanta, GA 30327 |
| 12347338 | + | Marleeka Williams, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335148 | + | Marleka Williams, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326639 | + | Marquesha Holmes, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12348118 | + | Marqueta Ward, P.O. Box 360295, 30036, Decatur, GA 30036-0295 |
| 12364224 | + | Marquita Ward, 485 NW 130th Street, Miami, FL 33168-3746 |
| 12335150 | + | Marsha Taylor, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12333147 | + | Marsha Taylor, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12350319 | + | Mary Alexander, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335151 | + | Michael Porter, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| 12335152 | + | Montoya Minnis, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12333108 | + | Montoyo Minnis, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12333055 | + | Mutepe Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12350314 | + | Natasha Dejesus, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12326642 | + | Netonia Bell, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350344 | + | Nicolette Groebli, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350298 | + | Nikki Simmons, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335154 | + | Porshe Darden, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12357091 | + | Power Financial Credit Union, c/o James D. Silver, KELLEY KRONENBERG, 10360 West State Road 84, Ft. Lauderdale, FL 33324-4236 |
| 12350667 | + | Power Financial Credit Union, c/o Kelley Kronenberg, James D. Silver, Esq., 10360 W. State Road 84, Fort Lauderdale, FL 33324-4236 |
| 12326643 | + | Princess Callahan, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326644 | + | Queen Lewis, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326645 | + | Quina Dopoe, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350291 | + | Rachel Konke, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350966 | + | Rasheedah Mays, 480 Dasheill Lane, Atlanta, GA 30349-1741 |
| 12335159 | + | Rasheedah Mays, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |

District/off: 113G-5  User: auto  Page 4 of 13
Date Rcvd: Sep 26, 2025  Form ID: pdfntc  Total Noticed: 227

| | | |
|---|---|---|
| 12347340 | + | Rasheedah Mays, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350299 | + | Rebekah Reschar, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12494842 | + | Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| 12326646 | + | Ronika Jones, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335161 | + | Royce G. Vandever Trust, c/o Kelly Galardi, Trustee, 2555 Chantilly Drive NE, Atlanta, GA 30324-3712 |
| 12350307 | + | Sahra Ahmed, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350290 | + | Samantha Holdren, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12350321 | + | Samantha Matecka, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12349030 | + | Sarah Riedel, 970 Walnut St., Macon, GA 31201-1919 |
| 12326647 | + | Sasha Hollins, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326648 | + | Seleta Stanton, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326649 | + | Shadana Deleston, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12366470 | + | Shadana Deleston, c/o Mutepe Akemon, Esq.,, As Proxy Holder, PO Box 360295, Decatur, GA 30036-0295 |
| 12548155 | + | Shakir Williams, c/o Astrid E. Gabbe, P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335165 | + | Shakir Williams, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12601742 | + | Shakir Williams, 13015 SW 117th Terrace, Miami, FL 33186-4651 |
| 12326650 | + | Shanice Bain, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326651 | + | Shanrika Duhart, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12335168 | + | Shaw Taylor, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350300 | + | Shelley O'Neill, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335169 | + | Southern States Bank, 4045 Orchard Road SE, Suite B, Smyrna, GA 30080-4902 |
| 12350293 | + | Starr Sullivan, 4200 Northside Parkway, 1 30327-3075 |
| 12326654 | + | Tania Ramessar, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12350317 | + | Tara Steinberg, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12335171 | + | The Estate of Jack Galardi, c/o Teri Galardi, Executor, 2146 Highway 42 South, Flovilla, GA 30216-2318 |
| 12335172 | + | Tiffany Thompson, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12351811 | + | Tiffany Thompson, 6531 S. Sepulveda Blvd., #216, Los Angeles, CA 90045-3095 |
| 12335173 | + | Tramaine Moore, c/o Mutepe (Michael) Akemon, P.O. Box 360295, Decatur, GA 30036-0295 |
| 12335175 | + | Trop, Inc., 2555 Chantilly Drive NE, Atlanta, GA 30324-3712 |
| 12335178 | + | U.S. Department of Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |
| 12350315 | + | Veronica Frascone, 4200 Northside Parkway, 1-200, 30327, Atlanta, GA 30327-3075 |
| 12326659 | + | Yamilee Bennett, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |
| 12326660 | + | Yashica Bain, c/o Astrid Evelyn Gabbe, Esq., P.O. Box 4216, Hollywood, FL 33083-4216 |

TOTAL: 197

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: cwhite@akin-webster.com | Sep 26 2025 17:24:00 | Robert M. Matson, Chapter 7 Trustee, P.O. Box 309, Macon, GA 31202-0309 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 17:29:08 | American Express National Bank, c/o Becket & Lee, LLP, Attn: Kenneth Kleppinger, P.O. Box 3001, Malvern, PA 19355-0701 |
| cr | | Email/Text: chriskosachuk@gmail.com | Sep 26 2025 17:25:00 | Christopher Kosachuk, Transferree of Shakir Williams, 854 Pheasant Run Road, West Chester, PA 19382-8144 |
| cr | + | Email/Text: bankruptcy@law.ga.gov | Sep 26 2025 17:25:00 | Georgia Department of Revenue, c/o Georgia Department of Law, Whitney Groff, 40 Capitol Square, SW, Atlanta, GA 30334-9057 |
| acc | + | Email/Text: cedwards@mmmcpa.com | Sep 26 2025 17:25:00 | McNair, McLemore, Middlebrooks & Co, LLC, 389 Mulberry Street, P.O. Box One, Macon, GA 31201-7916 |
| 12335101 | + | Email/Text: jennifer.beeker@agsouthfc.com | Sep 26 2025 17:25:00 | Ag South Farm Credit, 26 S. Main Street, Statesboro, GA 30458-5256 |
| 12335107 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 17:29:05 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 12338675 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 17:29:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12335110 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| District/off: 113G-5 | User: auto | | Page 5 of 13 |
|---|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | | Total Noticed: 227 |

| | | | |
|---|---|---|---|
| | | Sep 26 2025 17:25:00 | Apple Card / Mastercard, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 12347501 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Sep 26 2025 17:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 12582699 | Email/Text: chriskosachuk@gmail.com | | |
| | | Sep 26 2025 17:25:00 | Chris Kosachuk, 854 Pheasant Run Rd, West Chester, PA 19382-8144, chriskosachuk@gmail.com |
| 12572288 | Email/Text: chriskosachuk@gmail.com | | |
| | | Sep 26 2025 17:25:00 | Chris Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| 12548160 | Email/Text: chriskosachuk@gmail.com | | |
| | | Sep 26 2025 17:25:00 | Christopher Kosachuk, Transferee of Shakir Williams, 854 Pheasant Run Rd, West Chester, PA 19382-8144 |
| 12335117 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Sep 26 2025 17:29:08 | Citibank Card, P. O. Box 20483, Kansas City, MO 64195 |
| 12335119 | Email/Text: BKY@conserve-arm.com | | |
| | | Sep 26 2025 17:25:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 12335379 | Email/Text: mrdiscen@discover.com | | |
| | | Sep 26 2025 17:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 12326921 | + Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV | | |
| | | Sep 26 2025 17:25:00 | Elizabeth A. Hardy, Assistant United States Trustee, Office of United States Trustee, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 |
| 12370458 | Email/Text: brnotices@dor.ga.gov | | |
| | | Sep 26 2025 17:25:00 | Georgia Department of Revenue, 1800 Century Blvd NE, Suite 9100, Atlanta, Ga 30345 |
| 12335130 | Email/Text: brnotices@dor.ga.gov | | |
| | | Sep 26 2025 17:25:00 | Georgia Department of Revenue, PO Box 105499, Atlanta, GA 30348 |
| 12435971 | + Email/Text: bankruptcy@law.ga.gov | | |
| | | Sep 26 2025 17:25:00 | Georgia Department of Revenue, c/o Assistant Attorney General, Jonathan Loegel, 40 Capital Square, SW, Atlanta, GA 30334-9057 |
| 12327082 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Sep 26 2025 17:25:00 | Insolvency, IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12335129 | Email/Text: bankruptcy@law.ga.gov | | |
| | | Sep 26 2025 17:25:00 | Georgia Attorney General, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 12335155 | Email/Text: allmag@powerfi.org | | |
| | | Sep 26 2025 17:25:00 | Power Financial Credit Union, 2020 NW 150th Ave, Suite 100, Pembroke Pines, FL 33028 |
| 12326922 | + Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV | | |
| | | Sep 26 2025 17:25:00 | Robert G. Fenimore, Trial Attorney, Office of United States Trustee, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 |
| 12335176 | ^ MEBN | | |
| | | Sep 26 2025 17:20:14 | U.S. Attorney General, U.S. Dept of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 12335177 | + Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | Sep 26 2025 17:25:00 | U.S. Attorney's Office, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 12347389 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 26 2025 17:29:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 12335179 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 26 2025 17:39:20 | Wells Fargo Bank, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 12351417 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 26 2025 17:39:22 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 12328394 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Sep 26 2025 17:25:00 | Wells Fargo Bank, N.A., C/O Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Jocelyn Johnson |
| cr | | Rasheedah Mays |
| cr | | Samantha Holdren, 4200 Northside Parkway, 1-200 |
| cr | | Tiffany Thompson |
| 12364211 | | Angela Coates, |
| 12364220 | | Apeatsiwa Shaw-Taylor, |
| 12364209 | | Ashley Armstrong, |
| 12364219 | | Brandie Robertson, |
| 12364213 | | Brittany Gregory, |
| 12364223 | | Cassandra St. Fleur, |
| 12364216 | | Desiree Jones, |
| 12364222 | | Diana Smith, |
| 12364214 | | Ellidria Griffin, |
| 12364210 | | Gabrielle Bates, |
| 12364212 | | LaKeisha Fenner, |
| 12364221 | | Lygia Simmons, |
| 12364217 | | Marei Kahey, |
| 12364215 | | Marquisha Holmes, |
| 12364218 | | Tremaine Moore, |
| 12572289 | | chriskosachuk@gmail.com |
| cr | *+ | Ameera Brewer, 2134 Hunters Greene Drive, Lakeland, FL 33810-5206 |
| cr | *+ | Jammie Parker, 12 Wallace St., Greenville, SC 29605-4404 |
| intp | *+ | Jammie Parker, 12 Wallace St., Greenville, SC 29605-4404 |
| cr | *+ | Jenisee Long, 2107 Center St., Covington, KY 41014-1121 |
| cr | *+ | Marquita Ward, 485 NW 130th Street, Miami, FL 33168-3746 |
| cr | *+ | Power Financial Credit Union, c/o James D. Silver, Kelley Kronenberg, 10360 West State Road 84, Ft. Lauderdale, FL 33324-4236 |
| cr | *+ | Sarah Riedel, 970 Walnut st., Macon, GA 31201-1919 |
| 12338676 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12335132 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12611620 | *+ | Joseph R. Guernsey d/b/a, Red Shield Funding, 4681 Carvel Court, Myrtle Beach, SC 29588-8615 |
| 12362130 | *+ | Power Financial Credit Union, C/O James D. Silver, Kelley Kronenberg, 10360 West State Road 84, Ft. Lauderdale, FL 33324-4236 |
| cr | ##+ | Jennifer Ridley, 3150 SW 114th Terrace, Apt. 203, Hollywood, FL 33025-7783 |
| cr | ##+ | Marissa Walker, 21 SW 4th Street, Hallandale, FL 33009-6335 |
| 12335125 | ##+ | Disney Vacation Club, 215 Celebration Place, Kissimmee, FL 34747-5405 |
| 12335174 | ##+ | Trinidad Creations, LLC, 2121 SO. Highland Ave, Las Vegas, NV 89102-4626 |

TOTAL: 20 Undeliverable, 11 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ainsworth G Dudley | on behalf of Creditor Marleka Williams adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Krystall Wright adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Addie Brooks adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Latoya Hughes adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Angela Milner adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Attorney Ainsworth Dudley adudleylaw@gmail.com |
| Ainsworth G Dudley | on behalf of Creditor Samantha Holdren adudleylaw@gmail.com |
| Astrid E. Gabbe | on behalf of Plaintiff Shakir Williams astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Jammie Parker astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Creditor Astrid E. Gabbe astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Christopher Kosachuk astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Astrid E. Gabbe | on behalf of Plaintiff Astrid E Gabbe astridgabbe@gmail.com 1109385420@filings.docketbird.com |
| Brian K. Jordan | on behalf of Creditor Wells Fargo Bank N.A. bkecfinbox@aldridgepite.com, bjordan@ecf.courtdrive.com |
| Charles Bridgers | on behalf of Creditor Estate of Harlan Stuart Miller III charlesbridgers@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com |
| Charles M Dalziel,, Jr | on behalf of Defendant Astrid E. Gabbe ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Defendant The Law Office of Astrid E. Gabbe P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant The Law Office of Astrid E. Gabbe P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe ESQ. chuck@dalziellawfirm.com |
| Christina T. Lanier | on behalf of Creditor Internal Revenue Service christina.t.lanier@usdoj.gov southern.taxcivil@usdoj.gov |
| Christina T. Lanier | on behalf of Creditor United States of America christina.t.lanier@usdoj.gov southern.taxcivil@usdoj.gov |
| Christopher W. Terry | on behalf of Debtor Teri G. Galardi chris@boyerterry.com terrycr40028@notify.bestcase.com |
| Christopher W. Terry | on behalf of Plaintiff Teri G. Galardi chris@boyerterry.com terrycr40028@notify.bestcase.com |
| Evan Owens Durkovic | on behalf of Creditor Wells Fargo Bank N.A. ecfgamb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Garrett A. Nail | on behalf of Plaintiff Emelita P. Sy as the Trustee of the Jack E. Galardi, Jr. Sub-Trust gnail@pgnlaw.com |

Case 22-50035-AEC    Doc 1091    Filed 09/28/25    Entered 09/29/25 00:29:30    Desc
Imaged Certificate of Notice    Page 12 of 17

| District/off: 113G-5 | User: auto | Page 8 of 13 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

| | |
|---|---|
| James D. Silver | on behalf of Creditor Power Financial Credit Union jsilver@nasonyeager.com raldama@nasonyeager.com;HWebb@nasonyeager.com |
| Jason M. Orenstein | on behalf of Counter-Defendant Astrid E Gabbe jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Defendant The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Creditor Jammie Parker jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Interested Party The Law Office of Astrid E. Gabbe  P.C. jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Defendant Astrid E Gabbe jmopclaw@yahoo.com |
| Jason M. Orenstein | on behalf of Plaintiff Astrid E Gabbe jmopclaw@yahoo.com |
| Jonathan Loegel | on behalf of Creditor Georgia Department of Revenue jonathan@loegel.com |
| Leon Strickland Jones | on behalf of Creditor Natonia Bell ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Princess Callahan ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Yashica Bain ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Kitrea Jackson ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Trustee Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust ljones@joneswalden.com, ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Adia Simmons ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Attorney Jones & Walden LLC ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Shanrika Duhart ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Shanice Bain ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Brittany Walker ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Quina Dopoe ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Marsha Taylor ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Keesha Weems ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Ronika Jones ljones@joneswalden.com ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com |
| Leon Strickland Jones | on behalf of Creditor Aisha Taliaferro ljones@joneswalden.com |

Case 22-50035-AEC    Doc 1091    Filed 09/28/25    Entered 09/29/25 00:29:30    Desc
Imaged Certificate of Notice    Page 13 of 17

| District/off: 113G-5 | User: auto | Page 9 of 13 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Queen Lewis ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Belinda Harris ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Jessica Chatman ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Seleta Stanton ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Jennifer Ridley ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Crystyona Hartzog ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Africa Williams ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Committee The Committee of Unsecured Creditors ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Tania Ramessar ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Shadana Deleston ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Maria Bush ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Sasha Hollins ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Yamilee Bennett ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Abri Leahong ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Leon Strickland Jones
on behalf of Creditor Montoyo Minnis ljones@joneswalden.com
ewooden@joneswalden.com,cparker@joneswalden.com,jwdistribution@joneswalden.com

Louis G. McBryan
on behalf of Defendant Teri G. Galardi lmcbryan@mcbryanlaw.com alepage@mcbryanlaw.com

Michael Akemon
on behalf of Creditor Marqueta Ward mutepe.akemon@richardslegal.com

Michael Akemon
on behalf of Creditor Queen Lewis mutepe.akemon@richardslegal.com

Michael Akemon
on behalf of Creditor Adia Simmons mutepe.akemon@richardslegal.com

Michael Akemon
on behalf of Creditor Belinda Harris mutepe.akemon@richardslegal.com

Michael Akemon
on behalf of Creditor Ashley Armstrong mutepe.akemon@richardslegal.com

Michael Akemon
on behalf of Creditor Michael Akemon mutepe.akemon@richardslegal.com

| District/off: 113G-5 | User: auto | Page 10 of 13 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

Michael Akemon on behalf of Creditor Shanrika Duhart mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Ronika Jones mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Diana Smith mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Montoyo Minnis mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Cassandra St. Fleur mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Tania Ramessar mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Tramaine Moore mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Shadana Deleston mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Marsha Taylor mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Marei Kahey mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Brittany Gregory mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Natonia Bell mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Princess Callahan mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Apeatsiwa Shaw-Taylor mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Shanice Bain mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Quina Dopoe mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Maria Bush mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Abri Leahong mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Desiree U. Jones mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Crystyona Hartzog mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Yamilee Bennett mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Aisha Taliaferro mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Marquisha Holmes mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor LaKeisha Fenner mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Elliadria Griffen mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Yashica Bain mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Brandie Robertson mutepe.akemon@richardslegal.com

Michael Akemon on behalf of Creditor Lygia Simmons mutepe.akemon@richardslegal.com

Case 22-50035-AEC    Doc 1091    Filed 09/28/25    Entered 09/29/25 00:29:30    Desc
Imaged Certificate of Notice    Page 15 of 17

| District/off: 113G-5 | User: auto | Page 11 of 13 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

| | |
|---|---|
| Michael Akemon | on behalf of Creditor Gabrielle Bates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Jennifer Ridley mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Angela Coates mutepe.akemon@richardslegal.com |
| Michael Akemon | on behalf of Creditor Kitrea Jackson mutepe.akemon@richardslegal.com |
| Mitchell D Benjamin | on behalf of Creditor Estate of Harlan Stuart Miller III benjamin@dcbflegal.com, jessicasorrenti@dcbflegal.com;calendar@dcbflegal.com |
| Robert G. Fenimore | on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov |
| Roy E. Manoll, III | on behalf of Creditor AgSouth Farm Credit ACA kdd@fbglaw.com |
| Thomas McClendon | on behalf of Creditor Montoyo Minnis tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Latoya Hughes tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Natonia Bell tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shadana Deleston tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Princess Callahan tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Ronika Jones tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Quina Dopoe tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Shanice Bain tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Seleta Stanton tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Queen Lewis tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Yamilee Bennett tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Krystall Wright tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Tania Ramessar tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Gabrielle Bates tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Angela Milner tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Trustee Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Plaintiff Thomas T. McClendon as Liquidating Trustee for the Galardi Creditor Trust |

| District/off: 113G-5 | User: auto | Page 12 of 13 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Cross Defendant Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Shanrika Duhart tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Jessica Chatman tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Africa Williams tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Marquisha Holmes tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Abri Leahong tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Adia Simmons tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Ashley Armstrong tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Brandie Robertson tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Defendant Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Brittany Walker tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Yashica Bain tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Committee The Committee of Unsecured Creditors tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Crystyona Hartzog tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Keesha Weems tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Marsha Taylor tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Other Prof. Thomas T. McClendon as Liquidating Trustee of the Galardi Creditors Trust
tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Maria Bush tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Addie Brooks tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Kitrea Jackson tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

on behalf of Creditor Marleka Williams tmcclendon@joneswalden.com
jwdistribution@joneswalden.com;bdernus@joneswalden.com

Thomas McClendon

Case 22-50035-AEC   Doc 1091   Filed 09/28/25   Entered 09/29/25 00:29:30   Desc
Imaged Certificate of Notice   Page 17 of 17

| District/off: 113G-5 | User: auto | Page 13 of 13 |
| --- | --- | --- |
| Date Rcvd: Sep 26, 2025 | Form ID: pdfntc | Total Noticed: 227 |

| | |
| --- | --- |
| | on behalf of Creditor Belinda Harris tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Jennifer Ridley tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Sasha Hollins tmcclendon@joneswalden.com  jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Astrid E. Gabbe tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| Thomas McClendon | on behalf of Creditor Aisha Taliaferro tmcclendon@joneswalden.com jwdistribution@joneswalden.com;bdernus@joneswalden.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Whitney Warnke Groff | on behalf of Creditor Georgia Department of Revenue whitney.groff@cobbcounty.org |
| Will Bussell Geer | on behalf of Creditor JEG Trust - Jack Galardi Jr. Sub-Trust wgeer@rlkglaw.com willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;dsideris@rlkglaw.com;lpolvino@rlkglaw.com |
| Will Bussell Geer | on behalf of Creditor Jack Galardi  Jr. wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;dsideris@rlkglaw.com;lpolvino@rlkglaw.com |
| Will Bussell Geer | on behalf of Counter-Defendant Jack Galardi  Jr. wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;dsideris@rlkglaw.com;lpolvino@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Emelita P. Sy  as the Trustee of the Jack E. Galardi, Jr. Sub-Trust wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;dsideris@rlkglaw.com;lpolvino@rlkglaw.com |
| Will Bussell Geer | on behalf of Plaintiff Jack Galardi  Jr. wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com;dsideris@rlkglaw.com;lpolvino@rlkglaw.com |

TOTAL: 155