**SO ORDERED.**

**SIGNED this 16 day of October, 2025.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Teri G. Galardi, ) | Case No. 22-50035-AEC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| Jenisee Long, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Contested Matter |
| ) | |
| Thomas T. McClendon, as ) | |
| Liquidating Trustee for the Galardi ) | |
| Creditors Trust, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND NOTICE OF HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the hearing on *Creditor Long's Rule 9023 Motion to Vacate Order Entered on September 26, 2025 as Void Under Fed. R. Bankr. 9023, 9024, and Fed. R. Civ. P. 60(b)(4) for Lack of Service and Due ProcessViolation* (Doc. 1092), will be held, in-person, on **October 30, 2025 at 10:00 a.m.,** in Courtroom B, U.S. Bankruptcy Court, 433 Cherry Street, Macon, Georgia.[1]

[END OF DOCUMENT]

---

[1] The Liquidating Trustee's *Motion for Expedited Hearing and to Shorten Notice* (Doc. 1094), which requests a hearing within 10 days, is DENIED. Expediting distributions to creditors—which is desired in every bankruptcy case—is an insufficient rationale for such a shortened notice period. The October 30 hearing date set herein complies with Federal Rule of Bankruptcy Procedure 9006(d)(1).