UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



In re:

TERI GALARDI,    Case No. 22-50035-JPS

Chapter 11

Debtor.

_____/

### CREDITOR LONG'S NOTICE OF APPEAL

COMES NOW Jenisee Long, and appeals from the order entered on October 17, 2025 (Dkt. 1095) granting the Trustee's motion for a hearing on my motion to vacate (Dkt. 10922). The motion filed by the Trustee (Dkt. 1094), trustee's objection to my motion (Dkt. 1093) were never served on me.[1]

Respectfully submitted,

Dated: 10-28-2025

_____
Jenisee Long
2107 Center Street,
Covington, KY 41014
Longjenisee26@gmail.com

---

[1] I never had any problems receiving copies because his assistant Blake emailed me the documents usually the day they were filed or the next day and I also usually received copies in the mail of the same papers. This does not happen anymore. I receive nothing except orders from the court mailed by the clerk.

## CERTIFICATE OF SERVICE

I certify that on October 28, 2025 I mailed the forgoing notice of appeal to the clerk of court that will efile the paper and give notice to all parties that have appeared in the case.

Date: 10-28-2025

*[signature]*
Jenisee Long


