UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED
U.S. Bankruptcy Court
OCT 29 2025
Middle District of Georgia

In re:

TERI GALARDI,                       Case No. 22-50035-JPS

Chapter 11

Debtor.

_____/

**MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER
OF THE BANKRUPTCY COURT**

COMES NOW Jenisee Long, and appeals from the order entered. Long respectfully moves this Court, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004, for leave to appeal the interlocutory order entered by the United States Bankruptcy Court on October 17, 2025 (Dkt. 1095).

Under 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8004(b), leave to appeal an interlocutory order may be granted when:
a. The order involves a controlling question of law,
b. Substantial grounds for difference of opinion exist, and
c. An immediate appeal may materially advance the ultimate termination of the litigation (similar to the standard under 28 U.S.C. § 1292(b)).

This case satisfies all three criteria:

- Controlling Question of Law: Creditors are entitled to copies of motions that are filed on her trustee's behalf that affect her payments, that she will paid and when she will be paid.

- Substantial Grounds for Difference of Opinion: Trustee believes notice is not required to be given to certain creditors such as Long in these matters.

- Material Advancement: Immediate review will save time, avoid unnecessary proceedings, or conserve judicial resources

-1-

For the foregoing reasons, Long respectfully requests that this Court grant leave to appeal the Bankruptcy Court's interlocutory order entered on October 17, 2025, and for such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 10-28-2025

Jenisee Long
2107 Center Street,
Covington, KY 41014
Longjenisee26@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 28, 2025 I mailed the forgoing **MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER OF THE BANKRUPTCY COURT** to the clerk of court that will efile the paper and give notice to all parties that have appeared in the case.

Date: 10-28-2025

_____
Jenisee Long


