# United States Bankruptcy Court

Middle District of Georgia

Date: 10/30/25

In re:

Teri G. Galardi
2146 Highway 42 South
Flovilla, GA 30216

Debtor(s)

Case No. 22−50035−AEC

Chapter 11

The Court is in receipt of your Notice of Appeal filed October 29, 2025. A filing fee in the amount of $298.00 is required when filing an appeal. Payment of the filing fee in the amount of $298.00 can be made in person with a cashier's or certified check or a money order made payable to the Clerk, U.S. Bankruptcy Court. If making payment by mail, send it to U.S. Bankruptcy Court Middle District of GA, P.O. Box 1957, Macon, GA 31202−1957. Please note, personal checks and cash are not accepted.

You may also pay fees through the courts online payment portal. Please visit our website at www.gamb.uscourts.gov to access the Pay.gov online payment portal and instructions. Acceptable forms of payment include debit card (preferred method), PayPal, and ACH.

Please remit the filing fee within 7 days from the date of this notice.

Michelle Owens

Deputy Clerk
United States Bankruptcy Court